IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
FELIX J. ESQUIBEL            )
7250 Windhaven Court         )
Portage, MI 49024            )
                             )
       Plaintiff,            )
                             )  Civil Action No. 06-01485 (PLF)
    v.                       )
                             )
MARIA CINO                   )
Dep't of Transportation      )
400 7th Street, S.W.         )
Washington, DC 20590         )
                             )
       Defendant.            )
                             )
```

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 1st day of September, 2006, via certified mail, return receipt requested, upon Defendant, the United States Attorney General, and the United States Attorney as follows:

> Maria Cino
> U.S. Department of Transportation
> 400 Seventh St., S.W.
> Washington, DC 20590

See Exhibit 1 (Copy of Certified Mail Receipt).

> Hon. Kenneth L. Wainstein
> U.S. Attorney's Office
> Judiciary Center Building, 10th Floor
> 555 4th Street, N.W.
> Washington, DC 20001

See Exhibit 2 (Copy of Certified Mail Receipt).

> The Honorable Alberto Gonzales
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530

<u>See</u> Exhibit 3 (Copy of Certified Mail Receipt).

                                    Respectfully Submitted,

                                        /s/
                                CHARLES W. DAY, JR.
                                    (D.C. Bar No. 459820)
                                MYRREL C. HENDRICKS, JR.
                                    (D.C. Bar No. 291781)
                                GEBHARDT & ASSOCIATES, LLP
                                1101 17th Street, N.W.
                                Suite 807
                                Washington, DC 20036-4716
                                (202) 496-0400

October 30, 2006                Attorneys for Plaintiff


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1-3 was served this 30th day of October 2006, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

                Hon. Kenneth L. Wainstein
                U.S. Attorney's Office
                Judiciary Center Building, 10th Floor
                555 4th Street, N.W.
                Washington, DC 20001

                                        /s/
                                MYRREL C. HENDRICKS, JR.