**EXHIBIT 2**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature] Parker_ | ☐ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>SEP 0 1 2006 | C. Date of Delivery | |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>555 4th St, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0003 3266 3492 | | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540