**EXHIBIT 3**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Alberto Gonzales
   Attorney General
   U.S. Dept. of Justice
   950 Pennsylvania Ave., N.W.
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L Parker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 0 1 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 1010 0003 3266 3485

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540