# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Maria Cino
    Dept of Transportation
    400 7th St, S.W.
    Washington, D.C. 20590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]     ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   [illegible]                   7/1/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1010 0003 3266 3478

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540