# EXHIBIT 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L. Parker_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>SEP 0 1 2006 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Honorable Alberto Gonzales<br>Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 70   7003 1010 0003 3266 3485 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |