IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 06-1485 (PLF) |
| V. | ) |
| | ) ECF |
| **MARIA CINO,** | ) |
| **Secretary, Dept. of Transportation** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the Department of Transportation in the above-captioned case.

Respectfully submitted,

_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334