IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.  06-1485 (PLF) |
| V. | ) |
| | ) ECF |
| **MARIA CINO,** | ) |
| | ) |
| **Defendant.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to plaintiff's Complaint until Thursday, November 2, 2006.  The answer is due on October 31, 2006.  This is defendant's first request for an extension to answer or otherwise plead.  Plaintiff consents to the filing of this motion.

This extension will allow counsel for defendant to properly confer with the Department of Transportation, and to further investigate and review all of the facts and circumstances surrounding the allegations in the complaint.

Accordingly, the defendant's request for an extension of time until Thursday, November 2, 2006, to respond to Plaintiff's Complaint, is made for good cause shown and not to cause undue

delay of the proceedings.

                                        Respectfully submitted,

                                        /s/
                        _____
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

                                        /s/
                        _____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                                        /s/
                        _____
                        HEATHER D. GRAHAM-OLIVER
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th St., N.W.
                        Washington, D.C.  20530
                        (202) 305-1334