UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, | ) |
|                 **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1485 (PLF) |
| MARIA CINO, | ) |
| Secretary, Department of Transportation | ) |
|                 **Defendant.** | ) |

**JOINT REPORT PURSUANT TO RULE 16.3**

Pursuant to LCvR 16.3, and the Order for Initial Scheduling Conference, plaintiff Felix J. Esquibel, and defendant Maria Cino, Secretary of the Department of Transportation, jointly submit this report setting forth the results of their conference under LCvR 16.3 (c)(1), as well as their proposed discovery plan:

**(1)** **Dispositive Motions.** Plaintiff does not believe this case can be resolved by dispositive motion. Defendant believes that it can and intends to file a motion for summary judgment on liability at the end of discovery. There are no pending motions.

**(2)** **Deadline for Joining Additional Parties or Amending Pleadings.** Neither party anticipates joining additional parties or amending their pleadings, but agree to do so within 120 days from the date of the Initial Scheduling Conference if needed. Plaintiff and Defendant believe the legal or factual issues cannot be narrowed at this time.

        **b.** **Agreement as to Factual and Legal Issues:** Plaintiff believes the issue to

be decided is: Whether Plaintiff was unlawfully discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

**(3)** **Assignment to Magistrate Judge.** Neither Plaintiff nor Defendant agrees to have this case referred to a Magistrate Judge for all purposes. However, Plaintiff would like a referral to a Magistrate Judge for case evaluation and settlement discussions at an early point in the case. Defendant does not consent to referring the case to a Magistrate Judge, except to resolve discovery disputes. Defendant would prefer a private mediator for settlement purposes.

**(4)** **Prospects of Settlement.** Plaintiff believes there is a possibility of settlement, and that further discussions on this point would be beneficial at this time before incurring discovery costs. Defendant is amenable to ADR, but only if the case exists after the resolution of any dispositive motions.

**(5)** **Alternate Dispute Resolution (ADR).** Plaintiff requests that this case be referred to a Magistrate Judge for case evaluation and settlement discussions for the next 60 days. Defendant believes that ADR would be more beneficial if the case exists after the resolution of dispositive motions.

**(6)** **Resolution by Summary Judgment.** Plaintiff does not believe this case can be decided by dispositive motion. However, the parties agree that any motions for summary judgment will be filed within 45 days after the close of discovery, that oppositions or cross-motions will be filed 30 days thereafter, and that any replies will be filed 30 days after the filing of the oppositions or cross-motions.

**(7)** **Initial Disclosures**. The parties have agreed that the administrative record satisfies the requirements for Initial Disclosures.

**(8)** **Limitations on Discovery.**

    **(a)** **Number of Interrogatories.** Twenty-five (25) per side.

    **(b)** **Number of Depositions.** The parties believe six (6) depositions per side, including experts, will be sufficient.

    **(c)** **Duration of Depositions.** Seven (7) hours each.

    **(d)** **Need for Protective Order.** Due to sensitive personal and/or medical information that may be exchanged, the parties may submit an appropriate Protective Order.

    **(e)** **Date for Completion of Discovery.** Plaintiff believes one hundred eighty (180) days after the end of any settlement discussions with the Magistrate Judge should be allowed for discovery. Defendant requests one hundred eighty (180) days for discovery.

**(9)** **Exchange of Expert Witness Information.**

    **(a)** **Proponent's Disclosures**: 60 days after the end of settlement discussions with the Magistrate Judge.

    **(b)** **Opponent's Disclosures**: 60 days after Proponent's disclosure(s).

**(10)** **Class Action Procedures.** Not applicable.

**(11)** **Bifurcation of Trial and/or Discovery.** Not appropriate for this case.

**(12)** **Date for Pretrial Conference.** The parties request that the Court set a pretrial conference date 30 days after ruling on any dispositive motions, or 30 days after

the deadline for filing dispositive motions if no such motions are filed.

**(13)** **Trial Date.** The parties request that a trial date be set at the pretrial conference.

**(14)** **Other Matters.** Pursuant to the Court's Order,

**(a)** **Plaintiff Provides the Following Statement of Plaintiff's Case:**

Plaintiff, Felix J. Esquibel, brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. Plaintiff claims that based on his race and national origin (Hispanic), Plaintiff was discriminated against by being denied promotion to the position of Quality Management System & Standards Specialist when he was not selected for Vacancy Announcement Number AWA-AIR04-AT40010-72564.

**(b)** Defendant denies that any acts of discrimination occurred and further avers that any employment decisions impacting the Plaintiff were for legitimate, non-discriminatory reasons.

| | |
|---|---|
| _____/s/_____<br>CHARLES W. DAY, Jr.<br>    D.C. Bar # 459820<br>MYRREL C. HENDRICKS, JR.<br>    D.C. Bar # 291781<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400<br><br>Attorneys for Plaintiff<br><br><br><br>December 5, 2006 | _____<br>JEFFREY A. TAYLOR D.C. Bar # 488610<br>United States Attorney<br><br><br><br>_____<br>RUDOLPH CONTRERAS  D.C. Bar #434122<br>Assistant United States Attorney<br><br><br><br>_____<br>HEATHER D. GRAHAM-OLIVER<br>Assistant United States Attorney<br>Judiciary Center Building, Tenth Floor<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 307-2843<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. . 06-1485 (PLF |
| MARIA CINO, | ) |
| Secretary, Department of Transportation | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Report Pursuant to Rule 16.3, it is hereby this ___ day of December, 2006, ORDERED:

1. That the parties have agreed to dispense with initial disclosures;

2. That the deadline for joining additional parties or amending the pleadings shall be May 2, 2007;

3. That the deadline for proponent's Rule 26(a) expert report shall be May 2, 2007;

4. That the deadline for opponent's expert reports shall be June 2, 2007;

5. That the close of discovery shall be June 29, 2007;

6. That dispositive motions shall be due by August 13, 2007; oppositions and cross motions shall be due within 30 days of any dispositive motions; and replies shall be due within 30 days thereafter.

 

PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

1

Copies to:

Charles W. Day, Jr., Esq.
Myrrel C. Hendricks, Jr., Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Heather D. Graham-Oliver, Esq.
Assistant United States Attorney
Judiciary Center Building,
Rm. 4-4808
555 Fourth Street, N.W.
Washington, D.C. 20530