UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARIA CINO, Secretary, )<br>    Department of Transportation )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1485 (PLF) |

SCHEDULING ORDER

The parties filed a Joint Report pursuant to Local Civil Rule 16.3 on December 6, 2006. Based upon the Rule 16.3 Joint Report submitted to the Court, it is hereby ORDERED that

    1.    Any motion to amend the pleadings or join additional parties shall be made by January 12, 2007.

    2.    Discovery shall be completed by June 12, 2007. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

    3.    Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

    4.    Each party is limited to a maximum of 6 depositions of 7 hours each.

    5.    The parties that the administrative record satisfies the requirements for initial disclosures.

6.      Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by March 12, 2007.

7.      Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by May 12, 2007.

8.      Depositions of each party's retained experts shall be completed by June 12, 2007.

9.      In light of the parties' expressed willingness to engage in alternative dispute resolution, the parties shall file a joint status report on or before June 29, 2007, informing the Court whether they would like to be referred to alternative dispute resolution or, in the alternative, proposing a briefing schedule for dispositive motions.

10.     Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

11.     Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

12.     Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  See

LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

        SO ORDERED.

                                                      __/s/_____
                                                      PAUL L. FRIEDMAN
                                                      United States District Judge

DATE: December 13, 2006