UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>MARIA CINO )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 06-1485 (PLF) |

Notice of Appearance

Please enter the appearance of Myrrel C. Hendricks, Jr. as counsel for Plaintiff in the above-captioned case.

                                            Respectfully submitted,

                                                /s/
                                      JOSEPH D. GEBHARDT
                                          (DC Bar No. 113894)
                                      CHARLES W. DAY, JR.
                                          (DC Bar No. 459820)
                                     MYRREL C. HENDRICKS, JR.
                                          (DC Bar No. 291781)
                                     GEBHARDT & ASSOCIATES, LLP
                                     1101 17th Street, N.W.
                                     Suite 807
                                     Washington, DC 20036-4716
                                     (202) 496-0400

February 9, 2007                          Counsel for Plaintiff