IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.  06-1485 (PLF) |
| V. | ) Joint Status Report Due by June 29, 2007 |
| | ) |
| **MARIA CINO,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO MODIFY COURT'S
DECEMBER 13, 2006 SCHEDULING ORDER**

In accordance with Federal Rule of Civil Procedure 6(b)(1) and the Court's December 13, 2006 Order, defendant, by and through undersigned counsel, respectfully requests that the Court modify its initial Scheduling Order by extending the time by which the parties shall complete discovery from June 12, 2007 to August 31, 2007.  Plaintiff's counsel consents to this motion.

Good cause exists for the granting of this motion.  The parties have not had sufficient time to complete discovery in this matter due to the press of litigation.  Undersigned counsel was in trial during the week of June 4, 2007, in Simpson v. Leavitt, Civ. Act. No. 03-1123 (PLF).  Subsequently, undersigned counsel has an opposition due in In Re Apollo Group Inc, Securities Litigation, Civ Act. No. 06-MC-0558 (CKK) on June 13, 2007; a deposition in Brown v S.E.C., Civ Act. No. on June 13, 2007; a motion for summary judgment due in Kalil v. U.S.D.A., Civ. Act. No. 01-2194 (RJL) on June 14, 2007; an opposition due in Enterprise v. U.S.D.A., Civ. Act No. 06-1344 (RCL) on June 19, 2007; mediation in Roseboro v. Library of Congress Civ. Act.

No.06-0602 (TFH) on June 29, 2007; and an opposition in <u>Bailey v. U.S. Postal Service</u>, Civ.Act No. 98-2224 (HHK) on June 21, 2007.

Wherefore, it is respectfully requested that the Court modify the December 13, 2006 Scheduling Order by modifying the time by which the parties shall complete discovery from June 12, 2007 to August 31, 2007. No other dates will be affected by this request.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

2.