IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.  06-1485 (PLF) |
| V. ) | Joint Status Report due 9/14/07 |
| ) | ECF |
| **MARIA CINO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

In accordance with Federal Rule of Civil Procedure 6(b)(1), the parties, by and through undersigned counsel, respectfully request that the Court extend the time by which discovery may be completed for ninety (90) days until, November 29, 2007.  All parties join in and consent to this motion.

This extension will allow counsel to conduct depositions in the aforementioned matter.  Discovery is scheduled to end on August 31, 2007; however, due to counsels' litigation and trial schedule as well as the vacation schedule of witnesses, depositions have yet to be completed.

Accordingly, the defendant's request for an extension of time until Thursday, November 29, 2007, to finish discovery.  This request is made for good cause shown and not to cause undue delay of the proceedings.  No other dates will be affected.

Respectfully submitted,

/s/                                                                                   /s/
_____        _____
MYRREL C. HENDRICKS, Jr., ESQ.        JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. BAR # 291781                                   United States Attorney

CHARLES W. DAY, ESQ.
Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716

Attys. For Plaintiff

/s/
_____
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney

_____ /s/
                                                  _____
                                                  HEATHER D. GRAHAM-OLIVER
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 4th St., N.W.
                                                  Washington, D.C.  20530
                                                  (202) 305-1334

_____