UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL,<br><br>Plaintiff,<br><br>v.<br><br>MARIA CINO,<br>Secretary, Dept. of Transportation<br><br>Defendant. | ) <br>) <br>) <br>) <br>) Civil Action No. 06-1485 (PLF)<br>) <br>) ECF<br>) <br>) <br>) <br>) <br>) |

## CONSENT MOTION
## FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY

Defendant, by and through her undersigned attorneys, hereby respectfully requests an enlargement of time, to and including December 18, 2007, to complete discovery in this matter. Discovery is now set to conclude on November 29, 2007. Plaintiff, through counsel, consents to the filing of this motion.

According to the Court's Order dated August 30, 2007, discovery will close on November 29, 2007. However, this additional time is being requested in order to allow both parties to complete the depositions necessary to be taken in this case. Two defense witnesses have already been deposed, but it is anticipated that there will be additional testimony taken. Defendant anticipates deposing the plaintiff and the plaintiff has indicated that he wishes to depose other witnesses. Written discovery has been completed.

In addition, defense counsel has had other litigation responsibilities in the interim including the following: Motion to Dismiss in Winston v. Samper, Civ. Act No. 07-1411(RWR);

Motion for Summary Judgment in <u>Daniels v. Bruce James,</u> Civ. act. No. 05-2455 (GK); Appellate brief in <u>Kaufman v. Gonzales,</u> District of Columbia, Circuit Court Case No. 06-5259; preparing witnesses and defending depositions in <u>Esquibel v. Cino,</u> Civ. Act. No. 06-1485 (PLF); preparing for mediation in both <u>Legnini v. USA,</u> Civ. Act. No. 06-0012 (RJL) and <u>Hawkins v. Gonzales,</u> Civ. Act. No. 07-0010 (CKK); and answering to discovery responsibilities in <u>Anderson v. Spellings,</u> Civ. Act. No. 06-1565 (CMC). As a result, a little more time is necessary for the parties to complete discovery.

Accordingly, defendant respectfully requests that it be allowed up to and including December 18, 2007, to complete discovery in this matter. No other dates will be effected by this extension.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

2