UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1485 (PLF) |
| V. | ) |
| | ) ECF |
| MARIA CINO, | ) |
| Secretary, Dept. of Transportation | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION
FOR AN EXTENSION OF TIME
TO CONDUCT DISCOVERY UNTIL JANUARY 18, 2007**

On Thursday, November 29, 2007, Defendant, by and through her undersigned attorneys, filed a consent motion for an extension of time to complete discovery up until December 18, 2007. That request was granted on Friday, November 30, 2007. Upon review of the pleading and this Court's Order, it was determined that the December 18, 2007 date upon which the original request was made was an error. Both Plaintiff and Defendant agreed to request an enlargement of the discovery deadline until January 18, 2007. However, through an unintentional oversight, the incorrect December date was inserted into the motion. Accordingly, counsel hereby requests that the November 30, 2007, Order be modified to reflect the true intent of the parties. Accordingly, Counsel respectfully requests that discovery be set to conclude on January 18, 2007. Plaintiff, through counsel, consents to the filing of this motion.

No other dates will be effected by this extension.

                                      Respectfully submitted,

                                      /s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                      /s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                      /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334