UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 06-1485 (PLF) |
| V. | ) |
| | )     ECF |
| **MARIA CINO,** | ) |
| Secretary, Dept. of Transportation | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

_____This matter comes before the Court on the parties' Consent Motion for Enlargement of Time to Complete Discovery. It is by the Court this \_\_\_\_ day of _____, 2007 hereby

ORDERED that the Motion for an Enlargement of Time to Complete Discovery is hereby GRANTED. The Parties have until January 18, 2007 to complete discovery in the aforementioned matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE