UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.06-1485 (PLF) |
| | ) |
| MARIA CINO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR LEAVE TO FILE STATUS REPORT OUT OF TIME**

Plaintiff and Defendant, by and through their undersigned counsel, hereby move this Honorable Court to grant them leave to file their Joint Status Report, which was due on February 4, 2008, on Wednesday, February 20, 2008.[1] In support of such Motion Plaintiff and Defendant state as follows:

1. On December 3, 2007, this Court entered a Minute Order setting a deadline of January 18, 2008, to complete discovery in the above-captioned action.

2. Plaintiff and Defendant diligently continued their efforts during December 2007 and January 2008 to complete all remaining discovery obligations.

3. Plaintiff and Defendant attempted in good faith to stay

---

[1] The Defendant needs this time to confer with the agency in determining whether or not they think mediation would be productive at this point.

apprised of any upcoming Court deadlines by reviewing the Court's Electronic Docket Report. In fact, Plaintiff reviewed the Docket Report on December 17, 2007. See Docket Report dated December 17, 2007, attached hereto as Exhibit 1.

3.   Finding no new entries between December 3, 2007 and December 17, 2007, Plaintiff and Defendant honestly, albeit incorrectly, believed that no new Orders would be entered until the conclusion of discovery.

4.   Immediately following the close of discovery on January 18, 2008, Plaintiff's Counsel was called upon to assist in an upcoming jury trial being litigated by members of Plaintiff's Counsel's firm. In addition, Defendant's Counsel has been involved in several matters including writing several dispositive motions during this time period, finding and consulting with various expert witnesses in an upcoming tort case and investigating and filing responsive pleadings on two recently filed lawsuits.

5.   Despite Plaintiff's efforts to be diligent, Plaintiff did not review the Docket Report again until late in the evening of February 12, 2008, and only then discovered the issue.

6.   Plaintiff attempted to contact Defendant immediately, however, Plaintiff and Defendant were unable to communicate with

each other until February 14, 2008.  Plaintiff and Defendant agreed to call chambers immediately to seek instruction for rectifying the error.

    7.   Pursuant to the instructions Plaintiff and Defendant received from chambers, Plaintiff and Defendant have filed the instant Motion.

    8.   The mistake was wholly inadvertent and not made in bad faith.  Moreover, the error will not affect the scheduled proceedings in this matter.

9. The instant Motion has been filed in good faith and with no intention of causing undue delay.

Respectfully submitted,

_____/s/_____
MYRREL C. HENDRICKS, JR.
(D.C. Bar # 291781)
CHARLES W. DAY, JR.
(D.C. Bar # 459820)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

Attorneys for Plaintiff


_____/s/_____
JEFFREY A. TAYLOR
(D.C. Bar # 498610)
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS
(D.C. Bar # 434122)
Assistant United States Attorney

_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531

Attorneys for Defendant