# EXHIBIT 1

JURY, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01485-PLF

ESQUIBEL v. CINO  
Assigned to: Judge Paul L. Friedman  
Demand: $300,000  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 08/22/2006  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**FELIX J. ESQUIBEL**    represented by    **Charles W. Day, Jr.**  
GEBHARDT & ASSOCIATES  
1101 17th Street NW  
Suite 807  
Washington, DC 20036-4716  
(202) 496-0400  
Fax: (202) 496-0404  
Email: billday@covad.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Myrrel C. Hendricks**  
GEBHARDT & ASSOCIATES  
1101 17th Street, NW  
Suite 807  
Washington, DC 20036  
(202) 577-8909  
Email: myrrelh@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MARIA CINO**    represented by    **Heather D. Graham-Oliver**  
*Department of Transportation*    U.S. ATTORNEY'S OFFICE  
501 3rd Street  
Room 44808  
Washington, DC 20530  
(202) 305-1334  
Fax: (202) 514-8180  
Email: heather.graham-oliver@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2006 | 1 | COMPLAINT against MARIA CINO (Filing fee $ 350) filed by FELIX J. ESQUIBEL.(lc, ) Modified on 8/24/2006 (lc, ). (Entered: 08/24/2006) |
| 08/22/2006 |  | SUMMONS (3) Issued as to MARIA CINO, U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 08/24/2006) |
| 10/30/2006 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 09/01/06. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three)(Day, Charles) (Entered: 10/30/2006) |
| 10/30/2006 | 3 | ENTERED IN ERROR. . . .RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to FELIX J. ESQUIBEL served on 9/1/2006, answer due 10/31/2006. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Day, Charles) Modified on 11/2/2006 (td, ). (Entered: 10/30/2006) |
| 10/30/2006 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. MARIA CINO served on 9/1/2006, answer due 10/31/2006 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Day, Charles) (Entered: 10/30/2006) |
| 10/30/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: re 3 Summons Returned Executed as to Federal Defendant, was entered in error because the wrong party was selected and the correct docket entry is no. 4.(td, ) (Entered: 11/02/2006) |
| 10/31/2006 | 5 | NOTICE of Appearance by Heather D. Graham-Oliver on behalf of MARIA CINO (Graham-Oliver, Heather) (Entered: 10/31/2006) |
| 10/31/2006 | 6 | MOTION for Extension of Time to File Answer re 1 Complaint by MARIA CINO. (Graham-Oliver, Heather) (Entered: 10/31/2006) |
| 11/01/2006 |  | MINUTE ORDER granting 6 defendant's consent motion for extension of time up to and including November 2, 2006 to answer. Signed by Judge Paul L. Friedman on November 1, 2006. (MA) (Entered: 11/01/2006) |
| 11/01/2006 |  | Set Deadline: Answer due by 11/2/2006. (mm) (Entered: 11/01/2006) |
| 11/02/2006 | 7 | ANSWER to Complaint by MARIA CINO. Related document: 1 Complaint filed by FELIX J. ESQUIBEL,.(Graham-Oliver, Heather) (Entered: 11/02/2006) |
| 11/06/2006 |  | MINUTE ORDER: The parties shall meet, confer and file a Joint Report pursuant to Local Rule 16.3 by 11/20/2006. Signed by Judge Paul L. Friedman on 11/6/06. (mm) (Entered: 11/06/2006) |
| 11/06/2006 |  | Set Deadline: Joint Report pursuant to Local Rule 16.3 due by 11/20/2006. (mm) (Entered: 11/06/2006) |
| 12/06/2006 | 8 | MEET AND CONFER STATEMENT. (Day, Charles) (Entered: 12/06/2006) |

| | | |
|---|---|---|
| 12/13/2006 | 9 | SCHEDULING ORDER. Signed by Judge Paul L. Friedman on December 13, 2006. (MA) (Entered: 12/13/2006) |
| 12/13/2006 | | Set/Reset Scheduling Order Deadlines: Amended Pleadings due by 1/12/2007; Discovery due by 6/12/2007; Joinder of Parties due by 1/12/2007; Plaintiff's Rule 26(a)(2)(B) disclosures due by 3/12/07; Defendant's Rule 26(a)(2)(B) disclosures due by 5/12/2007; Joint Status Report due by 6/29/2007. (mm) (Entered: 12/18/2006) |
| 02/09/2007 | 10 | NOTICE of Appearance by Myrrel C. Hendricks on behalf of FELIX J. ESQUIBEL (Hendricks, Myrrel) (Entered: 02/09/2007) |
| 06/12/2007 | 11 | Consent MOTION for Extension of Time to *Modify Initial scheduling Order* by MARIA CINO (Graham-Oliver, Heather) (Entered: 06/12/2007) |
| 06/15/2007 | | MINUTE ORDER granting 11 defendant's consent motion for an extension of time to complete discovery. Discovery shall be completed on or before August 31, 2007. The parties shall file a joint status report on or before September 14, 2007, informing the Court whether they would like to be referred to alternative dispute resolution or, in the alternative, proposing a briefing schedule for dispositive motions. Signed by Judge Paul L. Friedman on June 15, 2007. (MA) (Entered: 06/15/2007) |
| 06/15/2007 | | Set/Reset Deadlines: Discovery due by 8/31/2007; Joint Status Report due by 9/14/2007. (mm) (Entered: 06/18/2007) |
| 08/29/2007 | 12 | Joint MOTION for Extension of Time to Complete Discovery by MARIA CINO (Graham-Oliver, Heather) (Entered: 08/29/2007) |
| 08/29/2007 | 13 | STIPULATION *OF PRIVACY ACT AND CONFIDENTIALITY ORDER* by MARIA CINO. (Graham-Oliver, Heather) (Entered: 08/29/2007) |
| 08/30/2007 | | MINUTE ORDER granting 12 joint motion for an extension of time up to and including November 29, 2007 to complete discovery. The parties shall file a joint status report on or before December 14, 2007, informing the Court whether they would like to be referred to alternative dispute resolution or, in the alternative, proposing a briefing schedule for dispositive motions. Signed by Judge Paul L. Friedman on August 30, 2007. (MA ) (Entered: 08/30/2007) |
| 08/30/2007 | | Set/Reset Deadlines: Discovery due by 11/29/2007; Status Report due by 12/14/2007. (mm) (Entered: 08/30/2007) |
| 09/10/2007 | 14 | STIPULATED PRIVACY ACT AND CONFIDENTIALITY ORDER Signed by Judge Paul L. Friedman on 9/7/2007. (mm) (Entered: 09/10/2007) |
| 11/29/2007 | 15 | Consent MOTION for Extension of Time to Complete Discovery by MARIA CINO (Graham-Oliver, Heather) (Entered: 11/29/2007) |
| 11/30/2007 | | MINUTE ORDER granting 15 defendant's consent motion for extension of time up to and including December 18, 2007 to complete discovery. |

District of Columbia live database - Docket Report
Case 1:06-cv-01485-PLF   Document 17-2   Filed 02/14/2008   Page 5 of 5   Page 4 of 4

Esquibel

|  |  |  |
|---|---|---|
|  |  | Signed by Judge Paul L. Friedman on November 30, 2007. (MA) (Entered: 11/30/2007) |
| 11/30/2007 |  | Set/Reset Deadlines: Discovery due by 12/18/2007. (mm) (Entered: 12/03/2007) |
| 12/01/2007 | 16 | Amended MOTION for Extension of Time to Complete Discovery by MARIA CINO (Attachments: # 1 Text of Proposed Order)(Graham-Oliver, Heather) (Entered: 12/01/2007) |
| 12/03/2007 |  | MINUTE ORDER granting 16 the parties' consent motion for extension of time up to and including January 18, 2008 to complete discovery. Signed by Judge Paul L. Friedman on December 3, 2007. (MA) (Entered: 12/03/2007) |
| 12/03/2007 |  | Set/Reset Deadlines: Discovery due by 1/18/2008. (mm) (Entered: 12/17/2007) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 12/17/2007 12:16:48 |||
| PACER Login: | ge0272 | Client Code: | Esquibel |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01485-PLF |
| Billable Pages: | 2 | Cost: | 0.16 |