UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-1485 (PLF) |
| MARIA CINO, ) | |
| Secretary, Department of Transportation ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT STATUS REPORT**

Pursuant to the Order of this Court dated December 21, 2007, Plaintiff Felix J. Esquibel, and Defendant Maria Cino, Secretary of the Department of Transportation, by and through their undersigned counsel, jointly submit the following status report:

Plaintiff and Defendant completed discovery on January 18, 2008. Plaintiff does not believe there is a possibility of settlement and that further discussions on this point would be beneficial at this time. For this reason, Plaintiff requests that this case be referred to a Magistrate Judge for settlement negotiations for the next sixty (60) days. Defendant believes that ADR would be more beneficial if the case exists after the resolution of dispositive motions. For this reason, Defendant requests that this case not be referred to ADR until after the resolution of dispositive motions.

Plaintiff and Defendant's Joint Report Pursuant to Rule 16.3 set the dispositive motions schedule as follows: any motions for summary judgment will be filed 45 days after the close of discovery, oppositions or cross-motions will be filed 30 days thereafter, and any replies will be filed 30 days after the filing of the oppositions or cross-motions. See Joint Report at ¶ 6.

Accordingly, if this case is not referred to ADR until after the resolution of dispostive motions, any motions for summary judgment shall be filed by **March 3, 2008**, any oppositions or cross-motions shall be filed by **April 2, 2008**, and any replies shall be filed by **May 2, 2008**.

| | |
|---|---|
|       /s/<br>CHARLES W. DAY, Jr.<br>    D.C. Bar # 459820<br>MYRREL C. HENDRICKS, JR.<br>    D.C. Bar # 291781<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400<br><br>Attorneys for Plaintiff<br><br><br><br>December 5, 2006 | JEFFREY A. TAYLOR D.C. Bar # 488610<br>United States Attorney<br><br><br><br>RUDOLPH CONTRERAS D.C. Bar #434122<br>Assistant United States Attorney<br><br><br><br>HEATHER D. GRAHAM-OLIVER<br>Assistant United States Attorney<br>Judiciary Center Building, Tenth Floor<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 307-2843<br><br>Attorneys for Defendant |

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. . 06-1485 (PLF |
| MARIA CINO, | ) |
| Secretary, Department of Transportation | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Report Pursuant to Rule 16.3, it is hereby this ___ day of December, 2006, ORDERED:

    a.    That the parties have agreed to dispense with initial disclosures;

    b.    That the deadline for joining additional parties or amending the pleadings shall be May 2, 2007;

    c.    That the deadline for proponent's Rule 26(a) expert report shall be May 2, 2007;

    d.    That the deadline for opponent's expert reports shall be June 2, 2007;

    e.    That the close of discovery shall be June 29, 2007;

    f.    That dispositive motions shall be due by August 13, 2007; oppositions and cross motions shall be due within 30 days of any dispositive motions; and replies shall be due within 30 days thereafter.

 

PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:

Charles W. Day, Jr., Esq.
Myrrel C. Hendricks, Jr., Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Heather D. Graham-Oliver, Esq.
Assistant United States Attorney
Judiciary Center Building,
Rm. 4-4808
555 Fourth Street, N.W.
Washington, D.C. 20530