IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** <br><br> **Plaintiff,** <br><br> V. <br><br> **MARIA CINO,** <br> **Secretary, Dept. of Transportation** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1485 (PLF) <br> ) <br> ) ECF <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S AMENDMENT TO THE PARTIES JOINT STATUS REPORT**

Defendant, Maria Cino, Secretary of the Department of Transportation, desires to amend the parties Joint Status report as follows:

Motions for Summary Judgment shall be due on **March 13, 2008**;

Any and all Opposition shall be due on **April 14, 2008;**

Any and all Replies shall be due on **May 14, 2008.**

The Defendant finds it necessary to file this amendment as she did not give her approval to the dispositive motion dates in the joint status report as filed. Undersigned counsel was out of the office with witnesses most of the day on Wednesday, February 22, 2008. Upon returning to the office, the undersigned opened an e-mail from Plaintiff's counsel indicating that if she did not hear from Defendant before 2: 45 p.m., the status report would be filed as is. Plaintiff's counsel was leaving the office at or about 2:45 p.m., to attend a deposition.

At around 2:40 p.m., Defendant's counsel called Plaintiff's counsel's office and asked to speak with Plaintiff's counsel. Plaintiff's counsel did not come to the telephone; however, the

undersigned identified herself , the fact that she was calling on the Esquibel case and then left a message for plaintiff's counsel, indicating that she had changes to the Report. In spite of this, the Plaintiff filed the report anyway at 2:51 p.m., on February 22, 2008.

Accordingly, Defendant desires to amend the report as to the dates for the Motion for Summary Judgment. While it is true that initially, in December 2006, the parties filed a 16.3 Report with the Court, the proposed time frame in that Report will no longer work.[1]  Defendant's counsel has recently been assigned to an upcoming trial in Elion v. Jackson, Civ. Act. No. 05-0992 (PLF) scheduled for March 3, 2008. In order to prepare for trial, counsel can not abide by the March 3, 2008, summary judgment deadline. It is expected that the Elion trial will last for one week. Hence, Defendant requests until March 13, 2008 to complete it's Motion for Summary Judgment. Defendant's counsel left a message with Plaintiff's counsel stating that she would be filing an amendment to the Joint Status Report on today's date, February 22, 2008. See attached Proposed Scheduling Order.

                                                    Respectfully submitted,

                                                    /s/

_____
JEFFREY A. TAYLOR D.C. Bar # 488610
United States Attorney

---

[1] Plaintiff and Defendant's Initial Rule 16.3 Statement set the dispositive motions schedule as follows: any motions for summary judgment will be filed 45 days after the close of discovery, i.e, March 3, 2008; oppositions or cross-motions will be filed 30 days thereafter, on April 2, 2008 and any replies will be filed 30 days after the filing of the oppositions or cross-motions, on May 2, 2008. Defendant did not agree to these dates prior to the filing of the current joint status report.

/s/
_____
RUDOLPH CONTRERAS  D.C. Bar #434122
Assistant United States Attorney


/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843

Attorneys for Defendant