UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. . 06-1485 (PLF) |
| **MARIA CINO,** | ) |
| **Secretary, Department of Transportation** | ) |
| | ) |
| **Defendant.** | ) |

## PROPOSED SCHEDULING ORDER

UPON CONSIDERATION of the Amended Joint Report, it is hereby this 22nd day of February, 2008, ORDERED:

a.  That dispositive motions shall be due by **March 13, 2008**; oppositions and cross motions shall be due no later than 30 days of any dispositive motions, on **April 14, 2008**; and replies shall be due no later than 30 days thereafter on **May 14, 2008.**


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE