Exhibit 1



This Document Produced on 02/23/04



# Department of Transportation
# Federal Aviation Administration
# Internal Vacancy Announcement
# Vacancy Announcement Number: AWA-AIR-04-AT40010-72564

**Open Date:** Feb 23, 2004
**Close Date:** Mar 22, 2004
**Position:** Quality Management System & Standards Specialist, FV-301-I or J, Job Category: Professional
**Salary Range:** $61,366 to $116,039
**Location:** Washington, DC
**Organization Location:** FAA Washington Headquarters Region, Associate Administrator for Regulation and Certification, Aircraft Certification Service, Production & Airworthiness Certification Division, AIR-230

**PCS:** Relocation/moving expenses will be paid per applicable regulations.

**Area of Consideration:** Current/Former Federal (include applicants who are or have served a trial/probationary period in the Federal Government)

**Duties:** Advises Division and Service executives on ISO 9000 organizational planning and resource utilization issues. Oversees all aspects of AIR's transition to ISO 9000 registration while maintaining organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity. The service quality management system and philosophy are developed, clearly defined, documented, implemented, verified, and maintained. Leads service-wide personnel to conduct complex and controversial studies that result in authoritative recommendations to improve and/or standardize and document Service activities/products. When appropriate, the incumbent develops and delivers training to service-wide personnel. Conducts internal audits to ensure standardization, satisfaction of customer needs, adherence to applicable policy and best practices, and utilization of the most effective and efficient means. Conducts periodic meetings to solicit FAA and industry feedback to ensure that ISO 9000 has assisted the Service in reaching the organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity.

**NOTES:** 1. Status applicants must submit a current SF-50 to verify grade and tenure. 2. Salary includes 13.43% locality pay for the Washington, DC area. 3. All, some, or none of the referred candidates may be interviewed.

**Qualification Requirement:** All applicants must demonstrate one year of specialized experience equivalent to the next lower grade in the Federal Government. Specialized experience is experience which is in, or directly related to line of work of the position to be filled and which has equipped the applicant with particular knowledge, skills, and abilities to successfully perform the duties of that position. To be creditable, specialized experience must have been equivalent to the next lower grade in the normal line of progression for the occupation in the organization.

**Evaluation criteria:** Eligible candidates may be ranked based on the knowledge, skills, abilities, and other characteristics (KSAO's), described below.

**1. Knowledge, skills, abilities, and other characteristics (KSAO's) are described below.** 1. Knowledge of ISO 9000 quality management system (QMS) and standards (list any certifications). 2. Skill in leading and formulating policy for an organization going through ISO 9000 registration, maintenance, and continuous improvement. 3. Knowledge of problem-solving techniques for evaluating or improving processes and programs. 4. Ability to communicate clearly to present authoritative interpretations and guidance to management officials, counterparts, and representatives within the FAA and private industry. 5. Skill in the use of Microsoft software such as Word, Excel, Visio, Powerpoint, etc.

# Exhibit 1

**Excepted Service:** The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**FAA's CORE COMPENSATION PLAN** This position is covered by the FAA Core Compensation plan. Additional information about core compensation is available here.

**HOW TO APPLY:**
**Identification Form (Optional)** A completed SF-181, Race and National Origin Identification Form.

**The Application Package:** Your Application for Federal Employment, SF-171 (6/88 or later edition); Optional Application for Federal Employment, OF-612; or any written application must contain your name, mailing address, phone number, social security number, country of citizenship, and veterans preference. In addition, it must contain information about your current position, education (high school, colleges, or universities), other work experiences, and any other qualifications you may possess. Basic eligibility for the position will be determined from your application package which must be complete and up to-date. Additional application forms may also be required. Please check under "How to Apply".

On a separate sheet of bond paper, you may provide additional information regarding your possession of the KSAO's for the position. (Optional - Not required, however, it provides applicants the opportunity to describe portions of their experience, training, education, etc., which are directly related to the KSAO.) The information will be used for ranking of applicants after basic eligibility is determined. For each KSAO listed above, provide the following information: 1) Work Experience: Describe the tasks you have performed which demonstrate the KSAO, giving the dates, places, and positions where you did this. 2) Education, Training and/or Awards: Describe training, education, and/or awards you have received which demonstrate the KSAO, including the dates you received the training, education, and/or awards. 3) Other Information: Such as volunteer experience, hobbies, etc., which demonstrates the KSAO, giving the dates and places where you did this.

**WHERE TO SEND APPLICATIONS:** Federal Aviation Administration Personnel Services Division, AHP-200 Room 52 800 Independence Avenue, S.W. Washington, D.C. 20591

**Applications may be faxed to:** Applications may be faxed to (202) 267-7032 (local) or 1 (866)-291-3009 (toll free). Please be sure to fax your application specifically to these two numbers. We will not be able to accept faxed applications to any other FAA fax numbers. PLEASE LIMIT THE PAGES YOU FAX TO A MAXIMUM OF 20 PAGES. YOU ONLY NEED TO SUBMIT THOSE ITEMS REQUIRED ON THE ANNOUNCEMENT. DO NOT FAX ITEMS SUCH AS POSITION DESCRIPTIONS, TRAINING CERTIFICATES, PERFORMANCE APPRAISALS AND OTHER SIMILAR DOCUMENTS. ALL FAXED APPLICATIONS MUST BE RECEIVED NO LATER THAN THE CLOSE OF BUSINESS (5 P.M. EASTERN TIME) ON THE CLOSING DATE OF THE ANNOUNCEMENT. Because we cannot guarantee timely receipt and assume responsibility for the quality or legibility of the faxes, illegible applications will result in loss of consideration. Be sure to list your name, social security number and vacancy announcement number on each page of your submission.

**Receipt of Applications:** All applications must be received by the closing date of this announcement.

**Hand Delivery of Applications** Applications may be hand-delivered to Room 523.

**Contact Information:** Alfreda Terrell   202-267-8061

**Financial Disclosure** The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

**Privacy Act Requirements:** Collection of personal identification data is authorized under the Privacy Act (P.L. 93-579).

**Equal Employment and Reasonable Accommodation:** The FAA does not discriminate on the basis of political affiliation, race, color, religion, national origin, sex, sexual orientation, marital status, age, disability, or any other characteristics not bearing on job performance. On an individual case basis, this agency also makes reasonable accommodations for applicants with disabilities. If you need accommodation in any part of the application or hiring process, please notify the agency contact listed elsewhere in this announcement.

**Prohibition on Personal Use of Government Postage-Paid Envelopes:** Use of postage-paid Government envelopes to fil

# Exhibit 1

job applications is a violation of Federal laws and regulations. Applications submitted in postage-paid Government envelopes will not be considered.

**FAA vacancy information and certain application forms are now available on the FAA's World Wide Web site at: http://jobs.faa.gov or by calling our Faxback system at (405)954-0250.**

What <u>resume</u> must contain is detailed here.

The following <u>forms</u> are electronically attached for your convenience:

<u>OF-612</u> :Application for Employment
<u>OF-510</u> :Applying for a Federal Job
<u>OF-306</u> :Declaration for Federal Employment
<u>SF-181</u> :Race and National Origin Identification

# Exhibit 1



This Document Produced on 02/23/04

---

## Department of Transportation
## Federal Aviation Administration
## Internal Vacancy Announcement
## Vacancy Announcement Number: AWA-AIR-04-AT40010-72564

---

**Open Date:** Feb 23, 2004
**Close Date:** Mar 22, 2004
**Position:** Quality Management System & Standards Specialist, FV-301-I or J, Job Category: Professional
**Salary Range:** $61,366 to $116,039
**Location:** Washington, DC
**Organization Location:** FAA Washington Headquarters Region, Associate Administrator for Regulation and Certification, Aircraft Certification Service, Production & Airworthiness Certification Division, AIR-230

**PCS:** Relocation/moving expenses will be paid per applicable regulations.

**Area of Consideration:** Current/Former Federal (include applicants who are or have served a trial/probationary period in th. Federal Government)

**Duties:** Advises Division and Service executives on ISO 9000 organizational planning and resource utilization issues. Oversees all aspects of AIR's transition to ISO 9000 registration while maintaining organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity. The service quality management system and philosophy are developed, clearly defined, documented, implemented, verified, and maintained. Leads service-wide personnel to conduct complex and controversial studies that result in authoritative recommendations to improve and/or standardize and document Service activities/products. When appropriate, the incumbent develops and delivers training to service-wide personnel. Conducts internal audits to ensure standardization, satisfaction of customer needs, adherence to applicable policy and best practices, and utilization of the most effective and efficient means. Conducts periodic meetings to solicit FAA and industry feedback to ensure that ISO 9000 has assisted the Service in reaching the organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity.

**NOTES:** 1. Status applicants must submit a current SF-50 to verify grade and tenure. 2. Salary includes 13.43% locality pay for the Washington, DC area. 3. All, some, or none of the referred candidates may be interviewed.

**Qualification Requirement:** All applicants must demonstrate one year of specialized experience equivalent to the next lower grade in the Federal Government. Specialized experience is experience which is in, or directly related to line of work of the position to be filled and which has equipped the applicant with particular knowledge, skills, and abilities to successfully perform the duties of that position. To be creditable, specialized experience must have been equivalent to the next lower grade in the normal line of progression for the occupation in the organization.

**Evaluation criteria:** Eligible candidates may be ranked based on the knowledge, skills, abilities, and other characteristics (KSAO's), described below.

1. Knowledge, skills, abilities, and other characteristics (KSAO's) are described below. 1. Knowledge of ISO 9000 quality management system (QMS) and standards (list any certifications). 2. Skill in leading and formulating policy for an organization going through ISO 9000 registration, maintenance, and continuous improvement. 3. Knowledge of problem-solving techniques for evaluating or improving processes and programs. 4. Ability to communicate clearly to present authoritative interpretations and guidance to management officials, counterparts, and representatives within the FAA and private industry. 5. Skill in the use of Microsoft software such as Word, Excel, Visio, Powerpoint, etc.

# Exhibit 1

**Excepted Service:** The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**FAA's CORE COMPENSATION PLAN** This position is covered by the FAA Core Compensation plan. Additional information about core compensation is available here.

**HOW TO APPLY:**
**Identification Form (Optional)** A completed SF-181, Race and National Origin Identification Form.

**The Application Package:** Your Application for Federal Employment, SF-171 (6/88 or later edition); Optional Application for Federal Employment, OF-612; or any written application must contain your name, mailing address, phone number, social security number, country of citizenship, and veterans preference. In addition, it must contain information about your current position, education (high school, colleges, or universities), other work experiences, and any other qualifications you may possess. Basic eligibility for the position will be determined from your application package which must be complete and up-to-date. Additional application forms may also be required. Please check under "How to Apply".

On a separate sheet of bond paper, you may provide additional information regarding your possession of the KSAO's for this position. (Optional - Not required, however, it provides applicants the opportunity to describe portions of their experience training, education, etc., which are directly related to the KSAO.) The information will be used for ranking of applicants after basic eligibility is determined. For each KSAO listed above, provide the following information: 1) Work Experience: Describe the tasks you have performed which demonstrate the KSAO, giving the dates, places, and positions where you did this. 2) Education, Training and/or Awards: Describe training, education, and/or awards you have received which demonstrate the KSAO, including the dates you received the training, education, and/or awards. 3) Other Information: Such as volunteer experience, hobbies, etc., which demonstrates the KSAO, giving the dates and places where you did this.

**WHERE TO SEND APPLICATIONS:** Federal Aviation Administration Personnel Services Division, AHP-200 Room 523 800 Independence Avenue, S.W. Washington, D.C. 20591

**Applications may be faxed to:** Applications may be faxed to (202) 267-7032 (local) or 1 (866)-291-3009 (toll free). Please be sure to fax your application specifically to these two numbers. We will not be able to accept faxed applications to any other FAA fax numbers. PLEASE LIMIT THE PAGES YOU FAX TO A MAXIMUM OF 20 PAGES. YOU ONLY NEED TO SUBMIT THOSE ITEMS REQUIRED ON THE ANNOUNCEMENT. DO NOT FAX ITEMS SUCH AS POSITION DESCRIPTIONS, TRAINING CERTIFICATES, PERFORMANCE APPRAISALS AND OTHER SIMILAR DOCUMENTS. ALL FAXED APPLICATIONS MUST BE RECEIVED NO LATER THAN THE CLOSE OF BUSINESS (5 P.M. EASTERN TIME) ON THE CLOSING DATE OF THE ANNOUNCEMENT. Because we cannot guarantee timely receipt and assume responsibility for the quality or legibility of the faxes, illegible applications will result in loss of consideration. Be sure to list your name, social security number and vacancy announcement number on each page of your submission.

**Receipt of Applications:** All applications must be received by the closing date of this announcement.

**Hand Delivery of Applications** Applications may be hand-delivered to Room 523.

**Contact Information:** Alfreda Terrell   202-267-8061

**Financial Disclosure** The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

**Privacy Act Requirements:** Collection of personal identification data is authorized under the Privacy Act (P.L. 93-579).

**Equal Employment and Reasonable Accommodation:** The FAA does not discriminate on the basis of political affiliation, race, color, religion, national origin, sex, sexual orientation, marital status, age, disability, or any other characteristics not bearing on job performance. On an individual case basis, this agency also makes reasonable accommodations for applicants with disabilities. If you need accommodation in any part of the application or hiring process, please notify the agency contact listed elsewhere in this announcement.

**Prohibition on Personal Use of Government Postage-Paid Envelopes:** Use of postage-paid Government envelopes to file

Exhibit 1

job applications is a violation of Federal laws and regulations. Applications submitted in postage-paid Government envelopes will not be considered.

**FAA vacancy information and certain application forms are now available on the FAA's World Wide Web site at: http://jobs.faa.gov or by calling our Faxback system at (405)954-0250.**

What resume must contain is detailed here.

The following forms are electronically attached for your convenience:

    OF-612 :Application for Employment
    OF-510 :Applying for a Federal Job
    OF-306 :Declaration for Federal Employment
    SF-181 :Race and National Origin Identification