| HEADQUARTERS MERIT SELECTION CERTIFICATE | Vacancy Announcement Number AWA-AIR-04-AT40010-72564 | Date Certificate Issued: APRIL 7, 2004 |
|---|---|---|
| PART 1 (Completed by Personnel Official) | Number of Vacancies – ONE | Date Certificate Expires: JULY 7, 2004 |

TO: AIR-230

Position Title, Pay Plan, Series, Grade:
Quality Management System & Standards Specialist, FV-301-I or J
LOCATION:
Associate Administrator for Regulation and Certification, Aircraft Certification Service, Production & Airworthiness Certification Division
Washington, DC

Consideration Codes (Candidates are listed below by appropriate group):

PIA - Permanent Internal Assignment (Promotion of permanent employees)

I/D - Ingrade/Downgrade (Applicants in this group do not have to be evaluated through competitive procedures. In the event you wish to select any applicant listed in this group, you may do so without regard to the other groups.)

EH - External Hire (Rule of Three may apply--see attachment.) see attachment

O - Other (Specify)_____

Remarks:

AREA OF CONSIDERATION
☐ Associate/Office/Service-Wide       ☐ Wash. Metro Area
☐ Headquarters-Wide                   ☐ Nationwide/All Sources
☐ FAA-Wash. Metro Area                ☐ Other (Specify)
☐ FAA-Wide                            XX CURRENT/FORMER FEDERAL

CANDIDATES FOR SELECTION: Candidates listed below have been determined to be well qualified for the position available. Complete Part 2 of this form and return to the HRMD prior to the expiration date. FOR SUPERVISORY POSITIONS, the selecting official shall contact HRMD after a selection has been approved to arrange for supervisory training for the selectee.

| NAMES OF CANDIDATES | ORG/AGENCY | CURRENT GRADE | CONTACTED YES | CONTACTED NO | INTERVIEWED YES | INTERVIEWED NO |
|---|---|---|---|---|---|---|
| *ELIGIBLE CANDIDATES – FV-J:* | | | | | | |
| BRIEDE, ROBERT | DOE | 14 | | ✓ | | |
| ESQUIBEL, FELIX | FAA | GJ | | ✓ | | |
| ESTRADA, ANTONIO | FAA | 13 | | ✓ | | |
| FORT, HARVEY | FAA | J | | ✓ | | |
| JOHNSON, ORVILLE | FAA | J | | ✓ | | |
| HTBOWN | FAA | J | ✓ | | ✓ | |
| MAJUMDER, ANJAN | FAA | I | | ✓ | | |
| PISZCZEK, DAVID | FAA | J | ✓ | | ✓ | |
| REEDER, GINNY | FAA | I | | ✓ | | |
| WEST, MICHAEL | FAA | 13 | | ✓ | | |
| | | | | | | |
| *ELIGIBLE CANDIDATES – FV-I:* | | | | | | |
| BUTLER, MICHAEL | DCMA | 12 | | | | |

EXHIBIT 2

| Date 04/07/2004 | Signature ALFREDA TERRELL, X78061 *Alfreda Terrell* | Title Personnel Management Specialist |
|---|---|---|

**PART 2** (To be completed by the selecting and approving officials)

o: PERSONNEL SERVICES DIVISION, AHP-200

TO BE COMPLETED BY THE SELECTING OFFICIAL  *JtB 8/8/04*

Name of Candidate Selected: *Michael Lightbourn*

Reason for Selection: *Best Qualified*

Action to be taken if no selection is made:

## ADDITIONAL SELECTION(S)

Name of Candidate Selected:

Reason for Selection:

Name of Candidate Selected:

Reason for Selection:

Name of Candidate Selected:

Reason for Selection:

Name of Candidate Selected:

Reason for Selection:

Name of Candidate Selected:

Reason for Selection:

Name of Candidate Selected:

Reason for Selection:

DATE *June 14, 04*   SIGNATURE *Juanita Young*   TITLE *Manager, AHR-2E*

TO BE COMPLETED BY THE APPROVING OFFICIAL

[✓] APPROVED — — — [ ] DISAPPROVED (Give reasons below) — — [ ] PCS AUTHORIZED

DATE *6-14-04*   SIGNATURE *Fred R. Perry*   TITLE *Manager, AHR-20*

HQMSC REV. 8/96