| | |
|---|---|
| Vacancy Announcement Number<br>AWA-AIR-04-AT40010-71727 | Date Certificate Issued:<br>04-23-2004 |
| Number of Vacancies<br>1 | Date Certificate Expires:<br>07-23-2004 |

**PART 1 (Completed by Personnel Official)**

TO: AIR-230

Position Title, Pay Plan, Series, Grade:
Quality Management System & Standards Specialist, FV-301-I or J
LOCATION:
FAA Washington Headquarters Region, Associate Administrator for Regulation and Certification, Aircraft Certification Service, Production & Airworthiness Certification Division, Washington, DC  AIR-230.

PIA - Permanent Internal Assignment (Promotion of permanent employees)

I/D – Ingrade/Downgrade (Applicants in this group do not have to be evaluated through competitive procedures. In the event you wish to select any applicant listed in this group, you may do so without regard to the other groups.)

EH -- External Hire (Rule of Three may apply--see attachment.)

**AREA OF CONSIDERATION**

- X Associate/Office/Service-Wide
- ☐ Headquarters-Wide
- ☐ FAA-Wash. Metro Area
- ☐ Wash. Metro Area Only
- ☐ Nationwide/All Sources
- XX ALL SOURCES

O - Other (Specify)_____

Remarks:

CANDIDATES FOR SELECTION: Candidates listed below have been determined to be well qualified for the position available. Complete Part 2 of this form and return to the HRMD prior to the expiration date. FOR SUPERVISORY POSITIONS, the selecting official shall contact HRMD after a selection has been approved to arrange for supervisory training for the selectee.

## QUALIFIED FOR FV-I

| Name | Vet Pref | Agency | Grade | | | | |
|---|---|---|---|---|---|---|---|
| ***DABKOWSKI, GLENN J. | (10 PT. CPS VET) | PRIVATE | N/A | | | ✓ | |
| ***BUTLER, MICHAEL L. | (10 PT. CPS VET) | DCMA | GS-1910-12 | | | ✓ | |
| *DAVIDSON, STEVEN B. | (5 PT. VET) | INS | GS-345-13 | ✓ | | | ✓ |
| RAMSAY, WENDY A. | | PRIVATE | N/A | ✓ | | | ✓ |
| TRAVALINI, MAUREEN M. | | PRIVATE | N/A | | | | |
| *STITT, ALVIN L. | (5 PT. VET) | PRIVATE | N/A | | | | |
| GARTEN, JOHN W. | | PRIVATE | N/A | | | | |
| OZDENER, TEO | | PRIVATE | N/A | | | | |
| *KILLIAN, BRUCE E. | (5 PT. VET) | PRIVATE | N/A | | | | |
| MULCHI, CHARLES JR. | | PRIVATE | N/A | | | | |

## QUALIFIED FOR FV-J

| Name | Vet Pref | Agency | Grade |
|---|---|---|---|
| ***DABKOWSKI, GLENN J. | (10 PT. CPS VET) | PRIVATE | N/A |
| *DAVIDSON, STEVEN B. | (5 PT. VET) | INS | GS-345-13 |
| RAMSAY, WENDY A. | | PRIVATE | N/A |
| TRAVALINI, MAUREEN M. | | PRIVATE | N/A |
| *STITT, ALVIN L. | (5 PT. VET) | PRIVATE | N/A |
| GARTEN, JOHN W. | | PRIVATE | N/A |
| OZDENER, TEO | | PRIVATE | N/A |
| VOJIK, FRANCIS M. | | PRIVATE | N/A |
| *KILLIAN, BRUCE E. | (5 PT. VET) | PRIVATE | N/A |
| MULCHI, CHARLES JR. | | PRIVATE | N/A |

\*   5 PT. VETERAN PREFERENCE
\*\*  10 PT. CP VETERAN PREFERENCE
\*\*\* 10 PT. CPS (30% COMPENSABLE DISABILITY) VETERAN PREFERENCE

04/23/2004      Personnel Management Specialist: *Sandra L. Brown*
                                                  *for Alfreda Terrell*

Exhibit 3

0008

| TO BE COMPLETED BY THE SELECTING OFFICIAL | | |
|---|---|---|
| Name of Candidate Selected: | | |
| Reason for Selection: | | |
| Action to be taken if no selection is made: | | |
| ADDITIONAL SELECTION(S) | | |
| Reason for Selection: | | |
| Name of Candidate Selected: | | |
| Reason for Selection: | | |
| Name of Candidate Selected: | | |
| Reason for Selection: | | |
| Name of Candidate Selected: | | |
| Name of Candidate Selected: | | |
| Name of Candidate Selected: | | |
| Reason for Selection: | | |
| DATE | SIGNATURE | TITLE |
| TO BE COMPLETED BY THE APPROVING OFFICIAL | | |
| [ ] APPROVED | [ ] DISAPPROVED (Give reasons below) | [ ] PCS AUTHORIZED |
| | | |
| DATE | SIGNATURE | TITLE |

HQMSC REV. 8/96

Exhibit 3

00009