Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| QMS & Standards Specialist | FV-301-J | AWA-AIR-04-AT40010-2564 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| LIGHTBOWN | Michael James | |

**RECEIVED**

| 6 Mailing address | | | | 7 Phone numbers (include area code) |
|---|---|---|---|---|
| | | | | Daytime |
| City | State | ZIP Code **MAR 2 2 REC'D** 02861 | | |
| | | | | Evening |

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

**1)** Job title (if Federal, include series and grade)

Aviation Safety Inspector (Manufacturing)  FV 1825 J

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/95 | Present | $ 103,000.00 | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Federal Aviation Administration, ANE-180 | Donald Plouffe |
| 12 NE Executive Park, Burlington, MA | 617 238 7180 |

Describe your duties and accomplishments

I am presently assigned as an Aviation Safety Inspector (mfg), Staff Specialist, to the Manufacturing Inspection Office (MIO), ANE-180, Engine and Propeller Directorate. The primary duties of this position include the coordination of information and data between the Manufacturing Inspection District Offices (MIDO) and the MIO.

I will also lead Aircraft Certification Service Evaluation Program (ACSEP) evaluations as required. At the request of the Directorate Manager I developed and administered remedial ACSEP training to all Directorate Engineers and Inspectors.

**2)** Job title (if Federal, include series and grade)

Aviation Safety Inspector, (Manufacturing) GS1825-14

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/91 | 6/95 | $ 70K | Year | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Federal Aviation Administration, AIR-300 | Dana Lakeman |
| P.O. Box 17030, Washington, DC 20041 | 703 661 0100 |

Describe your duties and accomplishments

I was assigned to the System Surveillance and Analysis Division as an Aircraft Certification Service Evaluation Program, (ACSEP) Evaluation Manager. The primary duties associated with this position were to manage a select team of Aviation Safety Inspectors and Engineers in the execution of an ACSEP Evaluation at designated Production Approval Holders (PAH) through out the world. I have managed evaluations at such facilities as Boeing, General Electric, Pratt & Whitney, Allied Signal, Continental Motors, and Parker Hannifin. I was responsible for the evaluation pre-planning, logistics, coordination with both team members and facility personnel. In addition I created team assignments according to

Continued on a Separate Page

**EXHIBIT 4**

May we contact your current supervisor?

YES [ X ]  NO [   ]  ► If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10** Mark highest level completed. Some HS [   ] HS/GED [   ] Associate [ X ] Bachelor [   ] Master [   ] Doctoral [   ]

**11** Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

Pawtucket West H.S., Pawtucket, RI 02860  Graduated 1964

**12** Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

| Name | | | Total Credits Earned | | Major(s) | Degree (if any) | Year received |
|------|--|--|---|---|--------|------|------|
| | | | Semester | Quarter | | | |
| 1) Air Force Community College | | | | | Aeronautical | | |
| City Maxwell AFB | State AL | ZIP Code 36112 | 72 | | Technology | A.A.S | 1986 |
| 2) Community College of RI | | | | | | | |
| Warwick | RI | 02886 | 18 | | | | |
| 3) Johnson & Wales University | | | | | | | |
| Providence | RI | 02903 | 20 | | | | |

## OTHER QUALIFICATIONS

**13** **Job-related** training courses (give title and year). **Job-related** skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). **Job-related** certificates and licenses (current only). **Job-related** honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do not send documents unless requested.

### JOB RELATED TRAINING COURSES

ISO 9001-2000 Up-Grade Training
Anappolis, MD

Root Cause Analysis Certified Instructor Training
Apollo Associated Services Inc.
Course Duration 24 Hrs.  Completed 9/97

Instructor Effectivness Training
FAA Academy, OKC
Course Duration 32 Hrs.  Completed 2/96

Root Cause Analysis Training

Continued on a Separate Page

## GENERAL

**14** Are you a U.S. citizen?   YES [ X ] NO [   ] ► Give the country of your citizenship.

**15** Do you claim veterans' preference? NO [   ] YES [ X ] ► Mark your claim of 5 or 10 points below.

5 points [ X ] ► Attach your DD 214 or other proof. 10 points [   ] ► Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.

**16** Were you ever a Federal civilian employee?

| | | Series | Grade | From (MM/YY) | To (MM/YY) |
|--|--|--------|-------|------|----|
| NO [   ] YES [ X ] ► For highest civilian grade give: | | 1825 | GS-14 | 6/1/91 | Present |

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?

NO [ X ] YES [   ] ► If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

**18** I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE *Michael J. Lythbown*   DATE SIGNED 3/19/04

# ADDITIONAL WORK EXPERIENCES

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**                    **AWA-AIR-04-AT40010-72564**

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
F-301-J

**3)** Job title (if Federal, include series and grade)

Supervisory Quality Assurance Specialist, GM-1910-13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11/90 | 6/91 | $ 49K | Year | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Defense Contract Management Command<br>1000 Western Ave., Lynn, MA 01910 | Frederick Ratacik |

Describe your duties and accomplishments

I was formally Chief, Operations Branch, Quality Assurance Division, Defense Contract Management Command, attached to the GE Aircraft Engine plant in Lynn, MA. I had direct responsibility over four technical sections comprised of 4 GS-1910-12 Supervisory Quality Assurance Specialists; 17 GS-1910-9/11 Quality Assurance Specialists; and 3 GS-322-4 Clerks. The technical oversight of the Operations Branch encompasses the entire Lynn, MA manufacturing operation which includes plants in Hooksett, NH and Rutland, VT.

I directed the activities of the Operations Branch Sections which executed in-depth audits and surveys of GE's Quality Assurance Program in various operational areas. These areas include production/manufacturing, development, assembly, and testing which produce and or test turbojet, turboshaft, turboprop, and turbofan turbine engines.

Continued on a Separate Page

**4)** Job title (if Federal, include series and grade)

Supervisory Industrial Specialist, GM-1150-13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 1/87 | 11/90 | $ 48K | Year | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Defense Contract Management Command<br>1000 Western Ave., Lynn, MA 01910 | CDR. Ronald James<br>617-594-2825 |

Describe your duties and accomplishments

I served as the Director of the Industrial Division, Naval Plant Representative Office, (GEAE), Lynn, MA. from January 1987 thru October 1990. This entailed first line supervisory responsibilities for one GM-13 Supervisory Industrial Engineer and two Supervisory GS-12 Branch Heads. Second level responsibilities encompassed three branches containing various grades and specialties, including Industrial Engineers, Industrial Specialists, Government Property Administrator (PA), Plant Clearance Officer, and Transportation Officer. In addition to these specialized positions there were various clerical and support positions.

The major responsibility of this position included technical, personnel, and administrative supervision.

My technical responsibilities included coordination, administration, and interpretation of Command and DOD level policy and directives. I provided general guidance and evaluated accomplishments of various technical projects assigned to the Branches under my control. This includes Government Property Surveys, Technical Analysis of Cost Proposals, and Production Surveillance Analysis.

Continued on a Separate Page

# ADDITIONAL WORK EXPERIENCES

**LIGHTBOWN, Michael James**                                                           037-28-'460
**QMS & Standards Specialist**              AWA-AIR-04-AT40010-72564                    FV-'01-J

5) Job title (if Federal, include series and grade)

Supervisory Industrial Specialist, GS-1150-12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 9/85 | 1/87 | $ 32K | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Naval Plant Representative Office<br>1000 Western Ave., Lynn, MA  01910 | Howard Koenig |

Describe your duties and accomplishments

As the Analysis Branch Chief, Industrial Division, my primary responsibility was first level supervision of four GS-896-12 Industrial Engineers and two GS-1150-11 Industrial Specialists.

The primary mission of the Analysis Branch was the support of the Government negotiating position through development of the Technical Analysis of Cost Proposals (TACPS).  Applying my technical expertise and experience within the aviation industry I provided general guidance and direction to this organization.

In addition to TACP's, the Branch performed various surveys, studies, and reviews related to the industrial engineering functions of the Division and the Command.  These included production capability, pre and post award surveys, plant capacity, work measurement, manufacturing lead time evaluations, cost

Continued on a Separate Page

6) Job title (if Federal, include series and grade)

Industrial Specialist (Aerospace) GS-1150-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10/83 | 9/85 | $ 30K | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Naval Plant Representative Office<br>1000 Western Ave., Lynn, MA  01910 | Joseph Dynan |

Describe your duties and accomplishments

During my tenure as an Industrial Specialist at GEAE, Lynn, MA I was responsible for production surveillance of the J-85, T-64 and T-58 engine programs along with their related spare parts.

I analyzed contract terms, specification requirements, reviewed and evaluated the GE production plan and monitored the progress being made against that plan as it related to contractual delivery schedules.  I recommended corrective measures to improve manufacturing situations or methods where potential or actual delays could exist.  I assisted and made recommendations to the Administrative Contracting Officer and major buying commands regarding production problems, delivery schedules, and amended shipping instructions.

I was the NAVPRO focal point for all USAF Readiness items pertaining to acceleration request form major buying commands.

I had been involved with the manufacturing lead time review for the T-700 engine.  A direct result of that

Continued on a Separate Page

# ADDITIONAL WORK EXPERIENCES

**LIGHTBOWN, Michael James**                                                                    37-28-746
**QMS & Standards Specialist**                    **AWA-AIR-04-AT40010-72564**                    FV-301-

7) Job title (if Federal, include series and grade)

Quality Assurance Specialist (Aerospace) GS-1910-9

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/82 | 10/83 | $ | | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Air Force Plant Representative Office (Det. 5)<br>Pratt & Whitney Aircraft Group, East Hartford, CT 06118 | Terry Strower |

Describe your duties and accomplishments

I performed quality assurance surveillance, in accordance with Mil-Q-9858A, on Pratt & Whitney Quality Assurance Program. Mil-Q-9858A, Quality Program Requirements, is the military equal to Federal Aviation Regulation (FAR) Part 21. This surveillance includes the auditing of P & W machined parts, assemblies, manufacturing and testing methods, manufacturing and inspection procedures and techniques, engineering drawings to assure contract compliance. Government oversight also includes the review of corporate structure, plant layout, security etc..

My area of responsibility encompassed two locations, the first being the receiving inspection area at the East Hartford plant and the second at a satellite location in Rocky Hill CT. Due to geographical location of the inspection areas I performed duties with minimum supervision. I was responsible for the management of resource hours expended to accomplish the required audits. These resource hours were utilized on such

Continued on a Separate Page

8) Job title (if Federal, include series and grade)

Quality Inspector, GS-1960-7

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 7/81 | 4/82 | $ | | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| DCASMA-Boston<br>495 Summer St., Boston, MA 02210 | Ken Gabourel |

Describe your duties and accomplishments

During my employment as a quality inspection specialist I performed mechanical, visual, and operational inspections of machined core penetrators used by the US Army. In addition to these inspections I performed concurrent audits with contractor personnel on such non-destructive tests as eddy-current, ultrasonic, and Rockwell hardness. I was required to review and document chemistry results of materials to assure contractual requirements had been met. Mechanical inspection required the use of complex precision instruments such as dial calipers, micrometers, vernier instruments, dial bores, pin and location gauges, visual comparator equipment, and a variety of thread and run-out gauges.

This position gave me the opportunity to establish and maintain written and oral dialogue among contractor and government personnel with regards to the quality program. Additionally I maintained daily records and data required by DCAS procedures. My training included Procurement Quality Assurance (PQA), Statistical Quality Control (SPC), and Ultrasonic Inspection.

Additional duties included assisting the resident QAR with contract reviews, engineering drawing audits,

Continued on a Separate Page

# ADDITIONAL WORK EXPERIENCES

**LIGHTBOWN, Michael James**                                                                 37-28-746
**QMS & Standards Specialist**              **AWA-AIR-04-AT40010-72564**                       FV-301-

9) Job title (if Federal, include series and grade)

Pneudraulic System Mechanic, WG-F4535100-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/79 | 7/81 | $ | | 40 + |
| Employer's name and address | | | | Supervisor's name and phone number |
| Rhode Island Air National Guard, 143rd Tactical Airlift Group | | | | Frederick Quimby |
| Quonset State Airport, North Kingstown, RI 02852 | | | | 401 885 3960 |

Describe your duties and accomplishments

During my tenure as shop chief and technical advisor over the Fuel Systems Shop, 143rd Consolidated Aircraft Maintenance Sq., RI Air National Guard, I was first level supervisor for 1 subordinate technician and 4 part-time Air Guardsmen.

Along with the assistance of maintenance control I was responsible for establishing deadlines and priorities on the basis of work schedules, methods and procedures. I would also determine work assignments for all assigned personnel with consideration taken for skills, materials, and equipment needed to accomplish assigned tasks. In addition I was responsible for the on the job training for all full and part-time personnel. This position also included the performing of in process and final inspections for compliance with policies and procedures outlined in USAF technical data. I would, in conjunction with the USAF supply system in ordering the necessary parts and equipment needed to accomplish the task. This involved the research of

Continued on a Separate Page

10) Job title (if Federal, include series and grade)

Airframe & Powerplant Mechanic

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10/70 | | $ | | |
| Employer's name and address | | | | Supervisor's name and phone number |
| Michael J. Lightbown | | | | |
| 635 Newport Ave., Pawtucket, RI 02861 | | | | 401 722 1177 |

Describe your duties and accomplishments

I hold F.A.A. Airframe & Powerplant Certificate #2038778 which is required to perform inspections and maintenance on all civilian aircraft and powerplants. To obtain this certificate I attended East Coast Aero Technical School at Hanscom AFB, MA. Upon completion of the 18 month curriculum I was required to pass a practical and written exam administered by the F.A.A..

Since obtaining certification I have performed maintenance and inspections to aircraft covered under both FAR Part 121 and Part 135. I have also performed modification and conversion for an authorized Aircraft Repair Station, (FAR Part 45), converting military T-29 to the civilian cargo configuration. This work was accomplished under the direction of an F.A.A. Authorized Inspector and utilizing F.A.A. regulations including AC 43.13-1A, AC 43.13-2 and FAR Part 43 and Airworthiness Directives.

Although this experience was performed on mostly a part-time basis, I feel it worthy enough to be considered under this particular application.

Continued on a Separate Page

## OF 612 Continuation Page

LIGHTBOWN, Michael James        Page 1        037 ?8-7460
QMS & Standards Specialist        AWA-AIR-04-AT40010-72564        F V-301-J

**Question 12 - Colleges Attended**

| Name | | | Total Credits Earned | | Major(s) | Degree (if any) | Year Received |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4) Bryant College | | | Semester | Quarter | | | |
| City | State | ZIP Code | | | | | |
| Smithfield | RI | 02917 | | | | | |

**Question 13 - Other Qualifications**

Apollo Associated Services Inc.
Course Duration 24 Hrs. Completed 9/95

Quality System Auditor Training Course (ISO 9000)
George Washington University
Accredited by the Registrar Accreditation Board (RAB)
Course Duration 36 Hrs. Completed 8/95

Aerospace Technology
East Coast Aero Technical School
Course Duration 18 Months Completed 1970

Introduction to ISO 9000
George Washington University
Course Duration 24 Hrs. Completed 1994

Auditing For Improved Performance
George Washington University
Course Duration 24 Hrs. Completed 1994

Quality Engineering
American Society for Quality Control (ASQC)
Course Duration 24 Hrs. Completed 1993

FAA Aircraft Certification Service Evaluation Program (ACSEP)
FAA Academy, OKC
Course Duration 80 Hrs. Completed 1992

FAA Indoctrination
FAA Academy, OKC
Course Duration 80 Hrs. Completed 1991

Type Certificate/Production Certificate
FAA Academy, OKC
Course Duration 40 Hrs. Completed 1992

Guidance Management Workshop

Continued on Next Page

## OF 612 Continuation Page

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

Page 2
AWA-AIR-04-AT40010-72564

0: 7-28-7460
**FV-301-J**

### Question 13 - Other Qualifications

Harbridge House Inc., Lynn, MA
Course Duration 16 Hrs. Completed March 1990

Introduction to Statistical Thinking
Joiner Associates Inc., Lynn, MA
Course Duration 16 Hrs. Completed

The Washington Arena
Naval Aviation Executive Institute (NAEI) Washington, DC
Course Duration 40 Hrs. Completed October 1988

How to Handle Difficult People
Fred Pryor Seminars., Lynn, MA
Course Duration 8 Hrs. Completed October 1988

Deming Users Group Conference
Ohio Quality & Productivity Forum
Course Duration 24 Hrs. Completed August 1988

The Deming Approach to Quality & Productivity Improvement
Course Duration 40 Hrs. Completed December 1987

Assertive Skills for Supervisors and Managers
OPM, Course Duration 16 Hrs. Completed August 1986

Communicating and Counseling
OPM, Course Duration 40 Hrs. Completed January 1986

Introduction to Supervision
OPM, Course Duration 40 Hrs. Completed December 1985

Spare Parts Management Course
U.S. Army Logistics Management Center, Ft. Lee, Virginia
Course Duration 40 Hrs. Completed October 1985

Cost & Price Analysis
GSA, Course Duration 40 Hrs. Completed February 1985

Evaluating a Contractors Performance
GSA, Course Duration 40 Hrs. Completed August 1984

Basic Procurement
GSA, Course Duration 40 Hrs. Completed August 1984

Continued on Next Page

# OF 612 Continuation Page

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

Page 3
AWA-AIR-04-AT40010-72564

037- :8-7460
F /-301-J

## Question 13 - Other Qualifications

Productivity and Efficiency Concepts
OPM, Course Duration 40 Hrs. Completed January 1984

Statistical Process Control
Pratt & Whitney Aircraft Group, East Hartford, CT
Course Duration 10 Hrs. Completed June 1983

Military Standards and Specifications
AFPRO Det 5, East Hartford, CT
Course Duration 40 Hrs. Completed May 1983

Jet Engine Familiarization
Pratt & Whitney Aircraft Group, East Hartford, CT
Course Duration 10 Hrs. Completed November 1982

Non-Destructive Testing
Air Force Contract Management Division, Patrick AFB, FL
Course Duration 40 Hrs. Completed August 1982

Ultrasonic Inspection
Army Material & Mechanic Research Center, Watertown, MA
Course Duration 40 Hrs. Completed January 1982

Statistical Sampling
Defense Contracting Administration Service, Boston, MA
Course Duration 40 Hrs. Completed December 1981

Aircraft Maintenance Technician (C-130)
133rd Field Training Unit, Minneapolis MN
Course Duration 120 Hrs. Completed February 1981

Corrosion Control (Aircraft)
T.F. Green Airport Warwick, RI
Course Duration 15 Hrs. Completed August 1977

On the Job Trainer Supervisor Course
Otis AFB, MA
Course Duration 15 Hrs. Completed August 1977

Technical Publications Familiarization
Otis AFB, MA
Course Duration 24 Hrs. Completed March 1965

Continued on Next Page

## OF 612 Continuation Page

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

Page 4
AWA-AIR-04-AT40010-72564

)37-28-746
FV-301-

**Question 13 - Other Qualifications**

### CORRESPONDENCE COURSES

Management of Value Engineering
Course ECI Catalog #6603
Completed August 1986

Introduction to Air Force Provisioning
Course ECI Catalog #6608
Completed February 1985

Contract Administration
Course ECI Catalog #6606
Completed July 1984

Government Contract Law
Course ECI Catalog # 6607
Completed February 1984

Command NCO Academy
Course ECI Catalog #00009
Completed March 1977

Aircraft Turbo-Prop Technician
Course ECI Catalog #43151F
Completed March 1977

Management or Air Force Supervisors
Course ECI Catalog #006
Completed March 1972

Maintenance Management
Course ECI Catalog #ATCPT 52-1
Completed February 1972

### JOB RELATED SKILLS

1. Apollo Root Cause Analysis Certified Instructor (CI). Licenced to instruct Root Cause Analysi ; by Apollo Associated Services Inc.

2. Delivered formal presentations to military and civilian audiences covering a variety of procurer .ent topics including intrinsic value studies, work measurement, and spare parts overpricing.

3. Authored instructions pertaining to technical analysis, methods and techniques.

Continued on Next Page

## OF 612 Continuation Page

| | | |
|---|---|---|
| **LIGHTBOWN, Michael James** | **Page 5** | 037-₃ 3-7460 |
| **QMS & Standards Specialist** | **AWA-AIR-04-AT40010-72564** | F -301-J |

### Question 13 - Other Qualifications

## JOB RELATED CERTIFICATES

1. American Society for Quality Control, Certified Quality Auditor Certificate # 3710

2. Registrar Accreditation Board (RAB) ISO 9001-2000 Lead Assessor Certification #

3. Certified Instructor (CI) Root Cause Analysis Instruction. Apollo Associated Services, Certificte 7-009

2. Federal Aviation Administration, Airframe & Power Plant Mechanic Rating #2038778

3. Member, American Society of Quality Control (ASQC)

## JOB RELATED HONORS, AWARDS ETC.

1. Quality Step Increase, 1/00, by Donals Plouffe

2. Special Service Award, Superior Performance, 9/98 by Donald Plouffe

3. Department of Transportation, Outstanding Performance Evaluation, 7/95 by Dana Lakeman AIR- 00 Manager.

4. Special Service Award, by Michael Gallagher AIR-300 Manager, 1991

5. Department of the Navy Meteritorious Civilian Service Award, 6/89 by Capt. T. J. Colyer

6. Department of the Navy Performance Management & Recognition System (PMRS) rated Level 4 'Exceeds Fully Successful' 6/90, 6/89, 6/88, 6/89.

7. Member, Executive Steering Committee (ESC) for Total Quality Management DPRO, GE Aircraft Engines Lynn, MA.

8. Member Strategic Quality Management Board, DCMC Regional Office Boston, MA.

9. Letter of Appreciation, from Capt L.G. Fulton, South Weymouth NAS, 1986

10. Letter of Appreciation, from Capt T.J. Colyer, NAVPRO Lynn, 1986

11. Letter of Recognition, from Howard Koenig, NAVPRO Lynn, 1986

12. Letter of Commendation, from Maj. General John W. Kiely, RI State Adjutant General 1986.

Continued on Next Page

# OF 612 Continuation Page

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

Page 6
AWA-AIR-04-AT40010-72564

037-_ 8-7460
F _-301-J

### Question 13 - Other Qualifications

13. Letter of Appreciation, from Capt D.R. Eaton, NAVPRO Lynn, 1985

14. Quality Step Increase, Air Force Plant Representative Office (Det 5), Pratt & Whitney Aircraft G oup, East Hartford, CT  May 1983

15. Outstanding Performance Rating, RI Air National Guard, Quonset State Airport, North Kingstov n, RI July 1981.

Continued on Next Page

# Work Experience Continuation

LIGHTBOWN, Michael James   2) Aviation Safety Inspector, (Manufacturing) GS1825-14 - Page 1          037-28- '460
QMS & Standards Specialist                      AWA-AIR-04-AT40010-72564                              FV-? )1-J

personnel expertise and experience; while on site I presented the necessary in-briefing, daily, and exit briefings to the facility; I was responsible to evaluate all findings for compliance with written guidance and assure any inconsistencies are revised; I delivered exit briefings, including an executive summary to the senior management at the evaluated facility; I authored the final report and delivered to the Principal Inspector. During the evaluation my performance was evaluated by the facility management and documented to the AIR 300 Manager. These reports were all positive and are available for review.

In addition, I was the Division Suspected Unapproved Parts (SUP) manager. This position required the review and initial classification of all documented SUP cases to the FAA. Upon receipt and classification, I will assign the case to a field office who will conduct the investigate the allegation. Primarily the position is coordination and data analysis, however at times I have executed actual investigations while on temporary assignment. I also furnished in depth briefings, in to FAA Management of the SUP process, including how parts are manufactured, allocated, sold, and the investigative process with the FAA, FBI, DOTIG, and F. .A Security.

## Work Experience Continuation

LIGHTBOWN, Michael James  3) Supervisory Quality Assurance Specialist, GM-1910-13 - Page 1          03 '-28-7460
QMS & Standards Specialist                          AWA-AIR-04-AT40010-72564                                              FV-301-J

I evaluated results of audits by analyzing reports and data proposed by section supervisors. These results are furnished to both government and corporate management during meetings, briefings, or presentations presided by myself or under my direction.

I had responsibility to assure GE maintained an acceptable Quality Assurance/Control Program in accordance with the requirements illustrated in Mil-Q-9858A "Quality Program Requirements". I analyzed and determined acceptability of any change to the contractors quality assurance program including the managerial structure of the program.

In the advancement of aerospace technology at this facility I evaluate any new or proposed manufacturing or inspection process, technique, or method to assure adequacy of the Mil-Std or contractual compliance.

Administrative supervisory responsibilities include planning, prioritizing, scheduling, and finalizing decisions on any serious or critical problems associated with the technical work of the branch. When representing the Director I had full authority to act in his behalf to commit resources and make final decisions within the Quality Assurance scope of operations.

I evaluated subordinate performance, set performance standards, advise, and council with respect to a variety of technical and administrative matters. I will resolved grievances, and complaints which are unresolvable by subordinate supervisors. If resolutions could not be accomplished, I carried out disciplinary actions. I had responsibility to develop and administer a branch training program to assure mandatory DOD requirements are accomplished.

The interface level of this position is essentially at the upper level of corporate ladder, i.e. Quality Assurance Manager, Plant Manager etc. and at the major weapon system program level of the DOD, i.e. FA-18 aircraft or Blackhawk helicopter program managers.

**Work Experience Continuation**

LIGHTBOWN, Michael James
QMS & Standards Specialist

4) Supervisory Industrial Specialist, GM-1150-13 - Page 1
AWA-AIR-04-AT40010-72564

037-2 )-7460
F\ -301-J

With regards to personnel supervision, I provided guidance and acted as sounding board to first level supervisors in various personnel job related matters, such as; Individual Development Programs (IDP) recruitment and selection process, and personnel grievances.

As Division Director, I was a member of the Commanding Officers Senior Civilian Staff. Additionall ʏ, I served as the Commanding Officers Representative for the NAVPRO EEO Council and a member of t ie Executive Steering Committee for Total Quality Management (TQM).

Administrative responsibilities include budgetary process, including all travel, training, and personnel. This is in line with the Navy Management to Budget Program implemented in 1987. This accountabili y was in the $200-$300K range during the FY-90.

Additional responsibilities included, complete classification authority for all levels and series under m ʏ supervision; develop training, travel and vacation schedules to coincide with workload; establish personnel performance standards; establish, develop, and evaluate criterion to be utilized during contr; ctor performance reviews of various contractual requirements, i.e. Mil-Std-1567A audit plan.

## Work Experience Continuation

monitoring, plant layout, and production readiness reviews.

I was responsible for the creation, development and execution of the 'Intrinsic Value Review' which w. is adopted by the NAVPRO to examine and purge the support equipment procurement process of overpr ced, over engineered and otherwise nonessential equipment. During FY 86 a $250K cost avoidance was realized by NAVPRO from the use of this system. Additional accomplishments include the restructur ng and updating methodology and technique used to formulate the TACP. This much needed revamping increases the use of traditional Industrial Engineering theories and techniques. This effort improved t e technical content of the analysis which reinforced the government negotiating position based on a supportable rational. I developed and implemented a data base for the part number/analysis case recor 1 cross reference system. This database eliminated wasteful duplication and redundancy of various data gathering projects and increased branch productivity. In addition it provided a documented historical background necessary in the performance of many analysis accomplished with the organization.

In FY-86 I developed, implemented and maintained the branch training and travel budget of approxim tely 10K. During FY-87 this accountability increased into the $200-$300K range and included salaries, gr de classification and equipment (ADP etc.). Additional responsibilities included establishing training, tra  el and vacation schedules to coincide with workload. Establish performance standards and evaluate personnel against those standards; establish, develop and evaluate criterion to be utilized during contra :tor performance reviews of various contractual requirements, i.e. the establishment of the Mil Std 1567A  udit plan. Due to the increased Navy emphasis on work measurement (Mil Std 1567A) and intrinsic value studies I actively recruited personnel with specialized backgrounds in aviation, manufacturing and industrial engineering.

# Work Experience Continuation

**LIGHTBOWN, Michael James**          6) Industrial Specialist (Aerospace) GS-1150-11 - Page 1          037- 8-7460
**QMS & Standards Specialist**                    AWA-AIR-04-AT40010-72564                                F /-301-J

review was a reduction of the overall engine lead time which equates to a significant savings for the Government. During this period I was the division representative for the Navy 'Buy our Spares Smar :r' Program, which had been initiated to review spare parts for potential competitive breakout.

Additional responsibilities included conducting pre-award and production surveys for the J-85 and G 3-27 engines. I also worked in conjunction with buying commands in the areas of parts provisioning cycl( , evaluation of engineering change proposals, and various studies initiated to determine adverse impac on field commands. I utilized my expertise to anticipate production and manufacturing problems and to recommend preventative action for correction or improvement of the problems.

## Work Experience Continuation

**LIGHTBOWN, Michael James    7) Quality Assurance Specialist (Aerospace) GS-1910-9 - Page 1**                    037- 8-7460
**QMS & Standards Specialist**                    **AWA-AIR-04-AT40010-72564**                    F /-301-J

compliance evaluation as Production Inspection Verification, this is the direct inspection of product , including visual, functional and dimensional requirements. These requirements are satisfied by the u ie of contractor precision instruments. Additional audits of engineering drawings, non-destructive testing requirements, engineering changes, zone evaluations, material and process controls along with many other records and procedures associated with the quality of the product were part of the verification proces .

Part of receiving inspection included the monitoring of purchase orders, Government source inspecti n, vendor inspection records and Government letters of delegation. Product inspection performed on v ndor material required complex lay-out inspection.

I was involved in the detection of a major product nonconformance within the TF-30-414 engine fue system. Through this detection and subsequent indepth investigation, substantial corrective action to both manufacturing processes and the quality assurance requirements of these assemblies had to be taken y P & W. Savings realized by the USAF and Navy will be in excess of 1 million dollar over the term of he contract. I received special recognition and a Quality Step increase for this effort in May 1983.

The nature of this position required I establish and maintain written and oral dialogue with contracto management, vendor management, and other government agencies on a variety of QA topics includir g nonconformances, corrective action plans, inadequate procedures or work instructions to name a few

## Work Experience Continuation

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

8) Quality Inspector, GS-1960-7 - Page 1
AWA-AIR-04-AT40010-72564

( 37-28-7460
FV-301-J

specification and standards reviews, performing procedure evaluations, and government source inspection. The position required rotating work schedules, thus many duties were performed without direct supervision.

# Work Experience Continuation

LIGHTBOWN, Michael James        9) Pneudraulic System Mechanic, WG-F4535100-11 - Page 1        037-2 )-7460
QMS & Standards Specialist        AWA-AIR-04-AT40010-72564        F\ -301-J

and cross reference of federal stock numbers, part numbers, military standards and specifications. I ut lized factory engineering drawings, schematics, and wire diagrams.

I maintained written and verbal dialogue with such logistic personnel as program managers, item man gers, procurement specialists, and factor technical representatives. Some additional responsibilities were cr ating and maintaining aircraft historical maintenance records and maintaining the technical publication libr y. As shop chief I was directly responsible for the safety, security, maintenance, and environmental conditio of the $1.5 million maintenance facility. In addition I was responsible for ordering, up-keep, and inspect on of all government owned equipment and material within this facility. In addition to normal maintenance operations, I performed extensive complex troubleshooting duties on many airframe and powerplant systems. I was accountable for various types of aircraft support equipment such as manometers, air purification systems, and test equipment.

## Work Experience Continuation

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

10) Airframe & Powerplant Mechanic - Page 1
AWA-AIR-04-AT40010-72564

037- 8-7460
F  -301-J

My experience also includes the rebuilding of and antique 1940 Aeronca, which in itself was somewhat of a feat.

Optional Form 306
September 1994
U.S. Office of Personnel
Management

# Declaration for Federal Employment

Form Approved:
O.I.B. No. 3206-
N. V 7540-01-368
50 06-101

## GENERAL INFORMATION

| | |
|---|---|
| **1 FULL NAME**<br>▸ Michael James LIGHTBOWN | **2 SOCIAL SECURITY NUMBER**<br>▸ 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 |
| **3 PLACE OF BIRTH**(Include City and State or Country)<br>▸ Pawtucket, Rhode Island | **4 DATE OF BIRTH**(MM/DD/YY)<br>▸ 11/18/46 |
| **5 OTHER NAMES EVER USED**(For example, maiden name, nickname, etc.)<br>▸ N/A<br><br>▸ | **6 PHONE NUMBERS**(Include Area Code)<br>DAY ▸ 401 722 1177<br><br>NIGHT ▸ 401 722 1177 |

## MILITARY SERVICE

|   |   | Yes | No |
|---|---|---|---|
| 7 | Have you served in the United States Military Service? *If your only active duty was training in the Reserves or National Guard, answer "NO"* .................................................... | X | |

| If you answered "YES", list the branch, dates (MM/DD/YY), and type of discharge for all active duty military service. | BRANCH<br>USAF | FROM<br>10/11/64 | TO<br>10/01/68 | TYPE OF DISCHARGE<br>Honorable |
|---|---|---|---|---|

## BACKGROUND INFORMATION

**For all questions,** provide all additional requested information under item 15 or on attached sheets. The circumstances of each event you list will be considered. However, in most cases you can still be considered for Federal jobs.

**For questions 8, 9, and 10,** your answers should include convictions resulting from a plea of nolo contendere *(no contest)*, but omit (1) traffic fines of $300 or less, (2) any violation of law committed before your 16th birthday, (3) any violation of law committed before your 18th birthday if finally decided in juvenile court or under a Youth Offender law, (4) any conviction set aside under the Federal Youth Corrections Act or similar State law, and (5) any conviction whose record was expunged under Federal or State law.

|   |   | Yes | No |
|---|---|---|---|
| 8 | During the last 10 years, have you been convicted, been imprisoned, been on probation, or been on parole? (Includes felonies, firearms or explosives violations, misdemeanors, and all other offenses.) *If "Yes", use item 15 to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved.* ................... | | X |
| 9 | Have you been convicted by a military court martial in the past 10 years? (If no military service, answer "NO".) *If "Yes", use item 15 to provide the date, explanation of the violation, place of occurrence, and the name and address of the military authority or court involved.* ................... | | X |
| 10 | Are you now under charges for any violation of law? *If "Yes", use item 15 to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved.* ................... | | X |
| 11 | During the last 5 years, were you fired from any job for any reason, did you quit after being told that you would be fired, did you leave any job by mutual agreement because of specific problems, or were you debarred from Federal employment by the Office of Personnel Management? *If "Yes", use item 15 to provide the date, an explanation of the problem and reason for leaving, and the employer's name and address.* ................... | | X |
| 12 | Are you delinquent on any Federal debt? (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government, plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.) *If "Yes", use item 15 to provide the type, length, and amount of the delinquency or default, and steps that you are taking to correct the error or repay the debt.* ................... | | X |

## ADDITIONAL QUESTIONS

|   |   | Yes | No |
|---|---|---|---|
| 13 | Do any of your relatives work for the agency or organization to which you are submitting this form? (Includes father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half brother, and half sister.) *If "Yes", use item 15 to provide the name, relationship, and the Department, Agency, or Branch of the Armed Forces for which your relative works.* ................... | | X |
| 14 | Do you receive, or have you ever applied for, retirement pay, pension, or other pay based on military, Federal civilian, or District of Columbia Government service? ................... | | X |

## CONTINUATION SPACE / AGENCY OPTIONAL QUESTIONS

**15** Provide details requested in items 8 through 13 and 17c in the continuation space below or on attached sheets. Be sure to identify attached sheets with your name, Social Security Number, and item number, and to include ZIP Codes in all addresses. If any questions are printed below, please answer as instructed (these questions are specific to your position, and your agency is authorized to ask them).

## CERTIFICATIONS / ADDITIONAL QUESTION

**APPLICANT: If you are applying for a position and have not yet been selected,** Carefully review your answers on this form and any attached sheets. When this form and all attached materials are accurate, complete item 16/16a.

**APPOINTEE: If you are being appointed,** Carefully review your answers on this form and any attached sheets, including any other application materials that your agency has attached to this form. If any information requires correction to be accurate as of the date you are signing, make changes on this form or the attachments and/or provide updated information on additional sheets, initialing and dating all changes and additions. When this form and all attached materials are accurate, complete item 16/16b and answer item 17.

**16** I certify that, to the best of my knowledge and belief, all of the information on and attached to this Declaration for Federal Employment, including any attached application materials, is true, correct, complete, and made in good faith. I understand that a false or fraudulent answer to any question on any part of this declaration or its attachments may be grounds for not hiring me, or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated for purposes of determining eligibility for Federal employment as allowed by law or Presidential order. I consent to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel specialists, and other authorized employees of the Federal Government. I understand that for financial or lending institutions, medical institutions, hospitals, health care professionals, and some other sources of information, a separate specific release may be needed, and I may be contacted for such a release at a later date.

| | | |
|---|---|---|
| **16a** Applicant's Signature<br>*(Sign in ink)* | *Michael J. Lightbown* | Date ▸ 3/19/04 |
| **16b** Appointee's Signature<br>*(Sign in ink)* | Date ▸ | APPOINTING OFFICER: Enter date of Appointment or Conversion ▸ |

**17** Appointee Only(Respond only if you have been employed by the Federal Government before): Your elections of life insurance during previous Federal employment may affect your eligibility for life insurance during your new appointment. These questions are asked to help your personnel office make a correct determination.

|  |  | Date(MM/DD/YY) | | |
|---|---|---|---|---|
| **17a** | When did you leave your last Federal job? | | | |
|  |  | Yes | No | Don't Know |
| **17b** | When you worked for the Federal Government the last time, did you waive Basic Life Insurance or any type of optional life insurance? | | | |
| **17c** | If you answered "Yes" to item 17b, did you later cancel the waiver(s)? *If your answer to item 17c is "No," use item 15 to identify the type(s) of insurance for which waivers were not cancelled.* | | | |

Optional Form 306 (Back)

LIGHTBOWN, Michael James
AWA-AIR-04-AT40010-72564
QMS & Standards Specialist

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

FV-301-J

# KNOWLEDGE, SKILLS, & ABILITIES (KSAs)

### 1. Knowledge of ISO 9000 Quality Management System (QMS) and standards (list any Certifications).

I am presently assigned as interim AIR QMS Program Manager. I have contracted consultation services to two private organizations for the implementation of ISO 9001-2000. In addition I conduct QMS audits under the FAA ACSEP program. The FAA ACSEP is recognized by the Registrar Accreditation Board (RAB) as being equivalent to the ISO 9001 2000 Standard.

I hold American Society for Quality QMS auditor certification. I held RAB QMS Lead Assessor certification from 1998 thru 2001; I am currently renewing my RAB credential and will have recertification accomplished shortly. I also hold a Certified (Apollo Associates) Root Cause Analysis Instructor.

### 2. Skill in leading and formulating policy for an organization going through ISO 9000 registration, maintenance, and continuous improvement.

I have provided consulting services to two organizations for the purpose of the development and deployment of a QMS based on the ISO 9001 2000 Standard and the QS 9000 (Automotive) Standard. This required me to provide the necessary training and guidance to these companies in such areas as QMS Manual development, procedure development, work instruction development, process flowcharting and internal auditing.

### 3. Knowledge of problem solving techniques for evaluating or improving processes and programs.

My many years experience as a certified Root Cause Analysis Instructor has provided me with ample knowledge to apply to most problems related to processes and programs. The Apollo method or RCA provides a structured approach to problem solving by seeking solutions based on both "Actions and Conditions". This method is applied to all "event

based" problems which are those commonly found in work related environments.

**4. Ability to communicate clearly to present authoritative interpretations and guidance to management officials, counterparts, and representatives within the FAA and private industry.**

I have made numerous presentations to a wide variety of organizations covering technical subjects. As an Aircraft Certification System Evaluation Program (ACSEP) Team Leader I routinely conduct briefings to various size companies including some international organizations. From 1991 to 1995 I was assigned to AIR 300 as a ACSEP Team Leader which provided the opportunity to lead evaluations at most major companies including Boeing, Pratt & Whitney, Gulfstream, Learjet and Raytheon to name a few. In my present assignment I have briefed a variety of organizations on the AIR ISO Implementation Plan, this would include senior management at the AVR and AIR level, Directorate management teams, and the leadership of the bargaining units represented in AIR. I have authored numerous reports on a number of subjects including unapproved parts, quality system deficiencies, and root cause analysis.

**5. Skill in the use of Microsoft software such as Word, Excel, Visio, and PowerPoint.**

I have used the entire MS Office suite since adopted by AIR. I travel extensively for the FAA as well as telecommute, which requires me to be self sufficient and independent in order to maintain efficiency while conducting day to day business. I consider myself to be a very knowledgeable and comfortable in the electronic environment.