IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELIX J. ESQUIBEL,                       )
                                         )
                 Plaintiff,              )
                                         )        Civ. Act. No. 06-1485 (PLF)
        v.                               )
                                         )
MARIA CINO,                              )
                                         )
                 Defendant.              )
_____ )

### Defendant's Answers to Plaintiff's Requests for Admissions

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant hereby responds to the Plaintiff's Requests for Admissions as follows:

1. Admit that Plaintiff Felix J. Esquibel is Hispanic.

   **Defendant cannot admit or deny as it has Insufficient knowledge.**

2. Admit that Juanita Young is the selecting official.  **Admit**

3. Admit that Juanita Young is non-Hispanic. **Admit**

4. Admit that James Seipel is non-Hispanic. **Admit**

5. Admit that Juanita Young is non-Hispanic. **Admit**

6. Admit that Tammy Wright is non-Hispanic.

   **Defendant cannot admit or deny as it has Insufficient knowledge.**

7. Admit that Michael Lightbrown is non-Hispanic. **Admit**

8. Admit that Juania Young knew Plaintiff is Hispanic before selecting Michael Lightbrown for the Position at Issue.    **Deny**

9. Admit that Plaintiff has been employed by DOT/FAA since 1988.    **Admit**

1

10. Admit that Plaintiff has served as Operations Supervisor since 1995. **Admit**

1. Admit that Plaintiff is a highly qualified Operations Supervisor.

   **Insufficient knowledge to admit or deny at this time.**

12. Admit that Plaintiff received Fully Successful ratings for three years prior to non-selection. **Admit**

13. Admit that Plaintiff has received Organization Success Increases and Superior Contribution Increases in his salary. **Admit**

14. Admit that technical expertise in ISO 9000 quality standards is a core responsibility of the Position at Issue.   **Admit**

15. Admit that Plaintiff has taught college level courses on ISO 9000 quality standards.

   **Insufficient knowledge to admit or deny other than what plaintiff provided to the Agency.**

16. Admit that Plaintiff is certified as a Quality Control Technician and Quality Manager.

   **Insufficient knowledge to admit or deny other than what plaintiff provided to the Agency.**

17. Admit that Plaintiff time applied for Vacancy Announcement AWA-AIR-04-AT40010-72564 on March 17, 2004.   **Admit**

18. Admit that Plaintiff's application for the Position at Issue was complete when he submitted it. **Admit**

19. Admit that Plaintiff was not selected for an interview.   **Admit**

20. Admit that Michael Lightbrown applied for the Position at Issue **Admit**

21. Admit that Mr. Lightbrown was deemed to be qualified for the Position at Issue.   **Admit**

22. Admit that Mr. Lightbrown is not certified as a Quality Technician or Quality Manager.   **Deny**

23. Admit that Mr. Lightbrown has been employed by DOT/FAA since 1991.

   **Admit**

24. Admit that Plaintiff was informed over the telephone on December 2, 2004 that he had not been selected for the Position at Issue.

2

**Deny as to the date. Mr. Jim Seipel does not remember the date or exact wording but plaintiff was informed that the position was filled. There was a call made by Plaintiff to the Agency wherein Plaintiff was informed that the position in issue had been filled.**

25. Admit that Plaintiff made a formal request for the Agency to debrief him on December 16, 2004 as to the reasons why he was not selected for the Position at Issue.

**Admit in so far as Plaintiff sent a December 16, 2004 letter to the Agency requesting a debrief.**

26. Admit that the Agency has not debriefed Plaintiff to the present date.

**Admit**

27. Admit that Hispanic employees constitute 18% of DOT/FAA workforce.

**Deny.**

28. Admit that the Agency had no legitimate nondiscriminatory reason for not selecting Mr. Esquibel for the Position at Issue. **Deny**

29. Admit the authenticity of all documents produced by the Agency in response to Complainant's Request for Production of Documents. **Admit in so far as the documents speak for themselves.**

Respectfully submitted,

_Jeffrey A. Taylor_
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_Rudolph Contreras_
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building

555 4th Street, NW - Civil Division
Rm. 4-4808

3

                    Washington, D.C. 20530
                    (202) 305-1334

Of Counsel:

Raymond A. Martinez, attorney
FAA, Personnel and labor Law Staff

## CERTIFICATE OF SERVICE

I certify that the foregoing answers to Plaintiff's Requests for Admissions was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Charles W. Day, Jr.
GEBHARDT & ASSOCIATES
1101 17th Street NW
Suite 807
Washington, DC 20036-4716

On this 26th day of October, 2007

_____
Heather Graham-Oliver