1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x

FELIX J. ESQUIBEL,

     Plaintiff,

  -vs-        :  Civil Action No.:

MARIA CINO,      :  06-1485 (PLF)

     Defendant.

- - - - - - - - - - - - - - x

Washington, D.C.

Tuesday, November 20, 2007

The deposition of JUANITA YOUNG,

called for examination by counsel for Plaintiff,

pursuant to notice, in the offices of Gebhardt &

Associates, 1101 Seventeenth Street, N.W.,

Washington, D.C., convened at 1:15 p.m., before Emma

N. Lynn, a Notary Public in and for the District of

Columbia, when were present on behalf of the parties:

JARDIN REPORTING ASSOCIATES
(703) 667-0396

---

3

C O N T E N T S

|  | EXAMINATION BY COUNSEL FOR | |
| WITNESS | PLAINTIFF | DEFENDANT |
| JUANITA YOUNG | 4 | 102 |
| FURTHER | 110 | -- |

E X H I B I T S

| Young Deposition Exhibits | MARKED |
| No. 1 | 35 |
| No. 2 | 42 |
| No. 3 | 91 |
| No. 4 | 104 |

---

2

APPEARANCES:

On Behalf of the Plaintiff:

CLARISSA H. WU, ESQ
MYRREL C. HENDRICKS, JR., ESQ.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4718
(202) 496-0400

On Behalf of the Defendant:

HEATHER OLIVER, ESQ.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1334

Also Present:

RAYMOND A. MARTINEZ, ESQ.
Federal Aviation Administration
Office of the Chief Counsel
600 Independence Avenue, S.W.
Suite 1035
Washington, D.C. 20590
(202) 385-8235
ray.a.martinez@faa.gov

---

1         P R O C E E D I N G S

2    Whereupon,

3        JUANITA YOUNG

4  was called for examination as a witness by counsel

5  for the Plaintiff and, having been first duly sworn

6  by the notary public, was examined and testified as

7  follows:

8       EXAMINATION BY COUNSEL FOR PLAINTIFF

9     BY MS. WU:

10    Q.  Could you please state your name for the

11  record.

12    A.  Juanita Young.

13    Q.  And what is your job title?

14    A.  I'm unemployed, retired.

15    Q.  What was your job title before you retired?

16    A.  Manager of quality assurance specialists.

17    Q.  And does that have a division number?

18    A.  It had a branch number.  It was identified

19  as -- what was the title? -- Production

20  Certification Branch, AIR-220.

21    Q.  And did you work with James Seipel?

22    A.  He was my -- I was one branch manager and he

5

1    was the other branch meager, yes.

2        Q.   On a day-to-day basis did you work with  him

3    or did you just see him once in a while?

4        A.   We worked together.

5        Q.   I forgot to say also if you need me to

6    repeat any questions, if you don't hear or

7    understand any of the questions, feel free to ask me

8    to repeat them.

9        A.   Okay.

10       Q.   If you need a break for any reason, let  me

11   know.

12       A.   Okay.

13       Q.   Is there any reason you can't give full  and

14   complete answers to the questions asked of you

15   today?

16       A.   No.

17       Q.   Are you taking any medication that might

18   inhibit your answering fully and completely?

19       A.   No.

20       Q.   How did you prepare for your deposition

21   today?

22       A.   I think yesterday I was contacted to just go

6

1    over, I guess, my recollection of things we had

2    discussed relative to my interrogatories.

3        Q.   Contacted by whom?

4        A.   I was contacted by counsel.

5        Q.   And did you review any documents?

6        A.   Today I did, sitting on the couch.

7        Q.   What did you review?

8        A.   I reviewed the interrogatories where I  had

9    responded before previously.

10       Q.   Had you reviewed them prior to today?

11       A.   Not reviewed, no.

12       Q.   So after having reviewed them today, can

13   you say or is it fair to state that the information

14   contained in them is accurate to the best of your

15   knowledge?

16       A.   To the best of my knowledge, it is.

17       Q.   Did you bring any documents with you  today?

18       A.   None.

19       Q.   And how long have you been retired from  the

20   FAA?

21       A.   Since September the 3rd, 2007.

22       Q.   Why did you feel that Mr. Lightbrown was

7

1    more suited for the position than Mr. Esquibel?

2        A.   We were looking for someone with hands-on

3    experience in the Quality Management System and  also

4    had detailed auditing experience and Mr. Lightbrown

5    had previous experience setting up quality

6    management systems and he had previous experience  as

7    an auditor, very detailed experience as an auditor;

8    and from looking at Mr. Esquibel's package he talked

9    a lot about education he had, but not having

10   hands-on experience in setting up a quality

11   management system or detailed experience in

12   auditing.

13       Q.   So did you contribute to the preparation  of

14   the vacancy announcement?

15       A.   I don't believe so, if I can remember.

16   It has been a couple years.  I don't believe I

17   actually contributed to preparing it.

18       Q.   What was your role in the hiring process?

19       A.   My role is I was the manager that was

20   identified by my boss to organize an interview

21   panel, then being the person who organized the

22   interview panel to look at the application packages,

8

1    to read through the various applicants' packages

2    that had applied for the vacancy announcement and

3    then based on reviewing those packages, I also would

4    share with the other panel of people who were going

5    to be on my panel to look at the packages as well,

6    and then thusly follow up with an interview based on

7    the people we would identify we would interview.

8        Q.   What was the basis for your manager

9    selecting you to sit on the interview panel?

10       A.   Since we had a position within our

11   division, historically we always have one or both

12   managers, branch managers, participate on interview

13   panels.  That's a standard procedure we had in

14   place.  So the reason he did it was because I was

15   one of the managers in the office so he identified

16   me as doing that interview.

17       Q.   After you were identified to be on the

18   interview panel -- let me rephrase.

19            How many other people were on the  interview

20   panel?

21       A.   Two others.

22       Q.   And what were their names?

9

1    A.   Carol Driscoll and Scott Horn.

2    Q.   What were their job titles?

3    A.   I don't specifically know.  I know they

4 were managers within the FAA, but I don't

5 specifically know what their job titles were.

6    Q.   And how does your position as a manager

7 relate to the incumbent who would be taking the

8 position that was advertised in the vacancy

9 announcement?

10    A.   The vacancy announcement identified that

11 that person, whoever was selected for the job, would

12 work for one of the two branches, meaning either my

13 branch or Mr. Seipel's branch.  And so that's the

14 relationship.

15    Q.   Do you know which branch the person would be

16 working under?

17    A.   At the time of the interview, not exactly,

18 because there was also discussion they may work at

19 the division level.

20    Q.   And at the division level, can you explain

21 that?

22    A.   I am 220 and Mr. Seipel was 230.  We have an

10

1 AIR-200.  So the division level would be the AIR-200

2 level.

3    Q.   And so who would that person's supervisor

4 be?

5    A.   Mr. Paskiewicz.

6    Q.   I would just like to show you what we have

7 marked as Seipel 1.  It is an AIR-200 organization

8 chart.

9    A.   Okay.

10    Q.   Before you retired, where would you have

11 been on that chart?

12    A.   Possibly where Mr. Lausman is.  Some of the

13 players underneath this may have been moved around.

14 I haven't focused to see if everybody reported is

15 still in position, but possibly where Mr. Lausman

16 is.  He is listed now though as 230 and I was 220.

17 So it appears they moved Mr. Seipel over to 220 and

18 filled the vacancy in 230.

19    Q.   And when you were working in AIR-220, what

20 were your major duties?

21    A.   My duties were to be responsible for the

22 development of the policies and procedures

11

1 applicable to the Production Certification Branch.

2 So the people who reported to me were responsibl

3 for the regulations as well as the policies and

4 procedures that govern production certification.

5 And I, of course, managed those employees.

6    Q.   Was it quality oriented?

7    A.   The people underneath me are not -- thos

8 employees were not necessarily quality oriented

9 because they were writing policies and procedure .

10    Q.   I see.  Was Mr. Esquibel's interviewing

11 process the first interview panel that you had b en

12 on?

13    A.   No.

14    Q.   How many interview panels had you been    n?

15    A.   I can't give you a number; but since I    ave

16 been manager, quite a few.

17    Q.   Just looking for a ballpark estimate, w uld

18 you say between one to 50, more than that,  less than

19 that?

20    A.   Ballpark, maybe 50.  Maybe.  I guess.

21    Q.   Maybe 50.  That's all right.  You don't

22 have to give an exact number.

12

1    A.   Okay.

2    Q.   What is your educational background?

3    A.   I have high school, some college, but I  do

4 not have a degree.

5    Q.   Where did you work before you worked for

6 the FAA?

7    A.   I worked in the Quality Assurance  Divis on,

8 I think it was ASU-200.  That was FAA.   Prior t  FAA

9 I worked in the 4950 Air Base Wing,  Wright-Patt rson

10 Air Force Base.  And one  correction.  In betwee

11 that there really was  another position.  I work d at

12 the Air Force Plant  Representative Office in Fo t

13 Worth, Texas, at  General Dynamics.

14    Q.   And had you ever held a management  posi ion

15 before the one that you held at FAA?

16    A.   No.

17    Q.   How long were you in a management  posit n

18 while you were employed with FAA?

19    A.   Approximately about 11 or 12 years.

20    Q.   Eleven or 12 years?

21    A.   Yes.

22    Q.   And are you familiar with the EEO

13

1   Management Directive No. 715?

2       A.   Not by the number.  I would need more

3   clarity on the question.

4       Q.   EEO Management Directive 715 has to do  with

5   the hiring of minorities in the Federal  Government.

6       A.   No.

7       Q.   You are not familiar?

8       A.   (Witness shook head in the negative.)

9       Q.   What about the President's Executive  Order

10  13171?

11      A.   Further clarification.

12      Q.   That is an Executive Order related to

13  hiring more, greater numbers of Hispanic employees

14  into the Federal Government.

15      A.   No, I'm not aware of that.

16      Q.   Is it fair to say that you have never  used

17  either of these policies in the interviewing

18  process, on interview panels you have sat on?

19      A.   That's very fair.

20           MS. OLIVER:  Objection.

21           BY MS. WU:

22      Q.   Have you ever considered either of these

14

1   two guidance policies in interview recommendations

2   that you ever made?

3           MS. OLIVER:  Objection.

4           THE WITNESS:  No.

5           BY MS. WU:

6       Q.   And what is your race?

7       A.   I am black.  African American.

8       Q.   And at the time that you retired from the

9   FAA what was your pay scale, pay grade?

10      A.   My pay then was K.

11      Q.   K?

12      A.   Yes.

13      Q.   Approximately when did you become  involved

14  in the interviewing or hiring process for  the

15  position that Mr. Esquibel applied for?

16      A.   When did I become involved in it?

17      Q.   Yes.  I am looking at the vacancy

18  announcement stage, at the hiring stage, at the

19  interviewing stage?

20      A.   At the stage where the cert. From HR was

21  sent upstairs, I had already been identified as the

22  manager responsible for the interview and putting

15

1   the panel together.  So when the cert. Came

2   upstairs, that was my trigger to start looking at

3   applications.

4       Q.   Do you remember how many people were on  the

5   cert. List?

6       A.   No.

7       Q.   Do you know if Mr. Esquibel was on the

8   cert. list?

9       A.   Yes.

10      Q.   Did you have any input into who made the

11  cert. list?

12      A.   No.

13      Q.   And you said that the cert. list was  handed

14  up from HR, is that correct?

15      A.   Yes.  It goes from HR to our HR person in

16  our office to the manager.

17      Q.   Do you know who puts together the cert.

18  List?

19      A.   HR I am assuming, but I don't know

20  firsthand.

21      Q.   Is it HR that is inside the FAA or were  you

22  referring to a different HR?

16

1       A.   HR inside the FAA.

2       Q.   And a minute ago you said HR gives it to

3   your HR.  Is there a difference there?

4       A.   Not really.  Some years back HR spread  out

5   some of their responsibilities.  So we have a  person

6   in our office that is kind of like the HR  interface

7   or contact with HR downstairs; and when we want

8   something, we go to that person and they  contact

9   downstairs and vice versa and up through.

10      Q.   The HR person who works in your office,

11  what is that person's name?

12      A.   Margo Davis.

13      Q.   All right.  Do you know if Margo Davis  had

14  any involvement in preparing the cert. list?

15      A.   I don't believe she did, but you would  have

16  to check with her.

17      Q.   Who selected the individuals from the  cert.

18  list who would receive interviews?

19      A.   The three panel members.

20      Q.   And what was the process that the three

21  panel members went through to decide who would go

22  interviewed?

17

1    A.   Once we received the packages, we went
2    through and read the packages, looking for people
3    who had the hands-on experience in staffing the
4    Quality Management System and/or in detailed
5    auditing skills.  And we read through the packages;
6    and once we read through the packages, we identified
7    those that we thought had the skills we were looking
8    for and we identified four of those.  Not saying
9    some other people didn't have some additional
10   skills, but those are the four we said we wanted to
11   interview based on the contents of their package.
12        Q.   Is it fair to say that hands-on auditing
13   experience was very, very important for the
14   position?
15        A.   As well as establishing a quality
16   management system, yes.
17        Q.   Do you know why that wasn't stressed in  the
18   vacancy announcement?
19        A.   Well, I don't know why it wasn't stressed as
20   such with specific wording, but I think one of  the
21   KSAs in the vacancy announcement asked for
22   experience.  I don't have the words because it has

18

1    been so many years, but it asked for experience.
2        Q.   What kinds of detailed auditing  experience
3    were you looking for?
4        A.   Actually having conducted audits, done
5    evaluations of quality management systems, some ISO
6    in some cases, having experience out at contracting
7    facilities overseeing their systems, and actually
8    having worked to establish systems out there in some
9    of those facilities.  Those kind of detailed
10   auditing experience.
11        Q.   Were you aware that Mr. Esquibel had  served
12   as a consultant for several years overseeing  the
13   quality management systems for an ISO project?
14        A.   There may have been something in his
15   package that said he worked as a consultant.
16        Q.   Do you remember?
17        A.   I don't specifically remember.
18        Q.   Do you think if you had seen that during
19   your review of the packages it would have influenced
20   your decision?
21        A.   No.
22        Q.   Why not?

19

1    A.   He still doesn't have the experience
2    necessary to establish a quality management sys em
3    which is one of the experiences that we have.   he
4    people I think I believe that we identified had  oth
5    types of experience.
6        Q.   When you say "both," what do you mean?
7        A.   They had quality management, establishe
8    quality management systems, overseen quality
9    management systems, audited quality management
10   systems and contractors, their process and
11   procedures and specifications.  They had all of
12   those experiences as well as detailed auditing.  So
13   when I say both, those are the both I am talkin
14   about.
15        Q.   When you say detailed auditing, are you
16   differentiating that from regular auditing?
17        A.   Maybe so.  We have people in our office
18   that are auditors and their skill level is not  uch
19   we can actually put them onto a quality managem  t
20   system to do the audits.  They could take addit onal
21   training to develop skills necessary to do the
22   quality management system type auditing.

20

1        Q.   What types of training would they have  o
2    take?
3        A.   One of the trainings they would have to
4    take would be some more, maybe where they go to  he
5    contractor's facility or go out to do an audit  nd
6    have someone oversee them as they do an audit t
7    develop the characteristics of what they are lo  ing
8    for.  We have people in our office that are aud  ors
9    relative to quality systems that we had to send  ut
10   with a team and get trained for the QMS type of
11   audit because they wanted to get certified as
12   auditing.  And their auditing for just a regular
13   basis quality management system will not qualif)
14   them to go out into a quality management system  ype
15   of audit.
16        Q.   Let me ask you what is involved in the
17   certification which is, I suppose, the higher l  el
18   of auditing education?
19        A.   What is involved?  Like a course?  I  r ally
20   can't tell you what is involved in the  course.
21   That's why when we had the interview panel  we  ad
22   some people who were involved with QMS and  ISO  ype

21

1  requirements you would need.

2      Q.  Who is that person?

3      A.  Carol Driscoll.

4      Q.  Carol Driscoll?

5      A.  Yes.

6      Q.  So do I understand correctly you don't know

7  what the difference is between a certified auditor

8  and a general auditor?  Is that what you said?

9      A.  I said from where I sit when you asked me

10  what am I talking about, when I say more detailed

11  experience, I say we have people that have a general

12  auditing experience, meaning we have people that

13  worked in manufacturing facilities and did just

14  regular systems audit for just a regular contractor

15  facility, not QMS, but like MILQ type audits in a

16  contractor's facility.  That person who was able to

17  do a MILQ audit in a contractor's facility, to come

18  on board and want to do a QMS audit, would take some

19  additional training to get them ready such as maybe

20  teaming up with a team of people who do QMS audits

21  to learn the things to look for, how to run the

22  analysis and do all the things necessary to do the

22

1  QMS audit.  I do know that.

2      Q.  What is the MILQ?

3      A.  MILQ is a quality standard that a lot of

4  facilities use or used to use in the past, and we

5  have people that have had that experience and the

6  training for that.

7      Q.  Is it a system?

8      A.  MILQ is a system, yes, but it is not as

9  stringent as a QMS system.

10      Q.  Were you specifically looking for people

11  who held certifications in QMS work or QMS auditing?

12      A.  I'm not sure if the announcement required

13  that or not.  So I can't really respond to what -- I

14  don't remember whether the announcement said we were

15  or not.

16      Q.  Do you remember if you considered who had

17  certifications?

18      A.  Well, the people that we interviewed did

19  have some type of training or courses or whatever.

20  Whether all of those are equal, I don't have the

21  experience to know whether all of those

22  certifications or courses are equal.  Again, that's

2?

1  why we had somebody with the special skills

2  necessary to be able to speak to that aspect.

3      Q.  Do you know if Mr. Esquibel had auditing

4  training or experience?

5      A.  Well, you told me --

6      Q.  Let's take training first.

7      A.  You told me earlier he had some type of

8  auditing experience.  You said or asked me if I was

9  aware of it earlier.  So if what you are saying is

10  so, then he must have had something.

11      Q.  Do you know if he had auditing training?

12      A.  I don't remember.

13      Q.  Do you know if he has any auditing

14  certifications?

15      A.  I don't remember.

16      Q.  Are you aware of a letter that Mr. Esquibel

17  sent to Mr. Seipel around December 2004?

18      A.  Yes, I am aware.

19      Q.  And can you tell me what you know about

20  that letter?

21      A.  Well, I know that I saw -- when you speak of

22  a letter, what are you specifically talking about.?

2

1  Are you talking about the FOIA letter or what letter

2  are you talking about?

3      Q.  I am referring to a letter that Mr.

4  Esquibel sent to Mr. Seipel asking why he wasn't

5  chosen for the position.  I believe it also contains

6  a reference to a FOIA.

7      A.  Otherwise you are talking about a different

8  letter I wouldn't be aware of.  The FOIA letter?

9      Q.  Yes.

10      A.  When I came back from leave or vacation,  I

11  was aware that there was a FOIA letter.

12      Q.  How did you become aware of it?

13      A.  I believe later, maybe sometime in December

14  I believe or maybe early the following year, I

15  received a copy of it from the FOIA coordinator

16      Q.  From the FOIA coordinator?

17      A.  Yes.

18      Q.  Do you know what the FOIA coordinator's

19  name is?

20      A.  Milicent Justice.

21      Q.  Did you make a notation on the last page of

22  the letter about some advice that Milicent Justice

25

1  had given you?

2      A.  Yes.

3      Q.  And what was the notation about?

4      A.  Something -- since I don't remember word

5  for word what it was, but something about the fact

6  that he had sent in some questions and it was

7  something about for me not to worry about responding

8  to the questions number something to something and

9  that I think the issue had been elevated to Civil

10 Rights or something and she advised me through Civil

11 Rights or she advised me that Civil Rights had

12 indicated to hold off answering anything because now

13 the issue had been elevated to the Office of Civil

14 Rights.  Something like that.

15     Q.  And so am I correct in understanding that

16 she instructed you not to answer certain questions?

17     A.  Well, first of all, there were certain

18 questions that were not in my jurisdiction to

19 answer, so I believe that might have been what was

20 number such and such to such and such because it is

21 not me.

22     Q.  Do you know why she told you not to  answer

26

1  certain questions?

2      A.  Because some of those questions may not

3  have been -- and I would have to look at them

4  again -- may not have been in my jurisdiction to

5  answer.  Because somebody writes a letter and they

6  write it to me doesn't necessarily mean it is my

7  responsibility to answer because I may not be the

8  entity to have the answers to those questions.  So

9  there may have been some questions that were not my

10 responsibility because they were not within my

11 jurisdiction to answer, even to know the answers.

12     Q.  And when Milicent Justice gave you the

13 letter, was that the first time you ever became

14 aware of it?

15     A.  Yes.

16     Q.  Do you know who was responsible for

17 answering the letter, responding to it?

18     A.  No.

19     Q.  So is it not the case that -- let me

20 rephrase.

21         Did James Seipel not give you the letter

22 and ask you to respond to it?

1      A.  I don't believe so.  He might have give  me

2  a copy or something.  I don't know.  I don't

3  remember.

4      Q.  Did anybody ask you at any point to  respond

5  to the letter?

6      A.  No.  I was on hold via Milicent via the

7  Office of Civil Rights to wait because it had gotten

8  elevated to the Office of Civil Rights.

9      Q.  If Milicent had instructed you not to

10 answer the questions, do you know why you were given

11 a copy of the letter?

12         MS. OLIVER:  By whom?

13         BY MS. WU:

14     Q.  By Milicent Justice.

15     A.  No.

16     Q.  So other than telling you not to answer

17 specific questions, did Milicent give you any

18 instructions as to what to do with the letter?

19     A.  She just told me to wait until she  further

20 hears more from the Office of Civil Rights.

21     Q.  Did you ever talk to Mr. Seipel about his

22 conversations with Mr. Esquibel?

1      A.  Maybe.  I am thinking maybe he might have

2  told me he called while I was off, and he had tried

3  to talk with him and he wanted to know -- I am

4  trying to think if it was anything.  He might have

5  wanted to know how he did, get some feedback or

6  something.  I don't know specifically.  He might

7  have mentioned it.

8      Q.  Do you have a specific recollection of

9  talking to him about it?

10     A.  I really don't, no.

11     Q.  When you say that he may have asked you

12 though, what is the nature of the memory you have

13 about it?

14     A.  The nature of the memory, the only thing  I

15 have in my memory about it is getting those

16 questions via the FOIA and getting the instructions

17 I got from Milicent Justice.

18     Q.  But is it your testimony that you did  talk

19 to James Seipel about his conversation with Mr.

20 Esquibel?

21     A.  I really don't remember specifically

22 talking to him about it.

29

1    Q.   But a minute ago you indicated that maybe
2  you talked to him about it.
3    A.   I am thinking I know how we normally  work,
4  and we normally would have done some kind of
5  communication in my mind.  But you ask me if I
6  specifically remember and my answer is, no, I don't
7  specifically remember.
8    Q.   Do you have a general memory or general
9  feeling though whether --
10        MS. OLIVER:  Objection.
11        BY MS. WU:
12    Q.   -- you talked to him?
13    A.   I am trying to give you the answer.  But,
14  no.
15    Q.   All right.  So of the three panelists,  the
16  two others and yourself that you had listed,  were
17  all of the panelists equal in terms of who  would
18  make decisions, who would ask questions?
19    A.   Yes.
20    Q.   And who actually asked the questions?
21    A.   We rotated.
22    Q.   You rotated?

30

1    A.   Yes.
2    Q.   What was the purpose of having a panel as
3  opposed to having one person?
4    A.   It is our standard procedure.  Every
5  interview we do we have a panel.
6    Q.   Do you know why?
7    A.   It is our procedure.
8    Q.   And in terms of the number of people, do
9  you know if, for example, the interview board
10  disagreed on who should be chosen for the position,
11  how would you resolve any discrepancy or any
12  disagreement?
13    A.   We would talk about it.
14    Q.   Did you choose the person by consensus or by
15  vote?
16    A.   We do it pretty much by consensus.
17    Q.   So everybody would have to agree in order to
18  pick one person to hire, is that correct?
19    A.   Yes.
20    Q.   And did you all agree to hire Mr.
21  Lightbrown?
22    A.   Yes.

31

1    Q.   And then after you decided to hire, after
2  you had interviewed him and the decision was made by
3  the panel that he would be the selectee, did anybody
4  review your decision?
5    A.   We discussed it with my division chief  who
6  would be Mr. Paskiewicz.
7    Q.   Can you tell me the substance of that
8  communication?
9    A.   Just that we had done the interview and  we
10  asked the questions and based on the information
11  each applicant, each interviewee shared, we felt
12  this person came out on top and responded to all the
13  questions.  That kind of stuff.
14    Q.   And in looking at the interview packages,
15  you stated that Mr. Lightbrown -- let me back up.
16        In selecting the interviewees who would
17  receive interviews, was that also done by consensus?
18    A.   Yes.
19    Q.   So everybody had to agree to each
20  interviewee who got interviewed by the panel, is
21  that correct?
22    A.   Yes.

32

1    Q.   And everybody agreed to interview Mr.
2  Lightbrown?
3    A.   Mr. Lightbrown and the other people, yes.
4    Q.   Wendy Ramsey is one of the other
5  interviewees who was selected for interview.  Why
6  was she selected?
7    A.   She had a package as well.  She had the
8  system, where she talked about the establishment of
9  quality systems, how she worked to set up and
10  establish, the hands-on stuff and then also she had
11  the hands-on auditing experience.
12    Q.   What about education?
13    A.   There was some level of education.  I am
14  assuming.  But I don't really recollect what is  in
15  all those packages anymore.
16    Q.   And do you remember if she had any
17  experience training people about QMS?
18    A.   I don't remember.
19    Q.   Did her prior EEO activity have anything  to
20  do with your selection to interview her?
21    A.   I don't know anything about prior EEO
22  activity.

33

1    Q.  What about David Piszazek?  How did you
2  select him for an interview?
3    A.  Same thing.  There was some experience in
4  his package that sparked our interest relative to
5  his qualifications.
6    Q.  Can you be a little more specific?
7    A.  No.  I really don't remember the packages
8  anymore.
9    Q.  But were you looking for hands-on
10  experience mostly?
11    A.  We were mostly looking for hands-on
12  experience.
13    Q.  Were you looking for education?
14    A.  I was not that focused on education, but
15  like I said, I don't remember what the announcement
16  said or whether the announcement said you had to
17  have some degree or no degree or whatever.  But we
18  really were looking for somebody who had the
19  experience establishing a system.  If somebody who
20  didn't have the education had the experience
21  establishing a system, that would work as well.
22    Q.  And Stephen Davidson, is it the same with

34

1  him?
2    A.  The same.
3    Q.  Do you remember what hands-on experience
4  Mr. Esquibel had?
5    A.  I don't remember.
6    Q.  Do you remember if he had any at all?
7    A.  For us not to have selected his package, it
8  wasn't really apparent that he had hands-on
9  experience, if he had it in establishing a quality
10  management system, having orchestrated one.
11    Q.  And were you involved in the preparation of
12  answers to interrogatories in this case?
13    A.  Yes.
14    Q.  Were you at all involved in preparing the
15  vacancy announcement?
16      MS. OLIVER:  Objection.  Asked and
17  answered.
18      MS. WU:  I'm sorry.  I forgot actually.
19      BY MS. WU:
20    Q.  You were not?
21    A.  No.
22      MS. WU:  I want to show you a copy of

35

1  the vacany announcement.  And if you are familiar
2  with it, you can just take a second to look it over.
3      Can I have this marked as No. 1?
4      (Young Exhibit No. 1 was
5      marked for identification.)
6      MS. WU:  Actually I only have one copy,
7  so if you could look on.  Let the record show that
8  counsel has had an opportunity to review the vacancy
9  announcement.
10      BY MS. WU:
11    Q.  Do you recognize that vacancy announcement?
12    A.  I can't say whether it is or is not the
13  same, but it is an announcement.
14    Q.  Do you know if that announcement related to
15  the position for which you sat on the interview
16  panel?
17    A.  I can't say from just looking at it.
18    Q.  You are looking at -- can you see --
19      MS. OLIVER:  Do you have a vacancy
20  number?
21      MS. WU:  Definitely for AIR-200.  This
22  might be helpful.  We just marked that No. 1.  This

36

1  should be page 1 of that.
2      BY MS. WU:
3    Q.  Can you tell me what page 1 of Exhibit 1
4  is?
5    A.  It looks like it is the cover page or the
6  first page of the announcement with the announcement
7  number on it.
8    Q.  Can you read the announcement number?
9    A.  AWA-AIR-04-AT40010-72564.
10    Q.  And do you know if you sat on the interview
11  panel for this position?
12    A.  I don't remember the number, but I have to
13  assume.  But I don't remember the vacancy number.
14    Q.  That's all right.  If you skip to the
15  second page, about halfway down at paragraph number
16  one, there is a listing of knowledge, skills,
17  abilities and other characteristics.  You see that?
18    A.  Yes.
19    Q.  Can you tell me how many KSAOs are listed
20  there?
21    A.  KSAOs, there are five.
22    Q.  Let's look at the first one.  Knowledge of

37

1  ISO 9000 quality management system and

2  standards. How was that criteria evaluated by the

3  interview panel?

4    A.  It was evaluated based on the applicants

5  communicating their knowledge of the ISO system from

6  some previous employment or some training or

7  whatever avenue they had available to them that

8  would demonstrate the experience.

9    Q.  You'll note in number 1 in parentheses it

10  says "(list any certifications)."

11    A.  Yes.

12    Q.  Did that play -- did certifications play

13  into your consideration of the interviewees?

14    A.  Not necessarily.  If they had them, they

15  could list them.

16    Q.  And how important weight wise was criteria

17  number 1?

18    A.  We really didn't give those criteria

19  weight.

20    Q.  When you say "we didn't give them weight,"

21  did you consider them all to be equal?

22    A.  I don't know necessarily they would all be

39

1    How was that evaluated in terms of the

2  specific types of experience?

3    A.  There is ones where we are getting down to

4  actual hands-on experience.  We wanted somebody who

5  had the experience actually leading and formulating

6  policy concerning the ISO 9000 or QMS 9000 or QMS

7  system.  That's where we wanted hands-on experience.

8  We didn't want somebody who just had taken a course

9  but never done it, because we were at a critical

10  juncture in our organization where we needed to get

11  the system in place and we needed it to be who had

12  the experience in establishing, in putting in place

13  a system.

14    Q.  What about KSA 3, knowledge of

15  problem-solving techniques?

16    A.  That's talking about knowledge and some

17  people have good knowledge of good problem-solving

18  and some have done it hands on.  Either one,

19  depending on what they tell us, can weigh out.

20    Q.  What about number four, ability to

21  communicate clearly and to provide guidance to

22  management officials?

38

1  considered equal either.

2    Q.  Can you explain how you would reconcile any

3  discrepancies then?

4    A.  It would be based on the applicant's

5  communication, relative to the experience they had.

6  The fact that they led a company through an ISO

7  certification is a good skill.  It is a good base,

8  but since our job was requiring hands-on experience,

9  if they didn't have the experience leading somebody

10  through actually putting a system in place, the fact

11  that they did this from a book level may not be the

12  total qualifying factor because we really wanted

13  somebody who had the experience setting the system

14  up, putting it in place, hands-on experience.

15    So I can't say whether it is equal or not

16  equal because it just depended on the actual

17  experience they are going to tell me about against

18  that KSA and it could be hands on or it could be

19  book, and we would have to look at the set.

20    Q.  And now I would like to refer you to number

21  one, KSA 2, which is skill in leading and

22  formulating policy.

40

1    A.  That is another one they would have to

2  have.  Depending on what skills they are telling us

3  and what types of things they have done to

4  communicate -- a part of the QMS system requires you

5  to have, I think it is, management team meetings and

6  you need to have a thorough, good ability to

7  communicate what is happening with ISO 9000.  The

8  audits that you do, any metrics or measures, you

9  have to communicate the results.  So that, again,

10  will be dependent upon what the person is telling us

11  about their skill level, whether it is all book or

12  whether it is actual hands-on application, having

13  established charts and tracking systems and

14  whatever.

15    Q.  Was it important then for the incumbent to

16  have good communication skills?

17    A.  Yes.

18    MS. OLIVER:  Objection.  Asked and

19  answered.

20    BY MS. WU:

21    Q.  And if you had a conflict between a

22  candidate with a lot of hands-on experience but with

41

1  lesser communication skills and another candidate
2  stronger in communication skills as opposed to
3  hands-on experience, how would you resolve that kind
4  of conflict?
5      A.  Well, gee, since your question is
6  hypothetical, I will answer it hypothetically.  I
7  would actually have to actually sit down -- not sit
8  down -- but look at the people who have communicated
9  in answering all these four and we may have to talk
10  about that.  Maybe a person who had good hands-on
11  skills and had less communication skills, had
12  difficulty communicating even though they came out
13  better, may not have gotten it because one of the
14  other things is we do need is to be able to
15  communicate in establishing a system.
16          But that's a hypothetical question and it is
17  hard to deal with because it is not a reality of
18  what happened in this case.
19      Q.  I wanted to just understand the process  of
20  how you would weigh KSA 1 against KSA 2 or 3 or 4 or
21  5.
22      A.  Right.  These things collectively are all

42

1  important, but it is really what we are looking for.
2  We were looking for hands-on experience.
3      Q.  The fifth one is a reference to  experience
4  with software, is that correct?
5      A.  Yes.
6      Q.  Do you know whether the incumbent would  be
7  using a lot of software programs?
8      A.  Probably.
9      Q.  Do you know what kinds?
10      A.  Not all of them off the top of my head
11  because as the QMS is developed new processes and
12  new softwares are coming into place.
13          MS. WU:  Can I have this marked as Young  2.
14              (Young Exhibit No. 2 was
15              marked for identification.)
16          MS. WU:  Let the record show I am also
17  handing a copy to defense counsel.
18          BY MS. WU:
19      Q.  Have you ever seen this document before?
20      A.  Yes, it looks like Mr. Esquibel's
21  resume.
22      Q.  Do you remember if you reviewed this in

41

1  preparation for -- do you remember if you reviewed
2  this at any point before today?
3      A.  I would have to say I believe so.
4      Q.  Is it accurate to say that you reviewed
5  this and decided not to give him an interview for
6  the position?
7      A.  Yes.
8      Q.  Can I draw your attention to the first
9  underlined line on the first page.  That says
10  "Business & Industry Consultant."
11      A.  Okay.
12      Q.  Could you read me that one sentence,
13  please.
14      A.  "Consulted and facilitated Economic  Develop
15  Job Training Grant in a local business in areas  uch
16  as problem solving, project management,  process
17  improvement, statistical process contraol,  and I O
18  9001:1004 Standard."
19      Q.  Would you consider the sentence that you
20  just read as hands-on experience?
21      A.  It could be or it could not be.
22      Q.  When you say "it could be," how could it

41

1  be?
2      A.  We have -- let's say we have a consultant
3  that somebody is communicating with about a syste .
4  That means they are not doing the actual work.
5  Somebody is going to them for advice, and they co ld
6  be going back and forth.
7      Q.  And would you consider facilitating an
8  auditing program as hands-on experience?
9      A.  Of course, your definition of  facilitat  g
10  is?
11      Q.  If you were to just generally -- as you
12  read it in this resume, how would you define it?
13          MS. OLIVER:  You mean on the first page  or
14  on the second page?
15          MS. WU:  On the first page.
16          THE WITNESS:  Facilitated means it could
17  also go along with consulting, where you basicall
18  are consulting, facilitating this company getting
19  their certification or getting their system
20  established because of the advice you provided fo
21  them, communicating back and forth to you.
22          BY MS. WU:

45

1    Q.    Is that the definition that you would have
2  assigned to this word if you had seen this in 2004?
3    A.    Maybe.  That's 2004, darling.
4    Q.    You don't remember?
5    A.    No.
6    Q.    I just wanted to establish that.
7          Let me point you down to the next paragraph
8  under the heading that says "Federal Aviation
9  Administration."  The first position is entitled
10 "Kalamazoo (AZO) Air Traffic Control Tower" and the
11 subparagraph underneath is "Operations Supervisor."
12         Can you read that subparagraph for me?
13   A.    "Responsible for the daily operation of air
14 traffic activities within Kalamazoo's delegated
15 airspace."  You want me to go on?
16   Q.    That's all right.
17         Do you consider controling daily operations
18 for an air traffic activity as hands-on experience?
19   A.    Not for the job I had, that we were talking
20 about.
21   Q.    Why not?
22   A.    I don't believe that has to do with QMS

46

1  systems.
2    Q.    If you were to look at the daily operation
3  of any system, do you think that quality management
4  would play a role in any system?
5    A.    Quality does, but whether quality
6  management does, I don't know.  I don't know if they
7  have to have an ISO 9000 system to have daily
8  operations of air traffic activities.  I was a
9  manager.  Does that mean QMS?
10   Q.    Could you clarify that.
11   A.    I said I was a manager.  I said you don't
12 have to have a quality management system to have a
13 daily operation of air traffic.  So when you asked
14 me if it is hands on, we are talking about QMS.  We
15 are not talking about an air traffic system.
16   Q.    Could I direct you to the next page.
17   A.    Okay.
18   Q.    This is the listing for the KSAs, which is
19 knowledge of ISO 9000 quality management systems and
20 standards, is that correct?
21   A.    Yes.
22   Q.    And can you take a look at the first

4

1  paragraph.
2    A.    Okay.
3    Q.    Do you think that the first paragraph that
4  is listed here demonstrates a knowledge of ISO 9000
5  quality management systems?
6    A.    It demonstrates a knowledge.
7    Q.    What about the second paragraph?
8    A.    It demonstrates a knowledge.
9    Q.    What about the third?
10   A.    Okay.  It demonstrates a knowledge.
11   Q.    And before you flip to the next page, the
12 two bullet points at the bottom, an ASQ certified
13 quality manager, do you know how somebody would go
14 about getting that certification?
15   A.    No.
16   Q.    Do you know what the certification means?
17   A.    No.
18   Q.    What about the next one, ASQ certified
19 technician?
20   A.    No, I don't know how to go about getting it
21 and I don't know what it means.
22   Q.    And in reviewing number two on the next

4

1  page, which states "Skill in leading and formulating
2  policy for an organization going through ISO 9000
3  registration," can you tell me whether or not the
4  paragraphs that are listed under number two
5  demonstrate skill in leading and formulating
6  policy?  Let me rephrase.
7          Does the answer to number two meet the KSA
8  requirement of KSA number 2?
9    A.    From a -- wait a minute.  From what I am
10 reading, this still is where he is a consultant.  He
11 is consulting with a company about establishing
12 their systems.
13   Q.    Right.  But specifically in looking at
14 skill in leading and formulating policy -- actually,
15 let's narrow this down.  We are just looking at
16 paragraph one, the paragraph that starts "From 2000
17 through 2002," does that paragraph fit your KSA 2?
18   A.    What I am reading, I see where he was a
19 consultant, but it doesn't really tell me about him
20 formulating policy or leading them to do policy or
21 he has hands-on experience in developing policy.  It
22 doesn't to me.

49

1    Q.   What about the last paragraph or the last
2  sentence of paragraph two which states "This
3  initiative served several purposes...to introduce
4  project management techniques, to introduce
5  problem-solving techniques, and to identify (and
6  eliminate) nonvalue adding processes"?
7    A.   This is in a course.
8    Q.   Right.  But does that show -- let me
9  rephrase.
10    A.   We are not asking to show -- we are  asking
11  him does he have hands-on experience.  Has he
12  developed policy?  Has he established a system with
13  policies and procedures in that system?
14    Q.   Right, I understand that.  I am just  trying
15  -- what I am trying to get at is a difference between
16  the KSAs.
17    A.   Okay.
18    Q.   And I would assume that the reason for
19  having multiple KSAs is they are slightly different
20  from each other.
21    A.   Okay.
22    Q.   And so I am trying to see what the panel

1  would you say that what Mr. Esquibel has  prepared in
2  answer to number four demonstrates an  ability to
3  communicate clearly?
4    A.   Yes.
5    Q.   Do you think that his answer demonstrate
6  the ability "to present authoritative
7  interpretations and guidance to management
8  officials"?
9    A.   Yes.
10    Q.   Do you believe that, number five, KSA 5,  do
11  you believe that Mr. Esquibel's experience meets  KSA
12  5 in terms of his experience with Microsoft
13  software?
14    A.   Yes.
15    Q.   Let me make sure that I understand you
16  correctly.  KSA 1, which is knowledge of ISO 9000
17  quality management systems, you say he has.  Is that
18  correct?
19    A.   Uh-huh.
20       MS. OLIVER:  Say yes.
21       THE WITNESS:  Yes.
22       BY MS. WU:

50

1  was looking for when they tried to apply KSA 2,
2  leading and formulating policy, and whether or not
3  Mr. Esquibel showed that in his answers.
4    A.   Okay.
5    Q.   Looking at his answer for number two, do
6  you think it meets or does not meet the criteria of
7  having skills in leading and formulating policies?
8    A.   I don't see the formulating policies.
9    Q.   And directing your attention to KSA 3,
10  "knowledge of problem-solving techniques for
11  evaluating or improving processes and programs," do
12  you think that the activities that Mr. Esquibel has
13  listed in paragraph one that begins with "Specific
14  tools" indicates knowledge of problem solving?
15    A.   Yes, he has knowledge of problem
16  solving.
17    Q.   Do you think that he has knowledge of
18  problem solving for improving processes and
19  programs?
20    A.   He has knowledge.
21    Q.   And if I can direct your attention to number
22  four which is "ability to communicate  clearly,"

5

1    Q.   And then number three, you said his  answer
2  demonstrates "knowledge of problem-solving
3  techniques for evaluating or improving processes  and
4  programs," is that correct?
5    A.   Yes.
6    Q.   And number four, he has demonstrated the
7  "ability to communicate clearly to present
8  authoritative interpretations and guidance to
9  management officials"?
10    A.   Yes.
11    Q.   And that he has demonstrated skill in the
12  use of Microsoft software?
13    A.   Yes.
14    Q.   I am a little confused then about your
15  answer to KSA 2.  What in this answer leads you t
16  decide that his answer is insufficient to show --
17  let's take just the formulating policy aspect of  t
18  first.
19       MS. OLIVER:  Objection.  Asked and
20  answered.
21       THE WITNESS:  Has hands-on experience to
22  establish a quality management system, has

53

1  experience in developing policies and procedures,

2  not causing them to be done.  Hands-on experience

3  doing it.  Hands-on experience in quality management

4  systems, hands-on experience in detailed auditing.

5  Hands-on.

6      BY MS. WU:

7      Q.  Would you say there is a difference  between

8  managing a process and actually doing the  process?

9      A.  Yes.

10     Q.  Who do you think knows more about the

11  process in that scenario, the person who is

12  implementing it or the person who is managing it?

13     A.  Again, it depends.  You asking a

14  hypothetical.

15     Q.  Hypothetically?

16     A.  Hypothetically it would be either way

17  dependent on the people.  In some cases the person

18  who has the hands-on experience is more

19  knowledgeable than the person managing it; and then

20  in some cases, depending on the issue, it is the

21  other way around.  There is no set answer.

22     Q.  Is it your opinion though that  management,

54

1  that people who manage process don't  know very much

2  about the process they manage?

3      A.  It could be.

4      Q.  Is that your general belief?

5      A.  I can't use the word "general."  I don't

6  know what "general" means to you.

7      Q.  Going forward slightly in his

8  application packet, I am now looking at the page

9  that is marked "Certificate of Award" at the top.

10  Could you read the certificate starting with "We

11  hereby award."

12     A.  "We hereby award this certificate to  Felix

13  J. Esquibel for successfully completing and  passing

14  the auditor/lead auditor of quality systems  course."

15  You want more?

16     Q.  No.  That's fine.

17         And the person who signed this

18  certificate, Michelle Walke, are you familiar with

19  that individual?

20     A.  No.

21     Q.  Can we flip to the next one.

22     A.  Am I going to read again?

55

1      Q.  Yes.

2      A.  Okay.

3      Q.  Could you read just starting from the  first

4  word down to "Quality Technology."

5      A.  "American Society for Quality, Felix

6  Esquibel, has satisfactorily fulfilled the

7  requirements established by the Society for

8  professional attainment in quality technology."

9      Q.  And then the last one.

10     A.  "American Society for Quality, Felix  Joseph

11  Esquibel has satisfactorily fulfilled the

12  requirements established by the Society for

13  professional attainment in quality management."

14     Q.  "And is therefore"?

15     A.  "And is, therefore, certified by the

16  Society as a quality manager."

17     Q.  And why did none of these certifications

18  matter in terms of getting him an interview?

19     A.  It doesn't address hands on.  It is

20  courses.

21     Q.  Did Mr. Lightbrown have the same types of

22  certifications?

55

1      A.  I can't say match for match whether he  did,

2  but he did have hands-on.

3      Q.  And in looking again at Mr. Esquibel's

4  resume, why did the panel not give any weight to his

5  experience teaching in the ISO 9000, quality

6  management systems area?

7      A.  Same areas.  We wanted hands-on.

8      Q.  And you don't think that somebody who

9  instructs -- let me rephrase.

10         Would you expect a professor of quality

11  management systems to know about quality management

12  systems?

13     A.  They probably are going to know a certain

14  level, yes.

15     Q.  Do you think they would more or less than

16  someone who does them?

17     A.  Not necessarily, and I already answered  any

18  not.

19     Q.  What about somebody who consults in the

20  process of doing quality management?

21     A.  They may know more than somebody who does  it

22  day to day because they are a consultant maybe.   But

57

1  we still were looking for a hands-on person,

2  somebody who actually established the system with

3  their hands, sets up processes and procedures.

4  That's what we were looking for for this job.

5      MS. OLIVER:  Off the record, please.

6      (Discussion off the record.)

7      (Whereupon, at 2:25 p.m., a recess was

8  taken to reconvene at 3:40 p.m.)

9      MS. WU:  Back on the record.

10      BY MS. WU:

11      Q.  Before the break we were talking a little

12  bit about the position that Mr. Esquibel applied

13  for.  Can you tell me what duties would be entailed

14  by the person who got the position?

15      A.  They will be responsible to generate

16  procedures and policies and processes for quality

17  management systems.  They would be responsible to

18  work with the aviation safety inspectors looking at

19  our policies and procedures, taking a leading

20  position on policies and procedures flow charts that

21  will lay out the quality management system.  They

22  will be responsible to do the audits of the field

5

1  POR would be doing most of interfacing with their

2  direct managers.  There is a higher --

3      Q.  Let me stop you for just one second.

4  What does POR stand for?

5      A.  I knew when I said that -- I don't what the

6  POR stands for.  It is a term they started using then

7  they set up our system.  I don't know what it

8  actually stands for to spell it out.

9      Q.  So was the candidate not responsible for

10  giving guidance or advice to managers about quali y

11  management systems?

12      A.  The higher level -- the QMS rep would me t

13  with the higher level management, probably like t e

14  Nick Sabitini type level and their person is loo ing

15  at it from their level.  But they would work hand in

16  hand with PORs to give advice.  But I am really ot

17  familiar with how the quality management rep wor s

18  at the higher level because I wasn't part of tho e

19  meetings or anything like that.

20      But I know for our immediate office -- I am

21  trying to get the structure.  Normally the qual y

22  management rep would not be under the division c ief

58

1  offices as well as the headquarters internal offices

2  and also help work with them in developing policies

3  and procedures and flow charts laying out their

4  processes.  They will be responsible to make sure

5  all the processes and flow charts and procedures and

6  all those things allow for a transitional flow from

7  beginning to end, including headquarters, field, you

8  know.  That's pretty much it.

9      Q.  And would the incumbent also be responsible

10  for giving briefings and giving advice to managers?

11      A.  Advice?  Usually the advice will come from

12  the -- I am trying to think what they call

13  them -- PORs.  There will be PORs -- each office has

14  PORs that are responsible for that office's policies

15  and procedures.  So the top person will be working

16  with them and also helping them write and develop

17  the policies and works, and they work hand in hand

18  in doing it; but the PORs will be responsible for

19  giving advice to their manager.

20      Then there would be a meeting between the

21  POR and the quality management rep on issues and

22  things and whatever they were talking about, but the

6

1  which it was in this case.  Normally that person

2  would be under John or Derenda.  So they delegate

3  that to Frank who then had the person under him.  So

4  I am trying to talk about it as if it is still

5  Derenda.  It is not our immediate office.  That'

6  why it is difficult for me.  Normally that perso

7  would be dealing with John or Derenda which  Fran

8  was representing that so that would still be  it.  He

9  would not be dealing with our office as such.  I  is

10  a delegation of both positions in the same place  if

11  that makes sense.

12      Q.  I think it does.

13      Would the candidate not be advising Fran

14  about issues or processes?

15      A.  Normally that person would have been

16  advising Derenda and John.

17      Q.  And Derenda and John, are they in 220?

18      A.  No.  They are AIR-1 and AIR 2.  If the

19  structure was set up the way it normally would be

20  that would be the level.

21      Q.  That they would be advising to?

22      A.  The management rep -- yes, they would be

61

1 advising to. They delegated it down to Frank who
2 was 200; but even in that role he was representing
3 AIR-1 and 2, you see, so it is kind of hard to
4 explain because that was a delegation.
5    Q. The QMS specialist would have been advising
6 Frank who is really --
7    A. AIR-1 and 2.
8    Q. -- representing AIR-1 and 2?
9    A. Yes. And they were meeting with the PORs
10 and the PORs would be taking care of our office and
11 trying to make sure referring lines up and working
12 with the higher level rep to write and get
13 everything straight.
14    Q. What kind of experience did Mr.
15 Lightbrown have in terms of advising people about
16 QMS?
17    A. I can't remember specifically, but I can
18 talk generally, what I can pull on out of my head
19 and remember.
20    Q. Sure.
21    A. He had been in various facilities and in
22 working those facilities he had set up quality

62

1 systems in those facilities and been responsible to
2 work with the contractor -- work with the
3 manufacturers. Contractor is a DOD term. I am
4 trying to use the same terms. Work with the
5 manufacturers in the various companies he has
6 worked.
7        As he got promoted, he began to work in the
8 New England field office. In the New England field
9 office he had responsibility of overseeing aviation
10 safety inspectors in helping them monitor, write and
11 develop their process and procedures for those
12 contracts they were overseeing. So he actually had
13 a management role, without being a manager, of
14 overseeing a bunch of facilities where they had
15 aviation safety inspectors there. And he was
16 responsible also to go out and audit them and kind
17 of do an over-the-shoulder review of their work and
18 try to make sure it was satisfactory and also then
19 work with them on correcting and fixing and
20 developing and writing procedures and the quality
21 management system they have would in place in the
22 companies they are overseeing.

63

1    Q. If you were to compare Mr. Lightbrown's
2 skill and experience level in terms of advising
3 versus Mr. Esquibel's skill level and experience in
4 the field of advising, who do you think is a
5 stronger candidate?
6    A. I really don't know. For me though Mr.
7 Lightbrown had more than just advising. That's what
8 I'm saying. He actually worked -- I don't know. I
9 don't know who had more advising background and
10 skill than the other person who had more
11 background. I didn't go out with Mr. Lightbrown
12 when he did his advising. He didn't work for me.
13    Q. Were those the kinds of things that you
14 asked in the interviewing process?
15    A. No, I did not focus in on skills in
16 consulting. I mean, yeah, skills in consulting or
17 length of consulting. I did not ask questions about
18 that. I think --
19    Q. Did you ask questions about communication
20 skills?
21    A. I am trying to think. I don't remember
22 what the questions were that I asked. I know there

64

1 were a number of questions, but I don't know what
2 each of the questions were.
3    Q. To the best of your recollection, did the
4 panel ask anything about communication at all?
5    A. I really don't know. I don't know whether
6 we asked anything about oral communications or not.
7 I just really don't remember.
8    Q. How about computer skills? Did the
9 interview panel ask the interviewees about their
10 computer skills?
11    A. I don't think -- I don't believe we asked
12 anybody about their computer skills.
13    Q. Did you ask any of interviewees about their
14 educational backgrounds?
15    A. Probably not. That information is
16 contained in the packets.
17    Q. What about specific job training?
18    A. On-the-job training?
19    Q. On-the-job training or training that would
20 help them do their job if they were selected for the
21 QMS specialist position.
22    A. I don't believe we did. Again, any

65

1    training they would have had that would have made
2    them whatever would have been in the packet.  It was
3    one of the primary focuses of the packet.
4         Q.   Did you review with them the information
5    they put in their packets?
6         A.   No.
7         Q.   How did you verify that the information  in
8    the packets was true?
9         A.   I didn't.
10        Q.   Did anybody?
11        A.   No.  We have no requirement to verify  what
12   is in there is true.
13        Q.   So you didn't look at certifications.
14   You didn't talk to previous supervisors or anything
15   like that?
16        A.   No.  Depending on how many people are in
17   the cert., that would be a whole lot of work trying
18   to talk to anybody they have on their application to
19   figure out whether the information is true or not.
20   Usually what happens -- usually, and this is not a
21   requirement that has to happen, when somebody is
22   hired or you are really interested in one or two

66

1    people, you might go and do some background
2    verification.  But, again, that's if you choose.  It
3    is not a requirement.
4         Q.   And the four people who were selected for
5    interviews, you didn't do that for them?
6         A.   None of the four.
7         Q.   Did you ask them anything about their
8    experience doing studies?
9         A.   I don't remember.
10        Q.   Do you know if studies were part of the
11   incumbent's job?
12        A.   I don't.  Like I said, the person was  with
13   me for two months and reported to somebody else and
14   what they would have required them to do, I  don't
15   know.
16        Q.   And you said that on the panel you  rotated
17   in terms of who asked the questions, is that correct?
18        A.   Yes.
19        Q.   Did you have a specific area of questions
20   that you asked?
21        A.   Specific area?  No.  Like what do you  mean
22   by specific?

66

1         Q.   If there were three panels members, did  you
2    divide up the topics you were going to question  the
3    interviewees about?
4         A.   No.  They weren't topic driven.
5         Q.   Did you ask people about their prior
6    experience or knowledge with problem solving?
7         A.   No.  Anything that was contained in the
8    application, we didn't go into again, asking again.
9         Q.   Then what did you ask them about?
10        A.   I don't remember the questions, but I  don't
11   think we went into trying to validate the
12   application.
13        Q.   Did you want people to discuss how they
14   would perform in their position if they were chosen?
15        A.   I don't know.  I don't know whether those
16   questions were asked or not.  As I told you, I don't
17   remember the questions.
18        Q.   You mentioned before that you selected   r.
19   Lightbrown based on hands-on experience.  Do you
20   remember if he discussed hands-on experience in  he
21   interview?
22        A.   I don't specifically remember.  I can

66

1    assume some things, but I don't specifically
2    remember.
3         Q.   All right.
4         A.   It could have been.  I don't remember th
5    questions.
6         Q.   Do you think that exploring each
7    interviewee's familiarity and ability with the K As
8    is important?
9         A.   Say that question again.
10        Q.   Do you think that evaluating how each
11   candidate or how well they meet the KSA requirements
12   is important?
13        A.   Well, yes, and if that is to be done, it  is
14   normally done based upon what they put in the
15   package.  That's the first gate to go through is
16   when you apply for a job, does the package match
17   information that you are trying to address in the
18   KSAs.  Otherwise, you don't make it to stage two.
19        Q.   So then what is the purpose of the
20   interviews?
21        A.   The interview is for us.  The interview  is
22   looking for, I believe, some of the personality

69

1  traits as well as other things. But, again, I have
2  to look at the questions to see what all we talked
3  about, see what we are looking at for that
4  particular job. Like I say, we go through maybe 50
5  different -- I have done 50 different panels in my
6  career, more or less, I don't know. But every panel
7  and questions are different. So for me to try to
8  remember what we did on this particular one is not
9  going to happen. Okay.
10     Q.  Do you know how you came up with the
11 questions?
12     A.  The questions may have been driven
13 somewhere between HR, Margo and Frank. I was not
14 there. I didn't develop the questions.
15     Q.  If you didn't develop the questions, then
16 were you reading from a script?
17     A.  There usually is a pool of questions,  some
18 questions they would have written down.
19     Q.  And who would have written that down?
20     A.  Somewhere between Margo and Frank some
21 questions were developed probably for the QMS
22 position, but you would have to check with them to

70

1  get that.
2     Q.  Did you ask any of the questions that you
3  thought of personally?
4     A.  No.  The process they have in place is we
5  are not allowed to go outside of whatever questions
6  they have determined on the questions.
7     Q.  I see, and how did they document for you
8  these questions?  Did they give you a list of
9  questions?  Did they give you a list of topics?
10    A.  I believe there was a list of questions.
11    Q.  A list of questions.  Do you have that
12 list?
13    A.  No, I do not.
14    Q.  Do you know what happened to the list?
15    A.  You would have to check with Margo or  Frank
16 or somebody and see if they have it. I don't  know.
17    Q.  You mentioned personality traits  sometimes
18 you look for in interviews. What kind of
19 personality traits?
20    A.  Maybe just -- let me think. I am trying  to
21 think of one of them. I don't remember the
22 questions. Whether the person prefers to work on

1  teams or independent, because our job requires a lot
2  of teamwork and some people don't like to work in
3  teams.  That type of stuff, if I think of an
4  example.
5     Q.  Did the incumbent for this position need  to
6  work in teams?
7     A.  Yes.
8     Q.  So was that important?
9     A.  Well, yes, it is important because, like  I
10 said, you are working with people working to  develop
11 policies and procedures in a QMS system.
12 That system is throughout the whole organization,
13 and you are going to have to interface with other
14 ASIs, other PORs. You have to be able to help them
15 develop and write procedures and policies and
16 explain that. But it is not more heavily weighted
17 than any other KSAs either because we don't use a
18 weighting factor.
19    Q.  I want to shift a little bit and ask you
20 about the continuing nature of the incumbent's
21 work. Am I correct that part of the work is setting
22 up the system and another part is maintaining it?

7

1     A.  Yes.
2     Q.  And is there a weighting between setting  up
3  and maintaining?
4     A.  Now, when you say the incumbent's positon,
5  yes, the incumbent's position was  responsible to
6  assist with the setting up.  The  service, since
7  Frank represents the service level,  made a decision
8  they were going to hire a contractor to take care of
9  much of the interfacing with the  quality management
10 rep in setting up the system. So the ultimate goal
11 was to get the system set up. But they actually
12 hired a contractor for that piece as  well as having
13 Mike and whoever worked with that  contractor,
14 because the contractor just does not  have a thorough
15 understanding of FAA and our office  and the service
16 needs and all those things. So the  primary goal of
17 Mike Lightbrown is after everything  is set up then
18 it has to be maintained.
19    Q.  So if a contractor was setting up the QMS
20 systems, then why was hands-on experience so
21 important?
22    A.  I am saying the contractor was  responsible

73

1  to set up, but Mike was assisting.  One of the
2  reasons hands on is important is because the
3  contractor doesn't understand our system.  He
4  doesn't understand our office.  He had an
5  understanding of the office.  He had been in
6  aircraft for however long.  He was instrumental in
7  the hands on in helping the contractor set up and
8  organize.  They know some things, but to try to
9  adopt it to our service is difficult when you don't
10  know the business.
11  Q.  Do you think Mr. Esquibel knows the
12  business?
13  A.  I don't know whether he knows about the
14  aircraft certifications business.  I can't answer
15  that.  I don't know what he knows about aircraft
16  certifications.  He may know where he works and his
17  business from out there, but I don't know what he
18  knows about aircraft certification.  He would have
19  to answer that.  I can't answer it.
20  Q.  And we had talked a little bit about Mr.
21  Esquibel's level of training before.  Would you say
22  that Mr. Esquibel has had a sufficient amount of

74

1  training to perform -- a sufficient amount of
2  training to meet all of the knowledge requirements
3  of the position?
4  MS. OLIVER:  Objection.
5  THE WITNESS:  I can't qualify.  I can't say
6  his knowledge is sufficient or training.  There is
7  no way for me to make that call.
8  BY MS. WU:
9  Q.  How did you decide when you were reviewing
10  the packet?
11  A.  Hands-on experience.  I am going back.  I
12  didn't say we were hiring him based on knowledge.  I
13  said we were hiring because of the hands-on
14  experience to set up a system.
15  Q.  I do understand.
16  But in terms of the KSAs, one of the things
17  they looked for was training.  So if you didn't
18  evaluate how much training was necessary, then how
19  would you know whether or not the person had enough
20  training?
21  A.  There was no enough qualified.  All of them
22  have training.  There was nothing that said somebody

75

1  who had more training than somebody else is more
2  qualified than somebody else.  Again, I am looking
3  for hands on.  It was not based on because somebody
4  has a degree or somebody doesn't have a degree, but
5  might be a higher level.  That person with a higher
6  level is certainly more qualified by having a higher
7  degree, but still didn't have the hands on which was
8  the focus of what we were looking for.
9  Yes, there was a question about the
10  certification and the training.  That just added
11  things to see what they do have; but, again, it does
12  not outweigh the other KSAs.
13  Q.  There was no minimum training requirement?
14  A.  I don't know if there was.  It would be in
15  the announcement.
16  Q.  It sounds very much like the main focus of
17  the position was hands-on experience.
18  A.  That's what I have been saying for a long
19  time.
20  Q.  So do you know why they put out a vacancy
21  announcement with five KSAs if all you were looking
22  for is hands-on experience?

76

1  A.  The primary experience was hands-on
2  experience, but the other KSAs give you a better
3  picture of totality.  The focus is hands-on
4  experience, but you get a better picture of totality
5  of applicants in reviewing the application to be
6  able to look at the skills, look at what you need to
7  look at.
8  Q.  How would Mr. Esquibel have known to stress
9  hands-on experience if he looked at the five KSAs
10  and they were all apparently equal?
11  A.  They all are basically apparently equal
12  depending on what the person brings.
13  Q.  If we go back to something like number
14  two, that is focusing on hands-on experience, asking
15  for your skills in developing the policies and
16  procedures.
17  A.  The others are asking for your knowledge.
18  Q.  But hypothetically if there are four KSAs
19  that focus on knowledge and then one KSA that
20  focuses on hands-on experience, doesn't that imply
21  that knowledge is a little bit more important?
22  A.  No.  We don't have that as a quantity.

77

1 We could have one KSA. We don't have a quantity to
2 say one is more important. There is no weight
3 factor.
4    Q.   You found that hands-on experience was more
5 important than the other four KSAs combined, isn't
6 that true?
7    A.   Based on the time frame we were allotted to
8 establish a system, which was a short time
9 frame. I don't know what the date was, but we had a
10 short turnaround time. Hands-on experience was very
11 important to us because we only had so much time to
12 establish a quality management system and put it in
13 place and get it up and running and working.
14       Mr. Esquibel had whatever Mr. Esquibel had
15 and Mr. Lightbrown had what he said, which included
16 hands-on experience. He had the hands-on
17 experience. He also had familiarity with the
18 aircraft certification service and knows that to be
19 able to assist the contractor in setting up a system
20 that would fit the aircraft certification based on
21 what we were looking for and trying to get done.
22       Only thing I can tell you is you can't put

79

1 nth time. They are equally weighted. There is one
2 no more important. If you get number two and miss
3 all the other four, just based on number two and
4 miss all the other four, Mr. Lightbrown had number
5 two and the other ones.
6    Q.   And in discussing the other ones, when we
7 had gone through all the KSAs we had agreed Mr.
8 Esquibel had the other four.
9    A.   Uh-huh.
10    Q.   So doesn't that imply then that you are
11 putting a lot more emphasis on number two?
12    A.   No. It implies that Mr. Esquibel met the
13 other four and didn't meet number two. And it also
14 implies that Mr. Lightbrown did all five. That's
15 what it implies to me.
16    Q.   If you are looking at KSA number two, where
17 does it say in that KSA -- and you can refer to the
18 exhibits if you would like as well -- but where does
19 it say in that KSA hands-on experience?
20    A.   When we asked for the person's skills in
21 developing the procedures and policies, that's what
22 we are talking about is hands-on experience. When

78

1 out a job announcement and select everybody. There
2 is no way do it.
3    Q.   That sound like it is true; but if I
4 understand correctly there are five KSAs and you are
5 stressing that number two focuses on hands-on
6 experience.
7    A.   Uh-huh.
8    Q.   And the rationale you gave for that is that
9 you had a short amount of time to implement a
10 working QMS system, is that right?
11    A.   Uh-huh.
12    Q.   But you said earlier that the FAA had hired
13 a contractor to do most of the setting up, is that
14 correct?
15    A.   Uh-huh.
16    Q.   So isn't it fair to say that you based your
17 decision on who to hire 90 percent on half of one
18 KSA?
19    A.   No.
20    Q.   How is it not?
21    A.   Well, the focus is on hands-on experience.
22 It didn't exclude the others as I have said for the

80

1 we say knowledge of, it can include but it doesn't
2 have to include hands-on experience; and the other
3 one says knowledge of, how much do you know about
4 something, didn't ask did you put your hands into
5 it.
6    Q.   Are those terms defined anywhere in the
7 vacancy announcement?
8    A.   No.
9    Q.   Do you think that the word "skill" as used
10 in KSA number two is open to interpretation?
11    A.   It could be.
12    Q.   Is it fair to say that skill can be
13 attained in a variety of ways?
14    A.   Depending on how you interpret it.
15    Q.   Earlier when we were talking about Mr.
16 Esquibel's experience, I had mentioned paragraph one
17 in his resume that talked about his work as a
18 business and industry consultant. I had asked you
19 whether or not that qualified as hands-on
20 experience. You said you didn't know.
21    A.   I thought I said -- I thought I said it
22 depends on how.

81

1      MS. OLIVER:  What?

2      THE WITNESS:  I thought I said it

3  depends on -- let me start again, because I lost my

4  train.

5      BY MS. WU:

6    Q.   In referring to this first paragraph on  Mr.

7  Esquibel's resume that starts "Business &  Industry

8  Consultant," I had asked you earlier  whether or not

9  being a consultant qualifies with  hands-on

10 experience.  To my recollection you said it depends

11 on what the person is actually doing in  their

12 consultant position.

13   A.   Consultant doesn't automatically mean  hands

14 on.  Consultant means that you consult with  somebody

15 and they did the hands on, they developed  the

16 policies and procedures.  It doesn't mean you

17 developed the policies and procedures.

18   Q.   Doesn't it mean you put the policies and

19 procedures in place?

20   A.   Open to interpretation.

21   Q.   Don't you think it would have been better to

22 invite Mr. Esquibel for an interview to ask him

82

1  whether or not he had had hands-on experience?

2    A.   It would probably be better to invite all

3  the people on the list to ask more specifics.  But

4  that's not what we do.  We don't call people on an

5  application and say you got your application in

6  here.  Here is a gray area.  Now tell me what it

7  means.

8    Q.   If it was the pivotal quality you were

9  looking for, shouldn't you have given him a chance

10 to explain whether or not he had it?

11   A.   No.  If I do it for him, I have to do it

12 for everybody.  I am here because somebody felt they

13 weren't treated fairly.  So, no, I couldn't.  Not

14 unless I do it for everybody, no, I couldn't.

15   Q.   Are you familiar with debriefing

16 procedures?

17   A.   Not really.  But we can talk about it if

18 you want to.

19   Q.   Do you know what a debrief is?

20   A.   I have debriefed people who have applied

21 for jobs, been selected from the cert. For an

22 interview, have been interviewed and they come back

83

1  to say based on my interview and not getting the

2  job, can you tell me where I fell short.  That's  as

3  far as I have ever had to debrief somebody is after

4  they have been selected to be interviewed for the

5  position and then did not get the position.

6    Q.   How did you get in contact with those

7  people?

8    A.   They have -- usually they have a phone

9  number on their application.  I'm sorry.  Usually

10 they will call and say I did an interview with you

11 and I was just wondering why I didn't get the

12 position.  What do I need to fine-tune, tweak or

13 improve or one of those kind of questions.

14   Q.   Do they generally call you directly?

15   A.   Sometimes, and sometimes they don't.

16   Q.   Do you give a debrief to everybody who  asks

17 you for one?

18   A.   Based on an interview, yes.  If they have

19 been interviewed.  No one has ever asked me before

20 for a debrief when they weren't even interviewed.

21 So I can't answer your question usually because i

22 hasn't happened to me.

84

1    Q.   But 100 percent of people who asked you  or

2  a debrief, you have given them a debrief,  correct?

3    A.   With the question restated, I would be  able

4  to answer; but I can't answer with what you are

5  saying.

6    Q.   With the exception of Mr. Esquibel, have

7  you done a debrief for everybody who has asked?

8    A.   Yes, with the qualification everybody who

9  has asked was a person who had been interviewed.

10   Q.   Did Mr. Esquibel call you for a debrief?

11   A.   No.

12   Q.   Did Mr. Esquibel ever show you a letter

13 where Mr. Esquibel was asking for a debrief?

14   A.   I either got the copy of the FOIA from

15 either Jim -- I thought it was Jim or Milicent.

16 That would be the only way I can say yes.

17   Q.   So you didn't debrief Mr. Esquibel?

18   A.   You saw the note on the paper and I have

19 answered that by the note.  We talked about the

20 note, don't do anything until.

21     MS. OLIVER:  Did you debrief Mr.

22 Esquibel?

85

1      THE WITNESS:  No.

2      BY MS. WU:

3      Q.   Did you ever speak to him personally?

4      A.   No.

5      Q.   Did you ever write to him or exchange any

6    correspondence with him?

7      A.   No.

8      Q.   I am going to show you what has been  marked

9    as Seipel 5.  This is the FOIA request that  we have

10   been talking about.  And I would like to direct your

11   attention to the very last page.  Is that your

12   handwriting?

13     A.   Yes.

14     Q.   And so you wrote that paragraph?

15     A.   Uh-huh.

16     Q.   And can you tell us more about what

17   Milicent told you?

18     A.   Based on what I already told you, that's

19   all I can expound about.  It would be what I

20   answered earlier when you asked me about this.  This

21   is it.

22     Q.   Who did you write that paragraph for?

86

1      A.   It was my little note to myself so I  would

2    remember.

3      Q.   And then after you wrote that, did you do

4    anything with that letter?

5      A.   No.

6      Q.   You just kept it?

7      A.   In my file.

8      Q.   And are you aware of how Mr. Seipel

9    eventually got it?

10     A.   No.  Got this with my handwriting on it?

11     Q.   Yes.

12     A.   I gave him the file when I retired.

13     Q.   What file was that?

14     A.   It was just where I had a copy of his --

15   did it start off EEO?  A copy of this thing, the

16   FOIA request.  Then a copy of the EEO documentation

17   and a copy of the court documentation.  So wherever

18   it elevated I was given a copy of the paperwork and

19   that's what I had.  That was the file.

20     Q.   Was it a file just about Mr. Esquibel?

21     A.   Yes.

22     Q.   And do you normally keep these types of

8

1    files in the normal course of your work?

2      MS. OLIVER:  Objection.

3      THE WITNESS:  The only reason I had this

4    file is because there was a FOIA.  There was an E O

5    complaint of civil rights and then there was the

6    court case.  So I keep copies of these things so  t

7    whatever point I need to respond, I can.  And the

8    only reason it is Mr. Esquibel's is because that  s

9    who we were talking about that went through these

10   channels.

11     BY MS. WU:

12     Q.   The information that was contained in  t  t

13   file, did you refer to it when you contributed

14   answers to our interrogatories?

15     A.   I believe I would have -- I'm trying to

16   think.  I believe in the interrogatories I talked

17   about the note I had from Milicent.

18     Q.   When did you contribute answers to the

19   interrogatories?

20     A.   When I got the questions and was told by

21   counsel I had to respond to the interrogatories.

22     Q.   Do you remember what month or year?

8

1    Let's start with the year.  Was it this year?

2      A.   I don't remember when the first -- I  don t

3    remember when the first one was.  The end of  las .

4    year or the beginning of this year.  I don't

5    remember.

6      Q.   End of last year or beginning of this  y  r?

7      A.   It may not have been the end.  I got a

8    package from counsel that said here are some

9    interrogatories and I am assuming they were sent  o

10   him or whatever by whatever, and I prepared a

11   response based on the questions that had been ask d.

12     Q.   Did you prepare answers to the

13   interrogatories before you retired though?

14     A.   Yes.

15     Q.   And you retired when?

16     A.   September 3rd.

17     Q.   September 3rd, 2007?

18     A.   Yes.

19     Q.   So it was definitely before September  3  i,

20   2007?

21     A.   Yes.

22     Q.   Would you say it was before June 2007?

89

1        MS. OLIVER:  If you can remember.

2        MS. WU:  You don't have to guess.

3        THE WITNESS:  I am not sure of the

4    dates.  I have been retired.  So I'm not sure.

5    BY MS. WU:

6        Q.    And do you remember how you responded?

7        A.    Specifically for each question you mean

8    how?  What my answers were?

9        Q.    Did you respond orally or in writing?

10       A.    I responded in writing.

11       Q.    And how many of the interrogatories did  you

12   write answers for?

13       A.    I don't know the number.

14       Q.    Was it close to all of them or was it  half?

15   Was it one?

16       A.    I am going to guesstimate maybe half.

17       Q.    Did you get a chance to review the

18   interrogatories answers after they were already

19   finished?

20       A.    Just shortly, sitting in the office here.

21       Q.    You didn't verify their authenticity or

22   accuracy?

90

1        A.    I may have reviewed them when the counsel

2    did the final, but I don't remember.

3        Q.    Do you know if you signed a verification

4    document?

5        A.    You are going to tell me what that is?

6        MS. OLIVER:  We don't have a

7    verification from her, but we will get one.

8        BY MS. WU:

9        Q.    Did the FOIA office ever contact you?

10       A.    I don't remember.  I don't believe so,

11   but I don't remember.

12       MS. OLIVER:  Could you clarify that

13   question.  Are you saying did Milicent --

14       MS. WU:  After she had gotten the copy of

15   the letter where she had been instructed not to

16   answer certain questions, did they ever follow up

17   with her?

18       THE WITNESS:  Follow up as now is the time

19   to answer or, no, it is not time to answer?

20   Any fashion?

21       BY MS. WU:

22       Q.    Any follow-up.

9

1        A.    Not that I know of.  Not that I can

2    remember anyhow.

3        Q.    I had asked you before a little bit about

4    guidelines that have come down from the Federal

5    Government that reference hiring minorities in

6    employment.

7        A.    Okay.

8        Q.    Or for the Federal Government.  And you

9    have, as you indicated, been involved in a lot of

10   interviewing processes, around 50.

11           Do you think that it is important that  i

12   conducting so many interviews and being on so man

13   panels you should be aware of those kinds of Fede al

14   policies?

15       A.    Yeah.

16       Q.    But you weren't aware of the two that I   ad

17   mentioned to you?

18       A.    Probably -- no.  No.  No.

19       MS. WU:  Let me show you another  docume t.

20   I would like to get this marked as Young  3.

21           (Young Exhibit No. 3 was

22           marked for identification.)

9

1        MS. WU:  Let the record reflect I am

2    giving defense counsel a copy of this as well.

3        BY MS. WU:

4        Q.    Is that your signature on the bottom  the e?

5        A.    Yes.

6        Q.    And the date is December 28th, 2004?

7        A.    Yes.

8        Q.    And as the signing management official,   ou

9    checked "I decline to use the Mediation Program   t

10   this time," is that correct?

11       A.    Who is this applicable to?

12       Q.    This was attached to Mr. Esquibel's EEO

13   complaint.

14       A.    Okay.  Go ahead.  That's my signature.

15       Q.    Do you remember signing it?

16       A.    No, but that's okay.

17       Q.    You declined to use the mediation  progra ?

18       A.    Uh-huh.

19       Q.    Why did you decline to use it?

20       A.    At this time I would believe this was

21   already in the courts; and when Mr. Esquibel goes

22   from one program to the other, I can no longer wor

93

1   in the previous.  So if this is in the District
2   Court, which I believe it was, I think I talked to
3   the EEO counselor and I believe -- I don't know --
4   they said I had no more action until they do their
5   thing in civil rights, because I would not do this
6   arbitrarily myself.
7       Q.   But you do recognize that the date --
8       A.   Is '04.
9       Q.   -- is December 28th, '04.
10      A.   Only thing I can remember because I
11  don't really remember what was happening surrounding
12  this, there was really -- I don't know what I would
13  mediate if I mediated.
14      Q.   Have you ever signed one of these other
15  than Mr. Esquibel?
16      A.   No.
17      Q.   Do you know why you were asked to sign  this
18  one?
19      A.   No.
20      Q.   What process did you go through in  deciding
21  whether or not or to sign one?
22      A.   I don't even remember, so I can't even

9

1           MS. WU:  It is with the counselor's  repurt.
2   If you don't have a copy -- let me ask you  this.
3   Are you doubting the authenticity of it?
4           MR. MARTINEZ:  I am not doubting it, but  it
5   would help the witness to identify it.
6           THE WITNESS:  I am concerned with the
7   circumstances.
8           MR. MARTINEZ:  There is no ROI in this
9   case.  I don't know if the counselor's report
10  applied it to the right case.  She doesn't recall
11  this for this particular case.
12          MS. WU:  I think we understand.
13          THE WITNESS:  I find no tie.
14          MS. WU:  Bear with me a minute.  I am  going
15  to see if I can find it for you.  This is not a
16  purely clean copy, but I want to show it to you  fr
17  your reference.
18          THE WITNESS:  Okay.
19          MS. WU:  Let the record reflect that
20  defense counsel is having an opportunity to review
21  the exhibit first.
22          BY MS. WU:

94

1   answer your question.
2       Q.   To the best of your recollection, did you
3   voluntarily sign this declination?
4       A.   I would think so.  Wait a minute.  This  was
5   before the EEO?
6       Q.   This was post EEO, but it was before
7   U.S.D.C.  It was before District Court.
8       A.   Okay.  Then since this came in as a FOIA  in
9   '04, it wasn't in EEO mediation, right?
10          MS. OLIVER:  Where did you get this
11  from?
12          MS. WU:  This was part of his EEO file.
13          MS. OLIVER:  What was it attached to?
14          MS. WU:  It was attached to his EEO -- it
15  was in the EEO file.
16          MR. HENDRICKS:  During the informal
17  process.  This is only a couple weeks after he sent
18  in the December 16th letter.  There wasn't a court
19  action.
20          MR. MARTINEZ:  Are you talking about the
21  counselor's report?  There should be a counselor's
22  report number.

9

1       Q.   Have you ever seen this memorandum  before
2       A.   I don't remember.
3            (Witness and counsel conferring.)
4            THE WITNESS:  What is your question?
5            BY MS. WU:
6       Q.   Just to be clear, can you flip to the  las
7   page of that exhibit.  On the bottom can you  veri y
8   that is your signature?
9       A.   Yes, I said that earlier.  It is my
10  signature.
11      Q.   Do you remember, now you have had a  chanc
12  to review the memorandum, do you remember if  you
13  have ever seen it before?
14      A.   I don't remember if I saw it before.  I  cn
15  only talk to since that's my signature probably  wh at
16  might have transpired, but I don't remember it
17  specifically.  If I was given a sheet to sign for
18  mediation and declined it, it is because I felt
19  there was no reason to mediate.  This was a person
20  whom I did not interview.  I couldn't or can't,
21  based on them putting it on hold, go over the
22  questions he wants answers to.  There is nothing I

97

1 can mediate about that because I can't answer the
2 questions because I was put on hold. I didn't
3 interview him so I can't tell him anything.
4     Q.  Did you consult with anybody in your
5 decision --
6     A.  I am reasonably sure I did, but I can't
7 tell you who and I don't have any documentation of
8 it. But knowing me, I would have.
9     Q.  Is there a procedure in place for when a
10 member of management is given an accept or decline
11 notice like that one?
12     A.  Is there a procedure in place?
13     Q.  Yes.
14     A.  No. Not that I'm aware of, let me put it
15 that way.
16     Q.  Did you check with anybody to see what you
17 should do it?
18     A.  I am reasonably sure I did before I signed
19 it. I can't tell who because I don't remember.
20     Q.  You are reasonably sure you did what?
21     A.  Talked to somebody, maybe Civil Rights or my
22 EEO coordinator or even my upper management. I

98

1 don't remember specifically. Even though this is my
2 signature, I specifically don't remember the
3 surrounding issues and circumstances surrounding it.
4     Q.  And you said that Milicent had put your
5 answering the questions in the FOIA on hold because
6 of the EEO process, is that correct?
7     A.  That's what we have on the back of this
8 note.
9     Q.  But EEO mediation is a part of the EEO
10 process.
11     A.  Right.
12     Q.  So why could you not --
13     A.  Because I believe at the time I would have
14 spoken to, I believe, EEO, but I don't specifically
15 remember. In talking with them they may have said
16 since you can't respond to the questions at this
17 point -- because it says I will not mediate with you
18 at this time, and there may be a better time coming
19 that we can answer his questions but right now
20 everything is in flux. So it didn't say never. It
21 said at this time I can't because there is a process
22 in place that we were supposed to go through

99

1 officially to address his questions. They were
2 still trying to iron that out on what should be
3 addressed and when.
4     Q.  There was a process for answering the
5 questions, but there was no process for deciding
6 whether or not you would accept or decline a
7 mediation?
8     A.  I am not sure of the process that is in
9 place for this. You have to check with the people
10 responsible for it.
11     Q.  But you were flying with no guidance.
12         MS. OLIVER:  I will object to the last
13 question. I think it is kind of vague as far as
14 what you mean by that.
15         BY MS. WU:
16     Q.  How about this. Is it fair to say that you
17 had -- did you have zero guidance about what you
18 should do with that accept/decline notice?
19         MS. OLIVER:  Objection.
20         THE WITNESS:  I can't say I didn't or I
21 can't say I did. I said I didn't remember.
22         BY MS. WU:

100

1     Q.  To the best of your knowledge were Mr.
2 Esquibel's questions ever addressed by you?
3     A.  By me, no.
4     Q.  Do you know if they were ever addressed by
5 anyone else?
6     A.  I have no knowledge whether it was or
7 wasn't.
8     Q.  Do you remember a meeting that happened on
9 or around December 28th where you met with the EEO
10 counselor?
11     A.  It may have, but I don't remember it.
12     Q.  You don't remember meeting with him?
13         MS. OLIVER:  Listen to the question. She
14 asked if you remember.
15         THE WITNESS:  I don't remember meeting with
16 her. I can't say I didn't.
17         BY MS. WU:
18     Q.  Do you remember ever talking to her or him?
19     A.  I don't remember.
20     Q.  Let me ask you this. Mr. Esquibel had
21 asked some questions about his nonselection. Do you
22 think it is important that a FAA employee who

101

1  applies for a position to get information about why
2  they weren't hired?
3      A.  I don't know.  If I had interviewed them,
4  maybe.  But I mean, I received a cert.  With a lot of
5  people's names on it.  So I don't know.
6      Q.  Had you applied for a position and you  were
7  not selected to be interviewed, would you want  to
8  know why?
9      A.  I have and I didn't know why.
10     Q.  You have --
11     A.  I have applied for a job and didn't get
12 selected and don't know why.
13     Q.  Did you ever seek a debrief for why?
14     A.  No.
15     Q.  Why didn't you?
16     A.  There must be something in my package I
17 didn't answer as adequately as somebody else.
18         MS. WU:  Give me just one minute.
19         (Off the record.)
20         MS. WU:  Would you like to take just a
21 short break, about five minutes, and then we can
22 wrap up.

102

1          (Recess.)
2          MS. WU:  Back on the record.
3          BY MS. WU:
4      Q.  Who decided that hands-on experience was
5  very important for the incumbent?
6      A.  If I had to say anything, I would say the
7  manager, Frank, because he would be the one who
8  worked more on the KSAs.
9      Q.  Did you play any role in deciding that?
10     A.  No.
11         MS. WU:  Do you have any questions?
12         MS. OLIVER:  I do.
13         MR. HENDRICKS:  She meant did she have
14 anything further to tell us.  Now you can ask your
15 questions.
16     EXAMINATION BY COUNSEL FOR THE DEFENDANT
17         BY MS. OLIVER:
18     Q.  Looking at Young Deposition Exhibit No.
19 3, do you have any specific recollection of
20 declining the mediation for Mr. Esquibel?
21     A.  (Witness shook head in the negative.)
22     Q.  Answer yes or no.

10·

1      A.  No.  No.
2      Q.  It is getting late.
3      A.  Don't expound.  No.
4      Q.  Are you at all familiar with the EEO
5  complaint process in terms of the process, what
6  happens when an EEO complaint is filed and then ᵗ e
7  follow-up from EEO?
8      A.  Not thoroughly.  I do know that the EEO   s
9  filed, and at some point they contact me and  usuᵘᵢly
10 do some kind of question-and-answer session  with me.
11     Q.  Did that ever happen in this case?
12     A.  No.
13     Q.  If you look at Seipel Exhibit 5,
14 particularly questions 14 through 28 -- do you haᵛe
15 the last page of Seipel Exhibit 5?
16         MS. WU:  That's the FOIA request, is that
17 correct?
18         MS. OLIVER:  Yes.  This is it.
19         MS. WU:  Do you have it all?
20         MS. OLIVER:  No.  I just have up to 18.
21         MS. WU:  Apparently we only have up to ᵗ as
22 well.

10·

1          MS. OLIVER:  That's one separate sheet.
2          MS. WU:  We didn't get that one, the laˢᵗ
3  page.
4          MS. OLIVER:  Off the record.
5          (Discussion off the record.)
6              (Young Exhibit No. 4 was
7              marked for identification.)
8          MS. WU:  Back on the record.
9          Let the record reflect that we have now
10 added the last page which was inadvertently omittᵉd
11 from Seipel Exhibit 5, so for purposes of clarity
12 Seipel Exhibit 5 contained the four pages of Mr.
13 Esquibel's FOIA request and the exhibit labeled
14 Young 4 contains the full five pages.
15         MR. HENDRICKS:  Young 4 has five pages  aᵈd
16 Seipel 4 has four pages.
17         MS. OLIVER:  I am going to have Ms.
18 Young look at the other questions.  I was asking
19 about the EEO process.
20         BY MS. OLIVER:
21     Q.  Did the EEO counselor contact you for a
22 declaration in Mr. Esquibel's case?

105

1    A.    No.

2    Q.    If you know, would questions 14 through 28

3 ordinarily be asked by the EEO counselor had he

4 contacted you for a declaration?

5         MS. WU:  Objection.  It calls for

6 speculation.

7         THE WITNESS:  I am not sure whether they

8 would have been asked if he had contacted me for a

9 declaration.

10        BY MS. OLIVER:

11   Q.    Have you given a declaration in another EEO

12 case?

13   A.    No.

14   Q.    Have you ever signed a sheet like similar to

15 Young Exhibit No. 3 before?

16   A.    I believe I have.

17   Q.    Was there a possibility that mediation

18 could have been used at another point in time in Mr.

19 Esquibel's case?

20   A.    Yes.

21   Q.    Did you ever get to that point?

22   A.    No.

106

1    Q.    Are you aware of why that is?

2    A.    I believe -- not really.

3    Q.    You were going to say you believe --

4    A.    I believe, and it is only my opinion.

5    Q.    What do you think?

6    A.    I believe that they were still working

7 through -- the EEO office was still working through

8 the questions and how to respond to Mr. Esquibel,

9 whatever process they have to go through to answer

10 the questions.

11   Q.    Although you have not seen Seipel Exhibit 4

12 or I believe Seipel Exhibit 3 --

13        MS. OLIVER:  Those are the policies,

14 Executive Order.

15        MS. WU:  You were asking about which one.

16        MS. OLIVER:  Exhibits 3 and 4.

17        Strike that question.

18        BY MS. OLIVER:

19   Q.    Although you have not seen Seipel

20 Exhibit 4 before, would you just really quickly take

21 a look at that, please.

22   A.    Okay.

107

1    Q.    The title of Seipel Exhibit 4 is "Equal

2 Employment Opportunity Commission, Equal Employment

3 Opportunity Management Directive 715," correct?

4    A.    Yes.

5    Q.    Since you have just had an opportunity to

6 look at this, would you say that in your dealings --

7         MS. WU:  Objection for the record.

8 Leading.

9         MS. OLIVER:  I haven't asked the

10 question yet.

11        BY MS. OLIVER:

12   Q.    Would you say that you have instituted the

13 principles of equal opportunity in your decision

14 making pertaining to deciding who is going to get an

15 interview for positions in the Federal workplace and

16 who is going to be hired for positions in a Federal

17 workplace?

18        MS. WU:  Renew my objection as far as

19 leading, and I also object because of vagueness in

20 the question.

21        BY MS. OLIVER:

22   Q.    Did you understand the question?

108

1    A.    Yes.

2    Q.    Could you answer the question, please.

3    A.    My answer is yes.

4    Q.    Did you discriminate -- let me ask you

5 this.

6         Was your decision not to grant Mr. Esquibel

7 an interview based upon his national origin or race?

8    A.    No.

9         MS. WU:  Object again.  Leading.

10        BY MS. OLIVER:

11   Q.    Was your decision -- did you consider Mr.

12 Esquibel's race and/or national origin in not

13 calling him for a debriefing after he requested one?

14   A.    No.

15   Q.    Did you consider Mr. Esquibel's race or

16 national origin in not selecting him for an

17 interview?

18   A.    No.

19   Q.    Are you required to interview all of the

20 candidates that are determined to be eligible or

21 best qualified?

22   A.    No.

109

1    Q.   Did Mr. Esquibel meet those minimum KSAs?

2    A.   To be on the cert.?

3    Q.   Yes, to be on cert.

4    A.   To make the cert., yes.

5    Q.   As a panel can you focus on particular

6    experience within the KSAs?  As a panel member can

7    you focus on particular experience within the KSAs?

8         MS. WU:  Objection.

9         THE WITNESS:  Yes, you can.

10        BY MS. OLIVER:

11   Q.   How is that?

12   A.   You read through the KSAs.  If they have

13   separate sheets, you read through the KSAs and read

14   the experience they have and you take those compared

15   to what KSA and see what is below to actually

16   respond to the question, and then it is responding

17   to it in a way where they have the best experience

18   based on the KSAs; and there is also where they have

19   a resume package and it may be buried in it, but it

20   didn't do a separate sheet for it.  You have to dig

21   and try to locate their experience to see if their

22   experience would allow them to be one of the best

110

1    persons identified to interview possibly contained

2    in the package.

3         The first step is really truly what is  the

4    contained in the package, period.

5    Q.   Are you as a member of the interview  panel

6    involved in the first step?

7    A.   Yes.

8         MS. WU:  Can you repeat the question.

9         MS. OLIVER:  Forget the question.

10        That's it.

11        MS. WU:  First step of what?

12        THE WITNESS:  First step is reviewing the

13   packages.

14        MS. OLIVER:  I don't have any further

15   questions.

16        MS. WU:  I have a few.

17   FURTHER EXAMINATION BY COUNSEL FOR THE PLAINTIFF

18        BY MS. WU:

19   Q.   Just a minute ago counsel asked you about

20   the EEO process and you mentioned that at times they

21   would call you and engage in a question-and-answer

22   session.  Can you clarify what you meant by that?

111

1    A.   I believe the EEO process is such that  when

2    a person files an EEO complaint and I guess list

3    what they believe their issues are, the EEO set up

4    a point in time when they do a question and answer

5    for you to respond or address those  questions.

6    Q.   Are you referring in a written, formal  way

7    or orally?

8    A.   They usually do it -- I'm not really sure

9    whether it is written or oral, but there is a time

10   where they have you address the person's issues.

11   Q.   And are you familiar with the demarcation

12   between the informal EEO process and the formal EEO

13   process?

14   A.   Demarcation?  What do you mean?

15   Q.   Are you aware of any difference between a

16   formal EEO process and an informal EEO process?

17   A.   I know the informal usually occurs first

18   and then it goes into a formal process, if it needs

19   to.

20   Q.   And the question-and-answer time period

21   that you just referred to, do you know if that

22   happens in the informal period or the formal?

11

1    A.   I'm not sure.  You would have to check  with

2    EEO about their process of how it relates outs

3    detail.  All I know is usually at some point in  time

4    you get the questions to address based on what  the

5    person is saying they believe the issues are.

6    Q.   Have you ever interacted with EEO in a

7    question-and-answer format like the one you just

8    referenced?

9    A.   Once.

10   Q.   And what was that like?  Did they present

11   you written questions?

12   A.   The only -- well, let me take that back.

13   No, I have not interacted with them -- this takes

14   more explanation.  There was one time where I had to

15   address some questions, but based on addressing the

16   questions I believe I had to address them, I

17   believe, in writing as best my memory serves.

18   Q.   Did they give you the questions in  writing?

19   A.   I am not sure.  I think they might have

20   read them over the phone and whatever or I had to go

21   up and sit down with them on it.  I believe.  But

22   it's been a long time.

113

1        MS. WU:  Do you have anything further?

2        MS. OLIVER:  Nothing further.

3        MS. WU:  Thank you.

4        (Whereupon, at 5:10 p.m., the taking of  the

5    deposition was concluded.)

6        (Signature not waived.)

---

11

1        CERTIFICATE OF NOTARY PUBLIC

2        I, EMMA N. LYNN, the officer before whom the
    foregoing deposition was taken, do hereby testify

3    that the witness whose testimony appears in the
    foregoing deposition was duly sworn by me; that the

4    testimony of said witness was taken by me
    stenographically and thereafter reduced to a

5    transcript under my direction; that said deposition
    is a true record of the testimony given by the

6    witness; that I am neither counsel for, nor related
    to, nor employed by any of the parties to the action

7    in which this deposition was taken; and further,
    that I am not a relative or employee of any attorney

8    or counsel employed by the parties hereto nor
    financially or otherwise interested in the outcome

9    of the action.

10

11        _____
                  Emma N. Lynn

12

    Notary Public in and for the

13    District of Columbia

14    My commission expires:  July 31, 2012

---

114

1        C E R T I F I C A T E

2

3        I have read the foregoing 113 pages which

4    contain the correct transcript of the answers made

5    by me to the questions therein recorded.

6

7

8        _____

             JUANITA YOUNG

9

         - - -

10

11        I hereby certify that the individual,

12    representing him/herself to be the above-named

13    individual, appeared before me this _____day of

14    _____, 2008, and executed the above

15    certificate in my presence.

16

17    _____

18    Notary Public

19

20    My Commission Expires:

21

22

---

11

        ERRATA SHEET

To the deponent:  Please read the transcript of your
deposition and indicate on the lines below your
corrections.  Then sign and have your signature
notarized.

PAGE#, LINE#    CORRECTION      REASON FOR CORRECTION

.

PURSUANT TO 28 U.S.C., SECTION 1746, I HEREBY DECLARE
UNDER PENALTY OF PERJURY THAT I AM THE DEPONENT AND
THAT THIS CERTIFICATE OF DEPONENT AND ERRATA SHEET
WERE PREPARED BY ME.

_____        _____
(Signature)

Subscribed to and sworn by:

_____
Notary Public         My Commission expires:

117

INSTRUCTIONS FOR READING AND SIGNING THIS TRANSCRIPT


The witness whose deposition was taken in this
matter has requested to read and sign this
transcript.  After reading the transcript, the
witness should fill out and sign the last two pages
in front of a notary public and those two pages
should be returned to the attorney responsible for
taking this deposition so that it may be filed with
the original transcript.


Thank you for your attention to this matter.


JARDIM REPORTING ASSOCIATES, LLC
1221 N. Powhatan Street
Arlington, Virginia  22205
(703)867-0396
jardimreporting@yahoo.com

118

1

**'**
'04 - 93:8, 93:9, 94:9

**0**
06-1485 - 1:6

**1**
1 - 3:7, 10:7, 35:3, 35:4, 35:22, 36:1, 36:3, 37:9, 37:17, 41:20, 51:16
100 - 84:1
102 - 3:3
103S - 2:17
104 - 3:10
11 - 12:19
110 - 3:4
1101 - 1:14, 2:5
113 - 114:3
12 - 12:19, 12:20
1221 - 117:14
13171 - 13:10
14 - 103:14, 105:2
16th - 94:18
1746 - 116:16
17th - 2:5
18 - 103:20, 103:21
1:15 - 1:15

**2**
2 - 3:8, 38:21, 41:20, 42:13, 42:14, 48:8, 48:17, 50:1, 52:15, 60:18, 61:3, 61:7, 61:8
20 - 1:10
200 - 61:2
2001 - 48:16
2002 - 48:17
2003&-4718 - 2:6
2004 - 23:17, 45:2, 45:3, 92:6
2007 - 1:10, 6:21, 88:17, 88:20, 88:22
2008 - 114:14
2012 - 115:14
202 - 2:7, 2:12, 2:18
20630 - 2:11
20590 - 2:17
220 - 9:22, 10:16, 10:17, 60:17
22205 - 117:14
230 - 9:22, 10:16, 10:18
28 - 103:14, 105:2, 116:16
28th - 92:6, 93:9, 100:9
2:25 - 57:7

**3**
3 - 3:9, 39:14, 41:20, 50:9, 91:20, 91:21, 102:19, 105:15, 106:12, 106:16
305-1334 - 2:12
31 - 115:14
35 - 3:7
385-8235 - 2:18
3:40 - 57:8
3rd - 6:21, 88:16, 88:17, 88:19
4

**4** - 3:3, 3:10, 41:20, 104:6, 104:14, 104:15, 104:16, 106:11, 106:16, 106:20, 107:1
42 - 3:8
4950 - 12:9
496-0400 - 2:7
4th - 2:11

**5**
5 - 41:21, 51:10, 51:12, 85:9, 103:13, 103:15, 104:11, 104:12
50 - 11:18, 11:20, 11:21, 69:4, 69:5, 91:10
655 - 2:11
5:10 - 13:4

**6**
600 - 2:16

**7**
703)867-0396 - 117:15
715 - 13:1, 13:4, 107:3

**8**
807 - 2:6

**9**
90 - 78:17
9000 - 37:1, 39:6, 40:7, 46:7, 46:19, 47:4, 48:2, 51:16, 56:5
9001:1004 - 43:18
91 - 3:9

**A**
abilities - 36:17
ability - 39:20, 40:6, 50:22, 51:2, 51:6, 52:7, 68:7
able - 21:16, 23:2, 41:14, 71:14, 76:6, 77:19, 84:3
above-named - 114:12
accept - 97:10, 99:6
accept/decline - 99:18
accuracy - 89:22
accurate - 6:14, 43:4
Action - 1:8
action - 93:4, 94:19, 115:6, 115:9
activities - 45:14, 46:8, 50:12
activity - 32:19, 32:22, 45:18
actual - 38:16, 39:4, 40:12, 44:4
added - 75:10, 104:10
adding - 49:6
additional - 17:9, 19:20, 21:19
address

68:17, 99:1, 111:5, 111:10, 112:4, 112:15, 112:16
addressed - 99:3, 100:2, 100:4
addressing - 112:15
adequately - 101:17
Administration - 2:15, 45:9
adopt - 73:9
advertised - 9:8
advice - 24:22, 44:5, 44:20, 58:10, 58:11, 58:19, 59:10, 59:16
Advice - 58:11
advised - 25:10, 25:11
advising - 60:13, 60:16, 60:21, 61:1, 61:5, 61:15, 63:2, 63:4, 63:7, 63:9, 63:12
African - 14:7
ago - 16:2, 29:1, 110:19
agree - 30:17, 30:20, 31:19
agreed - 32:1, 79:7
ahead - 92:14
air - 45:13, 45:18, 46:8, 46:13, 46:15
Air - 12:9, 12:10, 12:12, 45:10, 60:18
Air-1 - 60:18, 61:3, 61:7, 61:8
Air-200 - 10:1, 10:7, 35:21
Air-220 - 4:20, 10:19
aircraft - 73:6, 73:14, 73:15, 73:18, 77:18, 77:20
airspace - 45:15
allotted - 77:7
allow - 58:6, 109:22
allowed - 70:5
American - 14:7, 55:5, 55:10
amount - 73:22, 74:1, 78:9
analysis - 21:22
announcement - 7:14, 8:2, 9:9, 9:10, 14:18, 17:18, 17:21, 22:12, 22:14, 33:15, 33:16, 34:15, 35:1, 35:9, 35:11, 35:13, 35:14, 36:6, 36:8, 75:16, 75:21, 78:1, 80:7
Answer- 102:22
answer - 25:16, 25:19, 25:22, 26:5, 26:7, 26:11, 27:10, 27:16, 29:6, 29:13, 41:6, 48:7, 50:5, 51:2, 51:5, 52:1, 52:15, 52:16, 53:21, 73:14, 73:19, 83:21, 84:4, 90:16, 90:19, 94:1, 97:1, 98:19, 101:17, 103:10, 106:9, 108:2, 108:3, 110:21, 111:4, 111:20, 112:7
answered - 34:17, 40:19, 52:20, 56:17, 84:19, 85:20
answering - 5:18

98:5, 99:4
answers - 5:14, 26:8, 26:11, 34:12, 50:3, 87:14, 87:18, 88:12, 89:8, 89:12, 89:18, 96:22, 114:4
anyhow - 91:2
apparent - 34:8
Appearances - 2:1
appeared - 114:13
applicable - 11:1, 92:11
applicant - 31:11
applicant's - 38:4
applicants - 37:4, 76:5
applicants' - 8:1
application - 7:22, 40:12, 54:8, 65:18, 67:8, 67:12, 76:5, 82:5, 83:9
applications - 15:3
applied - 8:2, 14:15, 57:12, 82:20, 95:10, 101:6, 101:11
applies - 101:1
apply - 50:1, 68:16
arbitrarily - 93:6
area - 56:6, 66:19, 66:21, 82:6
areas - 43:15, 56:7
Arlington - 117:14
Asis - 71:14
aspect - 23:2, 52:17
Asq- 47:12, 47:18
assigned - 45:2
assist - 72:6, 77:19
Assistant - 2:10
assisting - 73:1
Associates - 1:14, 2:5, 117:13
assume - 36:13, 49:18, 68:1
assuming - 15:19, 32:14, 88:9
Assurance- 12:7
assurance - 4:16
Asu-200 - 12:8
attached - 92:12, 94:13, 94:14
attained - 80:13
attainment - 55:8, 55:13
attention - 43:8, 50:9, 50:21, 85:11, 117:11
attorney - 115:7, 117:8
Attorney - 2:10
audit - 20:5, 20:6, 20:11, 20:15, 21:14, 21:17, 21:18, 22:1, 62:16
audited - 19:9
auditing - 7:4, 7:12, 17:5, 17:12, 18:2, 18:10, 19:12, 19:15, 19:16, 19:22, 20:12, 20:18, 21:12, 22:11, 23:3, 23:8, 23:11, 23:13, 32:11, 44:8, 53:4
auditor - 7:7, 21:7, 21:8, 54:14
auditor/lead - 54:14
auditors - 19:18, 20:8
audits - 18:4, 19:20, 21:15, 21:20, 40:8,

authenticity - 89:21, 95:3
authoritative - 51:6, 52:8
automatically - 81:13
available - 37:7
Avenue - 2:16
avenue - 37:7
aviation - 57:18, 62:9, 62:15
Aviation - 2:15, 45:8
Awa-air-04-at40010-72564 - 36:9
Award - 54:9
award - 54:11, 54:12
aware - 13:5, 18:11, 23:9, 23:16, 23:18, 24:8, 24:11, 24:12, 26:14, 86:8, 91:13, 91:16, 97:14, 106:1, 111:15
Azo - 45:10

**B**
background - 12:2, 63:9, 63:11, 66:1
backgrounds - 64:14
ballpark - 11:17
Ballpark - 11:20
base - 38:7
Base - 12:9, 12:10
Based - 77:7, 83:18, 85:18
based - 8:3, 8:6, 17:11, 31:10, 37:4, 38:4, 67:19, 68:14, 74:12, 75:3, 77:20, 78:16, 79:3, 83:1, 88:11, 96:21, 108:7, 109:18, 112:4, 112:15
basis - 5:2, 8:8, 20:13
Bear - 95:14
became - 26:13
become - 14:13, 14:16, 24:12
began - 62:7
beginning - 58:7, 88:4, 88:6
begins - 50:13
behalf - 1:17
Behalf - 2:3, 2:9
belief - 54:4
below - 109:15, 116:2
best - 6:14, 6:16, 64:3, 94:2, 100:1, 108:21, 109:17, 109:22, 112:17
better - 41:13, 76:2, 76:4, 81:21, 82:2, 98:18
between - 11:18, 12:10, 21:7, 40:21, 49:15, 53:7, 58:20, 69:13, 69:20, 72:2, 111:12, 111:15
bit - 57:12, 71:19, 73:20, 76:21, 91:3
black - 14:7
board - 21:18, 30:9
book - 38:11, 38:19, 40:11
boss - 7:20
bottom - 47:12, 92:4, 96:7

JARDIM REPORTING ASSOCIATES
(703) 867-0396

branch - 4:18, 4:22, 5:1, 8:12, 9:13, 9:15
Branch - 4:20, 11:1
branches - 9:12
break - 5:10, 57:11, 101:21
briefings - 58:10
bring - 6:17
brings - 76:12
bullet - 47:12
bunch - 62:14
buried - 109:19
Business - 43:10, 81:7
business - 43:15, 73:10, 73:12, 73:14, 73:17, 80:18

**C**

candidate - 40:22, 41:1, 59:9, 60:13, 63:5, 68:11
candidates - 108:20
care - 61:10, 72:8
career - 69:6
Carol- 9:1, 21:3, 21:4
case - 26:19, 34:12, 41:18, 60:1, 87:6, 95:9, 95:10, 95:11, 103:11, 104:22, 105:12, 105:19
cases - 18:6, 53:17, 53:20
causing - 53:2
cert - 14:20, 15:1, 15:5, 15:8, 15:11, 15:13, 15:17, 16:14, 16:17, 65:17, 82:21, 101:4, 109:2, 109:3, 109:4
certain - 25:16, 25:17, 26:1, 56:13, 90:16
certainly - 75:6
Certificate- 54:9, 115:1, 116:17
certificate - 54:10, 54:12, 54:18, 114:15
certification - 11:4, 20:17, 38:7, 44:19, 47:14, 47:16, 73:18, 75:10, 77:18, 77:20
Certification- 4:20, 11:1
certifications -
22:11, 22:17, 22:22, 23:14, 37:10, 37:12, 55:17, 55:22, 65:13, 73:14, 73:16
certified - 20:11, 21:7, 47:12, 47:16, 55:15
certify - 114:11
chance - 82:9, 89:17, 96:11
channels - 87:10
characteristics -
20:7, 36:17
chart - 10:8, 10:11
charts - 40:13, 57:20, 58:3, 58:5
check - 16:16, 69:22, 70:15, 97:16, 99:9, 112:1
checked - 92:9
chief - 31:5, 59:22
Chief- 2:16
choose - 30:14,

66:2
chosen - 24:5, 30:10, 67:14
Cino- 1:7
circumstances -
95:7, 98:3
civil - 87:5, 93:5
Civil- 1:6, 25:9, 25:10, 25:11, 25:13, 27:7, 27:8, 27:20, 97:21
clarification - 13:11
clarify - 46:10, 90:12, 110:22
Clarissa- 2:4
clarity - 13:3, 104:11
clean - 95:16
clear - 96:6
clearly - 39:21, 50:22, 51:3, 52:7
close - 89:14
collectively - 41:22
college - 12:3
Columbia- 1:2, 1:17, 115:13
combined - 77:5
coming - 42:12, 98:18
commission -
115:14
Commission-
107:2, 114:20, 116:22
communicate -
39:21, 40:4, 40:7, 40:9, 41:15, 50:22, 51:3, 52:7
communicated -
41:8
communicating -
37:5, 41:12, 44:3, 44:21
communication -
29:5, 31:8, 38:5, 40:16, 41:1, 41:2, 41:11, 63:19, 64:4
communications -
64:6
companies - 62:5, 62:22
company - 38:6, 44:18, 48:11
compare - 63:1
compared - 109:14
complaint - 87:5, 92:13, 103:5, 103:6, 111:2
complete - 5:14
completely - 5:18
completing - 54:13
computer - 64:8, 64:10, 64:12
concerned - 95:6
concerning - 39:6
concluded - 113:5
conducted - 18:4
conducting - 91:12
conferring - 96:3
conflict - 40:21, 41:4
confused - 52:14
consensus - 30:14, 30:16, 31:17
consider - 37:21, 43:19, 44:7, 45:17, 108:11, 108:15
consideration -
37:13
considered - 13:22, 22:16, 38:

consult - 81:14, 97:4
consultant - 18:12, 18:15, 44:2, 48:10, 48:19, 56:22, 80:18, 81:9, 81:12
Consultant- 43:10, 81:8, 81:13, 81:14
Consulted - 43:14
consulting - 44:17, 44:18, 48:11, 63:16, 63:17
consults - 56:19
contact - 16:7, 16:8, 83:6, 90:9, 103:9, 104:21
contacted - 5:22, 6:4, 105:4, 105:8
Contacted - 6:3
contain - 114:4
contained - 6:14, 64:16, 67:7, 87:12, 104:12, 110:1, 110:4
contains - 24:5, 104:14
contents - 17:11
continuing - 71:20
contracting - 18:6
Contractor- 62:3
contractor - 21:14, 62:2, 72:8, 72:12, 72:13, 72:14, 72:19, 72:22, 73:3, 73:7, 77:19, 78:13
contractor's - 20:5, 21:16, 21:17
contractors - 19:10
contracts - 62:12
contraol - 43:17
contribute - 7:13, 87:18
contributed - 7:17, 87:13
Control- 45:10
controling - 45:17
convened - 1:15
conversation -
28:19
conversations -
27:22
coordinator - 24:15, 24:16, 97:22
coordinator's -
24:18
copies - 87:6
copy - 24:15, 27:2, 27:11, 34:22, 35:6, 42:17, 84:14, 86:14, 86:15, 86:16, 86:17, 86:18, 90:14, 92:2, 95:2, 95:16
correct - 15:14, 25:15, 30:18, 31:21, 42:4, 46:20, 51:18, 52:4, 66:17, 71:21, 78:14, 84:2, 90:20, 96:6, 103:17, 107:3, 114:4
correcting - 42:19
Correction- 116:3
correction - 12:10
corrections - 116:2
correctly - 21:6, 51:16, 78:4
correspondence -
85:6
couch - 6:6
counsel - 1:12, 4:4, 6:4, 35:8, 42:17

92:2, 95:20, 96:3, 110:19, 115:6, 115:8
Counsel - 2:16, 3:2, 4:8, 102:16, 110:17
counselor - 93:3, 100:10, 104:21, 105:3
counselor's -
94:21, 95:1, 95:9
couple - 7:16, 94:17
course - 11:5, 20:19, 20:20, 39:8, 44:9, 49:7, 54:14, 87:1
courses - 22:19, 22:22, 55:20
court - 86:17, 87:6, 94:18
Court- 1:1, 93:2, 94:7
courts - 92:21
cover - 36:5
criteria - 37:2, 37:16, 37:18, 50:6
critical - 39:9

**D**

daily - 45:13, 45:17, 46:2, 46:7, 46:13
darling - 45:3
date - 77:9, 92:6, 93:7
dates - 89:4
David - 33:1
Davidson - 33:22
Davis - 16:12, 16:13
day-to-day - 5:2
Dc - 1:9, 1:15, 2:6, 2:11, 2:17
deal - 41:17
dealing - 60:7, 60:9
dealings - 107:6
debrief - 82:19, 83:3, 83:16, 83:20, 84:2, 84:7, 84:10, 84:13, 84:17, 84:21, 101:13
debriefed - 82:20
debriefing - 82:15, 108:13
December - 23:17, 24:13, 92:6, 93:9, 94:18, 100:9
decide - 16:21, 52:16, 74:9
decided - 31:1, 43:5, 102:4
deciding - 93:20, 99:5, 102:9, 107:14
decision - 18:20, 31:2, 31:4, 72:7, 78:17, 97:5, 107:13, 108:6, 108:11
decisions - 29:18
declaration -
104:22, 105:4, 105:9, 105:11
Declare - 116:16
declination - 94:3
decline - 92:9, 92:19, 97:10, 99:6
declined - 92:17, 96:18
declining - 102:20
Defendant - 1:8, 2:9, 3:3, 102:16
defense - 42:17, 92:2, 95:20
define - 44:12

Definitely - 35:21
definitely - 88:19
definition - 44:9, 45:1
degree - 12:4, 33:17, 75:4, 75:7
delegated - 45:14, 60:2, 61:1
delegation - 60:10, 61:4
demarcation -
111:11
Demarcation-
111:14
demonstrate - 37:8, 48:5
demonstrated -
52:6, 52:11
demonstrates -
47:4, 47:6, 47:8, 47:10, 51:2, 51:5, 52:2
depended - 38:16
dependent - 40:10, 53:17
deponent - 116:1
Deponent - 116:16, 116:17
deposition - 1:11, 5:20, 113:5, 115:2, 115:3, 115:5, 115:7, 116:2, 117:5, 117:8
Deposition - 3:6, 102:18
Derenda - 60:2, 60:5, 60:7, 60:16, 60:17
detail - 112:3
detailed - 7:4, 7:7, 7:11, 17:4, 18:2, 18:9, 19:12, 19:15, 21:10, 53:4
determined - 70:6, 108:20
develop - 19:21, 20:7, 58:16, 62:11, 69:14, 68:15, 71:10, 71:15
Develop - 43:14
developed - 42:11, 49:12, 69:21, 81:15, 81:17
developing - 48:21, 53:1, 58:2, 62:20, 76:15, 79:21
development -
10:22
difference - 16:3, 21:7, 49:15, 53:7, 111:15
different - 15:22, 24:7, 49:19, 69:5, 69:7
differentiating -
19:16
difficult - 60:6, 73:9
difficulty - 41:12
dig - 109:20
direct - 46:16, 50:21, 59:2, 85:10
directing - 50:9
direction - 115:5
Directive - 13:1, 13:4, 107:3
directly - 83:14
disagreed - 30:10
disagreement -
30:12
discrepancies -
38:3

JARDIM REPORTING ASSOCIATES
(703) 867-0396

discrepancy - 30:11
discriminate - 108:4
discuss - 67:13
discussed - 6:2, 31:5, 67:20
discussing - 79:6
discussion - 9:18
Discussion - 57:6, 104:5
District - 1:1, 1:2, 1:16, 93:1, 94:7, 115:13
divide - 67:2
division - 4:17, 8:11, 9:19, 9:20, 10:1, 31:5, 59:22
Division - 12:7
document - 42:19, 70:7, 90:4, 91:19
documentation - 86:16, 86:17, 97:7
documents - 6:5, 6:17
Dod - 62:3
done - 18:4, 29:4, 31:9, 31:17, 39:9, 39:18, 40:3, 53:2, 68:13, 68:14, 69:5, 77:21, 84:7
doubting - 95:3, 95:4
down - 36:15, 39:3, 41:7, 41:8, 45:7, 48:15, 55:4, 61:1, 69:18, 69:19, 91:4, 112:21
downstairs - 16:7, 16:9
draw - 43:8
Driscoll - 9:1, 21:3, 21:4
driven - 67:4, 69:12
duly - 4:5, 115:3
during - 18:18
During - 94:16
duties - 10:20, 10:21, 57:13
Dynamics - 12:13

**E**

early - 24:14
Economic - 43:14
education - 7:9, 20:18, 32:12, 32:13, 33:13, 33:14, 33:20
educational - 12:2, 64:14
Eeo - 12:22, 13:4, 32:19, 32:21, 86:15, 86:16, 87:4, 92:12, 93:3, 94:5, 94:6, 94:9, 94:12, 94:14, 94:15, 97:22, 98:6, 98:9, 98:14, 100:9, 103:4, 103:6, 103:7, 103:8, 104:19, 104:21, 105:3, 105:11, 106:7, 110:20, 111:1, 111:2, 111:3, 111:12, 111:16, 112:2, 112:6
either - 9:12, 13:17, 13:22, 38:1, 53:16, 71:17, 84:14, 84:15
Either - 39:18
elevated - 25:9, 25:13, 27:8, 86:18
Eleven - 12:20
eligible - 108:20

eliminate - 49:6
Emma - 1:15, 115:2, 115:11
emphasis - 79:11
employed - 12:18, 115:6, 115:8
employee - 100:22, 115:7
employees - 11:5, 11:8, 13:13
employment - 37:6, 91:8
Employment - 107:2
end - 58:7, 88:3, 88:7
End - 88:6
engage - 110:21
England - 62:8
entailed - 57:13
entitled - 45:9
entity - 26:8
Equal - 107:1, 107:2
equal - 22:20, 22:22, 29:17, 37:21, 38:1, 38:15, 38:16, 76:10, 76:11, 107:13
equally - 79:1
Errata - 116:1, 116:17
Esq - 2:4, 2:10, 2:15
Esquibel - 1:4, 7:1, 14:15, 15:7, 18:11, 23:3, 23:16, 24:4, 27:22, 28:20, 34:4, 50:3, 50:12, 51:1, 54:13, 55:6, 55:11, 57:12, 73:11, 73:22, 76:8, 77:14, 79:8, 79:12, 81:22, 84:6, 84:10, 84:12, 84:13, 84:17, 84:22, 86:20, 92:21, 93:15, 100:20, 102:20, 106:8, 108:6, 109:1
Esquibel's - 7:8, 11:10, 42:20, 51:11, 56:3, 63:3, 73:21, 80:16, 81:7, 87:8, 92:12, 100:2, 104:13, 104:22, 105:19, 108:12, 108:15
establish - 18:8, 19:2, 32:10, 45:6, 52:22, 77:8, 77:12
established - 19:7, 40:13, 44:20, 49:12, 55:7, 55:12, 57:2
establishing - 17:15, 33:19, 33:21, 34:9, 39:12, 41:15, 48:11
establishment - 11:17
establishment - 32:8
estimate - 11:17
evaluate - 74:18
evaluated - 37:2, 37:4, 39:1
evaluating - 50:11, 52:3, 68:10
evaluations - 18:5
eventually - 86:9
exact - 11:22
exactly - 9:17
Examination - 3:2, 4:8, 102:16, 110:17
examination - 1:12, 4:4
examined - 4:6
example

71:4
exception - 84:6
exchange - 85:5
exclude - 78:22
executed - 114:14
Executive - 13:9, 13:12, 106:14
exhibit - 95:21, 96:7, 104:13
Exhibit - 35:4, 36:3, 42:14, 91:21, 102:18, 103:13, 103:15, 104:6, 104:11, 104:12, 105:15, 106:11, 106:12, 106:20, 107:1
Exhibits - 3:6, 106:16
exhibits - 79:18
expect - 56:10
experience - 7:3, 7:4, 7:5, 7:6, 7:7, 7:10, 7:11, 17:3, 17:13, 17:22, 18:1, 18:2, 18:6, 18:10, 19:1, 19:5, 21:11, 21:12, 22:5, 22:21, 23:4, 23:8, 32:11, 32:17, 33:3, 33:10, 33:12, 33:19, 33:20, 34:3, 34:9, 37:8, 38:5, 38:8, 38:9, 38:13, 38:14, 38:17, 39:2, 39:4, 39:5, 39:7, 39:12, 40:22, 41:3, 42:2, 42:3, 43:20, 44:8, 45:18, 48:21, 49:11, 51:11, 51:12, 52:21, 53:1, 53:2, 53:3, 53:4, 53:16, 56:5, 61:14, 63:2, 63:3, 66:8, 67:6, 67:19, 67:20, 72:20, 74:11, 74:14, 75:17, 75:22, 76:1, 76:2, 76:4, 76:9, 76:14, 76:20, 77:4, 77:10, 77:16, 77:17, 77:18, 78:21, 79:19, 79:22, 80:2, 80:16, 80:20, 81:10, 82:1, 102:4, 109:6, 109:7, 109:14, 109:17, 109:21, 109:22
experiences - 19:3, 19:12
Expires - 114:20
expires - 115:14, 116:22
explain - 9:20, 38:2, 61:4, 71:16, 82:10
explanation - 112:14
exploring - 68:6
expound - 85:19, 103:3

**F**

Faa- 6:20, 9:4, 12:6, 12:8, 12:15, 12:16, 14:9, 15:21, 16:1, 72:15, 78:12, 100:22
Facilitated- 44:16
facilitated - 43:14
facilitating - 44:7, 44:9, 44:18
facilities - 18:7, 18:9, 21:13, 22:4
focuses - 65:3,

62:14
facility - 20:5, 21:15, 21:16, 21:17
fact - 25:5, 38:6, 38:10
factor - 38:12, 71:18, 77:3
fair - 6:13, 13:16, 13:19, 17:12, 78:16, 80:12, 99:16
fairly - 82:13
familiar - 12:22, 13:7, 35:1, 54:18, 59:17, 82:15, 103:4, 111:11
familiarity - 68:7, 77:17
far - 83:3, 99:13, 107:18
fashion - 90:20
Federal- 2:15, 13:5, 13:14, 45:8, 91:4, 91:8, 91:13, 107:15, 107:16
feedback - 28:5
Felix- 1:4, 54:12, 55:5, 55:10
fell - 83:2
felt - 31:11, 82:12, 96:18
few - 11:16, 110:16
field - 57:22, 58:7, 62:8, 63:4
fifth - 42:3
figure - 65:19
file - 86:7, 86:12, 86:13, 86:19, 86:20, 87:4, 87:13, 94:12, 94:15
filed - 103:6, 103:9, 117:8
files - 87:1, 111:2
filt - 117:7
filled - 10:18
final - 90:2
financially - 115:8
fine - 54:16, 83:12
fine-tune - 83:12
finished - 89:19
first - 4:5, 11:11, 23:6, 25:17, 26:13, 36:6, 36:22, 43:8, 43:9, 44:13, 44:15, 45:9, 46:22, 47:3, 52:18, 55:3, 68:15, 81:6, 88:2, 88:3, 95:21, 110:3, 110:6, 111:17
First- 110:11, 110:12
firsthand - 15:20
fit - 48:17, 77:20
five - 36:21, 51:10, 75:21, 76:9, 78:4, 79:14, 101:21, 104:14, 104:15
fixing - 62:19
flip - 47:11, 54:21, 96:6
flow - 57:20, 58:3, 58:5, 58:6
flux - 98:20
flying - 99:11
focus - 63:15, 75:8, 75:16, 76:3, 76:19, 78:21, 109:5, 109:7
focused - 10:14, 33:14
focuses - 65:3,

focusing - 76:14
Foia- 24:1, 24:6, 24:8, 24:11, 24:15, 24:16, 24:18, 28:16, 84:14, 85:9, 86:16, 87:4, 90:9, 94:8, 98:5, 103:16, 104:13
Follow- 90:18
follow - 8:6, 90:16, 90:22, 103:7
follow-up - 90:22, 103:7
following - 24:14
follows - 4:7
Force- 12:10, 12:12
foregoing - 114:3, 115:2, 115:3
Forget- 110:9
forgot - 5:5, 34:18
formal - 111:6, 111:12, 111:16, 111:18, 111:22
format - 112:7
formulating - 38:22, 39:5, 48:1, 48:5, 48:14, 48:20, 50:2, 50:7, 50:8, 52:17
Fort- 12:12
forth - 44:6, 44:21
forward - 54:7
four - 17:8, 17:10, 39:20, 41:9, 50:22, 51:2, 52:6, 66:4, 66:6, 76:18, 77:5, 79:3, 79:4, 79:8, 79:13, 104:12, 104:16
frame - 77:7, 77:9
Frank- 60:3, 60:7, 60:13, 61:1, 61:6, 69:13, 69:20, 70:15, 72:7, 102:7
free - 5:7
front - 117:7
fulfilled - 55:6, 55:11
full - 5:13, 104:14
fully - 5:18

**G**

gate - 68:15
Gebhardt- 1:13, 2:5
gee - 41:5
general - 21:8, 21:11, 29:8, 54:4, 54:5, 54:6
General- 12:13
generally - 44:11, 61:18, 83:14
generate - 57:15
given - 25:1, 27:1, 27:10, 82:9, 84:2, 86:18, 96:17, 97:10, 105:11, 115:5
goal - 72:10, 72:16
govern - 11:4
Government- 13:5, 13:14, 91:5, 91:8
grade - 14:9
grant - 108:6
Grant- 43:15
gray - 82:6
greater - 13:13
guess - 6:1, 11:20, 89:2, 111:2
guesstimate - 89:16
guidance - 14:1, 39:21, 51:7, 52:8, 59:10, 99:11, 99:17
guidelines - 91:4

**H**

half - 78:17, 89:14, 89:16
halfway - 36:15
hand - 58:17, 59:15, 59:16
handed - 15:13
handing - 42:17
hands - 7:2, 7:10, 17:3, 17:12, 32:10, 32:11, 33:9, 33:11, 34:3, 34:8, 38:8, 38:14, 38:18, 39:4, 39:7, 39:18, 40:12, 40:22, 41:3, 41:10, 42:2, 43:20, 44:8, 45:18, 46:14, 48:21, 49:11, 52:21, 53:4, 53:18, 55:19, 56:2, 56:7, 57:1, 57:3, 67:19, 67:20, 72:20, 73:2, 73:7, 74:13, 75:3, 75:7, 75:17, 75:22, 76:1, 76:3, 76:9, 76:14, 76:20, 77:4, 77:16, 78:5, 78:21, 79:19, 79:22, 80:2, 80:4, 80:19, 81:9, 81:13, 81:15, 82:1, 102:4
Hands - 53:2, 53:3, 53:5, 74:11, 77:10
hands-on - 7:2, 7:10, 17:3, 17:12, 32:10, 32:11, 34:3, 34:8, 38:8, 38:14, 39:4, 39:7, 40:12, 40:22, 41:3, 41:10, 42:2, 43:20, 44:8, 45:18, 48:21, 49:11, 52:21, 53:4, 53:18, 57:1, 67:19, 67:20, 72:20, 74:13, 75:17, 75:22, 76:1, 76:3, 76:9, 76:14, 76:20, 77:4, 77:16, 78:5, 78:21, 79:19, 79:22, 80:2, 80:19, 81:9, 82:1, 102:4
Hands-on - 53:2, 53:3, 53:5, 74:11, 77:10
handwriting - 85:12, 86:10
hard - 41:17, 61:3
head - 13:8, 42:10, 61:18, 102:21
heading - 45:8
headquarters - 58:1, 58:7
hear - 5:6
hears - 27:20
Heather - 2:10
heavily - 71:16
held - 12:14, 12:15, 22:11
help - 58:2, 64:20, 71:14, 95:5
helpful - 35:22
helping - 58:16, 62:10, 73:7
Hendricks - 2:4, 94:16, 102:13, 104:15
Hereby - 116:16
hereby - 54:11, 54:12, 114:11, 115:2
hereto - 115:8

high - 12:3
higher - 20:17, 59:2, 59:12, 59:13, 59:18, 61:12, 75:5, 75:6
him/herself - 114:12
hire - 30:18, 30:20, 31:1, 72:8, 78:17
hired - 65:22, 72:12, 78:12, 101:2, 107:16
hiring - 7:18, 13:5, 13:13, 14:14, 14:18, 74:12, 74:13, 91:5
Hispanic - 13:13
historically - 8:11
hold - 25:12, 27:6, 96:21, 97:2, 98:5
Horn - 9:1
Hr - 14:20, 15:14, 15:15, 15:19, 15:21, 15:22, 16:1, 16:2, 16:3, 16:4, 16:6, 16:7, 16:10, 69:13
hypothetical - 41:6, 41:16, 53:14
Hypothetically - 53:15, 53:16
hypothetically - 41:6, 76:18

**I**

identification - 35:5, 42:15, 91:22, 104:7
Identified - 4:18, 7:20, 8:15, 8:17, 9:10, 14:21, 17:6, 17:8, 19:4, 110:1
identify - 8:7, 49:5, 95:5
Immediate - 59:20, 60:5
Implement - 78:9
Implementing - 53:12
implies - 79:12, 79:14, 79:15
imply - 76:20, 79:10
important - 17:13, 37:16, 40:15, 42:1, 68:8, 68:12, 71:8, 71:9, 72:21, 73:2, 76:21, 77:2, 77:5, 77:11, 79:2, 91:11, 100:22, 102:5
improve - 83:13
improvement - 43:17
improving - 50:11, 50:18, 52:3
inadvertently - 104:10
include - 80:1, 80:2
Included - 77:15
including - 58:7
incumbent's - 72:4
incumbent - 9:7, 40:15, 42:6, 58:9, 71:5, 102:5
incumbent's - 68:11, 71:20, 72:5
Independence - 2:16
independent - 71:1
indicate - 116:2
indicated - 25:12, 29:1, 91:9
indicates

individual - 54:19, 114:11, 114:13
individuals - 16:17
industry - 80:18
Industry - 43:10, 81:7
influenced - 18:19
informal - 94:16, 111:12, 111:16, 111:17, 111:22
Information - 6:13, 31:10, 64:15, 65:4, 65:7, 65:19, 68:17, 87:12, 101:1
inhibit - 5:18
initiative - 49:3
input - 15:10
inside - 15:21, 16:1
inspectors - 57:18, 62:10, 62:15
instituted - 107:12
instructed - 25:16, 27:9, 90:15
instructions - 117:3
Instructions - 27:18, 28:16
instructs - 56:9
instrumental - 73:6
insufficient - 52:16
interacted - 112:6, 112:13
interest - 33:4
interested - 65:22, 115:8
interface - 16:6, 71:13
interfacing - 59:1, 72:9
internal - 58:1
interpret - 80:14
interpretation - 80:10, 81:20
interpretations - 51:7, 52:8
interrogatories - 6:2, 6:8, 34:12, 87:14, 87:16, 87:19, 87:21, 88:9, 88:13, 89:11, 89:18
interview - 7:20, 7:22, 8:6, 8:7, 8:9, 8:12, 8:16, 8:18, 8:19, 9:17, 11:11, 11:14, 13:18, 14:1, 14:22, 17:11, 20:21, 30:5, 30:9, 31:9, 31:14, 32:1, 32:5, 32:20, 33:2, 35:15, 36:10, 37:3, 43:5, 55:18, 84:9, 67:21, 68:21, 81:22, 82:22, 83:1, 83:10, 83:18, 96:20, 97:3, 107:15, 108:7, 108:17, 108:19, 110:1, 110:5
interviewed - 16:22, 22:18, 31:2, 31:20, 82:22, 83:4, 83:19, 83:20, 84:9, 101:3, 101:7
interviewee - 31:11, 31:20
interviewee's - 68:7
Interviewees - 31:16, 32:5, 37:13, 64:9, 64:13, 67:3
interviewing - 67:6, 74:2, 74:6, 74:12, 78:17, 76:19,

31:17, 66:5, 68:20, 70:18, 91:12
introduce - 49:3, 49:4
invite - 81:22, 82:2
involved - 14:13, 14:16, 20:16, 20:19, 20:20, 20:22, 34:11, 34:14, 91:9, 110:6
involvement - 16:14
iron - 99:2
iso - 18:5, 18:13, 20:22, 37:1, 37:5, 38:6, 39:6, 40:7, 43:17, 46:7, 46:19, 47:4, 48:2, 51:16, 56:5
issue - 25:9, 25:13, 53:20
issues - 58:21, 60:14, 98:3, 111:3, 111:10, 112:5

**J**

James - 4:21, 26:21, 28:19
Jardim - 117:13
jardimreporting@yahoo.com - 117:15
Jim - 84:15
Job - 43:15
job - 4:13, 4:15, 9:2, 9:5, 9:11, 38:8, 45:19, 57:4, 64:17, 64:18, 64:19, 64:20, 66:11, 68:16, 69:4, 71:1, 78:1, 83:2, 101:11
jobs - 82:21
John - 60:2, 60:7, 60:16, 60:17
Joseph - 55:10
Jr - 2:4
Juanita - 1:11, 3:3, 4:3, 4:12, 114:8
July - 115:14
juncture - 39:10
June - 88:22
jurisdiction - 25:18, 26:4, 26:11
Justice - 24:20, 24:22, 26:12, 27:14, 28:17

**K**

Kalamazoo - 45:10
Kalamazoo's - 45:14
keep - 86:22, 87:6
kept - 86:6
kind - 16:6, 16:9, 29:4, 31:13, 41:3, 61:3, 61:14, 62:16, 70:18, 83:13, 99:13, 103:10
kinds - 18:2, 42:9, 63:13, 91:13
knowing - 97:8
Knowledge - 36:22
knowledge - 6:15, 6:16, 36:16, 37:5, 39:14, 39:16, 39:17, 46:19, 47:4, 47:6, 47:8, 47:10, 50:10, 50:14, 50:15, 50:17, 50:20, 51:16, 52:2, 67:6, 74:2, 74:6, 74:12, 78:17, 76:19,

100:1, 100:6
knowledgeable - 53:19
known - 76:8
knows - 53:10, 73:11, 73:13, 73:15, 73:18, 77:18
Ksa - 38:18, 38:21, 39:14, 41:20, 48:7, 48:8, 48:17, 50:1, 50:9, 51:10, 51:11, 51:16, 52:15, 68:11, 76:19, 77:1, 78:18, 79:16, 79:17, 79:19, 80:10, 109:15
Ksaos - 36:19, 36:21
Ksas - 17:21, 46:18, 49:16, 49:19, 68:7, 68:18, 71:17, 74:16, 75:12, 75:21, 76:2, 76:9, 76:18, 77:5, 78:4, 79:7, 102:8, 109:1, 109:6, 109:7, 109:12, 109:13, 109:18

**L**

labeled - 104:13
last - 24:21, 49:1, 55:9, 85:11, 88:3, 88:6, 96:6, 99:12, 103:15, 104:2, 104:10, 117:7
late - 103:22
Lausman - 10:12, 10:15
lay - 57:21
laying - 58:3
Leading - 107:8, 108:9
leading - 38:9, 38:21, 39:5, 48:1, 48:5, 48:14, 48:20, 50:2, 50:7, 57:19, 107:19
leads - 52:15
learn - 21:21
leave - 24:10
led - 38:6
left - 31:18, 41:11, 56:15, 69:6
lesser - 41:1
letter - 23:16, 23:20, 23:22, 24:1, 24:3, 24:8, 24:11, 24:22, 26:5, 26:13, 26:17, 26:21, 27:5, 27:11, 27:18, 84:12, 86:4, 90:15, 94:18
level - 9:19, 9:20, 10:1, 10:2, 19:18, 20:17, 32:13, 38:11, 40:11, 56:14, 59:12, 59:13, 59:14, 59:15, 59:18, 60:20, 61:12, 63:2, 63:3, 72:7, 73:21, 75:5, 75:6
Lightbrown - 6:22, 7:4, 30:21, 31:15, 32:2, 32:3, 55:21, 61:15, 63:7, 63:11, 67:19, 72:17, 77:15, 79:4, 79:14
Lightbrown's - 63:1
Line - 116:3
line - 43:9
lines - 61:11, 116:2

**List** - 15:5, 15:18
**list** - 15:8, 15:11, 15:13, 16:14, 16:18, 37:10, 37:15, 70:8, 70:9, 70:10, 70:11, 70:12, 70:14, 82:3
**listed** - 10:16, 29:16, 36:19, 47:4, 48:4, 50:13
**Listen** - 100:13
**listing** - 36:16, 46:18
**lists** - 111:2
**Llc** - 117:13
**Llp** - 2:5
**local** - 43:15
**locate** - 109:21
**look** - 7:22, 8:5, 21:21, 26:3, 35:2, 35:7, 36:22, 38:19, 41:8, 46:2, 46:22, 65:13, 69:2, 70:18, 76:6, 76:7, 103:13, 104:18, 106:21, 107:6
**looked** - 74:17, 76:9
**looking** - 7:2, 7:8, 11:17, 14:17, 15:2, 17:2, 17:7, 18:3, 20:7, 22:10, 31:14, 33:9, 33:11, 33:13, 33:18, 35:17, 35:18, 42:1, 42:2, 48:13, 48:15, 50:1, 54:8, 56:3, 57:1, 57:4, 57:18, 59:14, 68:22, 69:3, 75:2, 75:8, 75:21, 77:21, 79:16, 82:9
**Looking** - 50:5, 102:18
**looks** - 36:5, 42:20
**lost** - 81:3
**Lynn** - 1:16, 115:2, 115:11

## M

**main** - 75:16
**maintained** - 72:18
**maintaining** - 71:22, 72:3
**major** - 10:20
**manage** - 54:1, 54:2
**managed** - 11:5
**Management** - 7:3, 13:1, 13:4, 17:4, 107:3
**management** - 7:6, 7:11, 12:14, 12:17, 17:16, 18:5, 18:13, 19:2, 19:7, 19:8, 19:9, 19:19, 19:22, 20:13, 20:14, 34:10, 37:1, 39:22, 40:5, 43:16, 46:3, 46:6, 46:12, 46:19, 47:5, 49:4, 51:7, 51:17, 52:9, 52:22, 53:3, 53:22, 55:13, 56:6, 56:11, 58:20, 57:17, 57:21, 58:21, 59:11, 59:13, 59:17, 59:22, 60:22, 62:13, 62:21, 72:9, 77:12, 92:8, 97:10, 97:22
**manager** - 4:22, 7:19, 8:8, 9:6, 11:16, 14:22, 15:16, 46:9, 46:11, 47:13, 55:16, 58:19, 62:13, 102:7
**Manager** - 4:16

**managers** - 8:12, 8:15, 9:4, 58:10, 59:2, 59:10
**managing** - 53:8, 53:12, 53:19
**manufacturers** - 62:3, 62:5
**manufacturing** - 21:13
**Margo** - 16:12, 16:13, 69:13, 69:20, 70:15
**Maria** - 1:7
**Marked** - 3:6
**marked** - 10:7, 35:3, 35:5, 35:22, 42:13, 42:15, 54:9, 85:8, 91:20, 91:22, 104:7
**Martinez** - 2:15, 94:20, 95:4, 95:8
**match** - 56:1, 68:16
**matter** - 55:18, 117:6, 117:11
**meager** - 5:1
**mean** - 19:6, 26:8, 44:13, 46:9, 63:16, 66:21, 81:13, 81:16, 81:18, 89:7, 99:14, 101:4, 111:14
**meaning** - 9:12, 21:12
**means** - 44:4, 44:16, 47:16, 47:21, 54:6, 81:14, 82:7
**meant** - 102:13, 110:22
**measures** - 40:8
**mediate** - 93:13, 96:19, 97:1, 96:17
**mediated** - 93:13
**Mediation** - 92:9
**mediation** - 92:17, 94:9, 96:18, 98:9, 99:7, 102:20, 105:17
**medication** - 5:17
**meet** - 48:7, 50:6, 59:12, 68:11, 74:2, 79:13, 109:1
**meeting** - 58:20, 61:9, 100:8, 100:12, 100:15
**meetings** - 40:5, 59:19
**meets** - 50:6, 51:11
**member** - 97:10, 109:6, 110:5
**members** - 16:19, 16:21, 67:1
**memorandum** - 96:1, 96:12
**memory** - 28:12, 28:14, 28:15, 29:8, 112:17
**mentioned** - 28:7, 67:18, 70:17, 80:16, 91:17, 110:20
**met** - 79:12, 100:9
**metrics** - 40:8
**Michelle** - 54:18
**Microsoft** - 51:12, 52:12
**might** - 5:17, 25:19, 27:1, 28:1, 28:4, 28:6, 35:22, 68:1, 75:5, 96:16, 112:19
**Mike** - 72:13, 72:17, 73:1, 73:4
**Milicent** - 24:20, 24:22, 26:12, 27:6, 27:9, 27:14

28:17, 84:15, 85:17, 87:17, 90:13, 98:4
**Milq** - 21:15, 21:17, 22:2, 22:3, 22:8
**mind** - 29:5
**minimum** - 75:13, 109:1
**minorities** - 13:5, 91:5
**minute** - 16:2, 29:1, 48:9, 94:4, 95:14, 101:18, 110:19
**minutes** - 101:21
**miss** - 79:2, 79:4
**monitor** - 62:10
**month** - 87:22
**months** - 66:13
**most** - 59:1, 78:13
**mostly** - 33:10, 33:11
**moved** - 10:13, 10:17
**multiple** - 49:19
**must** - 23:10, 101:16
**Myrrel** - 2:4

## N

**name** - 4:10, 16:11, 24:19
**named** - 114:12
**names** - 8:22, 101:5
**narrow** - 48:15
**national** - 108:7, 108:12, 108:16
**nature** - 28:12, 21:14, 71:20
**necessarily** - 11:8, 26:6, 37:14, 37:22, 56:17
**necessary** - 19:2, 19:21, 21:22, 23:2, 74:18
**need** - 5:5, 5:10, 13:2, 21:1, 40:6, 41:14, 71:5, 76:6, 83:12, 87:7
**needed** - 39:10, 39:11
**needs** - 72:16, 111:18
**negative** - 13:8, 102:21
**never** - 13:16, 39:9, 98:20
**new** - 42:11, 42:12
**New** - 62:8
**next** - 45:7, 46:16, 47:11, 47:18, 47:22, 54:21
**Nick** - 59:14
**None** - 6:18, 66:6
**none** - 55:17
**nonselection** - 100:21
**nonvalue** - 49:6
**normal** - 87:1
**Normally** - 59:21, 60:1, 60:6, 60:15
**normally** - 29:3, 29:4, 60:19, 68:14, 86:22
**notary** - 116:3
**notary** - 4:6, 117:7
**Notary** - 1:16, 114:18, 115:1, 115:12, 116:22
**notation** - 24:21

**note** - 37:9, 84:18, 84:19, 84:20, 86:1, 87:17, 98:8
**Nothing** - 113:2
**nothing** - 74:22, 96:22
**notice** - 1:13, 97:11, 99:18
**November** - 1:10
**nth** - 79:1
**number** - 4:17, 4:18, 11:15, 11:22, 13:2, 25:8, 25:20, 30:8, 35:20, 36:7, 36:8, 36:12, 36:13, 36:15, 37:9, 37:17, 38:20, 39:20, 47:22, 48:4, 48:7, 48:8, 50:5, 50:21, 51:2, 51:10, 52:1, 52:6, 64:1, 76:13, 78:5, 79:2, 79:3, 79:4, 79:11, 79:13, 79:16, 80:10, 83:9, 89:13, 94:22
**numbers** - 13:13
**Nw** - 1:14, 2:5, 2:11

## O

**Object** - 108:9
**object** - 99:12, 107:19
**Objection** - 13:20, 14:3, 29:10, 34:16, 40:18, 52:19, 74:4, 87:2, 99:19, 105:5, 107:7, 109:8
**objection** - 107:18
**occurs** - 111:17
**Office** - 2:16, 12:12, 25:13, 27:7, 27:8, 27:20
**office** - 8:15, 15:16, 16:6, 16:10, 19:17, 20:8, 58:13, 59:20, 60:5, 60:9, 61:10, 62:8, 62:9, 72:15, 73:4, 73:5, 89:20, 90:9, 106:7
**office's** - 58:14
**officer** - 115:2
**officers** - 1:13, 58:1
**official** - 92:8
**officially** - 99:1
**officials** - 39:22, 51:8, 52:9
**Oliver** - 2:10, 13:20, 14:3, 27:12, 29:10, 34:16, 35:19, 40:18, 44:13, 51:20, 52:19, 57:5, 74:4, 81:1, 84:21, 87:2, 89:1, 90:6, 90:12, 94:10, 94:13, 99:12, 99:19, 100:13, 102:12, 102:17, 103:18, 103:20, 104:1, 104:4, 104:17, 104:20, 105:10, 106:13, 106:16, 106:18, 107:9, 107:11, 107:21, 108:10, 109:10, 110:9, 110:14, 113:2
**omitted** - 104:10
**On-the-job** - 64:18, 64:19
**once** - 5:3, 17:6
**Once** - 17:1, 112:9

**one** - 4:22, 8:11, 8:15, 9:12, 11:18, 12:10, 12:15, 17:20, 19:3, 30:3, 30:18, 32:4, 34:10, 35:6, 36:16, 36:22, 38:21, 39:18, 40:1, 41:13, 42:3, 43:12, 47:18, 48:16, 50:13, 54:21, 55:9, 59:3, 65:3, 66:22, 69:8, 70:21, 74:16, 76:19, 77:1, 77:2, 78:17, 79:1, 80:3, 80:16, 83:13, 83:17, 83:19, 88:3, 89:15, 90:7, 92:22, 93:14, 93:18, 93:21, 97:11, 101:18, 102:7, 104:1, 104:2, 106:15, 108:13, 109:22, 112:7, 112:14
**ones** - 39:3, 79:5, 79:6
**open** - 80:10
**Open** - 81:20
**operation** - 45:13, 46:2, 46:13
**Operations** - 45:11
**operations** - 45:17, 46:8
**opinion** - 53:22, 106:4
**Opportunity** - 107:2, 107:3
**opportunity** - 35:8, 95:20, 107:5, 107:13
**opposed** - 30:3, 41:2
**oral** - 64:6, 111:9
**orally** - 89:9, 111:7
**orchestrated** - 34:10
**Order** - 13:9, 13:12, 106:14
**order** - 30:17
**ordinarily** - 105:3
**organization** - 10:7, 39:10, 48:2, 71:12
**organize** - 7:20, 73:8
**organized** - 7:21
**oriented** - 11:6, 11:8
**origin** - 108:7, 108:12, 108:16
**original** - 117:9
**Otherwise** - 24:7, 68:18
**otherwise** - 115:8
**outcome** - 115:8
**outs** - 112:2
**outside** - 70:5
**outweigh** - 75:12
**over-the-shoulder** - 62:17
**oversee** - 20:6
**overseeing** - 18:7, 18:12, 62:9, 62:12, 62:14, 62:22
**overseen** - 19:8

## P

**package** - 7:8, 17:11, 18:15, 32:7, 33:4, 34:7, 68:15, 68:16, 88:8, 101:16, 109:19, 110:2, 110:4
**packages** - 7:22, 8:1, 8:3, 8:5, 17:1,

6

17:2, 17:5, 17:6,
18:19, 31:14, 32:15,
33:7, 110:13
  **packet** - 54:8, 65:2,
65:3, 74:10
  **packets** - 64:16,
65:5, 65:8
  **Page** - 116:3
  **page** - 24:21, 36:1,
36:3, 36:5, 36:6,
36:15, 43:9, 44:13,
44:14, 44:15, 46:16,
47:11, 48:1, 54:8,
85:11, 96:7, 103:15,
104:3, 104:10
  **pages** - 104:12,
104:14, 104:15,
104:16, 114:3, 117:7
  **panel** - 7:21, 7:22,
8:4, 8:5, 8:9, 8:18,
8:20, 11:11, 15:1,
16:19, 16:21, 20:21,
30:2, 30:5, 31:3,
31:20, 35:16, 36:11,
37:3, 49:22, 56:4,
64:4, 84:9, 66:16,
69:6, 109:5, 109:6,
110:5
  **panelists** - 29:15,
29:17
  **panels** - 8:13,
11:14, 13:18, 67:1,
69:5, 91:13
  **paper** - 84:18
  **paperwork** - 86:18
  **paragraph** - 36:15,
45:7, 47:1, 47:3, 47:7,
48:16, 48:17, 49:1,
49:2, 50:13, 80:16,
81:6, 85:14, 85:22
  **paragraphs** - 48:4
  **parentheses** - 37:9
  **part** - 40:4, 59:18,
66:10, 71:21, 71:22,
94:12, 98:9
  **participate** - 8:12
  **particular** - 69:4,
69:8, 95:11, 109:5,
109:7
  **particularly** -
103:14
  **parties** - 1:17,
115:6, 115:8
  **Paskiewicz** - 10:5,
31:6
  **passing** - 54:13
  **past** - 22:4
  **patterson** - 12:9
  **pay** - 14:9, 14:10
  **Penalty** - 116:16
  **people** - 8:4, 8:7,
8:19, 11:2, 11:7, 15:4,
17:2, 17:9, 19:4,
19:17, 20:8, 20:22,
21:11, 21:12, 21:20,
22:5, 22:10, 22:18,
30:8, 32:3, 32:17,
39:17, 41:8, 53:17,
54:1, 61:15, 65:16,
66:1, 66:4, 67:5,
67:13, 71:2, 71:10,
82:3, 82:4, 82:20,
83:7, 84:1, 99:9
  **people's** - 101:5
  **percent** - 78:17,
84:1
  **perform** - 67:14,
74:1
  **period** - 110:4,
111:20, 111:22

  **Perjury** - 116:16
  **person** - 7:21, 9:11,
9:15, 15:15, 16:5,
16:8, 16:10, 21:2,
21:16, 30:3, 30:14,
30:18, 31:12, 40:10,
41:10, 53:11, 53:12,
53:17, 53:19, 54:17,
57:1, 57:14, 58:15,
59:14, 60:1, 60:3,
60:6, 60:15, 63:10,
66:12, 70:22, 74:19,
75:5, 76:12, 81:11,
84:9, 96:19, 111:2,
112:5
  **person's** - 10:3,
16:11, 79:20, 111:10
  **personality** - 68:22,
70:17, 70:19
  **personally** - 70:3,
85:3
  **persons** - 110:1
  **pertaining** - 107:14
  **phone** - 83:8,
112:20
  **pick** - 30:18
  **picture** - 76:3, 76:4
  **piece** - 72:12
  **Piszazek** - 33:1
  **pivotal** - 82:8
  **place** - 8:14, 38:10,
38:14, 39:11, 39:12,
42:12, 60:10, 62:21,
70:4, 77:13, 81:19,
97:9, 97:12, 98:22,
99:9
  **Plaintiff** - 1:5, 1:12,
2:3, 3:3, 4:5, 4:8,
110:17
  **Plant** - 12:12
  **play** - 37:12, 46:4,
102:9
  **players** - 10:13
  **Plf** - 1:6
  **Pm** - 1:15, 57:7,
57:8, 113:4
  **point** - 27:4, 43:2,
45:7, 87:7, 96:17,
103:9, 105:18,
105:21, 111:4, 112:3
  **points** - 47:12
  **policies** - 10:22,
11:3, 11:13, 13:17,
14:1, 49:13, 50:7,
50:8, 53:1, 57:16,
57:19, 57:20, 58:2,
58:14, 58:17, 71:11,
71:15, 76:15, 79:21,
81:16, 81:17, 81:18,
91:14, 106:13
  **policy** - 38:22, 39:6,
48:2, 48:6, 48:14,
48:20, 48:21, 49:12,
50:2, 52:17
  **pool** - 69:17
  **Por** - 58:21, 59:1,
59:4, 59:8
  **Pors** - 58:13, 58:14,
58:18, 59:16, 61:9,
61:10, 71:14
  **position** - 7:1, 8:10,
9:6, 9:8, 10:15, 12:11,
12:14, 12:17, 14:15,
17:14, 24:5, 30:10,
35:15, 36:11, 43:6,
45:9, 57:12, 57:14,
57:20, 64:21, 67:14,
69:22, 71:5, 72:4,
72:5, 74:3, 75:17,
81:12, 83:17

101:1, 101:6
  **positions** - 60:10,
107:15, 107:16
  **possibilities** - 105:17
  **Possibly** - 10:12
  **possibly** - 10:15,
110:1
  **post** - 94:6
  **Powhatan** - 117:14
  **prefers** - 70:22
  **preparation** - 7:13,
34:11, 43:1
  **prepare** - 5:20,
88:12
  **Prepared** - 74:8
  **prepared** - 51:1,
88:10
  **preparing** - 7:17,
16:14, 34:14
  **presence** - 114:15
  **Present** - 2:14
  **Presidents** - 13:9
  **pretty** - 30:16, 58:8
  **previous** - 7:5, 7:6,
37:6, 65:14, 93:1
  **previously** - 6:9
  **primary** - 65:3,
72:16, 76:1
  **principles** - 107:13
  **problem** - 39:15,
39:17, 43:16, 49:5,
50:10, 50:14, 50:15,
50:18, 52:2, 87:6
  **problem-solving** -
39:15, 39:17, 49:5,
50:10, 52:2
  **procedure** - 8:13,
30:4, 30:7, 97:9,
97:12
  **procedures** - 10:22,
11:4, 11:9, 19:11,
49:13, 53:1, 57:3,
57:16, 57:19, 57:20,
58:3, 58:5, 58:15,
62:11, 62:20, 71:11,
71:15, 76:16, 79:21,
81:16, 81:17, 81:19,
82:16
  **process** - 7:18,
11:11, 13:18, 14:14,
16:20, 19:10, 41:19,
43:16, 43:17, 53:8,
53:11, 54:1, 54:2,
56:20, 62:11, 63:14,
70:4, 93:20, 94:17,
98:6, 98:10, 98:21,
98:4, 99:20, 99:8,
103:5, 104:19, 106:9,
110:20, 111:1,
111:12, 111:13,
111:16, 111:18, 112:2
  **processes** - 42:11,
49:6, 50:11, 50:18,
52:3, 57:3, 57:16,
58:4, 58:5, 60:14,
91:10
  **Production** - 4:19,
11:1
  **production** - 11:4
  **professional** - 55:8,
55:13
  **professor** - 56:10
  **Program** - 92:9
  **program** - 44:8,
92:17, 92:22
  **programs** - 42:7,
50:11, 50:19, 52:4

43:16, 49:4
  **promoted** - 62:7
  **provide** - 39:21
  **provided** - 44:20
  **Public** - 1:16,
114:18, 115:1,
115:12, 116:22
  **public** - 4:6, 117:7
  **pull** - 61:18
  **purely** - 95:16
  **purpose** - 30:2,
68:19
  **purposes** - 104:11
  **purposes...to** - 49:3
  **Pursuant** - 116:16
  **pursuant** - 1:13
  **put** - 19:19, 65:5,
68:14, 75:20, 77:12,
77:22, 80:4, 81:18,
97:2, 97:14, 98:4
  **puts** - 15:17
  **putting** - 14:22,
38:10, 38:14, 39:12,
79:11, 96:21

**Q**

  **Qms** - 20:10, 20:22,
21:15, 21:18, 21:20,
22:1, 22:9, 22:11,
32:17, 39:6, 40:4,
42:11, 45:22, 46:9,
46:14, 59:12, 61:5,
61:16, 64:21, 69:21,
71:11, 72:19, 78:10
  **qualification** - 84:8
  **qualifications** -
33:5
  **qualified** - 74:21,
75:2, 75:6, 80:19,
108:21
  **qualifies** - 81:9
  **qualify** - 20:13, 74:5
  **qualifying** - 38:12
  **quality** - 4:16, 7:5,
7:10, 11:16, 11:8,
17:15, 18:5, 18:13,
19:2, 19:7, 19:8, 19:9,
19:19, 19:22, 20:9,
20:13, 20:14, 22:3,
32:9, 34:9, 37:1, 46:3,
46:5, 46:12, 46:19,
47:5, 47:13, 51:17,
52:22, 53:3, 54:14,
55:8, 55:13, 55:16,
56:5, 56:10, 56:11,
56:20, 57:16, 57:21,
58:21, 59:10, 59:17,
59:21, 61:22, 62:20,
72:9, 77:12, 82:8
  **Quality** - 7:3, 12:7,
17:4, 46:5, 55:4, 55:5,
55:10
  **quantity** - 76:22,
77:1
  **question-and-
answer** - 103:10,
110:21, 111:20, 112:7
  **questions** - 5:6,
5:7, 5:14, 25:6, 25:8,
25:16, 25:18, 26:1,
26:2, 26:8, 26:9,
27:10, 27:17, 28:16,
29:18, 29:20, 31:10,
31:13, 63:17, 63:19,
63:22, 64:1, 64:2,
66:17, 66:19, 67:10,
67:16, 67:17, 68:5,
69:2, 69:7, 69:11,

69:17, 69:18, 69:21,
70:2, 70:5, 70:6, 70:8,
70:9, 70:10, 70:11,
70:22, 83:13, 87:20,
88:11, 90:16, 96:22,
97:2, 98:5, 98:16,
98:19, 99:1, 99:5,
100:2, 100:21,
102:11, 102:15,
103:14, 104:18,
105:2, 106:8, 106:10,
110:15, 111:5, 112:4,
112:11, 112:15,
112:16, 112:18, 114:5
  **quickly** - 106:20
  **quite** - 11:16

**R**

  **race** - 14:6, 108:7,
108:12, 108:15
  **Ramsey** - 32:4
  **rationale** - 78:8
  **ray.a.martinez@faa
.gov** - 2:18
  **Raymond** - 2:15
  **read** - 8:1, 17:2,
17:5, 17:6, 36:8,
43:12, 43:20, 44:12,
45:12, 54:10, 54:22,
55:3, 109:12, 109:13,
112:20, 114:3, 116:1,
117:6
  **reading** - 48:10,
48:18, 69:16, 117:6
  **Reading** - 117:3
  **ready** - 21:19
  **reality** - 41:17
  **really** - 12:11, 16:4,
20:19, 22:13, 28:10,
28:21, 32:14, 33:7,
33:18, 34:8, 37:18,
38:12, 42:1, 48:19,
59:16, 61:6, 63:6,
64:5, 64:7, 65:22,
82:17, 93:11, 93:12,
106:2, 106:20, 110:3,
111:8
  **Reason** - 116:3
  **reason** - 5:10, 5:13,
8:14, 49:18, 87:3,
87:8, 96:19
  **reasonably** - 97:6,
97:18, 97:20
  **reasons** - 37:2
  **receive** - 16:18,
31:17
  **received** - 17:1,
24:15, 101:4
  **recess** - 57:7
  **Recess** - 102:1
  **recognize** - 35:11,
93:7
  **recollect** - 32:14
  **recollection** - 6:1,
28:8, 84:3, 81:10,
94:2, 102:19
  **recommendations** -
14:1
  **reconcile** - 38:2
  **reconvene** - 57:8
  **record** - 4:11, 35:7,
42:16, 57:5, 57:6,
57:9, 92:1, 95:19,
101:19, 102:2, 104:4,
104:5, 104:8, 104:9,
107:7, 115:5
  **recorded** - 114:5
  **reduced** - 115:4
  **refer** - 38:20, 79:17,

7

87:13
reference - 24:6, 42:3, 91:5, 95:17
referenced - 112:8
referred - 111:21
referring - 15:22, 24:3, 61:11, 81:6, 111:6
reflect - 92:1, 95:19, 104:9
registration - 48:3
regular - 19:16, 20:12, 21:14
regulations - 11:3
relate - 9:7
related - 13:12, 115:6
relates - 35:14, 112:2
relationship - 9:14
relative - 6:2, 20:9, 33:4, 38:5, 115:7
remember - 7:15, 15:4, 18:16, 18:17, 22:14, 22:16, 23:12, 23:15, 25:4, 27:3, 28:21, 29:6, 29:7, 32:16, 32:18, 33:7, 33:15, 34:3, 34:5, 34:6, 36:12, 36:13, 42:22, 43:1, 45:4, 61:17, 61:19, 63:21, 64:7, 66:9, 67:10, 67:17, 67:20, 67:22, 68:2, 68:4, 69:8, 70:21, 86:2, 87:22, 88:2, 88:3, 88:5, 89:1, 89:6, 90:2, 90:10, 90:11, 91:2, 92:15, 93:10, 93:11, 93:22, 96:2, 96:11, 96:12, 96:14, 96:16, 97:19, 98:1, 98:2, 98:15, 99:21, 100:8, 100:11, 100:12, 100:14, 100:15, 100:16, 100:19
Renew- 107:18
rep - 58:21, 59:12, 59:17, 59:22, 60:22, 61:12, 72:10
repeat - 5:6, 5:8, 110:8
rephrase - 8:18, 26:20, 48:6, 49:9, 56:9
report - 94:21, 94:22, 95:1, 95:9
reported - 10:14, 11:2, 66:13
Reporting- 117:13
Representative- 12:12
representing - 60:8, 61:2, 61:8, 114:12
represents - 72:7
request - 85:9, 86:16, 103:16, 104:13
requested - 108:13, 117:6
required - 22:12, 66:14, 108:19
requirement - 48:8, 65:11, 65:21, 66:3, 75:13
requirements - 21:1, 55:7, 55:12, 68:11, 74:2
requires - 40:4, 71:1

requiring - 38:8
resolve - 30:11, 41:3
respond - 22:13, 26:22, 27:4, 87:7, 87:21, 89:9, 98:16, 106:8, 109:16, 111:5
responded - 6:9, 31:12, 89:6, 89:10
responding - 25:7, 26:17, 109:16
response - 88:11
responsibilities - 16:5
responsibility - 26:7, 26:10, 62:9
responsible - 10:21, 11:2, 14:22, 26:16, 57:15, 57:17, 57:22, 58:4, 58:9, 58:14, 58:18, 59:9, 62:1, 62:16, 72:5, 72:22, 99:10, 117:8
Responsible- 45:13
restated - 84:3
results - 40:9
resume - 42:21, 44:12, 56:4, 80:17, 81:7, 109:19
retired - 4:14, 4:15, 6:19, 10:10, 14:8, 86:12, 88:13, 88:15, 89:4
returned - 117:8
review - 6:5, 6:7, 18:19, 31:4, 35:8, 62:17, 65:4, 89:17, 95:20, 96:12
reviewed - 6:8, 6:10, 6:11, 6:12, 42:22, 43:1, 43:4, 90:1
reviewing - 8:3, 47:22, 74:9, 76:5, 110:12
Rights- 25:10, 25:11, 25:14, 27:7, 27:8, 27:20, 97:21
rights - 87:5, 93:5
Roi- 95:8
role - 7:18, 7:19, 46:4, 61:2, 62:13, 102:9
rotated - 29:21, 29:22, 66:16
run - 21:21
running - 77:13

S

Sabitini - 59:14
safety - 57:18, 62:10, 62:15
sat - 13:18, 35:15, 36:10
satisfactorily - 55:5, 55:11
satisfactory - 62:18
saw - 23:21, 84:18, 96:14
scale - 14:9
scenario - 53:11
school - 12:3
Scott- 9:1
script - 69:16
second - 35:2, 36:15, 44:14, 47:7, 59:3
Section - 116:16
see - 5:3,

11:10, 35:18, 36:17, 48:18, 49:22, 50:8, 61:3, 69:2, 69:3, 70:7, 70:16, 75:11, 95:15, 97:16, 109:15, 109:21
seek - 101:13
Seipel- 4:21, 9:22, 10:7, 10:17, 23:17, 24:4, 26:21, 27:21, 28:19, 85:9, 86:8, 103:13, 103:15, 104:11, 104:12, 104:16, 104:17, 106:12, 106:19, 107:1
Seipel's - 9:13
select - 33:2, 78:1
selected - 9:11, 16:17, 32:5, 32:6, 34:7, 64:20, 66:4, 67:18, 82:21, 83:4, 101:7, 101:12
selectee - 31:3
selecting - 8:9, 31:16, 106:16
selection - 32:20
send - 20:9
sense - 60:11
sent - 14:21, 23:17, 24:4, 25:6, 88:9, 94:17
sentence - 43:12, 43:19, 49:2
separate - 104:1, 109:13, 109:20
September - 6:21, 88:16, 88:17, 88:19
served - 18:11, 49:3
serves - 112:17
service - 72:6, 72:7, 72:15, 73:9, 77:18
session - 103:10, 110:22
set - 32:9, 38:19, 53:21, 59:7, 60:19, 61:22, 72:11, 72:17, 73:1, 73:7, 74:14
sets - 57:3, 111:3
setting - 7:5, 7:10, 38:13, 71:21, 72:2, 72:6, 72:10, 72:19, 77:19, 78:13
Seventeenth - 1:14
several - 18:12, 49:3
share - 8:4
shared - 31:11
Sheet - 116:1, 116:17
sheet - 96:17, 104:1, 105:14, 109:20
sheets - 109:13
shift - 74:19
shook - 13:8, 102:21
short - 77:8, 77:10, 79:6, 83:2, 101:21
shortly - 89:20
shoulder - 62:17
show - 10:6, 34:22, 35:7, 42:16, 49:8, 49:10, 52:16, 84:12, 85:8, 91:19, 95:16
showed - 50:3
sign - 93:17, 93:21, 94:3, 96:17, 116:2, 117:6, 117:7
Signature - 113:6, 116:19
signature - 92:4,

96:15, 98:2, 116:2
signed - 54:17, 90:3, 93:14, 97:18, 105:14
signing - 92:8, 92:15
Signing - 117:3
similar - 105:14
sit - 8:9, 21:9, 41:7, 112:21
sitting - 6:6, 89:20
skill - 19:18, 38:7, 38:21, 40:11, 48:5, 48:14, 52:11, 63:2, 63:3, 63:10, 80:9, 80:12
Skill- 48:1
skills - 17:5, 17:7, 17:10, 19:21, 23:1, 36:16, 40:2, 40:16, 41:1, 41:2, 41:11, 50:7, 63:15, 63:16, 63:20, 64:8, 64:10, 64:12, 76:6, 76:15, 79:20
skip - 36:14
slightly - 49:19, 54:7
Society - 55:5, 55:7, 55:10, 55:12, 55:16
software - 42:4, 42:7, 51:13, 52:12
softwares - 42:12
solving - 39:15, 39:17, 43:16, 49:5, 50:10, 50:14, 50:16, 50:18, 52:2, 67:6
someone - 7:2, 20:6, 56:16
sometime - 24:13
sometimes - 70:17, 83:15
Sometimes- 83:15
somewhere - 69:13
Somewhere- 69:20
sorry - 34:18, 83:9
sound - 78:3
sounds - 75:16
sparked - 33:4
special - 23:1
specialist - 61:5, 64:21
specialists - 4:16
specific - 17:20, 27:17, 28:8, 33:6, 39:2, 64:17, 66:19, 66:22, 102:19
Specific- 50:13, 66:21
specifically - 9:3, 9:5, 18:17, 22:10, 23:22, 28:6, 28:21, 29:6, 29:7, 46:13, 61:17, 67:22, 68:1, 96:17, 98:1, 98:2, 98:14
Specifically - 89:7
specifications - 19:11
specifics - 82:3
speculation - 105:6
spell - 59:8
spoken - 98:14
spread - 16:4
staffing - 17:3
stage - 14:18, 14:19, 14:20, 88:18
stand - 59:4
Standard- 43:18

22:3, 30:4
standards - 37:2, 46:20
stands - 59:6, 59:8
start - 15:2, 81:3, 86:15, 86:1
started - 59:6
starting - 54:10, 55:3
starts - 48:16, 81:7
state - 4:10, 6:13
States - 1:1, 2:10
states - 48:1, 49:2
statistical - 43:17
stenographically - 115:4
step - 110:3, 110:6, 110:11, 110:12
Stephen - 33:22
still - 10:15, 19:1, 48:10, 57:1, 60:4, 60:8, 75:7, 99:2, 106:6, 106:7
stop - 59:3
straight - 61:13
Street - 1:14, 2:5, 2:11, 117:14
stress - 76:8
stressed - 17:17, 17:19
stressing - 78:5
Strike - 106:17
stringent - 22:9
stronger - 41:2, 63:5
structure - 59:21, 60:19
studies - 66:8, 66:10
stuff - 31:13, 32:10, 71:3
subparagraph - 45:11, 45:12
Subscribed- 116:20
substance - 31:7
successfully - 54:13
sufficient - 73:22, 74:1, 74:6
Suite - 2:6, 2:17
suited - 7:1
supervisor - 10:3
Supervisor - 45:11
supervisors - 65:14
suppose - 20:17
supposed - 98:22
surrounding - 93:11, 98:3
Sw- 2:16
sworn - 4:5, 115:3, 116:20
System - 7:3, 17:4
system - 7:11, 17:16, 19:2, 19:20, 19:22, 20:13, 20:14, 22:7, 22:8, 22:9, 32:8, 33:19, 33:21, 34:10, 37:1, 37:5, 38:10, 38:13, 39:7, 39:11, 39:13, 40:4, 41:15, 44:3, 44:19, 46:3, 46:4, 46:7, 46:12, 46:15, 49:12, 49:13, 52:22, 57:2, 57:21, 59:7, 62:21, 71:11, 71:12, 71:22, 72:10, 72:11, 73:3, 74:14, 77:8, 77:12, 77:19, 78:10

JARDIM REPORTING ASSOCIATES

(703) 867-0396

8

**systems** - 7:6, 18:5, 18:7, 18:8, 18:13, 19:8, 19:9, 19:10, 20:9, 21:14, 32:9, 40:13, 46:1, 46:19, 47:5, 48:12, 51:17, 53:4, 54:14, 56:6, 56:11, 56:12, 57:17, 59:11, 62:1, 72:20

**T**

**teaching** - 56:5
**team** - 20:10, 21:20, 40:5
**teaming** - 21:20
**teams** - 71:1, 71:3, 71:6
**teamwork** - 71:2
**technician** - 47:19
**techniques** - 39:15, 49:4, 49:5, 50:10, 52:3
**Technology** - 55:4
**technology** - 55:8
**term** - 59:6, 62:3
**terms** - 29:17, 30:8, 39:1, 51:12, 55:18, 61:15, 62:4, 63:2, 66:17, 74:16, 80:6, 103:5
**testified** - 4:6
**testify** - 115:2
**testimony** - 28:18, 115:3, 115:4, 115:5
**Texas** - 12:13
**thereafter** - 115:4
**therefore** - 55:14, 55:15
**therein** - 114:5
**thinking** - 28:1, 29:3
**third** - 47:9
**thorough** - 40:6, 72:14
**thoroughly** - 103:8
**three** - 16:19, 16:20, 29:15, 52:1, 67:1
**throughout** - 71:12
**thusly** - 8:6
**tie** - 95:13
**title** - 4:13, 4:15, 4:19, 107:1
**titles** - 9:2, 9:5
**today** - 5:15, 5:21, 6:10, 6:12, 6:17, 43:2
**Today** - 6:6
**together** - 5:4, 15:1, 15:17
**tools** - 50:14
**top** - 31:12, 42:10, 54:9, 58:15
**topic** - 67:4
**topics** - 67:2, 70:9
**total** - 38:12
**totality** - 76:3, 76:4
**Tower** - 45:10
**tracking** - 40:13
**Traffic** - 45:10
**traffic** - 45:14, 45:18, 46:8, 46:13, 46:15
**train** - 81:4
**trained** - 20:10
**Training** - 43:15
**training** - 19:21, 20:1, 21:19, 22:6, 22:19, 23:4, 23:6, 23:11, 32:17, 37:6, 64:17, 64:18, 64:19,

65:1, 73:21, 74:1, 74:2, 74:6, 74:17, 74:18, 74:20, 74:22, 75:1, 75:10, 75:13
**trainings** - 20:3
**traits** - 69:1, 70:17, 70:19
**Transcript** - 117:3
**transcript** - 114:4, 115:5, 116:1, 117:6, 117:9
**transitional** - 58:6
**transpired** - 96:16
**treated** - 82:13
**tried** - 28:2, 50:1
**trigger** - 15:2
**true** - 65:8, 65:12, 65:19, 77:6, 78:3, 115:5
**truly** - 110:3
**try** - 62:18, 69:7, 73:8, 109:21
**trying** - 28:4, 29:13, 49:14, 49:15, 49:22, 58:12, 59:21, 60:4, 61:11, 62:4, 63:21, 65:17, 67:11, 68:17, 70:20, 77:21, 87:15, 99:2
**Tuesday** - 1:10
**tune** - 83:12
**turnaround** - 77:10
**tweak** - 83:12
**two** - 9:12, 14:1, 29:16, 47:12, 47:22, 48:4, 48:7, 49:2, 50:5, 65:22, 66:13, 68:18, 78:14, 78:5, 79:2, 79:3, 79:5, 79:11, 79:13, 79:16, 80:10, 91:16, 117:7
**Two** - 8:21
**type** - 19:22, 20:10, 20:14, 20:22, 21:15, 22:19, 23:7, 59:14, 71:3
**types** - 19:5, 20:1, 39:2, 40:3, 55:21, 86:22

**U**

**ultimate** - 72:10
**under** - 9:16, 45:8, 48:4, 59:22, 60:2, 60:3, 115:5
**Under** - 116:16
**underlined** - 43:9
**underneath** - 10:13, 11:7, 45:11
**unemployed** - 4:14
**United** - 1:1, 2:10
**unless** - 82:14
**up** - 7:5, 7:10, 8:6, 15:14, 16:9, 21:20, 31:15, 32:9, 38:14, 57:3, 59:7, 60:19, 61:11, 61:22, 67:2, 69:10, 71:22, 72:2, 72:6, 72:10, 72:11, 72:17, 72:19, 73:1, 73:7, 74:14, 77:13, 77:19, 78:13, 90:16, 90:18, 90:22, 101:22, 103:7, 103:20, 103:21, 111:3, 112:21
**upper** - 97:22
**upstairs** - 14:21, 15:2
**Usc** - 116:

**Usdc** - 94:7

**V**

**vacancy** - 7:14, 8:2, 9:8, 9:10, 10:18, 14:17, 17:18, 17:21, 34:15, 35:8, 35:11, 35:19, 36:13, 75:20, 80:7
**vacany** - 35:1
**vacation** - 24:10
**vague** - 99:13
**vagueness** - 107:19
**validate** - 67:11
**variety** - 80:13
**various** - 8:1, 61:21, 62:5
**verification** - 66:2, 90:3, 90:7
**verify** - 65:7, 65:11, 89:21, 96:7
**versa** - 16:9
**versus** - 63:3
**via** - 27:6, 28:16
**vice** - 16:9
**Virginia** - 117:14
**voluntarily** - 94:3
**vote** - 30:15
**vs** - 1:6

**W**

**wait** - 27:7, 27:19, 48:9
**Wait** - 94:4
**waived** - 113:6
**Walke** - 54:18
**wants** - 96:22
**Washington** - 1:9, 1:15, 2:6, 2:11, 2:17
**ways** - 80:13
**weeks** - 94:17
**weigh** - 39:19, 41:20
**weight** - 37:16, 37:19, 37:20, 56:4, 77:2
**weighted** - 71:16, 79:1
**weighting** - 71:18, 72:2
**Wendy** - 32:4
**whole** - 65:17, 71:12
**Wing** - 12:9
**wise** - 37:16
**Witness** - 3:3, 13:8, 14:4, 44:16, 51:21, 52:21, 74:5, 81:2, 85:1, 87:3, 89:3, 90:18, 95:6, 95:13, 95:18, 96:3, 96:4, 99:20, 100:15, 102:21, 105:7, 109:9, 110:12
**witness** - 4:4, 95:5, 115:3, 115:4, 115:6, 117:5, 117:7
**wondering** - 83:11
**word** - 25:4, 25:15, 45:2, 54:5, 55:4, 80:9
**wording** - 17:20
**words** - 17:22
**workplace** - 107:15, 107:17
**works** - 16:10, 58:17, 59:17, 73:16
**worry** - 25:7

**wrap** - 101:22
**Wright** - 12:9
**Wright-patterson** - 12:9
**write** - 26:6, 58:16, 61:12, 62:10, 71:15, 85:5, 85:22, 89:12
**writes** - 26:5
**writing** - 11:9, 62:20, 89:9, 89:10, 112:17, 112:18
**written** - 69:18, 69:19, 111:6, 111:9, 112:11
**wrote** - 85:14, 86:3
**Wu** - 2:4, 4:9, 13:21, 14:5, 27:13, 29:11, 34:18, 34:19, 34:22, 35:8, 35:10, 35:21, 36:2, 40:20, 42:13, 42:16, 42:18, 44:15, 44:22, 51:22, 53:6, 57:9, 57:10, 74:8, 81:5, 85:2, 87:11, 89:2, 89:5, 90:8, 90:14, 90:21, 91:19, 92:1, 92:3, 94:12, 94:14, 95:1, 95:12, 95:14, 95:19, 95:22, 96:5, 99:15, 99:22, 100:17, 101:18, 101:20, 102:2, 102:3, 102:11, 103:16, 103:19, 103:21, 104:2, 104:8, 105:5, 106:15, 107:7, 107:18, 108:9, 109:8, 110:8, 110:11, 110:16, 110:18, 113:1, 113:3

**Y**

**year** - 24:14, 87:22, 88:1, 88:4, 88:6
**years** - 7:16, 12:19, 12:20, 16:4, 18:1, 18:12
**yesterday** - 5:22
**Young** - 1:11, 3:3, 3:6, 4:3, 4:12, 35:4, 42:13, 42:14, 91:20, 91:21, 102:18, 104:6, 104:14, 104:15, 104:18, 105:15, 114:8
**yourself** - 29:16

**Z**

**zero** - 99:17

JARDIM REPORTING ASSOCIATES
(703) 867-0396