UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| **FELIX J. ESQUIBEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.  06-1485 (PLF) |
| V. | ) |
| | ) ECF |
| **MARIA CINO,** | ) |
| **Secretary, Dept. of Transportation** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### DEFENDANT'S NOTICE OF FILING THE DEPOSITION OF FELIX ESQUIBEL.

Now comes Defendant and hereby files the Deposition of Felix Esquibel that was referenced in Defendant's Motion For Summary Judgment on March 13, 2008.  Defendant inadvertently failed to file the deposition at the same time as their Motion .

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334