Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - x

FELIX J. ESQUIBEL,        :

        Complainant,:
                          :
                          : Civil Action
        v.                : No.06-1485 (PLF)
                          :
                          :
MARIA CINO,               :
  U.S. DEPARTMENT OF      :
  TRANSPORTATION,         :
                          :
        Agency.           :

- - - - - - - - - - - - x

            Washington, D.C.
            Friday, January 18, 2008

Deposition of
                FELIX J. ESQUIBEL
a witness of lawful age, taken on behalf of the
Complainant in the above-entitled action, before
Sonja Gonzalez, Notary Public in and for the District
of Columbia, at the U.S. Attorney's Office, 501 3rd
Street, N.W., 4th Floor, Washington, D.C.  20530,
commencing at 11:20 a.m.

CONTENTS

                                          PAGE

EXAMINATION BY:

  Counsel for the Agency                      4

  Counsel for the Complainant                 7

Page 2

APPEARANCES:
  On Behalf of the Agency:
  HEATHER GRAHAM-OLIVER, ESQ.
  Assistant U.S. Attorney
  Judiciary Center Building
  555 4th Street, N.W., 10th Floor
  Washington, D.C. 30530
  (202) 305-1334

  RAYMOND A. MARTINEZ, ESQ.
  ANDREA C. NASH, ESQ.
  Federal Aviation Administration
  Office of the Chief Counsel
  600 Independence Avenue, S.W.
  Suite 1035
  Washington, D.C. 20590
  (202) 385-8235

  On Behalf of the Complainant:

  MYRREL C. HENDRICKS, JR.
  CLARISSA H. WU, ESQ.
  Gebhardt & Associates, LLP
  1101 17th Street, N.W.
  Washington, D.C. 20036-4718
  (202) 496-0400

Page 4

1          PROCEEDINGS
2  Whereupon,
3          FELIX J. ESQUIBEL
4  was called as a witness, and having been first duly
5  sworn, was examined and testified as follows:
6
7          EXAMINATION BY COUNSEL FOR THE AGENCY
8          MS. GRAHAM-OLIVER:  Good morning, Mr.
9  Esquibel.
10         THE WITNESS:  Good morning.
11         MS. GRAHAM-OLIVER:  My name is Heather
12  Graham-Oliver.  I'm the Assistant United States
13  Attorney.  I represent the FAA in this case.  I'm
14  going to be asking you a series of questions.  Your
15  attorneys have probably informed you as far as what
16  is going to take place this morning, but I just
17  wanted to let you know that if you don't understand
18  my question or if you find that you can't hear the
19  question that I'm speaking to you, because sometimes
20  I have a tendency to speak low and not loud enough,
21  please let me know so that I can either reframe the
22  question or speak louder.  Is that fair?

2 (Pages 5 to 8)

## Page 5

1    THE WITNESS: I understand.

2    MS. GRAHAM-OLIVER: Okay. And are you on

3  any medications where you think that it would be

4  different to understand and respond truthfully to my

5  questions?

6    THE WITNESS: No.

7    BY MS. GRAHAM-OLIVER:

8    Q   All right. Would you state your name for

9  the record.

10   A   Felix Joseph Esquibel.

11   Q   Okay. And you live Kalamazoo, Michigan?

12   A   Michigan, that is correct.

13   Q   Okay. And what is your home address?

14   A   7250 Windhaven -- one word -- Court,

15  Portage, MI 49024.

16   Q   Okay. And just for the benefit of the

17  court reporter, would you spell the street address,

18  please?

19   A   W-i-n-d-h-a-v-e-n.

20   Q   Okay. And are you married?

21   A   Yes.

22   Q   Okay. And what is your wife's name?

## Page 6

1    A   Mary Beth -- two words.

2    Q   Okay. All right. I'm going to ask you

3  about your educational background. First of all, you

4  were born in this country. Is that correct?

5    A   That's correct.

6    Q   Okay. And what state were you born in?

7    A   I was born in Colorado.

8    Q   Where in Colorado were you born in?

9    A   In a tiny town called Fruita.

10   Q   And that's close to?

11   A   Grand Junction, Colorado. It's on the

12  Western portion of Colorado.

13   Q   It must be a beautiful little area there.

14  Okay. And did you go to high school there?

15   A   That's correct.

16   Q   Okay. Which high school did you go to?

17   A   Central High School.

18   Q   And when did you graduate?

19   A   1979.

20   Q   And did you go on to college?

21   A   No.

22   Q   Okay. What did you do after high school?

## Page 7

1    A   I entered the United States Air Force as an

2  enlisted member.

3    Q   And what did you do for the Air Force?

4    A   I worked on aircraft, C-5s.

5    Q   And what did you do working on aircraft?

6    A   I was an aircraft mechanic.

7    Q   And how long were you an aircraft mechanic?

8    A   Four years.

9    Q   Okay. And after that four years, what did

10  you do?

11   A   I cross-trained in the U.S. Air Force into

12  the air traffic control field.

13   Q   That was an option open to you?

14   A   That's correct.

15   Q   And that training, did you have to go to

16  school for that?

17   A   Which training are you referring to?

18   Q   The air traffic control training you said

19  you cross-trained.

20   A   It was a very intense school.

21   Q   Okay. How long was that?

22   A   Approximately three months if I remember

## Page 8

1  correctly.

2    Q   All right. And you had exams, written

3  exams. Is that correct?

4    A   Of course. There was practicals, written

5  examinations and so forth.

6    Q   And afterwards, did you get a

7  certification?

8    A   No. I was assigned to Fairchild Air Force

9  Base as an air traffic control specialist in

10  training.

11   Q   And where is Fairchild?

12   A   It's in Spokane, Washington.

13   Q   All right. And how long were you at the

14  Fairchild Air Force Base?

15   A   I was at Fairchild approximately three-and-

16  a-half -- I believe it was approximately three years

17   Q   Three years. And you were essentially

18  doing air traffic control work?

19   A   That's correct, for the U.S. military.

20   Q   The Air Force?

21   A   Correct.

22   Q   Is that right? All right. And what

Page 9

1  essentially was that type — what did you do as an
2  air traffic controller? Was that your title?
3      A   That was my title. I entered into upgrade
4  training. I became certified as a controller, a 5
5  skill level. Based on my rank, I went into a higher
6  level of management as a 7 level. I transitioned
7  into the training   NCO, responsible for upgrade
8  training for new air traffic controls and upgrade
9  training, and --
10     Q   So you actually provided training when you
11 say --
12     A   After I was certified in that facility, I
13 provided on-the-job training individually, and then I
14 became responsible as the training NCO for the new
15 airmen that would enter that facility and their
16 upgrade training.
17     Q   All right. When you say you became
18 responsible for the new airmen, was that — does that
19 mean that you were a supervisor of some sort? Or did
20 you have a title as the training NCO?
21     A   Training NCO.
22     Q   Okay. Does NCO stand --

Page 10

1      A   It was basic -- Noncommissioned officer.
2      Q   Officer. All right.
3      A   Enlisted.
4      Q   Okay. All right. And you were going to
5  say that it was basically what?
6      A   It wasn't a watch supervision I was
7  training for that particular job, this was
8  responsible for the four or five developmentals, the
9  airmen that were in upgrade training, to ensure that
10 their training was progressing, training entries,
11 training jackets, training modules, those types of
12 things.
13     Q   Okay. And this all related to air traffic
14 control?
15     A   Yes.
16     Q   Is that right? And that related to
17 military planes?
18     A   They're majority -- 99 percent was military
19 traffic into Fairchild Air Force Base, correct.
20     Q   I see.
21     A   Occasionally, there was some civilian
22 traffic that entered the Air Force Base.

Page 11

1      Q   Okay. And how long were you at Fairchild?
2      A   Well, again, I was there approximately
3  three years, believe.
4      Q   Three years? Okay. All right. And then
5  after that, what did you do?
6      A   I took an assignment at Biloxi Air Force
7  Base in Mississippi as a instructor teaching air
8  traffic control principles at the school.
9      Q   And that school was on the Air Force Base?
10     A   At Biloxi Air Force.
11     Q   At Biloxi. Okay. And again it was
12 associated with the U.S. Air Force. Is that correct?
13     A   That's correct.
14     Q   Okay. And how long were you an instructor?
15     A   I was an instructor for approximately two
16 years and four months.
17     Q   And what exactly did you instruct there?
18     A   There were several blocks of instruction,
19 and I was assigned to the static labs teaching
20 application of airport, air traffic principles.
21     Q   Okay. You said something about the static
22 lab. What is that?

Page 12

1      A   That is a function that did not entail any
2  software. It was a table that represented an airport
3  diagram, runways, taxiways, ramps. We had models
4  that represented different types of aircraft. The
5  room was large enough where we could place on stands
6  models for an aircraft to be in a certainly position.
7  We would move these aircraft statically into a
8  position and the student would have to respond in air
9  traffic language instructions for these particular
10 aircraft that they would eventually be doing in live
11 situations.
12     Q   I see. Okay.
13     A   And as they would make that instruction, it
14 would either be correct or incorrect. We would coach
15 and provide instruction and we would statically move
16 the airplanes for the next control instructions. And
17 we would have scenarios that we would play for these
18 students to learn the application of air traffic
19 principles.
20     Q   I see. After your term at Biloxi, where
21 did you go?
22     A   I did not finish my term. I took an early

Page 13

1  exit that was allowed in a program and entered the
2  Federal Aviation Administration in May of 1988 with
3  direct duty assignment at Chicago DuPage Airport.
4     Q   Okay. So at that point you were out of the
5  Air Force?
6     A   Out of active duty. I retained a reserve
7  position at the 928th Operational Support Flight in
8  Chicago O'Hare.
9     Q   And the reserve position also dealt with
10 air traffic control?
11    A   No. It still dealt with air traffic. I
12 went into the base operations and dispatcher section
13 that dealt with flight plan information that our C-
14 130s were filing out of the Chicago O'Hare Airport
15 for training missions, those types of things,
16 ensuring that the pilots had the appropriate notice
17 to airmen's information, that type of thing.
18    Q   I see. Okay. In Chicago, what was your
19 title, your job title?
20    A   In the Air Force Reserve or the FAA?
21    Q   The FAA.
22    A   Air traffic control specialist.

Page 14

1     Q   And what were your duties?
2     A   My duties were to apply air traffic rules
3  in separating the aircraft that was utilizing the
4  infrastructure of Chicago DuPage Airport.
5     Q   How long were you at Chicago DuPage?
6     A   Approximately five years.
7     Q   Did you have any promotions from specialist
8  or did you remain in that job title for the five
9  years, or did you do something different?
10    A   I had a temporary promotion to a first line
11 supervisor position.
12    Q   Okay. And when was that?
13    A   It was approximately three years after I
14 arrived, I believe. It was 1991 timeframe.
15    Q   And how many people did you supervise?
16    A   I do not recall at the time.
17    Q   And where did you go after Chicago DuPage?
18    A   Chicago Midway.
19    Q   And that was approximately 1991 that that
20 happened?
21    A   No. That was approximately 1992.
22    Q   And your job title there?

Page 15

1     A   Air traffic control specialist.
2     Q   And why did you leave Chicago DuPage?
3     A   Promotion.
4     Q   In what way was it a promotion?
5     A   It was a higher level facility that paid
6  additional wages.
7     Q   And how long were you at Midway?
8     A   Approximately two years.
9     Q   And why did you leave?
10    A   Promotion.
11    Q   What promotion was that?
12    A   A first line supervisor position, Kalamazoo
13 Air Traffic Control Facility.
14    Q   And that was approximately 1994?
15    A   December 1994. Approximately.
16    Q   So when you began at Kalamazoo, you were a
17 supervisor. Is that correct?
18    A   That's correct.
19    Q   First line supervisor?
20    A   Correct.
21    Q   And how many people did you supervise?
22    A   I do not recall the exact assignment of

Page 16

1  personnel on my team.
2     Q   Was it more than four people?
3     A   Yes.
4     Q   Was it less — was it more than ten?
5     A   No.
6     Q   Was it more than five?
7     A   Yes.
8     Q   Okay. So it was approximately between five
9  and ten people?
10    A   Approximately eight or nine.
11    Q   Eight or nine people. Okay. And what was
12 your title?
13    A   Area supervisor.
14    Q   And was this in the area of what?
15    A   Air traffic control.
16    Q   Okay. And as area supervisor, what did you
17 do?
18    A   My responsibilities are the day-to-day
19 application of air traffic separation standards for
20 the airport and airspace.
21    Q   Okay. Could you tell me exactly what that
22 means? You said separation standards for the airport

Page 17

1  and airspace. What does that mean?
2      A   The FAA regulates separation standards for
3  aircraft. In other words, we act, in layman's terms,
4  as a traffic cop, allowing or not allowing an
5  aircraft to be in a specific position at a specific
6  time. We provide an arrival sequence into the
7  airport to ensure that the proper separation is
8  maintained between successive arrivals. We provide
9  radar service to departures, separate them from other
10 aircraft vertically, normally by a thousand feet.
11 There are other occasions that require 2,000 feet.
12 We interface with Chicago Center, Cleveland Center.
13 We also interface with several approach controls that
14 about our airspace. We provide VFR advisory service
15 which would entail a traffic call.
16     Q   Okay. And are you still in that position
17 today?
18     A   Yes.
19     Q   Okay. And today, how many people do you
20 supervise?
21     A   I believe it is nine.
22     Q   And are these people air traffic

Page 18

1  controllers?
2      A   That is correct. They are air traffic
3  control specialists.
4      Q   In terms of your supervision, what exactly
5  do you have to do with these individuals? Is it
6  regulate their time coming to work? What exactly do
7  you do as a supervisor?
8      A   Well, there are many aspects to my job, but
9  the normal application is the day-to-day operation,
10 ensuring that the positions are staffed, that the
11 available air traffic control specialists that we
12 have on duty, ensuring that the rules and procedures
13 are being adhered to by the air traffic control
14 specialists, that they're applying the rules that
15 they're supposed to do. To do any kind of
16 investigation and quality assurance, should there be
17 a breach in separation. To interface with any
18 customer, any pilot that would call in question that
19 may be actually reviewing voice data that was said or
20 radar data that can be redisplayed on a PC.
21     Q   Okay. Anything else?
22     A   Taking care of any LMR issues, interfacing

Page 19

1  with the union.
2      Q   LL?
3      A   LMR. Labor Management Relations?
4      Q   Okay. Are you part of the union?
5      A   I am not a bargaining unit member. I am a
6  member of management, as a first line supervisor.
7      Q   Okay. All right. In terms of
8  investigation and quality assurance, what is your
9  experience in that area?
10     A   As far as air traffic, or as --
11     Q   Well, let's start with air traffic, and
12 then we'll go on from there.
13     A   All right. My involvement with quality
14 assurance is the initial assessment of the event in
15 question.
16     Q   And so there has to be an event that
17 occurred as --
18     A   Out of the scope that would be normally
19 accepted within the standards of the air traffic
20 control handbook.
21     Q   All right. So, if, for example, if
22 aircrafts were within less than a thousand feet of

Page 20

1  each other, would that be an event?
2      A   That could be a triggering event, and it
3  would have to be determined what type of aircraft and
4  how they were operating within the system.
5      Q   Okay.
6      A   Certain aircraft can be less than a
7  thousand feet.
8      Q   I see.
9      A   A VFR aircraft and an IFR aircraft can be
10 500 feet.
11     Q   Okay. All right. As you have worked on in
12 your position, how many type of investigations have
13 you done in terms of quality assurance as an air
14 traffic controller?
15     A   Many.
16     Q   Okay.
17     A   Hundreds.
18     Q   Okay. All right. Many events occur?
19     A   Absolutely.
20     Q   Okay. All right. And do you have to write
21 up a report?
22     A   Occasionally.

Page 21

1   Q   Okay. All right. Let's talk about — are
2   those the only -- is that what you were talking about
3   in terms of quality assurance with respect to air
4   traffic controllers?
5       A   The majority would be that type of an
6   investigation. There could be a breach in labor-
7   management relations. There could be a breach in
8   human resource application, an issue where an
9   individual may claim unfair treatment, to ensure that
10  policies and practices were implemented fairly,
11  firmly and objectively.
12      Q   And you would investigate those types of
13  situations as well?
14      A   Initial investigation unless the situation
15  arose to a level where the air traffic manager or
16  someone from the regional office would need to
17  continue the investigation.
18      Q   I see. Okay. In terms of other quality
19  systems, we were putting off that discussion, would
20  you tell me your involvement in other types of
21  quality systems investigations? I can ask you a
22  different question if you want me to.

Page 22

1       A   Your question is convoluted. I do not
2   understand your question.
3       Q   Okay. Let's go back a little bit. I
4   understand that you have a Master of Business
5   Administration. Is that correct?
6       A   Correct.
7       Q   And that's in organizational development?
8       A   With an emphasis in organizational
9   development. There were core courses that deal
10  specifically with business; accounting, finance,
11  human resource, operations management, those types of
12  things.
13      Q   And you got that degree in 1996. Is that
14  correct?
15      A   That's correct.
16      Q   All right. You also have a Bachelor of
17  Science degree in professional aeronautics, and you
18  accomplished that in 1987?
19      A   I believe that was the timeframe.
20      Q   Okay. You are an adjunct faculty member
21  for Davenport University?
22      A   Correct.

Page 23

1       Q   Okay. And how — what do you teach there?
2   Or what do you do?
3       A   As adjunct faculty, I have taught many
4   courses. Since 1998, I have taught over 60 in the
5   area of production and quality assurance, leadership,
6   business standards, creativity and innovation are
7   just a few.
8       Q   How did you get involved with Davenport
9   University, and where is that?
10      A   Davenport University is located in
11  Kalamazoo -- actually, in Grand Rapids, Michigan, and
12  they have extensions throughout Michigan, and I
13  believe Indiana. And I liked school so much that I
14  wanted to still be connected with it, so I applied as
15  an adjunct instructor at Davenport University and was
16  hired to teach the quality control class with the
17  background that I brought.
18      Q   Okay. And when were you hired to teach?
19      A   1988.
20      Q   1988.
21      A   No. I'm sorry. I misspoke. 1998.
22      Q   Okay. And that was the quality control

Page 24

1   class?
2       A   That was initially. The quality control
3   class, management, I believe at that time the number
4   was 345, it's a 300 level course, and today that is a
5   400 level course, Management 412, the management and
6   control of quality.
7       Q   Okay.
8       A   And I still teach that class.
9       Q   Right. Tell me about the substance of that
10  class? What is that class about?
11      A   That class is about quality management
12  systems from the beginning to the end.
13      Q   As it applies to what?
14      A   Any business organization that wants to
15  implement a quality management program, from the soft
16  skills to the technical skills.
17      Q   Would you give me an example of, for
18  example, the soft skills?
19      A   It is often referred to as the soft skills,
20  but organizational behavior, human resource
21  management, those types of things. Motivation.
22  Leadership. I often say that that's a misnomer

Page 25

1  because that's actually the hardest skill to master,
2  are the people skills.
3      Q   And the technical skills?
4      A   The technical portion of air traffic -- I'm
5  sorry -- of quality management would be process
6  control, Six Sigma, upper control limits, lower
7  control limits, specifications, reliability, process
8  control, metrology.
9      Q   What's metrology?
10     A   Metrology is a body of knowledge that deals
11  with measurement.
12     Q   Measuring what?
13     A   Whatever kind of application that a
14  business produces or serves.  It could be weights.
15  It could be customer complaints.  It could be the
16  tensile strength of metal, the amount of thrust a jet
17  engine produces.  Force.  Hardness, of titanium, for
18  example.
19     Q   Now these quality management systems as
20  they apply to air traffic control, the FAA, does it
21  have a particular application?
22     A   Could you redefine your question, because

Page 26

1  your question is awfully broad.  I could speak to
2  that.  Are you asking about my specific job as a air
3  traffic control specialist, or what job in particular
4  are you asking about in the FAA that these quality
5  management systems apply to?
6      Q   Okay.  I was talking about your being an
7  instructor of this particular course called Quality
8  Management Systems.
9      A   No.  The Management and Control of Quality
10  is the name of the course.
11     Q   Management and Control of Quality.  Okay.
12  And that can apply to any business.  Is that correct?
13     A   That's correct.
14     Q   Okay.
15     A   Profit or nonprofit or governmental.
16     Q   Is there any specific application that you
17  speak to in your instruction as applied to the air
18  systems?  Air traffic control, for example?
19     A   If you're talking about the aviation
20  industry, yes.  If you're talking about air traffic
21  control, there is a different quality assurance
22  system in place.

Page 27

1      Q   Okay.  How does it apply to the aviation
2  business in general?
3      A   There are literally millions of
4  measurements that airline manufacturers have to
5  comply with.  FAA provides oversight as far as bogus
6  parts, those types of issues.  Running an airline,
7  customer complaints.  There is every application of
8  quality management in every job, and it has to be
9  managed.  It cannot be left to happenstance.
10     Q   Okay.  So I'm kind of asking whether or no
11  your course is specific to the aviation industry, or
12  is it --
13     A   No.
14     Q   Okay.  All right.  It can be applied to any
15  business?
16     A   Quality management can be applied to any
17  business.
18     Q   Okay.  Now in terms of your job as an air
19  traffic controller, do you get involved in quality
20  management in the aviation industry?
21         MR. HENDRICKS:  I'm going to object to the
22  question because he's testified he's a supervisor,

Page 28

1  and to the extent your question says he's an air
2  traffic controller, that's not quite right.  He's a
3  supervisory air traffic controller, supervising
4  people.
5         MS. GRAHAM-OLIVER:  Okay.
6         BY MS. GRAHAM-OLIVER:
7      Q   So, as a supervisor air traffic controller,
8  do you get involved in quality management in the
9  aviation industry?
10     A   On a personal level, absolutely.  There are
11  -- there is not a program in the air traffic system
12  that deals with the ISO 9000 or the quality
13  management system as a formal program.  From a
14  personal application, from things that I know and
15  understand through education, I apply those types of
16  initiatives in my daily operation.  I care about
17  customer complaints.  I care about the service that
18  we provide.  I care about the equipment that we use.
19     Q   Okay.  In terms of using the ISO 9000, do
20  you use that as a supervisor now?
21     A   No.
22     Q   Have you used it at any time in your

Page 29

1    career?
2        A    Which career?
3        Q    Which one? Anytime.
4        A    Yes.
5        Q    Okay. And where?
6        A    I was involved with ISO 9000 with the John
7    Henry Corporation when I was called in as a subject
8    matter expert to implement their initial initiative
9    of ISO 9000 certification. I was qualified to do so
10    via my education, not the position I held within the
11    FAA.
12        Q    Mm-hmm. What about your education made you
13    qualified to do so?
14        A    Several aspects. At that particular time,
15    I had amassed about twelve years of educational
16    experience in the quality control field, which ISO
17    9000 is a small part. I had --
18        Q    You said you had amassed twelve years
19    experience in the quality control field. Could you
20    speak on that, please?
21        A    Absolutely. While I was in the Air Force
22    reserve, I was selected competitively to be a member

Page 30

1    of the leadership development program with the 4th
2    Air Force when they were going to implement a quality
3    system that deal with the work of Dr. Deming and Dr.
4    Joseph Juran, and the quality problem process with
5    Xerox Corporation, and problem solving processes,
6    quality tools. I really became absolutely interested
7    in the quality field at that time.
8        Q    And what year was this?
9        A    That was approximately 1999. And that
10    continued on for approximately four to six years,
11    where I would actually go to different Air Force
12    bases and facilitate leadership development program
13    to mid-level noncommissioned officers to improve
14    their processes with the goal of efficiency.
15        Q    Efficiency of what?
16        A    Efficiency of the taxpayers' dollars.
17    Efficiency of processes, of taking away non-value-
18    added processes that do not add to the mission or to
19    the strategic direction that particular unit or
20    business unit was entrusted.
21        Q    And processes in terms of procurements,
22    processes in terms of what?

Page 31

1        A    Work processes. It could be procurement.
2    It could be the input portion. It could be the
3    transformation portion of what that unit or service
4    does, and it could be the output portion. All
5    business, all work is completed through processes.
6        Q    And how does that relate to the ISO 9000
7    system?
8        A    It is a core component. Management is
9    required to identify the key processes germane to
10    quality. I had --
11        Q    Is that what you were doing? Identifying
12    the key processes?
13        A    I was instructing and teaching mid-level
14    NCOs in the LDP program the tools, the processes of
15    quality, and how to implement them. These classes
16    had approximately 25 participants. These
17    participants were broken down into groups, as they
18    were applying the course content, and we were working
19    with each group to help them identify the most
20    important process to make efficient or better or to
21    do away with non-value-added processes.
22        Q    What process was identified?

Page 32

1        A    There were hundreds of processes.
2        Q    You said you were working with --
3        A    For example --
4        Q    -- the group to identify --
5        A    For example --
6        Q    Excuse me. The most important. So I'm
7    wondering if there was a most important one that you
8    can remember.
9        A    There were literally hundreds of
10    improvement presentations. The most important -- the
11    most important one that I probably literally remember
12    would be as simple as a process in the chow line
13    where an individual would take a clear glass and
14    scoop up ice for Coke, Pepsi, whatever, and in that
15    process, the class actually getting broke, not
16    picking up the broken piece, and the next person in
17    line picking up a piece of glass along with their ice
18    and having a potential issue.
19        Other situations was a C-130 outfit at --
20    in the -- actually in the Fort Walton Beach area,
21    doing training on live fire on a AC-130 gunship and
22    the training process for entry level airmen operating

Page 33

1  the guns, even morale issues, such as providing gym
2  equipment and how that could be facilitated for that
3  base commander to purchase, and in that particular
4  case, it was actually the gunship unit that was able
5  to sell back the brass from spent shells and
6  purchasing gym equipment.
7       Quality is about making people's lives
8  better.
9    **Q  And that's what you were doing as a subject**
10 **matter expert for the John Henry Corporation?**
11   A  That's correct.  I was making not only the
12 employees' lives better, but I was making management
13 more efficient for their bottom line.  They were a
14 for-profit company.  The goal there is net income
15 profit.  The goal for governmental services is about
16 efficiency, giving the taxpayer what they deserve.
17   **Q  What did the John Henry Corporation — did**
18 **they manufacture something?**
19   A  Yes.
20   **Q  What did they manufacture?**
21   A  Over-the-counter drug labels.
22   **Q  Over-the-counter drug labels?**

Page 34

1    A  Correct.
2    **Q  Okay.  All right.  And how long did that**
3  **job as a subject matter expert with John Henry**
4  **Corporation last?**
5    A  If I recall correctly, approximately three
6  months.
7    **Q  Have you been called as a subject matter**
8  **expert for any other corporations —**
9    A  No.
10   **Q  — since then?  Could you tell me about**
11 **your experience as an auditor?**
12   A  Yes.
13   **Q  And what is that?**
14   A  I've had extensive training as an auditor,
15 lead auditor.  I received a certificate.  It's also
16 in the body of knowledge in the certification as a
17 quality manager.  And it is also in the body of
18 knowledge in the certification I hold as a quality
19 technician.  It is the exact course content in
20 business standards and the management and control of
21 quality.
22   **Q  Have you had any duties that — as a lead**

Page 35

1  **auditor?**
2    A  No.
3    **Q  Now in 2004, you applied for a position by**
4  **the name of Quality — I believe it was Quality**
5  **Management Systems and Standard Specialist.  Is that**
6  **correct?**
7    A  Correct.
8    **Q  Okay.  How did you learn of this position?**
9    A  This vacancy was forwarded to me by the
10 local chapter of the Hispanic coalition of the
11 Federal Aviation Administration.
12   **Q  And was it the announcement was forwarded**
13 **to you?**
14   A  That was an announcement that was forwarded
15 to me, yes, via e-mail through the FAA e-mail system.
16   **Q  And you decided to apply for that position?**
17   A  I was absolutely elated to apply for that
18 position.
19   **Q  Tell me about how you went about applying**
20 **and what happened.**
21   A  I felt that the job description in that
22 vacancy was written for me specifically.

Page 36

1    **Q  Why was that?**
2    A  Because I was a subject matter expert in
3  quality management systems.  I was certified by the
4  very society that oversees ISO 9000 as a quality
5  manager and a quality technician.  I taught at the
6  undergraduate level germane courses that spoke
7  directly to the qualifications and those items in the
8  position description.
9    **Q  Okay.  Anything else?**
10   A  I've met the cutoff date.  I had an
11 outstanding package.
12   **Q  What did your package include?**
13   A  It included my 15 years that I had amassed
14 as a quality management expert outside of my normal
15 course of the FAA job that I held.
16   **Q  Anything else that your package included?**
17   A  It included a very thorough, I believe it
18 was a four-page explanation addressing the knowledge,
19 skills and abilities that the vacancy announcement
20 had called for.  I had the SF-50 that was required.
21 I had copies of my quality management certifications
22 as a quality technician, as a quality manager.  I had

Page 37

1  the certificate of auditor, lead auditor course. I
2  had a list of additional classes and courses that I
3  had taken that were germane to that position
4  description, such as theory of constraints, calculus,
5  statistical process control, and attendance to the
6  actual yearly quality conferences. And I also spoke
7  of my commitment to give back to the community as
8  being a volunteer member on Meals on Wheels.
9    Q   Okay. Did it include anything else?
10    A   I'm sure it did, but as we speak today, my
11  name, my address, I don't know how thorough you want
12  me to be.
13    Q   Oh, no. I was speaking of any other
14  documents that you may have submitted that you would
15  consider that a part of your package.
16    A   The package as a matter of record, best of
17  my recollection, I spoke of all of the issues that I
18  can think of —
19    Q   Okay.
20    A   — but it is a matter of record. I'm sure
21  you have a copy.
22    Q   Okay. All right. You mentioned it

Page 38

1  included your 15 years of being a quality management
2  expert. Is there something that we haven't spoken
3  about today that you need to tell me about in terms
4  of your 15 years of experience?
5    A   Well, perhaps I should clarify. I have not
6  considered myself a quality management expert from 15
7  years prior to 2004. I have amassed an amount of
8  knowledge, skills, abilities, education, experience
9  through those 15 years to be recognized as a quality
10  management expert.
11    Q   All right. And that's what I'm asking.
12  You were talking about amassing experience. Have you
13  not told me of the experience that you have over the
14  past years accumulated, or have we discussed that
15  experience?
16    A   We spoke briefly about the experience that
17  I had at the John Henry Corporation and the ISO 9000,
18  yes.
19    Q   Okay. Is there any other experience then?
20  That's what I'm asking.
21    A   No.
22    Q   Okay. All right. So you sent in your

Page 39

1  application to the FAA?
2    A   Yes.
3    Q   Yes. And did you get a — did you hear
4  back from the FAA? What happened?
5    A   I believe I received a notice that —
6  actually, yes. I sent my resume and application
7  package via certified mail, and I received the notice
8  in return that that was received by the FAA. I do
9  not believe I received any other correspondence that
10  that application was received.
11    Q   Okay.
12    A   Other than my own personal commitment to
13  ensure that that package was sent via certified U.S.
14  mail.
15    Q   Okay. Did the FAA inform you at any point
16  in time about the status of your application?
17    A   No.
18    Q   How did you learn, then, that you were not
19  — did they inform you — strike that. Did the FAA
20  inform you that you were not selected for the
21  position?
22    A   Eventually, after I called.

Page 40

1    Q   And who did you call?
2    A   In December of 2004, I had no word as the
3  disposition of this announcement, and I believe I
4  called either Alfredo Terrell or Maria Pugh, perhaps,
5  to ask about the status of that vacancy announcement.
6    Q   Why did you call either of these people,
7  Alfredo Terrell or Maria Pugh?
8    A   I believe that was the point of contact on
9  the vacancy announcement.
10    Q   Okay. And when you made the phone call,
11  what happened? Did they return the phone call, or
12  did you speak to one of these people?
13    A   I don't recall specifically if they had to
14  return my call. I do recall specifically that the
15  person that I contacted said that there was a
16  selection made in June of 2004, and it was obvious to
17  me at that time that I was not the selectee.
18    Q   Okay. Once you learned that you were not
19  the selectee, what did you do?
20    A   I was very distraught, because I considered
21  myself and others consider me as a quality management
22  expert, and I wanted to get a debrief from the

## Page 41

1  selecting official about how I could improve my
2  resume for future positions.
3      Q  And how did you go about trying to get a
4  debrief? What did you do?
5      A  I contacted the Certification Branch,
6  attempted to contact the selecting official, who I
7  found out to be Ms. Juanita Young. She was not
8  available. I tried to contact the acting manager. I
9  believe his name was Mr. Verdette or Furdette. He
10 told me that he had no part in the selection process
11 and the underlying message that he had no intention
12 of providing any information.
13     I asked for the next level of supervision,
14 and continued up the chain of command. It was
15 finally given back to Mr. James Seipel. I contacted
16 Mr. Seipel via telephone, told him of the situation
17 and asked him that I would like to have a debrief.
18     He said that he would be more than happy,
19 and that I had some questions about my application.
20 He said that he would be more than happy to answer o
21 to respond and for me to put those questions in an e-
22 mail. I had done so. It is a matter of record in my

## Page 42

1  EEO complainant.
2      And after that, I have not heard a single
3  word about my debrief, about why I was not selected,
4  about what I could do to improve my resume to even be
5  considered for such a job.    At that particular
6  time, I started getting very suspicious in that the
7  selection process was tainted, and that no matter
8  what kind of qualifications I would have brought to
9  that job, I was not going to get selected.
10     Q  What was the basis of your suspicion?
11     A  The utter silence and stonewalling to get
12 any answers or any questions answered about what I
13 need to do to improve my position, to improve my
14 resume, what more did I need.
15     Q  And in terms of this conversation with Mr.
16 Seipel, approximately when did that occur, if you can
17 recall?
18     A  I recall that happening approximately the
19 third week of December 2004. Again, that is a matter
20 of record. I have exact copies of the e-mail that I
21 had sent back and forth to Mr. Seipel. Mr. Seipel
22 sent me an e-mail back saying that he received my e-

## Page 43

1  mail and my attachments of questions that needed —
2  that I would like to have answered, and I haven't
3  heard a single thing since, and it has been
4  approximately three years now.
5      Q  Okay. Did you send any correspondence to
6  anyone else?
7      A  After that point, I also contacted the
8  National Intake Center and initiated an informal EEO
9  complainant. Approximately two weeks after that, I
10 believe it was December, the latter part of December,
11 finally the EEO counselor contacted me. I had told
12 her that I had initiated conversations with Mr.
13 Seipel, and she eventually told me that I was to have
14 no more conversation with Mr. Seipel.
15     Q  Did she say why?
16     A  No. However — well, actually, I believe
17 she did. She said that was her job.
18     Q  Okay.
19     A  And Mr. Seipel never tried to contact me
20 again.
21     Q  Okay. Now in terms of — I've asked you
22 this in terms of the basis of your suspicions, and

## Page 44

1  you said the silence and the stonewalling. Was there
2  any other factor that would go into your suspicions
3  that the selection process was tainted?
4      A  Yes.
5      Q  And what is that?
6      A  The general culture of the FAA of Hispanic
7  representation in upper level management positions,
8  at the I band, the J band, the SES band.
9      Q  Okay. Please explain what that general
10 culture, what you're referring to by the general
11 culture.
12     A  The conspicuous absence of Hispanic
13 employees in the I band, K band, the SES positions.
14     Q  I take it that the position that you were
15 applying for would have been in either the I band or
16 the A band?
17     A  No, the J band.
18     Q  The J band.
19     A  It was a professional 301 position located
20 in Washington, D.C. headquarters. It would have been
21 a pivotal career move and in exactly the area of
22 expertise that I was trying to hone that I never,

Page 45

1  ever expected the FAA to enter into.
2      Q   I'm sorry. I didn't understand that
3  comment. You never, ever expected the FAA to enter
4  into what?
5      A   ISO 9000 certification or the
6  implementation of ISO 9000.
7      Q   Oh, you didn't expect the FAA to enter into
8  that?
9      A   Correct.
10     Q   But they have?
11     A   They are trying to transition the aircraft
12 certification into ISO 9000, and that is the
13 information that Alfredo Terrell gave me in March of
14 2004 when I called and asked about that job. She
15 told me specifically that it was a new job, that the
16 FAA was transitioning into the ISO 9000
17 certification.
18     Q   Okay. This general culture that we were
19 talking about, could you explain that? You said that
20 that means the conspicuous absence of Hispanic
21 employees. Is there anything else that pertains to
22 this general culture?

Page 46

1      A   My personal experience of being subjected
2  to what I consider the improper treatment.
3      Q   Okay. Now what is your personal
4  experience?
5      A   When I was promoted from Chicago Midway to
6  Kalamazoo, Michigan as a first line supervisor, I was
7  treated differently because I was the minority
8  selection.
9      Q   What do you mean, you were treated
10 differently?
11     A   I was treated differently by the employees.
12 My name preceded me -- Felix Esquibel -- hmm. It
13 was very difficult for me to do my job, but I have
14 done my job.
15     Q   Okay. You were treated differently by the
16 employees. And you said that your name preceded you.
17 Were there any other comments by the employees?
18     A   Yes.
19     Q   Could you go further into what you mean by
20 you were treated differently by the employees?
21     A   When an employee asked me what nationality
22 Esquibel was, and I understand from my parents that

Page 47

1  our heritage is from the northern part of Spain and
2  the Basque area, I had told that employee that it was
3  Portuguese. The employee's comment was, hmm, sounds
4  like a fancy name for a Mexican. I happen to drive
5  an older Porsche 911, and it is the "Porschugese"
6  911.
7      Q   What do you mean by that? Somebody said
8  that to you?
9      A   Yes.
10     Q   Who was that that said that to you?
11     A   An employee, basically. And that is the
12 type of culture that you had asked about. I had told
13 you about personal experiences.
14     Q   Where did that happen? That happened in
15 Chicago?
16     A   No. That happened at Kalamazoo, Michigan.
17     Q   Okay.
18     A   Also experiences with other vacancies that
19 I have applied for.
20     Q   Okay. And what were those experiences, and
21 when?
22         MR. HENDRICKS: Which question do you want

Page 48

1  him to answer, the what or the when?
2          MS. GRAHAM-OLIVER: He said also
3  experiences
4  --
5          MR. HENDRICKS: It's a compound question.
6          MS. GRAHAM-OLIVER: Oh. Oh, yes.
7          MR. HENDRICKS: So if you could just take
8  it one at a time.
9          MS. GRAHAM-OLIVER: What. I'd say what.
10         THE WITNESS: While at Kalamazoo, Michigan,
11 the air traffic manager retired. I was a first line
12 supervisor. The next normal progression was an air
13 traffic manager position. That vacancy came out. I
14 applied for that vacancy, and it was canceled. It
15 was re-bid. I applied for that vacancy. That
16 vacancy was canceled. That vacancy came out again.
17 I applied for that position. That vacancy was
18 canceled. When I asked the selecting official why,
19 he responded that he wanted to have a broader
20 applicant pool. That vacancy was bid again,
21 unbeknownst to me. I did not put in for that
22 vacancy. That vacancy closed. When I applied and

Page 49

1  asked the acting manager at that particular time, who
2  was a white male, the selecting official at that time
3  was white male, the previous manager was a white
4  male, who was involved with the -- all of the issues
5  that I had to deal with as a minority selection as I
6  entered that facility as a first-line supervisor.
7        After the closing, I had gone to the acting
8  manager with my resume, my application package. He
9  would not accept my application package because I was
10 in competition with him. However, we had a temporary
11 supervisor position available prior to that. And one
12 of the controllers missed the closing date within a
13 seven-day period, and he accepted her application.
14       When it was my turn, he would not accept my
15 application because it was after the closing date.
16 Now his rationale for accepting the previous
17 application was because it was within the seven-day
18 mailing period that it would arrive to the FAA. He
19 would not explain to me why he would not accept my
20 application. However, my gut feeling was because I
21 was his direct competition. The selecting official
22 who put out the bid, canceled the bid, put out the

Page 50

1  bid, canceled the bid, put out the bid, canceled the
2  bid, I think purposely could not justify not
3  selecting me. I had a master's degree at the time.
4  I was teaching at the undergraduate level. I had
5  three FAA facilities behind me. I was an
6  unbelievable candidate.
7     Q   And that position was for?
8     A   The air traffic manager position. I'm
9  speaking about experiences --
10    Q   Mm-hmm.  Mm-hmm.  And what year was this?
11    A   -- that I have had about the culture. I
12 don't remember correctly, but I'm sure that that's
13 all a matter of record, that --
14    Q   Meaning?
15    A   Meaning that those vacancy announcements
16 that were put out, canceled, put out, canceled has to
17 be in the FAA archives somewhere, along with my
18 application packages.
19    Q   Was it in the 2000s, or was it late 1990s?
20 Because I'm sure vacancy announcements --
21    A   I believe --
22    Q   -- are only kept for a certain period of

Page 51

1  time.
2     A   Well, I believe that was in the 1998
3  timeframe. However, from what I understand, the FAA
4  is mandated not to get rid of any documents.
5  However, you're asking me about my own personal
6  experiences.
7     Q   Yes.  That's right.
8     A   And this is absolutely true.
9     Q   Who was the selecting official in --
10    A   The selecting official happens to be the
11 mentor for the person that was selected.
12    Q   What was that person's name?
13    A   John Converse, C-o-n-v-e-r-s-e.
14    Q   And he --
15    A   He was the selecting official. He is the
16 one that put out the bid, canceled the bid, so forth.
17 His mentee was selected who was also the acting
18 manager at that time, which was a noncompetitive
19 promotion for him.
20    Q   And what was his name?
21    A   His name is and still is Stephen A.
22 Manifold.

Page 52

1     Q   Okay.  Is he your supervisor?
2     A   Yes.
3     Q   I see.  Okay.  And how long has he been
4  your supervisor?
5     A   Approximately 11 years.
6     Q   And he became your supervisor as a result
7  of the vacancy announcement that we're speaking of?
8     A   Yes, ma'am.
9     Q   Okay.  Did you file any complaints as a
10 result of that activity?
11    A   No. I was very disgruntled, and after just
12 coming into a facility with the stigma of the
13 minority selection, I didn't want to have anything to
14 do with it.
15    Q   Okay.
16    A   I set my sights on reinventing myself to
17 become a quality manager as I retire from the FAA.
18 And as this quality management standard position came
19 out, I was absolutely elated, because that's exactly
20 the focus and direction that I wanted my career to go
21 in.
22    Q   All right.

14 (Pages 53 to 56)

Page 53

1    A    And I thought that the culture would be
2  different in Washington.
3    Q    Okay.  Is there anything else that you
4  would like to tell me about the culture, your
5  personal experience?
6    A    Not that I can think of right now.
7    Q    Okay.  When you say that you had said that
8  you were the, quote, "minority hire," I guess that
9  was as the supervisor, air traffic control
10  supervisor?
11    A    At Kalamazoo, Michigan.
12    Q    At Kalamazoo, Michigan.  Is that the
13  perception of the people in the office, that they had
14  that perception?
15    A    Yes.
16    Q    And that's because of your last name?  Is
17  that —
18        MS. WU:  I'm going to object, because it
19  calls for speculation.
20        BY MS. GRAHAM-OLIVER:
21    Q    Do you know why they had that perception?
22    A    I don't.

Page 54

1    Q    Okay.  You stated a comment that they asked
2  you about your last name and the origins of your last
3  name, and then a statement was made that it sounds —
4  that you gave them the origin of your last name, but
5  a statement was made by an employee.  Was that a
6  supervisor?
7    A    No.
8    Q    Okay.
9    A    That was an operator, and that statement
10  was relayed several times in the facility.  The air
11  traffic manager was in the control tower and
12  literally belly laughed when that story was told.
13    Q    And who was that manager?
14    A    Steven A. Manifold.
15    Q    Okay.
16    A    And then he realized how upset I was about
17  it, and then he became aghast.  That's what he said.
18  He was aghast.
19    Q    At the fact that you were upset?
20    A    No.  That someone would have the gall to
21  say that.
22    Q    I see.

Page 55

1    A    However, his actions initially was a belly
2  laugh.
3    Q    Okay.  Do you consider yourself to be
4  Hispanic?
5    A    I am Hispanic.
6    Q    Okay.  And why do you consider yourself to
7  be Hispanic?
8    A    Because I am.  I don't understand your
9  question.  What do you mean?
10    Q    What do you mean, you are?  I don't
11  understand.
12    A    I am Hispanic.
13    Q    Because?
14    A    Because that's how I was born.  That's who
15  my parents are.
16    Q    Okay.  And where are your parents from?
17    A    My parents are from New Mexico.  And from
18  what I understand, their heritage, again, was from
19  Spain and Portugal.  My parents were migrant workers.
20    Q    Okay.  All right.  I have to ask you these
21  questions, because you have a complainant, and it's
22  based upon national origin.  So that's why I'm asking

Page 56

1  these questions, okay?
2        Have you had any other problems with your
3  immediate supervisor?
4    A    Yes.
5    Q    What are those?
6    A    He and I have a absolute unbelievable
7  difference of opinion and philosophical difference of
8  providing the management functions at Kalamazoo Air
9  Traffic Control facility.
10    Q    If you can explain that further.
11    A    He does not support me or has not supported
12  me in managerial decisions that I had been involved
13  with with both the labor union and the employees.
14        Case in point.  One individual on my team -
15  - I am her direct supervisor -- left the facility
16  without signing out for vacation, annual leave, sick
17  leave.  Didn't tell anyone she was leaving.  She left
18  approximately three or four hours before the end of
19  her shift, did not sign out.  I was on my regular
20  RDOs at this particular time.
21        The air traffic manager talked to that
22  individual.  He also talked to the local union

Page 57

1  steward, who he was buddies with. The air traffic
2  manager allowed the union to take care of the
3  situation. The union steward and the alternate
4  discussed that situation with the employee and
5  miraculously, that employee then submitted a vacation
6  request that was approved.
7        I was never brought in. I was never told.
8  I was never allowed basically to question that
9  employee's reasoning, because that employee would
10  basically spill the beans, so to say, that all the
11  other shenanigans that was going on with the
12  employees at the time, okay. That has occurred
13  several times.
14        In the course of my duties as a supervisor,
15  I had one employee who was also the union steward,
16  who was also buddy-buddy with the air traffic
17  manager, take a local FAM trip on -- well, it wasn't
18  a local FAM trip. It was a familiarization trip on a
19  airline to the New Orleans area as training. So this
20  air traffic controller could submit paperwork to ride
21  in the cockpit of an airplane to any various
22  locations that airlines fly to, as a training day.

Page 58

1  They could take vacation time at the end of the three
2  or four or five days of vacation. They can then do a
3  return trip on this same airline to assess how our
4  air traffic facilitates -- facilities work with the
5  airlines and so forth.
6        That policy manual stated that those
7  employees are required to submit their paperwork,
8  their completed familiarization paperwork, within a
9  week. This employee under my tutelage took more than
10  a week. I reminded him. And now it was two weeks.
11  The regulations require that there are no changes to
12  be made to that program, since it's an inspector
13  General item, because it's open for rampant abuse.
14        When I brought this to this individual's
15  attention, he became very irate.
16  Q    Whose attention did you --
17  A    The individual who was late in responding
18  to his FAM trip report by a week.
19  Q    And who was that?
20  A    A person under my tutelage, okay. One of
21  my employees.
22  Q    Okay.

Page 59

1  A    However, when I also wrote a letter to the
2  air traffic manager about the situation, the air
3  traffic manager changed the publication to allow a
4  one-week extension one time. However, the IG
5  specifically has said that no changes can be
6  implemented to that order.
7  Q    And this is the same Michael?
8  A    No. Steven A. Manifold.
9  Q    Steven Manifold.
10  A    Exactly.
11  Q    Okay. That's the air traffic manager?
12  A    Correct. This is the person that was
13  selected, so forth, so. Now this -- you're asking
14  about experiences, and I did not file a complaint on
15  that. However, when you talk about my experiences in
16  the culture, this is germane to me.
17  Q    I see. I see. So, you have not filed any
18  complaints on these issues that you're bringing up?
19  A    I have had direct conversations with the
20  differences in opinion on how the management team is
21  perceived in that facility with Mr. Manifold.
22        Another case in point was when an

Page 60

1  individual with less than 20 years, approximately
2  six, I believe, resigned from the FAA, and this same
3  air traffic manager allowed this person to use all of
4  her sick leave balance, which was approximately 160
5  hours, in conjunction with her resignation, that's
6  literally given her either a wedding package,
7  severance pay, or whatever.
8        When that was brought to his attention by
9  one of my peer support specialist --
10  Q    Are we talking about Mr. Manifold again?
11  A    Yes.
12  Q    Okay.
13  A    And the peer support specialist is Hollis
14  Locke, L-o-c-k-e, who also did not agree with his
15  managerial styles. He brought that up to Mr.
16  Manifold, and Mr. Manifold said, who am I to
17  question? Sick leave is not an entitlement or a
18  benefit. It is not up to him to give her a severance
19  package or a wedding gift.
20  Q    So you didn't --
21  A    And those are the kinds of philosophical
22  differences that Mr. Manifold and I have.

16 (Pages 61 to 64)

Page 61

1    Q   Okay.  Obviously, you don't agree with his
2   -- the way he's handled certain situations.
3    A   I would classify Mr. Manifold as a liar, a
4   cheat and a thief.
5    Q   Okay.  And that's because —
6    A   And that is against —
7    Q   — of the way he has handled certain
8   situations?
9    A   Absolutely.  And that's what ISO 9000 is
10  about.  It is a management directive to manage.
11  Again, for governmental businesses, it's about
12  efficiency.  It's about giving the taxpayers what
13  they deserve.  I was ready, willing and implement --
14  ready, willing and able to implement this quality
15  management standard in the aircraft certification
16  branch.  And it doesn't start from auditing, okay.
17  Auditing is a tiny, tiny little component of ISO
18  9000.  And anyone who knows anything about ISO 9000,
19  you do not start that program by auditing.  You have
20  to develop the program to begin with.  I could have
21  done that.
22   Q   Okay.  Do you believe that James Seipel

Page 62

1   discriminated against you based upon your national
2   origin?
3    A   Yes.
4    Q   And why is that?
5    A   Because he is part of the culture that will
6   not allow Hispanics to advance beyond a certain level
7   in the FAA.
8    Q   Do you have any information about how many
9   Hispanics applied for positions, upper level
10  management positions, within the FAA?
11   A   I asked for that information and it was
12  never given to me.
13   Q   Ms. Young, Juanita Young, do you have -- do
14  you believe that Ms. Juanita Young discriminated
15  against you because of your national origin?
16   A   Yes.
17   Q   And why is that?
18   A   Because she, I find out later through her
19  deposition, didn't even know what MD-715 was, did not
20  understand what Executive Order to increase Hispanic
21  representation in the government was about.
22  Apparently did not have any training.  I didn't even

Page 63

1   make the interview panel with my unbelievably,
2   observably superior qualifications speaks directly to
3   malfeasance, incompetence.  And I don't understand
4   it.
5    Q   Well, it —process
6    A   I'm still looking for answers, to be honest
7   with you.
8    Q   All right.  But in terms of discrimination,
9   what is it about that process and about what Ms.
10  Young did that you believe was discriminatory against
11  you?
12      MR. HENDRICKS:  I'm going to object to that
13  question as asked and answered, and to the basis that
14  it expects this witness to have knowledge of the
15  McDonnell Douglas standards and state a legal
16  conclusion.  He's not a lawyer.  He's already
17  testified that he didn't get the job despite his
18  observably superior qualifications, and that's the
19  answer that, you know, you're stuck with, unless you
20  have a different question to ask him.
21      BY MS. GRAHAM-OLIVER:
22   Q   Do you have any other, other than your

Page 64

1   qualifications, any other reason that Ms. Young may
2   have discriminated against you?
3    A   Yes.
4    Q   What's that?
5    A   She has been unable to articulate why I was
6   not selected.  She has utterly remained silent this
7   entire time for any kind of debrief.  No one in the
8   FAA has told me what I could do to improve my
9   position, to be considered for this type of job.  It
10  is my contention that I am purposely being denied
11  this opportunity because it is a pivotal career move,
12  and not only would I have been able to excel and be
13  recognized as a subject matter expert in ISO 9000, I
14  would have had detail opportunities available to
15  again increase my career potential, and I could have
16  easily been promoted beyond this stepping stone as a
17  quality management standard person.  I could have
18  become a division manager, a branch manager, a vice
19  president, a senior executive service.
20      MS. WU:  Heather?  I'm sorry.  Can we go
21  off the record for a minute?
22      MS. GRAHAM-OLIVER:  Yes.

Page 65

1    (A brief recess was taken.)
2    MS. GRAHAM-OLIVER: Okay. Back on the
3 record.
4    BY MS. GRAHAM-OLIVER:
5    Q  Mr. Esquibel, do you have any experience in
6 the area of establishing a quality management system?
7    A  Yes.
8    Q  And what experience is that?
9    A  The John Henry Corporation and the work
10 that I did with them.
11   Q  Okay. Do you have any other experience in
12 the area of setting up a quality management system?
13   A  Yes.
14   Q  What is that?
15   A  All the courses that I teach at the
16 undergraduate level.
17   Q  Okay.
18   A  So these students are actually in the
19 quality field. Many of them are coming in for
20 guidance, direction, studying to become certified as
21 a quality technician, quality manager, those types of
22 things. That's their aspirations.

Page 66

1    Q  Okay. Do you have any hands-on experience
2 in the area of setting up, monitoring, or auditing a
3 quality management system? And I can break that up —
4 Do you have any hands-on experience in setting up —
5 strike that. Do you have any hands-on experience in
6 monitoring and/or auditing a quality management
7 system?
8    MR. HENDRICKS: Objection. It's a compound
9 question, but you can answer it if you understand it.
10   BY MS. GRAHAM-OLIVER:
11   Q  Do you have any experience in monitoring a
12 quality management system?
13   A  Yes.
14   Q  And what experience is that?
15   A  I worked with Parker Hannifin, the quality
16 manager there. He kind of adopted one of our
17 classes, and he allowed us an uncontrolled document
18 called the Quality Manual, and we worked with them to
19 — for the students to understand what's entailed in
20 a quality manual and how quality is implemented at
21 Parker Hannifin.
22   Q  And this was in the academic setting?

Page 67

1    A  Yes.
2    Q  Okay. Did you work for Parker Hannifin?
3    A  No.
4    Q  Okay. I'm sorry. Parker Hannifin gave you
5 a manual?
6    A  Mr. Michael Dollar, he was the quality
7 manager at one of the Parker Hannifin plants in the
8 local area, and, yes, he allowed the class, the
9 quality control class, to get a real world
10 observation of how to implement quality — what the
11 quality manual consists of and how their workers
12 monitor the ISO 9000, the quality management system.
13   Q  Okay. Did the class actually go to the
14 plant —
15   A  Oh, absolutely.
16   Q  — to see how the workers monitored the
17 quality management system?
18   A  We sure did.
19   Q  Okay. And in terms — do you have any
20 experience in the area of auditing a quality
21 management system?
22   A  Not directly, no.

Page 68

1    Q  Okay. And would you say you have indirect
2 experience?
3    A  Yes.
4    Q  And what is that?
5    A  Teaching the business standards class was
6 exactly about auditing to the ISO 9000 level,
7 surveillance audits and so forth. And I was — had
8 the certificate for the auditor, lead auditor that
9 was by a — from a registration accreditation board,
10 RAB. Those are people that actually would certify a
11 company in ISO 9000.
12   So those companies — this aircraft
13 certification branch would hire a RAB certified
14 auditor to come in to audit their program to become
15 ISO 9000 certified. Those companies also provide
16 training and consultation. And when they do so,
17 they're unable to provide the certification, because
18 that would be a conflict of interest. You cannot
19 consult and give training and then also provide the
20 certification. So they do one or the other for one
21 company but not both.
22   Q  And do you have —

18 (Pages 69 to 72)

## Page 69

1    A    Training from a RAB-certified provider.

2    Q    And a certification?

3    A    No. A certificate. I have certifications

4  from the American Society of Quality as a quality

5  manager and a quality technician.

6    Q    I see.

7    A    Which entails the entire body of auditing.

8  That is a higher level of certification than a

9  quality auditor.

10   Q    And as such, have you been employed in that

11 area?

12   A    No. I was denied that opportunity.

13   Q    How were you denied that opportunity?

14   A    Through this vacancy announcement.

15   Q    I see. Do you agree that experience in the

16 areas of establishing, monitoring and auditing a

17 quality management system would be important for the

18 job that we are talking about today?

19   A    Knowledge is more important than

20 experience.

21   Q    You would say — that is your opinion?

22   A    No. That was said by Dr. Deming.

## Page 70

1  Knowledge is more important than experience.

2    Q    And why is that?

3    A    Experience alone only describes. Knowledge

4  creates breakthrough advances, helps man understand

5  the world that we live in.

6    Q    Who is Dr. Deming?

7    A    Dr. Deming is a management guru who

8  provided consulting services to Japan during the

9  reconstruction effort after World War II. The

10 Japanese have a Deming prize that is highly coveted.

11 Dr. Deming taught them about statistic process

12 control -- and I say them, the Japanese — during the

13 reconstruction about statistical process control,

14 about quality. And you basically see the level that

15 the Japanese have taken all of their quality

16 management programs. That was all implemented by Dr.

17 Deming, along with the work of Walter Shewhart and

18 Joseph Juran.

19   Q    What is Dr. Deming's first name?

20   A    Edwards. He's dead, by the way.

21   Q    Is it your position that you should have

22 been hired for this quality management specialist

## Page 71

1  position because you're Hispanic?

2    A    No.

3    Q    Do you know anything about any of the other

4  candidates that applied for the position? I should

5  ask whether or not you knew at the time that you

6  applied.

7    A    No.

8    Q    Okay. Since this litigation has come

9  about, I take it that you have learned about the

10 qualifications of the person who was selected, Mr.

11 Lightbrown?

12   A    Yes.

13   Q    Okay. Is it your position that Mr.

14 Lightbrown is not qualified for the position?

15   A    I cannot speak of Mr. Lightbrown's

16 qualifications. I can speak to my qualifications,

17 but unfortunately, I can't speak to Mr. Lightbrown's

18 qualifications.

19   Q    Were any performance actions brought

20 against you?

21   A    I don't understand your question.

22   Q    For example, have any complaints been

## Page 72

1  brought against you by your supervisor?

2    A    No.

3    Q    Have any complaints been brought against

4  you by any of your employees, the people that you

5  supervise?

6    A    Formal complaints, or the random rambling

7  of some of the controllers? I don't understand.

8    Q    Well, let me ask you. Are there any formal

9  complaints?

10   A    No.

11   Q    Okay. Have any one of them made complaints

12 about you — informal complaints to Mr. Manifold?

13     MR. HENDRICKS: Objection as to relevance,

14 but you can answer the question.

15     MS. GRAHAM-OLIVER: If you know.

16     THE WITNESS: Yes.

17     BY MS. GRAHAM-OLIVER:

18   Q    Okay. And what were they?

19   A    That I was treating them unfairly. That I

20 was placing them in the control tower too many days

21 in a row.

22   Q    And when were those complaints brought?

Page 73

1    A   Oh, I don't know. Those were years ago.
2  Those were frivolous complaints. I do recall one
3  time a complaint that an individual brought up. This
4  was almost a formal complaint, but the complaint was
5  that I was wearing my cowboy boots to work, and that
6  individual was offended because cowboy boots were
7  used to stomp out the Indians.
8    Q   Okay. Do you know of any other complaints?
9    A   Not that I'm aware of, no.
10   Q   Have you applied for any other positions at
11  headquarters since this one?
12   A   No.
13      MS. GRAHAM-OLIVER: Can we go off the
14  record for a minute?
15      (A brief recess was taken.)
16      BY MS. GRAHAM-OLIVER:
17   Q   Were there any disciplinary actions that
18  were taken against you?
19   A   Yes.
20   Q   And what were those?
21   A   I received a letter of reprimand at one
22  time. And other than that, there has never been any

Page 74

1  other disciplinary infraction.
2    Q   And who sent you the letter of reprimand?
3    A   I believe it was the air traffic manager,
4  Dennis Root, at the time, I believe. Yes, that's who
5  it was.
6    Q   Okay. And what was that for?
7    A   Nonreporting of an operational error that I
8  was involved with.
9    Q   Of an operational what?
10   A   Error.
11   Q   What is that?
12   A   That's the loss of required separation.
13   Q   Meaning in layman's terms?
14   A   Two airplanes got a little bit closer than
15  what they were supposed to get.
16   Q   And what happened with respect to that
17  letter?
18   A   I was given a letter of reprimand.
19  According to agency regulations, after one year if
20  there's no other infraction, the person that gave you
21  that letter of reprimand can submit a letter to have
22  that letter removed from your file. There was no

Page 75

1  other infraction or any other situation after a year,
2  and I asked the new air traffic manager at that time,
3  Steven A. Manifold, if he would be willing to write a
4  letter to remove that, and he basically did not, and
5  I became disgruntled, and it really didn't mean
6  anything to me at that time. And I think it was
7  approximately six months later, he told me that he
8  finally wrote the letter to have it removed from my
9  official personnel file, but it has not had any
10  impact on my career, and that's all.
11   Q   Okay. The letter has not? Has not had any
12  impact on your career. Is that what you're saying?
13   A   Correct.
14   Q   Okay. All right. Moving on to issues of I
15  guess damages. We call them damages. Have you seen
16  any medical practitioners concerning any complaints
17  that you've had arising out of what happened when you
18  were not selected?
19   A   I have been very disgruntled. There was a
20  time that I was sleeping maybe one or two hours a
21  night because this was on my mind and I was very
22  upset. I did have a situation which I had thought I

Page 76

1  had either a spastic bowel or some -- some indication
2  like that. I had a colonoscopy, and it all came back
3  basically clean and no complications, but I had to
4  force myself not to become depressed or have any kind
5  of disposition with myself that would jeopardize my
6  Class 2 flight medical, so that I could do my job.
7  My job is very important to me.
8    Q   Okay. So you have not seen a medical
9  professional?
10   A   No.
11   Q   Okay. Are there any other issues
12  pertaining to your health?
13   A   No.
14   Q   Are you on any medications at all?
15   A   No.
16   Q   I take it that you did not know of either
17  Mr. Seipel or Ms. Young prior to this vacancy
18  announcement?
19   A   No.
20   Q   Is that correct?
21   A   That is correct.
22   Q   Okay.

20 (Pages 77 to 80)

Page 77

1    A    I had no knowledge who they were.

2    Q    Okay. And your knowledge of who they were

3    came about after you contacted the agency after a

4    period of time, after you had applied? How did you

5    find out who they were?

6    A    I found out who they were when I asked for

7    a debrief and tried to get information about what I

8    could do to improve my resume. And at that

9    particular time, I found out who the selecting

10   official was, and that person was on vacation, I

11   believe, so.

12   Q    Mm-hmm. Okay.

13        MS. GRAHAM-OLIVER: I don't believe I have

14   any further questions for you, Mr. Esquibel. Thank

15   you very much.

16        THE WITNESS: You're welcome.

17        EXAMINATION BY COUNSEL FOR THE COMPLAINANT

18        MS. WU: Okay. I have a few follow-up

19   questions. Mr. Esquibel, you had indicated that your

20   parents were migrant workers. Is that correct?

21        THE WITNESS: Yes. They were migrant

22   workers as they were growing up, and as they were --

Page 78

1    when they moved from New Mexico to the Colorado area

2        MS. WU: Okay. And what was their native

3    language?

4        THE WITNESS: Spanish.

5        MS. WU: And you mentioned also that you

6    became an expert at some point in quality management

7    systems. Is that correct?

8        THE WITNESS: Yes.

9        MS. WU: How do you cross from being just

10   knowledgeable about quality management systems, for

11   example, to becoming an expert?

12        THE WITNESS: Well, the demarcation would

13   be recognized by the Society of Quality Control

14   through certifications. And I hold a certification

15   as a quality manager as well as a quality technician.

16   A quality technician would be the operator

17   basically, and the manager would provide oversight to

18   the quality programs that the technicians would

19   implement.

20        MS. WU: Okay. So am I correct in

21   understanding that anybody who holds those

22   certifications is an expert?

Page 79

1        THE WITNESS: They should be recognized as

2    an expert, yes. They have passed a very rigorous

3    exam on an entire body of knowledge that is contained

4    in the quality management field.

5        MS. WU: All right. Do you recall when you

6    -- or around when you became an expert on quality

7    management? Let's take just the quality management

8    first. Do you remember when you became an expert in

9    quality management?

10        THE WITNESS: It would be when I received

11   the certification, and I'm unsure of the timing. I

12   believe it was the year 2000. I believe.

13        MS. WU: All right. Do you remember when

14   you became an expert in quality technician?

15        THE WITNESS: Yes. That was approximately

16   1999.

17        MS. WU: Can you explain to us the

18   difference between those two fields of expertise?

19        THE WITNESS: Yes. A quality technician

20   would be a worker. It would be someone in a work

21   process that is actually doing the job, providing the

22   service, making a product. A quality manager

Page 80

1    oversees the entire program of quality. It ensures

2    all the interfaces, all the integration, all the

3    facets of the quality management system.

4        MS. WU: Where would an auditor fit in, in

5    that system that you just described?

6        THE WITNESS: At the technician level.

7        MS. WU: And as a certified expert and

8    quality technician, do you understand the functions

9    of what being an auditor entails?

10        THE WITNESS: Absolutely.

11        MS. WU: Do you think that you could have

12   performed the position that was advertised in the

13   vacancy well?

14        THE WITNESS: Absolutely.

15        MS. WU: Why?

16        THE WITNESS: Because that was my entire

17   field of study for the last 15 years. I could not

18   believe that this vacancy was actually being

19   advertised. It was everything that I had trained

20   for.

21        MS. WU: Okay. And you had also discussed

22   with -- or you had also discussed earlier that you

Page 81

1  did not have direct auditing experience. Do you
2  think that you would have needed direct auditing
3  experience to perform the duties of this position?
4       THE WITNESS: No. Because I was told by
5  Alfredo Terrell that it was a new position, that it
6  was a transition to an ISO certification, and that
7  auditing is a small part, but you have to have
8  something to audit. I could have come in, developed
9  that entire program, and we could have had -- we
10 could have passed certification, and it would have
11 been great.
12      MS. WU: Okay. Theoretically speaking, if
13 you tried to audit in that position right away, what
14 standards would you have applied?
15      THE WITNESS: Well, you really wouldn't
16 want to do an audit. You'd have to do a pre-
17 assessment to see where the organization is. So,
18 really, at the very beginning level, there has to be
19 an assessment where the organization is, a plan of
20 action using project management skills that I had and
21 still have, knowledge about quality management system
22 ISO 9000, all of those components need to come into

Page 82

1  place.
2       MS. WU: Okay. Could you give me sort of a
3  list of things that you would have done step by step
4  if you had gone in and started implementing an ISO
5  9000?
6       THE WITNESS: Exactly. I actually had that
7  on my knowledge, skills and abilities, that if I was
8  selected, I would use the body of knowledge developed
9  by Robert Peach. He is, again, a member of the
10 Technical Committee of 176 for the International
11 Organization of Standards for the United States. He
12 has written a handbook that I have used in
13 coursework.          It is actually the
14 Bible that entails ISO 9000, what it is, how to do
15 it, how to implement it, all facets, all notes, all
16 areas. I would have used that entire body of
17 knowledge. I would have used all the skills that I
18 have amassed as a project manager and a member of the
19 Project Management Institute implementing this
20 program in a project fashion. That's how I would
21 have done it. And I would have done it with the
22 expertise that I would have been recognized as a

Page 83

1  subject matter expert that I was.
2       MS. WU: So to clarify, step one, for
3  example, you said would have been taking a look at
4  the existing state of the organization. What would
5  step two have been after you knew what the state was?
6       THE WITNESS: Well, step two is providing
7  instruction and training to all the employees of what
8  we're doing. It would require finesse from the
9  organizational development area of creating change in
10 an organization so that it's not feared. And
11 actually taken little tiny steps with the employees,
12 but a major focus with developing a quality manual, a
13 quality policy, identifying key processes that are
14 critical to quality and the mission of the Aircraft
15 Certification Branch.
16      MS. WU: Okay. And then after you had done
17 that, developed a manual, trained the employees and
18 all the other things that you mentioned, what might
19 have been the third step?
20      THE WITNESS: Well, the third step would
21 then be a contract with a registrar accredited board
22 certifier to come in and do a pre-assessment of our

Page 84

1  quality management system and hopefully pass at that
2  particular time, but to correct any kinds of
3  deficiencies against the standard. For example, work
4  instructions, document control, records, objective
5  evidence in training records that people are
6  certified and trained to do audits specifically
7  outside their area of expertise. According to ISO
8  9000, a person in a particular area cannot audit
9  their area.
10      MS. WU: Why not?
11      THE WITNESS: Because that is not
12 objective. That's subjective. And ISO 9000 requires
13 objective evidence, which would be records,
14 documentations and so forth. It really needs to show
15 management's commitment to quality through
16 communications, through a quality policy, through
17 documented processes that anybody could come in and
18 take a look and say, yes, they're doing what they're
19 supposed to be doing.
20      MS. WU: So in essence, is it like the
21 organization is taking a test to demonstrate that the
22 quality systems that you implemented were sufficient

22 (Pages 85 to 88)

Page 85

1    THE WITNESS: Yes. By a third-party
2  auditor coming in to review the implementation, their
3  approach, their deployment of the quality standard.
4    MS. WU: Okay. And from what you know, if
5  anything, about Mr. Lightbrown's qualifications, can
6  you tell us in what ways you feel you might have been
7  better than him for this position?
8    THE WITNESS: Yes. I think I was
9  observably superior to the selectee's qualifications.
10    MS. WU: Because there are so many
11  qualifications, let's start with educational
12  background. How would you compare your educational
13  background to Mr. Lightbrown's?
14    THE WITNESS: Mr. Lightbrown had an
15  associate's degree. I was coming in with a master's
16  degree in business administration with organizational
17  development. I also taught an unbelievable amount of
18  undergraduate courses that were germane to the job
19  description that was advertised.
20    MS. WU: And if you were to – strike that.
21  In terms of the skill set needed for the person who
22  would ultimately take the position, how do you think

Page 86

1  your skills compared to Mr. Lightbrown's?
2    THE WITNESS: Again, I believe my skills
3  were observably superior in all areas that were
4  current, that were relevant in project management, a
5  member of that society, a member of -- a senior
6  member of the American Society of Quality.
7    MS. WU: And at this point in your career
8  as a QMS expert, do you undergo -- do you still take
9  classes?
10    THE WITNESS: Absolutely. I have to
11  maintain my certification and every three years -- I
12  believe it's every three years -- I need to resubmit
13  to that society things that I have done that would
14  continue my education to keep current in that field.
15    MS. WU: And what types of things qualify
16  for keeping you current?
17    THE WITNESS: Things that would qualify
18  would be classes that I have taught within that
19  three-year period, attendance to quality seminars
20  that the local chapter puts on, the society puts on,
21  perhaps a course, for example, in theory of
22  constraints, keeping your skill set current.

Page 87

1    MS. WU: Okay. And why is it important to
2  keep your skill set current?
3    THE WITNESS: Well, because ISO 9000 and
4  quality is a living standard. It changes. Quality
5  is a journey. It's not a destination that you all of
6  a sudden achieve. It's about continually creating
7  continuous improvement, and through knowledge,
8  through technology, there are more advances and more
9  opportunities for businesses to create synergies that
10  give, for example, on a governmental body, advantages
11  to the taxpayer, that they're getting something for
12  what they're paying for.
13    MS. WU: I don't have anything further.
14    MR. HENDRICKS: I would like to read and
15  sign.
16    (Whereupon, at 1:40 p.m. the deposition of
17  FELIX J. ESQUIBEL was concluded.)
18    (Signature not waived.)
19    * * * * *
20
21    I have read the foregoing pages which
22  reflect a correct transcript of the answers given by

Page 88

1    me to the questions therein recorded

2

3    Deponent

4

5

6    Date

7

8

**A**

abilities 36:19
38:8 82:7
able 33:4 61:14
64:12
above-entitled
1:20
absence 44:12
45:20
absolute 56:6
absolutely
20:19 28:10
29:21 30:6
35:17 51:8
52:19 61:9
67:15 80:10
80:14 86:10
abuse 58:13
abut 17:14
academic 66:22
accept 49:9,14
49:19
accepted 19:19
49:13
accepting 49:16
accomplished
22:18
accounting
22:10
accreditation
68:9
accredited
83:21
accumulated
38:14
achieve 87:6
act 17:3
acting 41:8 49:1
49:7 51:17
action 1:6,20
81:20
actions 55:1
71:19 73:17
active 13:6
activity 52:10
actual 37:6
AC-130 32:21
add 30:18
added 30:18

additional 15:6
37:2
address 5:13,17
37:11
addressing
36:18
adhered 18:13
adjunct 22:20
23:3,15
administration
2:7 13:2 22:5
35:11 85:16
adopted 66:16
advance 62:6
advances 70:4
87:8
advantages
87:10
advertised
80:12,19
85:19
advisory 17:14
aeronautics
22:17
age 1:19
agency 1:10 2:2
3:15 4:7 74:19
77:3
aghast 54:17,18
ago 73:1
agree 60:14
61:1 69:15
air 7:1,3,11,12
7:18 8:8,9,14
8:18,20 9:2,8
10:13,19,22
11:6,7,9,10,12
11:20 12:8,18
13:5,10,11,20
13:22 14:2
15:1,13 16:15
16:19 17:22
18:2,11,13
19:10,11,19
20:13 21:3,15
25:4,20 26:2
26:17,18,20
27:18 28:1,3,7
28:11 29:21

30:2,11 48:11
48:12 50:8
53:9 54:10
56:8,21 57:1
57:16,20 58:4
59:2,2,11 60:3
74:3 75:2
aircraft 7:4,5,6
7:7 12:4,6,7
12:10 14:3
17:3,5,10 20:3
20:6,9,9 45:11
61:15 68:12
83:14
aircrafts 19:22
airline 27:4,6
57:19 58:3
airlines 57:22
58:5
airmen 9:15,18
10:9 32:22
airmen's 13:17
airplane 57:21
airplanes 12:16
74:14
airport 11:20
12:2 13:3,14
14:4 16:20,22
17:7
airspace 16:20
17:1,14
Alfredo 40:4,7
45:13 81:5
allow 59:3 62:6
allowed 13:1
57:2,8 60:3
66:17 67:8
allowing 17:4,4
alternate 57:3
amassed 29:15
29:18 36:13
38:7 82:18
amassing 38:12
American 69:4
86:6
amount 25:16
38:7 85:17
ANDREA 2:7
and/or 66:6

announcement
35:12,14
36:19 40:3,5,9
52:7 69:14
76:18
announcements
50:15,20
annual 56:16
answer 41:20
48:1 63:19
66:9 72:14
answered 42:12
43:2 63:13
answers 42:12
63:6 87:22
anybody 78:21
84:17
Anytime 29:3
Apparently
62:22
APPEARAN...
2:1
applicant 48:20
application
11:20 12:18
16:19 18:9
21:8 25:13,21
26:16 27:7
28:14 39:1,6
39:10,16
41:19 49:8,9
49:13,15,17
49:20 50:18
applied 23:14
26:17 27:14
27:16 35:3
47:19 48:14
48:15,17,22
62:9 71:4,6
73:10 77:4
81:14
applies 24:13
apply 14:2
25:20 26:5,12
27:1 28:15
35:16,17
applying 18:14
31:18 35:19
44:15

approach 17:13
85:3
appropriate
13:16
approved 57:6
approximately
7:22 8:15,16
11:2,15 14:6
14:13,19,21
15:8,14,15
16:8,10 30:9
30:10 31:16
34:5 42:16,18
43:4,9 52:5
56:18 60:1,4
75:7 79:15
archives 50:17
area 6:13 16:13
16:14,16 19:9
23:5 32:20
44:21 47:2
57:19 65:6,12
66:2 67:8,20
69:11 78:1
83:9 84:7,8,9
areas 69:16
82:16 86:3
arising 75:17
arose 21:15
arrival 17:6
arrivals 17:8
arrive 49:18
arrived 14:14
articulate 64:5
asked 41:13,17
43:21 45:14
46:21 47:12
48:18 49:1
54:1 62:11
63:13 75:2
77:6
asking 4:14
26:2,4 27:10
38:11,20 51:5
55:22 59:13
aspects 18:8
29:14
aspirations
65:22

assess 58:3
assessment
  19:14 81:17
  81:19
assigned 8:8
  11:19
assignment
  11:6 13:3
  15:22
Assistant 2:3
  4:12
associated
  11:12
Associates 2:16
associate's
  85:15
assurance 18:16
  19:8,14 20:13
  21:3 23:5
  26:21
attachments
  43:1
attempted 41:6
attendance 37:5
  86:19
attention 58:15
  58:16 60:8
Attorney 2:3
  4:13
attorneys 4:15
Attorney's 1:22
audit 68:14
  81:8,13,16
  84:8
auditing 61:16
  61:17,19 66:2
  66:6 67:20
  68:6 69:7,16
  81:1,2,7
auditor 34:11
  34:14,15 35:1
  37:1,1 68:8,8
  68:14 69:9
  80:4,9 85:2
audits 68:7 84:6
available 18:11
  41:8 49:11
  64:14
Avenue 2:8

aviation 2:7
  13:2 26:19
  27:1,11,20
  28:9 35:11
aware 73:9
awfully 26:1
a-half 8:16
a.m 1:24

_____
        B
Bachelor 22:16
back 22:3 33:5
  37:7 39:4
  41:15 42:21
  42:22 65:2
  76:2
background 6:3
  23:17 85:12
  85:13
balance 60:4
band 44:8,8,8
  44:13,13,15
  44:16,17,18
bargaining 19:5
base 8:9,14
  10:19,22 11:7
  11:9 13:12
  33:3
based 9:5 55:22
  62:1
bases 30:12
basic 10:1
basically 10:5
  47:11 57:8,10
  70:14 75:4
  76:3 78:17
basis 42:10
  43:22 63:13
Basque 47:2
Beach 32:20
beans 57:10
beautiful 6:13
becoming 78:11
began 15:16
beginning 24:12
  81:18
behalf 1:19 2:2
  2:12
behavior 24:20

believe 8:16
  11:3 14:14
  17:21 22:19
  23:13 24:3
  35:4 36:17
  39:5,9 40:3,8
  41:9 43:10,16
  50:21 51:2
  60:2 61:22
  62:14 63:10
  74:3,4 77:11
  77:13 79:12
  79:12 80:18
  86:2,12
belly 54:12 55:1
benefit 5:16
  60:18
best 37:16
Beth 6:1
better 31:20
  33:8,12 85:7
beyond 62:6
  64:16
Bible 82:14
bid 48:20 49:22
  49:22 50:1,1,1
  50:2 51:16,16
Biloxi 11:6,10
  11:11 12:20
bit 22:3 74:14
blocks 11:18
board 68:9
  83:21
body 25:10
  34:16,17 69:7
  79:3 82:8,16
  87:10
bogus 27:5
boots 73:5,6
born 6:4,6,7,8
  55:14
bottom 33:13
bowel 76:1
branch 41:5
  61:16 64:18
  68:13 83:15
brass 33:5
breach 18:17
  21:6,7

break 66:3
breakthrough
  70:4
brief 65:1 73:15
briefly 38:16
bringing 59:18
broad 26:1
broader 48:19
broke 32:15
broken 31:17
  32:16
brought 23:17
  42:8 57:7
  58:14 60:8,15
  71:19 72:1,3
  72:22 73:3
buddies 57:1
buddy-buddy
  57:16
Building 2:4
business 22:4
  22:10 23:6
  24:14 25:14
  26:12 27:2,15
  27:17 30:20
  31:5 34:20
  68:5 85:16
businesses
  61:11 87:9

_____
        C
C 2:7,14 3:10
  4:1 13:13
calculus 37:4
call 17:15 18:18
  40:1,6,10,11
  40:14 75:15
called 4:4 6:9
  26:7 29:7 34:7
  36:20 39:22
  40:4 45:14
  66:18
calls 53:19
canceled 48:14
  48:16,18
  49:22 50:1,1
  50:16,16
  51:16
candidate 50:6

candidates 71:4
care 18:22
  28:16,17,18
  57:2
career 29:1,2
  44:21 52:20
  64:11,15
  75:10,12 86:7
case 4:13 33:4
  56:14 59:22
Center 2:4
  17:12,12 43:8
Central 6:17
certain 20:6
  50:22 61:2,7
  62:6
certainly 12:6
certificate
  34:15 37:1
  68:8 69:3
certification 8:7
  29:9 34:16,18
  41:5 45:5,12
  45:17 61:15
  68:13,17,20
  69:2,8 78:14
  79:11 81:6,10
  83:15 86:11
certifications
  36:21 69:3
  78:14,22
certified 9:4,12
  36:3 39:7,13
  65:20 68:13
  68:15 80:7
  84:6
certifier 83:22
certify 68:10
chain 41:14
change 83:9
changed 59:3
changes 58:11
  59:5 87:4
chapter 35:10
  86:20
cheat 61:4
Chicago 13:3,8
  13:14,18 14:4
  14:5,17,18

15:2 17:12
46:5 47:15
**Chief** 2:8
**chow** 32:12
**CINO** 1:8
**Civil** 1:6
**civilian** 10:21
**claim** 21:9
**clarify** 38:5
83:2
**CLARISSA**
2:15
**class** 23:16 24:1
24:3,8,10,10
24:11 32:15
67:8,9,13 68:5
76:6
**classes** 31:15
37:2 66:17
86:9,18
**classify** 61:3
**clean** 76:3
**clear** 32:13
**Cleveland**
17:12
**close** 6:10
**closed** 48:22
**closer** 74:14
**closing** 49:7,12
49:15
**coach** 12:14
**coalition** 35:10
**cockpit** 57:21
**Coke** 32:14
**college** 6:20
**colonoscopy**
76:2
**Colorado** 6:7,8
6:11,12 78:1
**Columbia** 1:1
1:22
**come** 68:14 71:8
81:8,22 83:22
84:17
**coming** 18:6
52:12 65:19
85:2,15
**command** 41:14
**commander**

33:3
**commencing**
1:24
**comment** 45:3
47:3 54:1
**comments**
46:17
**commitment**
37:7 39:12
84:15
**Committee**
82:10
**communicati...**
84:16
**community**
37:7
**companies**
68:12,15
**company** 33:14
68:11,21
**compare** 85:12
**compared** 86:1
**competition**
49:10,21
**competitively**
29:22
**complainant**
1:5,20 2:12
3:17 42:1 43:9
55:21 77:17
**complainants**
52:9
**complaint**
59:14 73:3,4,4
**complaints**
25:15 27:7
28:17 59:18
71:22 72:3,6,9
72:11,12,22
73:2,8 75:16
**completed** 31:5
58:8
**complications**
76:3
**comply** 27:5
**component** 31:8
61:17
**components**
81:22

**compound** 48:5
66:8
**concerning**
75:16
**concluded**
87:17
**conclusion**
63:16
**conferences**
37:6
**conflict** 68:18
**conjunction**
60:5
**connected**
23:14
**consider** 37:15
40:21 46:2
55:3,6
**considered** 38:6
40:20 42:5
64:9
**consists** 67:11
**conspicuous**
44:12 45:20
**constraints** 37:4
86:22
**consult** 68:19
**consultation**
68:16
**consulting** 70:8
**contact** 40:8
41:6,8 43:19
**contacted** 40:15
41:5,15 43:7
43:11 77:3
**contained** 79:3
**content** 31:18
34:19
**contention**
64:10
**continually**
87:6
**continue** 21:17
86:14
**continued** 30:10
41:14
**continuous** 87:7
**contract** 83:21
**control** 7:12,18

8:9,18 10:14
11:8 12:16
13:10,22 15:1
15:13 16:15
18:3,11,13
19:20 23:16
23:22 24:2,6
25:6,6,7,8,20
26:3,9,11,18
26:21 29:16
29:19 34:20
37:5 53:9
54:11 56:9
67:9 70:12,13
72:20 78:13
84:4
**controller** 9:2,4
20:14 27:19
28:2,3,7 57:20
**controllers** 18:1
21:4 49:12
72:7
**controls** 9:8
17:13
**conversation**
42:15 43:14
**conversations**
43:12 59:19
**Converse** 51:13
**convoluted** 22:1
**cop** 17:4
**copies** 36:21
42:20
**copy** 37:21
**core** 22:9 31:8
**Corporation**
29:7 30:5
33:10,17 34:4
38:17 65:9
**corporations**
34:8
**correct** 5:12 6:4
6:5,15 7:14
8:3,19,21
10:19 11:12
11:13 12:14
15:17,18,20
18:2 22:5,6,14
22:15,22

26:12,13
33:11 34:1
35:6,7 45:9
59:12 75:13
76:20,21
77:20 78:7,20
84:2 87:22
**correctly** 8:1
34:5 50:12
**correspondence**
39:9 43:5
**Counsel** 2:8
3:15,17 4:7
77:17
**counselor** 43:11
**country** 6:4
**course** 8:4 24:4
24:5 26:7,10
27:11 31:18
34:19 36:15
37:1 57:14
86:21
**courses** 22:9
23:4 36:6 37:2
65:15 85:18
**coursework**
82:13
**court** 1:1 5:14
5:17
**coveted** 70:10
**cowboy** 73:5,6
**create** 87:9
**creates** 70:4
**creating** 83:9
87:6
**creativity** 23:6
**critical** 83:14
**cross** 78:9
**cross-trained**
7:11,19
**culture** 44:6,10
44:11 45:18
45:22 47:12
50:11 53:1,4
59:16 62:5
**current** 86:4,14
86:16,22 87:2
**customer** 18:18
25:15 27:7

28:17
cutoff 36:10
C-o-n-v-e-r-s-e
51:13
C-130 32:19
C-5s 7:4

**D**

D 4:1
daily 28:16
damages 75:15
75:15
data 18:19,20
date 36:10
49:12,15 88:6
Davenport
22:21 23:8,10
23:15
day 57:22
days 58:2 72:20
day-to-day
16:18 18:9
dead 70:20
deal 22:9 30:3
49:5
deals 25:10
28:12
dealt 13:9,11,13
debrief 40:22
41:4,17 42:3
64:7 77:7
December
15:15 40:2
42:19 43:10
43:10
decided 35:16
decisions 56:12
deficiencies
84:3
degree 22:13,17
50:3 85:15,16
demarcation
78:12
Deming 30:3
69:22 70:6,7
70:10,11,17
Deming's 70:19
demonstrate
84:21

denied 64:10
69:12,13
Dennis 74:4
DEPARTME...
1:9
departures 17:9
deployment
85:3
Deponent 88:3
deposition 1:17
62:19 87:16
depressed 76:4
described 80:5
describes 70:3
description
35:21 36:8
37:4 85:19
deserve 33:16
61:13
despite 63:17
destination 87:5
detail 64:14
determined
20:3
develop 61:20
developed 81:8
82:8 83:17
developing
83:12
development
22:7,9 30:1,12
83:9 85:17
developmentals
10:8
diagram 12:3
difference 56:7
56:7 79:18
differences
59:20 60:22
different 5:4
12:4 14:9
21:22 26:21
30:11 53:2
63:20
differently 46:7
46:10,11,15
46:20
difficult 46:13
direct 13:3

49:21 56:15
59:19 81:1,2
direction 30:19
52:20 65:20
directive 61:10
directly 36:7
63:2 67:22
disciplinary
73:17 74:1
discriminated
62:1,14 64:2
discrimination
63:8
discriminatory
63:10
discussed 38:14
57:4 80:21,22
discussion
21:19
disgruntled
52:11 75:5,19
dispatcher
13:12
disposition 40:3
76:5
distraught
40:20
District 1:1,1,21
division 64:18
document 66:17
84:4
documentatio...
84:14
documented
84:17
documents
37:14 51:4
doing 8:18
12:10 31:11
32:21 33:9
79:21 83:8
84:18,19
Dollar 67:6
dollars 30:16
Douglas 63:15
Dr 30:3,3 69:22
70:6,7,11,16
70:19
drive 47:4

drug 33:21,22
duly 4:4
DuPage 13:3
14:4,5,17 15:2
duties 14:1,2
34:22 57:14
81:3
duty 13:3,6
18:12
D.C 1:13,23 2:5
2:9,18 44:20

**E**

e 3:10 4:1,1
41:21 42:22
earlier 80:22
early 12:22
easily 64:16
education 28:15
29:10,12 38:8
86:14
educational 6:3
29:15 85:11
85:12
Edwards 70:20
EEO 42:1 43:8
43:11
efficiency 30:14
30:15,16,17
33:16 61:12
efficient 31:20
33:13
effort 70:9
eight 16:10,11
either 4:21
12:14 40:4,6
44:15 60:6
76:1,16
elated 35:17
52:19
emphasis 22:8
employed 69:10
employee 46:21
47:2,11 54:5
57:4,5,9,15
58:9
employees
33:12 44:13
45:21 46:11

46:16,17,20
56:13 57:12
58:7,21 72:4
83:7,11,17
employee's 47:3
57:9
engine 25:17
enlisted 7:2
10:3
ensure 10:9
17:7 21:9
39:13
ensures 80:1
ensuring 13:16
18:10,12
entail 12:1
17:15
entailed 66:19
entails 69:7
80:9 82:14
enter 9:15 45:1
45:3,7
entered 7:1 9:3
10:22 13:1
49:6
entire 64:7 69:7
79:3 80:1,16
81:9 82:16
entitlement
60:17
entries 10:10
entrusted 30:20
entry 32:22
equipment
28:18 33:2,6
error 74:7,10
ESQ 2:3,6,7,15
Esquibel 1:4,18
4:3,9 5:10
46:12,22 65:5
77:14,19
87:17
essence 84:20
essentially 8:17
9:1
establishing
65:6 69:16
event 19:14,16
20:1,2

events 20:18
eventually
  12:10 39:22
  43:13
evidence 84:5
  84:13
exact 15:22
  34:19 42:20
exactly 11:17
  16:21 18:4,6
  44:21 52:19
  59:10 68:6
  82:6
exam 79:3
EXAMINATI...
  3:13 4:7 77:17
examinations
  8:5
examined 4:5
example 19:21
  24:17,18
  25:18 26:18
  32:3,5 71:22
  78:11 83:3
  84:3 86:21
  87:10
exams 8:2,3
excel 64:12
Excuse 32:6
executive 62:20
  64:19
existing 83:4
exit 13:1
expect 45:7
expected 45:1,3
expects 63:14
experience 19:9
  29:16,19
  34:11 38:4,8
  38:12,13,15
  38:16,19 46:1
  46:4 53:5 65:5
  65:8,11 66:1,4
  66:5,11,14
  67:20 68:2
  69:15,20 70:1
  70:3 81:1,3
experiences
  47:13,18,20

48:3 50:9 51:6
  59:14,15
expert 29:8
  33:10 34:3,8
  36:2,14 38:2,6
  38:10 40:22
  64:13 78:6,11
  78:22 79:2,6,8
  79:14 80:7
  83:1 86:8
expertise 44:22
  79:18 82:22
  84:7
explain 44:9
  45:19 49:19
  56:10 79:17
explanation
  36:18
extension 59:4
extensions
  23:12
extensive 34:14
extent 28:1
e-mail 35:15,15
  42:20,22
_____
      F
FAA 4:13 13:20
  13:21 17:2
  25:20 26:4
  27:5 29:11
  35:15 36:15
  39:1,4,8,15,19
  44:6 45:1,3,7
  45:16 49:18
  50:5,17 51:3
  52:17 60:2
  62:7,10 64:8
facets 80:3
  82:15
facilitate 30:12
facilitated 33:2
facilitates 58:4
facilities 50:5
  58:4
facility 9:12,15
  15:5,13 49:6
  52:12 54:10
  56:9,15 59:21

fact 54:19
factor 44:2
faculty 22:20
  23:3
fair 4:22
Fairchild 8:8,11
  8:14,15 10:19
  11:1
fairly 21:10
FAM 57:17,18
  58:18
familiarization
  57:18 58:8
fancy 47:4
far 4:15 19:10
  27:5
fashion 82:20
feared 83:10
Federal 2:7
  13:2 35:11
feel 85:6
feeling 49:20
feet 17:10,11
  19:22 20:7,10
Felix 1:4,18 4:3
  5:10 46:12
  87:17
felt 35:21
field 7:12 29:16
  29:19 30:7
  65:19 79:4
  80:17 86:14
fields 79:18
file 52:9 59:14
  74:22 75:9
filed 59:17
filing 13:14
finally 41:15
  43:11 75:8
finance 22:10
find 4:18 62:18
  77:5
finesse 83:8
finish 12:22
fire 32:21
firmly 21:11
first 4:4 6:3
  14:10 15:12
  15:19 19:6

46:6 48:11
  70:19 79:8
first-line 49:6
fit 80:4
five 10:8 14:6,8
  16:6,8 58:2
flight 13:7,13
  76:6
Floor 1:23 2:4
fly 57:22
focus 52:20
  83:12
follows 4:5
follow-up 77:18
force 7:1,3,11
  8:8,14,20
  10:19,22 11:6
  11:9,10,12
  13:5,20 25:17
  29:21 30:2,11
  76:4
foregoing 87:21
formal 28:13
  72:6,8 73:4
Fort 32:20
forth 8:5 42:21
  51:16 58:5
  59:13 68:7
  84:14
forwarded 35:9
  35:12,14
for-profit 33:14
found 41:7 77:6
  77:9
four 7:8,9 10:8
  11:16 16:2
  30:10 56:18
  58:2
four-page 36:18
Friday 1:14
frivolous 73:2
Fruita 6:9
function 12:1
functions 56:8
  80:8
Furdette 41:9
further 46:19
  56:10 77:14
  87:13

future 41:2
_____
      G
G 4:1
gall 54:20
Gebhardt 2:16
general 27:2
  44:6,9,10
  45:18,22
  58:13
germane 31:9
  36:6 37:3
  59:16 85:18
getting 32:15
  42:6 87:11
gift 60:19
give 24:17 37:7
  60:18 68:19
  82:2 87:10
given 41:15
  60:6 62:12
  74:18 87:22
giving 33:16
  61:12
glass 32:13,17
go 6:14,16,20
  7:15 12:21
  14:17 19:12
  22:3 30:11
  41:3 44:2
  46:19 52:20
  64:20 67:13
  73:13
goal 30:14
  33:14,15
going 4:14,16
  6:2 10:4 27:21
  30:2 42:9
  53:18 57:11
  63:12
Gonzalez 1:21
Good 4:8,10
government
  62:21
governmental
  26:15 33:15
  61:11 87:10
graduate 6:18
Graham-Oliver

2:3 4:8,11,12
5:2,7 28:5,6
48:2,6,9 53:20
63:21 64:22
65:2,4 66:10
72:15,17
73:13,16
77:13
**Grand** 6:11
23:11
**great** 81:11
**group** 31:19
32:4
**groups** 31:17
**growing** 77:22
**guess** 53:8
75:15
**guidance** 65:20
**guns** 33:1
**gunship** 32:21
33:4
**guru** 70:7
**gut** 49:20
**gym** 33:1,6

**H**
**H** 2:15
**handbook**
19:20 82:12
**handled** 61:2,7
**hands-on** 66:1,4
66:5
**Hannifin** 66:15
66:21 67:2,4,7
**happen** 47:4,14
**happened** 14:20
35:20 39:4
40:11 47:14
47:16 74:16
75:17
**happening**
42:18
**happens** 51:10
**happenstance**
27:9
**happy** 41:18,20
**hardest** 25:1
**Hardness** 25:17
**headquarters**

44:20 73:11
**health** 76:12
**hear** 4:18 39:3
**heard** 42:2 43:3
**Heather** 2:3
4:11 64:20
**held** 29:10
36:15
**help** 31:19
**helps** 70:4
**HENDRICKS**
2:14 27:21
47:22 48:5,7
63:12 66:8
72:13 87:14
**Henry** 29:7
33:10,17 34:3
38:17 65:9
**heritage** 47:1
55:18
**high** 6:14,16,17
6:22
**higher** 9:5 15:5
69:8
**highly** 70:10
**hire** 53:8 68:13
**bired** 23:16,18
70:22
**Hispanic** 35:10
44:6,12 45:20
55:4,5,7,12
62:20 71:1
**Hispanics** 62:6
62:9
**hmm** 46:12 47:3
**hold** 34:18
78:14
**holds** 78:21
**Hollis** 60:13
**home** 5:13
**hone** 44:22
**honest** 63:6
**hopefully** 84:1
**hours** 56:18
60:5 75:20
**human** 21:8
22:11 24:20
**hundreds** 20:17
32:1,9

**I**
**ice** 32:14,17
**identified** 31:22
**identify** 31:9,19
32:4
**identifying**
31:11 83:13
**IFR** 20:9
**IG** 59:4
**II** 70:9
**immediate** 56:3
**impact** 75:10,12
**implement**
24:15 29:8
30:2 31:15
61:13,14
67:10 78:19
82:15
**implementation**
45:6 85:2
**implemented**
21:10 59:6
66:20 70:16
84:22
**implementing**
82:4,19
**important**
31:20 32:6,7
32:10,11
69:17,19 70:1
76:7 87:1
**improper** 46:2
**improve** 30:13
41:1 42:4,13
42:13 64:8
77:8
**improvement**
32:10 87:7
**include** 36:12
37:9
**included** 36:13
36:16,17 38:1
**income** 33:14
**incompetence**
63:3
**incorrect** 12:14
**increase** 62:20
64:15
**Independence**

2:8
**Indiana** 23:13
**Indians** 73:7
**indicated** 77:19
**indication** 76:1
**indirect** 68:1
**individual** 21:9
32:13 56:14
56:22 58:17
60:1 73:3,6
**individually**
9:13
**individuals** 18:5
**individual's**
58:14
**industry** 26:20
27:11,20 28:9
**inform** 39:15,19
39:20
**informal** 43:8
72:12
**information**
13:13,17
41:12 45:13
62:8,11 77:7
**informed** 4:15
**infraction** 74:1
74:20 75:1
**infrastructure**
14:4
**initial** 19:14
21:14 29:8
**initially** 24:2
55:1
**initiated** 43:8
43:12
**initiative** 29:8
**initiatives** 28:16
**innovation** 23:6
**input** 31:2
**Inspector** 58:12
**Institute** 82:19
**instruct** 11:17
**instructing**
31:13
**instruction**
11:18 12:13
12:15 26:17
83:7

**instructions**
12:9,16 84:4
**instructor** 11:7
11:14,15
23:15 26:7
**Intake** 43:8
**integration** 80:2
**intense** 7:20
**intention** 41:11
**interest** 68:18
**interested** 30:6
**interface** 17:12
17:13 18:17
**interfaces** 80:2
**interfacing**
18:22
**International**
82:10
**interview** 63:1
**investigate**
21:12
**investigation**
18:16 19:8
21:6,14,17
**investigations**
20:12 21:21
**involved** 23:8
27:19 28:8
29:6 49:4
56:12 74:8
**involvement**
19:13 21:20
**irate** 58:15
**ISO** 28:12,19
29:6,9,16 31:6
36:4 38:17
45:5,6,12,16
61:9,17,18
64:13 67:12
68:6,11,15
81:6,22 82:4
82:14 84:7,12
87:3
**issue** 21:8 32:18
**issues** 18:22
27:6 33:1
37:17 49:4
59:18 75:14
76:11

item 58:13
items 36:7

**J**

J 1:4,18 4:3
   44:8,17,18
   87:17
jackets 10:11
James 41:15
   61:22
January 1:14
Japan 70:8
Japanese 70:10
   70:12,15
jeopardize 76:5
jet 25:16
job 10:7 13:19
   14:8,22 18:8
   26:2,3 27:8,18
   34:3 35:21
   36:15 42:5,9
   43:17 45:14
   45:15 46:13
   46:14 63:17
   64:9 69:18
   76:6,7 79:21
   85:18
John 29:6 33:10
   33:17 34:3
   38:17 51:13
   65:9
Joseph 5:10
   30:4 70:18
journey 87:5
JR 2:14
Juanita 41:7
   62:13,14
Judiciary 2:4
Junction 6:11
June 40:16
Juran 30:4
   70:18
justify 50:2

**K**

K 44:13
Kalamazoo
   5:11 15:12,16
   23:11 46:6

47:16 48:10
53:11,12 56:8
keep 86:14 87:2
keeping 86:16
   86:22
kept 50:22
key 31:9,12
   83:13
kind 18:15
   25:13 27:10
   42:8 64:7
   66:16 76:4
kinds 60:21
   84:2
knew 71:5 83:5
know 4:17,21
   28:14 37:11
   53:21 62:19
   63:19 71:3
   72:15 73:1,8
   76:16 85:4
knowledge
   25:10 34:16
   34:18 36:18
   38:8 63:14
   69:19 70:1,3
   77:1,2 79:3
   81:21 82:7,8
   82:17 87:7
knowledgeable
   78:10
knows 61:18

**L**

lab 11:22
labels 33:21,22
labor 19:3 21:6
   56:13
labs 11:19
language 12:9
   78:3
large 12:5
late 50:19 58:17
laugh 55:2
laughed 54:12
lawful 1:19
lawyer 63:16
layman's 17:3
   74:13

LDP 31:14
lead 34:15,22
   37:1 68:8
leadership 23:5
   24:22 30:1,12
learn 12:18 35:8
   39:18
learned 40:18
   71:9
leave 15:2,9
   56:16,17 60:4
   60:17
leaving 56:17
left 27:9 56:15
   56:17
legal 63:15
letter 59:1
   73:21 74:2,17
   74:18,21,21
   74:22 75:4,8
   75:11
let's 19:11 21:1
   22:3 79:7
   85:11
level 9:5,6,6
   15:5 21:15
   24:4,5 28:10
   32:22 36:6
   41:13 44:7
   50:4 62:6,9
   65:16 68:6
   69:8 70:14
   80:6 81:18
liar 61:3
Lightbrown
   71:11,14
   85:14
Lightbrown's
   71:15,17 85:5
   85:13 86:1
liked 23:13
limits 25:6,7
line 14:10 15:12
   15:19 19:6
   32:12,17
   33:13 46:6
   48:11
list 37:2 82:3
literally 27:3

32:9,11 54:12
   60:6
litigation 71:8
little 6:13 22:3
   61:17 74:14
   83:11
live 5:11 12:10
   32:21 70:5
lives 33:7,12
living 87:4
LLP 2:16
LMR 18:22
   19:3
local 35:10
   56:22 57:17
   57:18 67:8
   86:20
located 23:10
   44:19
locations 57:22
Locke 60:14
long 7:7,21 8:13
   11:1,14 14:5
   15:7 34:2 52:3
look 83:3 84:18
looking 63:6
loss 74:12
loud 4:20
louder 4:22
low 4:20
lower 25:6
L-o-c-k-e 60:14

**M**

mail 39:7,14
   41:22 43:1
mailing 49:18
maintain 86:11
maintained
   17:8
major 83:12
majority 10:18
   21:5
making 33:7,11
   33:12 79:22
male 49:2,3,4
malfeasance
   63:3
man 70:4

manage 61:10
managed 27:9
management
   9:6 19:3,6
   21:7 22:11
   24:3,5,5,11,15
   24:21 25:5,19
   26:5,8,9,11
   27:8,16,20
   28:8,13 31:8
   33:12 34:20
   35:5 36:3,14
   36:21 38:1,6
   38:10 40:21
   44:7 52:18
   56:8 59:20
   61:10,15
   62:10 64:17
   65:6,12 66:3,6
   66:12 67:12
   67:17,21
   69:17 70:7,16
   70:22 78:6,10
   79:4,7,7,9
   80:3 81:20,21
   82:19 84:1
   86:4
management's
   84:15
manager 21:15
   34:17 36:5,22
   41:8 48:11,13
   49:1,3,8 50:8
   51:18 52:17
   54:11,13
   56:21 57:2,17
   59:2,3,11 60:3
   64:18,18
   65:21 66:16
   67:7 69:5 74:3
   75:2 78:15,17
   79:22 82:18
managerial
   56:12 60:15
mandated 51:4
Manifold 51:22
   54:14 59:8,9
   59:21 60:10
   60:16,16,22

61:3 72:12
75:3
**manual** 58:6
66:18,20 67:5
67:11 83:12
83:17
**manufacture**
33:18,20
**manufacturers**
27:4
**March** 45:13
**Maria** 1:8 40:4
40:7
**married** 5:20
**MARTINEZ**
2:6
**Mary** 6:1
**master** 22:4
25:1
**master's** 50:3
85:15
**matter** 29:8
33:10 34:3,7
36:2 37:16,20
41:22 42:7,19
50:13 64:13
83:1
**ma'am** 52:8
**McDonnell**
63:15
**MD-715** 62:19
**Meals** 37:8
**mean** 9:19 17:1
46:9,19 47:7
55:9,10 75:5
**Meaning** 50:14
50:15 74:13
**means** 16:22
45:20
**measurement**
25:11
**measurements**
27:4
**Measuring**
25:12
**mechanic** 7:6,7
**medical** 75:16
76:6,8
**medications** 5:3

76:14
**member** 7:2
19:5,6 22:20
29:22 37:8
82:9,18 86:5,5
86:6
**mentee** 51:17
**mentioned**
37:22 78:5
83:18
**mentor** 51:11
**message** 41:11
**met** 36:10
**metal** 25:16
**metrology** 25:8
25:9,10
**Mexican** 47:4
**Mexico** 55:17
78:1
**MI** 5:15
**Michael** 59:7
67:6
**Michigan** 5:11
5:12 23:11,12
46:6 47:16
48:10 53:11
53:12
**Midway** 14:18
15:7 46:5
**mid-level** 30:13
31:13
**migrant** 55:19
77:20,21
**military** 8:19
10:17,18
**millions** 27:3
**mind** 75:21
**minority** 46:7
49:5 52:13
53:8
**minute** 64:21
73:14
**miraculously**
57:5
**misnomer** 24:22
**missed** 49:12
**mission** 30:18
83:14
**missions** 13:15

**Mississippi** 11:7
**misspoke** 23:21
**Mm-hmm**
29:12 50:10
50:10 77:12
**models** 12:3,6
**modules** 10:11
**monitor** 67:12
**monitored**
67:16
**monitoring**
66:2,6,11
69:16
**months** 7:22
11:16 34:6
75:7
**morale** 33:1
**morning** 4:8,10
4:16
**Motivation**
24:21
**move** 12:7,15
44:21 64:11
**moved** 78:1
**Moving** 75:14
**MYRREL** 2:14

──────── N ────────

N 3:10,10 4:1
**name** 4:11 5:8
5:22 26:10
35:4 37:11
41:9 46:12,16
47:4 51:12,20
51:21 53:16
54:2,3,4 70:19
**NASH** 2:7
**national** 43:8
55:22 62:1,15
**nationality**
46:21
**native** 78:2
**NCO** 9:7,14,20
9:21,22
**NCOs** 31:14
**need** 21:16 38:3
42:13,14
81:22 86:12
**needed** 43:1

81:2 85:21
**needs** 84:14
**net** 33:14
**never** 43:19
44:22 45:3
57:7,7,8 62:12
73:22
**new** 9:8,14,18
45:15 55:17
57:19 75:2
78:1 81:5
**night** 75:21
**nine** 16:10,11
17:21
**noncommissi...**
10:1 30:13
**noncompetitive**
51:18
**nonprofit** 26:15
**Nonreporting**
74:7
**non-value** 30:17
**non-value-ad...**
31:21
**normal** 18:9
36:14 48:12
**normally** 17:10
19:18
**northern** 47:1
**Notary** 1:21
**notes** 82:15
**notice** 13:16
39:5,7
**No.06-1485** 1:7
**number** 24:3
**N.W** 1:23 2:4,17

──────── O ────────

O 3:10 4:1
**object** 27:21
53:18 63:12
**Objection** 66:8
72:13
**objective** 84:4
84:12,13
**objectively**
21:11
**observably** 63:2
63:18 85:9

86:3
**observation**
67:10
**obvious** 40:16
**Obviously** 61:1
**Occasionally**
10:21 20:22
**occasions** 17:11
**occur** 20:18
42:16
**occurred** 19:17
57:12
**offended** 73:6
**office** 1:22 2:8
21:16 53:13
**officer** 10:1,2
**officers** 30:13
**official** 41:1,6
48:18 49:2,21
51:9,10,15
75:9 77:10
**Oh** 37:13 45:7
48:6,6 67:15
73:1
**okay** 5:2,11,13
5:16,20,22 6:2
6:6,14,16,22
7:9,21 9:22
10:4,13 11:1,4
11:11,14,21
12:12 13:4,18
14:12 16:8,11
16:16,21
17:16,19
18:21 19:4,7
20:5,11,16,18
20:20 21:1,18
22:3,20 23:1
23:18,22 24:7
26:6,11,14
27:1,10,14,18
28:5,19 29:5
34:2 35:8 36:9
37:9,19,22
38:19,22
39:11,15
40:10,18 43:5
43:18,21 44:9
45:18 46:3,15

47:17,20 52:1
52:3,9,15 53:3
53:7 54:1,8,15
55:3,6,16,20
56:1 57:12
58:20,22
59:11 60:12
61:1,5,16,22
65:2,11,17
66:1 67:2,4,13
67:19 68:1
71:8,13 72:11
72:18 73:8
74:6 75:11,14
76:8,11,22
77:2,12,18
78:2,20 80:21
81:12 82:2
83:16 85:4
87:1
older 47:5
Once 40:18
one-week 59:4
on-the-job 9:13
open 7:13 58:13
operating 20:4
  32:22
operation 18:9
  28:16
operational
  13:7 74:7,9
operations
  13:12 22:11
operator 54:9
  78:16
opinion 56:7
  59:20 69:21
opportunities
  64:14 87:9
opportunity
  64:11 69:12
  69:13
option 7:13
order 59:6
  62:20
organization
  24:14 81:17
  81:19 82:11
  83:4,10 84:21

organizational
  22:7,8 24:20
  83:9 85:16
origin 54:4
  55:22 62:2,15
origins 54:2
Orleans 57:19
outfit 32:19
output 31:4
outside 36:14
  84:7
outstanding
  36:11
oversees 36:4
  80:1
oversight 27:5
  78:17
Over-the-cou...
  33:21,22
O'Hare 13:8,14
_____
        P
P 4:1
package 36:11
  36:12,16
  37:15,16 39:7
  39:13 49:8,9
  60:6,19
packages 50:18
PAGE 3:12
pages 87:21
paid 15:5
panel 63:1
paperwork
  57:20 58:7,8
parents 46:22
  55:15,16,17
  55:19 77:20
Parker 66:15,21
  67:2,4,7
part 19:4 29:17
  37:15 41:10
  43:10 47:1
  62:5 81:7
participants
  31:16,17
particular 10:7
  12:9 25:21
  26:3,7 29:14

30:19 33:3
42:5 49:1
56:20 77:9
84:2,8
parts 27:6
pass 84:1
passed 79:2
  81:10
pay 60:7
paying 87:12
PC 18:20
Peach 82:9
peer 60:9,13
people 14:15
  15:21 16:2,9
  16:11 17:19
  17:22 25:2
  28:4 40:6,12
  53:13 68:10
  72:4 84:5
people's 33:7
Pepsi 32:14
perceived 59:21
percent 10:18
perception
  53:13,14,21
perform 81:3
performance
  71:19
performed
  80:12
period 49:13,18
  50:22 77:4
  86:19
person 32:16
  40:15 51:11
  58:20 59:12
  60:3 64:17
  71:10 74:20
  77:10 84:8
  85:21
personal 28:10
  28:14 39:12
  46:1,3 47:13
  51:5 53:5
personnel 16:1
  75:9
person's 51:12
pertaining

76:12
pertains 45:21
philosophical
  56:7 60:21
phone 40:10,11
picking 32:16
  32:17
piece 32:16,17
pilot 18:18
pilots 13:16
pivotal 44:21
  64:11
place 4:16 12:5
  26:22 82:1
placing 72:20
plan 13:13
  81:19
planes 10:17
plant 67:14
plants 67:7
play 12:17
please 4:21 5:18
  29:20 44:9
PLF 1:7
point 13:4
  39:15 40:8
  43:7 56:14
  59:22 78:6
  86:7
policies 21:10
policy 58:6
  83:13 84:16
pool 48:20
Porsche 47:5
Porschugese
  47:5
Portage 5:15
portion 6:12
  25:4 31:2,3,4
Portugal 55:19
Portuguese
  47:3
position 12:6,8
  13:7,9 14:11
  15:12 17:5,16
  20:12 29:10
  35:3,8,16,18
  36:8 37:3
  39:21 42:13

44:14,19
48:13,17
49:11 50:7,8
52:18 64:9
70:21 71:1,4
71:13,14
80:12 81:3,5
81:13 85:7,22
positions 18:10
  41:2 44:7,13
  62:9,10 73:10
potential 32:18
  64:15
practicals 8:4
practices 21:10
practitioners
  75:16
pre 81:16
preceded 46:12
  46:16
presentations
  32:10
president 64:19
previous 49:3
  49:16
pre-assessment
  83:22
principles 11:8
  11:20 12:19
prior 38:7 49:11
  76:17
prize 70:10
probably 4:15
  32:11
problem 30:4,5
problems 56:2
procedures
  18:12
process 25:5,7
  30:4 31:20,22
  32:12,15,22
  37:5 41:10
  42:7 44:3 63:5
  63:9 70:11,13
  79:21
processes 30:5
  30:14,17,18
  30:21,22 31:1
  31:5,9,12,14

31:21 32:1
83:13 84:17
**procurement**
31:1
**procurements**
30:21
**produces** 25:14
25:17
**product** 79:22
**production** 23:5
**professional**
22:17 44:19
76:9
**profit** 26:15
33:15
**program** 13:1
24:15 28:11
28:13 30:1,12
31:14 58:12
61:19,20
68:14 80:1
81:9 82:20
**programs** 70:16
78:18
**progressing**
10:10
**progression**
48:12
**project** 81:20
82:18,19,20
86:4
**promoted** 46:5
64:16
**promotion**
14:10 15:3,4
15:10,11
51:19
**promotions**
14:7
**proper** 17:7
**provide** 12:15
17:6,8,14
28:18 68:15
68:17,19
78:17
**provided** 9:10
9:13 70:8
**provider** 69:1
**provides** 27:5

**providing** 33:1
41:12 56:8
79:21 83:6
**Public** 1:21
**publication**
59:3
**Pugh** 40:4,7
**purchase** 33:3
**purchasing**
33:6
**purposely** 50:2
64:10
**put** 41:21 48:21
49:22,22 50:1
50:16,16
51:16
**puts** 86:20,20
**putting** 21:19
**p.m** 87:16

_____
      **Q**
**QMS** 86:8
**qualifications**
36:7 42:8 63:2
63:18 64:1
71:10,16,16
71:18 85:5,9
85:11
**qualified** 29:9
29:13 71:14
**qualify** 86:15
86:17
**quality** 18:16
19:8,13 20:13
21:3,18,21
23:5,16,22
24:2,6,11,15
25:5,19 26:4,7
26:9,11,21
27:8,16,19
28:8,12 29:16
29:19 30:2,4,6
30:7 31:10,15
33:7 34:17,18
34:21 35:4,4
36:3,4,5,14,21
36:22,22 37:6
38:1,6,9 40:21
52:17,18

61:14 64:17
65:6,12,19,21
65:21 66:3,6
66:12,15,18
66:20,20 67:6
67:9,10,11,12
67:17,20 69:4
69:4,5,9,17
70:14,15,22
78:6,10,13,15
78:15,16,18
79:4,6,7,9,14
79:19,22 80:1
80:3,8 81:21
83:12,13,14
84:1,15,16,22
85:3 86:6,19
87:4,4
**question** 4:18
4:19,22 18:18
19:15 21:22
22:1,2 25:22
26:1 27:22
28:1 47:22
48:5 55:9 57:8
60:17 63:13
63:20 66:9
71:21 72:14
**questions** 4:14
5:5 41:19,21
42:12 43:1
55:21 56:1
77:14,19 88:1
**quite** 28:2
**quote** 53:8

_____
      **R**
**R** 4:1
**RAB** 68:10,13
**RAB-certified**
69:1
**radar** 17:9
18:20
**rambling** 72:6
**rampant** 58:13
**ramps** 12:3
**random** 72:6
**rank** 9:5
**Rapids** 23:11

**rationale** 49:16
**RAYMOND**
2:6
**RDOs** 56:20
**read** 87:14,21
**ready** 61:13,14
**real** 67:9
**realized** 54:16
**really** 30:6 75:5
81:15,18
84:14
**reason** 64:1
**reasoning** 57:9
**recall** 14:16
15:22 34:5
40:13,14
42:17,18 73:2
79:5
**received** 34:15
39:5,7,8,9,10
42:22 73:21
79:10
**recess** 65:1
73:15
**recognized** 38:9
64:13 78:13
79:1 82:22
**recollection**
37:17
**reconstruction**
70:9,13
**record** 5:9
37:16,20
41:22 42:20
50:13 64:21
65:3 73:14
**recorded** 88:1
**records** 84:4,5
84:13
**redefine** 25:22
**redisplayed**
18:20
**referred** 24:19
**referring** 7:17
44:10
**reflect** 87:22
**reframe** 4:21
**regional** 21:16
**registrar** 83:21

**registration**
68:9
**regular** 56:19
**regulate** 18:6
**regulates** 17:2
**regulations**
58:11 74:19
**reinventing**
52:16
**relate** 31:6
**related** 10:13,16
**relations** 19:3
21:7
**relayed** 54:10
**relevance** 72:13
**relevant** 86:4
**reliability** 25:7
**remain** 14:8
**remained** 64:6
**remember** 7:22
32:8,11 50:12
79:8,13
**reminded** 58:10
**remove** 75:4
**removed** 74:22
75:8
**report** 20:21
58:18
**reporter** 5:17
**represent** 4:13
**representation**
44:7 62:21
**represented**
12:2,4
**reprimand**
73:21 74:2,18
74:21
**request** 57:6
**require** 17:11
58:11 83:8
**required** 31:9
36:20 58:7
74:12
**requires** 84:12
**reserve** 13:6,9
13:20 29:22
**resignation**
60:5
**resigned** 60:2

resource 21:8
  22:11 24:20
respect 21:3
  74:16
respond 5:4
  12:8 41:21
responded
  48:19
responding
  58:17
responsibilities
  16:18
responsible 9:7
  9:14,18 10:8
resubmit 86:12
result 52:6,10
resume 39:6
  41:2 42:4,14
  49:8 77:8
retained 13:6
retire 52:17
retired 48:11
return 39:8
  40:11,14 58:3
review 85:2
reviewing 18:19
re-bid 48:15
rid 51:4
ride 57:20
right 5:8 6:2 8:2
  8:13,22,22
  9:17 10:2,4,16
  11:4 19:7,13
  19:21 20:11
  20:18,20 21:1
  22:16 24:9
  27:14 28:2
  34:2 37:22
  38:11,22 51:7
  52:22 53:6
  55:20 63:8
  75:14 79:5,13
  81:13
rigorous 79:2
Robert 82:9
room 12:5
Root 74:4
row 72:21
rules 14:2 18:12

18:14
Running 27:6
runways 12:3
_____
S
S 3:10 4:1
saying 42:22
  75:12
says 28:1
scenarios 12:17
school 6:14,16
  6:17,22 7:16
  7:20 11:8,9
  23:13
Science 22:17
scoop 32:14
scope 19:18
section 13:12
see 10:20 12:12
  12:20 13:18
  20:8 21:18
  52:3 54:22
  59:17,17
  67:16 69:6,15
  70:14 81:17
seen 75:15 76:8
Seipel 41:15,16
  42:16,21,21
  43:13,14,19
  61:22 76:17
selected 29:22
  39:20 42:3,9
  51:11,17
  59:13 64:6
  71:10 75:18
  82:8
selectee 40:17
  40:19
selectee's 85:9
selecting 41:1,6
  48:18 49:2,21
  50:3 51:9,10
  51:15 77:9
selection 40:16
  41:10 42:7
  44:3 46:8 49:5
  52:13
sell 33:5
seminars 86:19

send 43:5
senior 64:19
  86:5
sent 38:22 39:6
  39:13 42:21
  42:22 74:2
separate 17:9
separating 14:3
separation
  16:19,22 17:2
  17:7 18:17
  74:12
sequence 17:6
series 4:14
serves 25:14
service 17:9,14
  28:17 31:3
  64:19 79:22
services 33:15
  70:8
SES 44:8,13
set 52:16 85:21
  86:22 87:2
setting 65:12
  66:2,4,22
seven-day 49:13
  49:17
severance 60:7
  60:18
SF-50 36:20
shells 33:5
shenanigans
  57:11
Shewhart 70:17
shift 56:19
show 84:14
sick 56:16 60:4
  60:17
sights 52:16
Sigma 25:6
sign 56:19
  87:15
Signature 87:18
signing 56:16
silence 42:11
  44:1
silent 64:6
simple 32:12
single 42:2 43:3

situation 21:14
  41:16 57:3,4
  59:2 75:1,22
situations 12:11
  21:13 32:19
  61:2,8
six 25:6 30:10
  60:2 75:7
skill 9:5 25:1
  85:21 86:22
  87:2
skills 24:16,16
  24:18,19 25:2
  25:3 36:19
  38:8 81:20
  82:7,17 86:1,2
sleeping 75:20
small 29:17
  81:7
society 36:4
  69:4 78:13
  86:5,6,13,20
soft 24:15,18,19
software 12:2
solving 30:5
Somebody 47:7
Sonja 1:21
sorry 23:21
  25:5 45:2
  64:20 67:4
sort 9:19 82:2
sounds 47:3
  54:3
Spain 47:1
  55:19
Spanish 78:4
spastic 76:1
speak 4:20,22
  26:1,17 29:20
  37:10 40:12
  71:15,16,17
speaking 4:19
  37:13 50:9
  52:7 81:12
speaks 63:2
specialist 8:9
  13:22 14:7
  15:1 26:3 35:5
  60:9,13 70:22

specialists 18:3
  18:11,14
specific 17:5,5
  26:2,16 27:11
specifically
  22:10 35:22
  40:13,14
  45:15 59:5
  84:6
specifications
  25:7
speculation
  53:19
spell 5:17
spent 33:5
spill 57:10
Spokane 8:12
spoke 36:6 37:6
  37:17 38:16
spoken 38:2
staffed 18:10
stand 9:22
standard 35:5
  52:18 61:15
  64:17 84:3
  85:3 87:4
standards 16:19
  16:22 17:2
  19:19 23:6
  34:20 63:15
  68:5 81:14
  82:11
stands 12:5
start 19:11
  61:16,19
  85:11
started 42:6
  82:4
state 5:8 6:6
  63:15 83:4,5
stated 54:1 58:6
statement 54:3
  54:5,9
States 1:1 4:12
  7:1 82:11
static 11:19,21
statically 12:7
  12:15
statistic 70:11

statistical 37:5
70:13
status 39:16
40:5
step 82:3,3 83:2
83:5,6,19,20
Stephen 51:21
stepping 64:16
steps 83:11
Steven 54:14
59:8,9 75:3
steward 57:1,3
57:15
stigma 52:12
stomp 73:7
stone 64:16
stonewalling
42:11 44:1
story 54:12
strategic 30:19
street 1:23 2:4
2:17 5:17
strength 25:16
strike 39:19
66:5 85:20
stuck 63:19
student 12:8
students 12:18
65:18 66:19
study 80:17
studying 65:20
styles 60:15
subject 29:7
33:9 34:3,7
36:2 64:13
83:1
subjected 46:1
subjective
84:12
submit 57:20
58:7 74:21
submitted
37:14 57:5
substance 24:9
successive 17:8
sudden 87:6
sufficient 84:22
Suite 2:9
superior 63:2

63:18 85:9
86:3
supervise 14:15
15:21 17:20
72:5
supervising
28:3
supervision
10:6 18:4
41:13
supervisor 9:19
14:11 15:12
15:17,19
16:13,16 18:7
19:6 27:22
28:7,20 46:6
48:12 49:6,11
52:1,4,6 53:9
53:10 54:6
56:3,15 57:14
72:1
supervisory
28:3
support 13:7
56:11 60:9,13
supported
56:11
supposed 18:15
74:15 84:19
sure 37:10,20
50:12,20
67:18
surveillance
68:7
suspicion 42:10
suspicions
43:22 44:2
suspicious 42:6
sworn 4:5
synergies 87:9
system 20:4
26:22 28:11
28:13 30:3
31:7 35:15
65:6,12 66:3,7
66:12 67:12
67:17,21
69:17 80:3,5
81:21 84:1

systems 21:19
21:21 24:12
25:19 26:5,8
26:18 35:5
36:3 78:7,10
84:22
S.W 2:8

_____ T _____

T 3:10,10
table 12:2
tainted 42:7
44:3
take 4:16 32:13
44:14 48:7
57:2,17 58:1
71:9 76:16
79:7 84:18
85:22 86:8
taken 1:19 37:3
65:1 70:15
73:15,18
83:11
talk 21:1 59:15
talked 56:21,22
talking 21:2
26:6,19,20
38:12 45:19
60:10 69:18
taught 23:3,4
36:5 70:11
85:17 86:18
taxiways 12:3
taxpayer 33:16
87:11
taxpayers 30:16
61:12
teach 23:1,16
23:18 24:8
65:15
teaching 11:7
11:19 31:13
50:4 68:5
team 16:1 56:14
59:20
technical 24:16
25:3,4 82:10
technician
34:19 36:5,22

65:21 69:5
78:15,16
79:14,19 80:6
80:8
technicians
78:18
technology 87:8
telephone 41:16
tell 16:21 21:20
24:9 34:10
35:19 38:3
53:4 56:17
85:6
temporary
14:10 49:10
ten 16:4,9
tendency 4:20
tensile 25:16
term 12:20,22
terms 17:3 18:4
19:7 20:13
21:3,18 27:18
28:19 30:21
30:22 38:3
42:15 43:21
43:22 63:8
67:19 74:13
85:21
Terrell 40:4,7
45:13 81:5
test 84:21
testified 4:5
27:22 63:17
Thank 77:14
Theoretically
81:12
theory 37:4
86:21
thief 61:4
thing 13:17
43:3
things 10:12
13:15 22:12
24:21 28:14
65:22 82:3
83:18 86:13
86:15,17
think 5:3 37:18
50:2 53:6 75:6

80:11 81:2
85:8,22
third 42:19
83:19,20
third-party
85:1
thorough 36:17
37:11
thought 53:1
75:22
thousand 17:10
19:22 20:7
three 7:22 8:16
8:17 11:3,4
14:13 34:5
43:4 50:5
56:18 58:1
86:11,12
three-and 8:15
three-year
86:19
thrust 25:16
time 14:16 17:6
18:6 24:3
28:22 29:14
30:7 39:16
40:17 42:6
48:8 49:1,2
50:3 51:1,18
56:20 57:12
58:1 59:4 64:7
71:5 73:3,22
74:4 75:2,6,20
77:4,9 84:2
timeframe
14:14 22:19
51:3
times 54:10
57:13
timing 79:11
tiny 6:9 61:17
61:17 83:11
titanium 25:17
title 9:2,3,20
13:19,19 14:8
14:22 16:12
today 17:17,19
24:4 37:10
38:3 69:18

told 38:13 41:10
  41:16 43:11
  43:13 45:15
  47:2,12 54:12
  57:7 64:8 75:7
  81:4
tools 30:6 31:14
tower 54:11
  72:20
town 6:9
traffic 7:12,18
  8:9,18 9:2,8
  10:13,19,22
  11:8,20 12:9
  12:18 13:10
  13:11,22 14:2
  15:1,13 16:15
  16:19 17:4,15
  17:22 18:2,11
  18:13 19:10
  19:11,19
  20:14 21:4,15
  25:4,20 26:3
  26:18,20
  27:19 28:2,3,7
  28:11 48:11
  48:13 50:8
  53:9 54:11
  56:9,21 57:1
  57:16,20 58:4
  59:2,3,11 60:3
  74:3 75:2
trained 80:19
  83:17 84:6
training 7:15,17
  7:18 8:10 9:4
  9:7,8,9,10,13
  9:14,16,20,21
  10:7,9,10,10
  10:11,11
  13:15 32:21
  32:22 34:14
  57:19,22
  62:22 68:16
  68:19 69:1
  83:7 84:5
transcript
  87:22
transformation

31:3
transition 45:11
  81:6
transitioned 9:6
transitioning
  45:16
TRANSPOR...
  1:9
treated 46:7,9
  46:11,15,20
treating 72:19
treatment 21:9
  46:2
tried 41:8 43:19
  77:7 81:13
triggering 20:2
trip 57:17,18,18
  58:3,18
true 51:8
truthfully 5:4
trying 41:3
  44:22 45:11
turn 49:14
tutelage 58:9,20
twelve 29:15,18
two 6:1 11:15
  15:8 43:9
  58:10 74:14
  75:20 79:18
  83:5,6
type 9:1 13:17
  20:3,12 21:5
  47:12 64:9
types 10:11 12:4
  13:15 21:12
  21:20 22:11
  24:21 27:6
  28:15 65:21
  86:15

U
ultimately
  85:22
unable 64:5
  68:17
unbeknownst
  48:21
unbelievable
  50:6 56:6

85:17
unbelievably
  63:1
uncontrolled
  66:17
undergo 86:8
undergraduate
  36:6 50:4
  65:16 85:18
underlying
  41:11
understand
  4:17 5:1,4
  22:2,4 28:15
  45:2 46:22
  51:3 55:8,11
  55:18 62:20
  63:3 66:9,19
  70:4 71:21
  72:7 80:8
understanding
  78:21
unfair 21:9
unfairly 72:19
unfortunately
  71:17
union 19:1,4
  56:13,22 57:2
  57:3,15
unit 19:5 30:19
  30:20 31:3
  33:4
United 1:1 4:12
  7:1 82:11
University
  22:21 23:9,10
  23:15
unsure 79:11
upgrade 9:3,7,8
  9:16 10:9
upper 25:6 44:7
  62:9
upset 54:16,19
  75:22
use 28:18,20
  60:3 82:8
utilizing 14:3
utter 42:11
utterly 64:6

U.S 1:9,22 2:3
  7:11 8:19
  11:12 39:13

V
v 1:6
vacancies 47:18
vacancy 35:9,22
  36:19 40:5,9
  48:13,14,15
  48:16,16,17
  48:20,22,22
  50:15,20 52:7
  69:14 76:17
  80:13,18
vacation 56:16
  57:5 58:1,2
  77:10
various 57:21
Verdette 41:9
vertically 17:10
VFR 17:14 20:9
vice 64:18
voice 18:19
volunteer 37:8

W
wages 15:6
waived 87:18
Walter 70:17
Walton 32:20
want 21:22
  37:11 47:22
  52:13 81:16
wanted 4:17
  23:14 40:22
  48:19 52:20
wants 24:14
War 70:9
Washington
  1:13,23 2:5,9
  2:18 8:12
  44:20 53:2
wasn't 10:6
  57:17
watch 10:6
way 15:4 61:2,7
  70:20
ways 85:6

wearing 73:5
wedding 60:6
  60:19
week 42:19 58:9
  58:10,18
weeks 43:9
  58:10
weights 25:14
welcome 77:16
went 9:5 13:12
  35:19
Western 6:12
we'll 19:12
we're 52:7 83:8
Wheels 37:8
white 49:2,3,3
wife's 5:22
willing 61:13,14
  75:3
Windhaven
  5:14
witness 1:19 4:4
  4:10 5:1,6
  48:10 63:14
  72:16 77:16
  77:21 78:4,8
  78:12 79:1,10
  79:15,19 80:6
  80:10,14,16
  81:4,15 82:6
  83:6,20 84:11
  85:1,8,14 86:2
  86:10,17 87:3
wondering 32:7
word 5:14 40:2
  42:3
words 6:1 17:3
work 8:18 18:6
  30:3 31:1,5
  58:4 65:9 67:2
  70:17 73:5
  79:20 84:3
worked 7:4
  20:11 66:15
  66:18
worker 79:20
workers 55:19
  67:11,16
  77:20,22

working 7:5
  31:18 32:2
world 67:9 70:5
  70:9
wouldn't 81:15
write 20:20 75:3
written 8:2,4
  35:22 82:12
wrote 59:1 75:8
WU 2:15 53:18
  64:20 77:18
  78:2,5,9,20
  79:5,13,17
  80:4,7,11,15
  80:21 81:12
  82:2 83:2,16
  84:10,20 85:4
  85:10,20 86:7
  86:15 87:1,13
W-i-n-d-h-a-v...
  5:19

**X**

x 1:3,11
Xerox 30:5

**Y**

year 30:8 50:10
  74:19 75:1
  79:12
yearly 37:6
years 7:8,9 8:16
  8:17 11:3,4,16
  14:6,9,13 15:8
  29:15,18
  30:10 36:13
  38:1,4,7,9,14
  43:4 52:5 60:1
  73:1 80:17
  86:11,12
Young 41:7
  62:13,13,14
  63:10 64:1
  76:17

**1**

1:40 87:16
10th 2:4
1035 2:9

11 52:5
11:20 1:24
1101 2:17
130s 13:14
15 36:13 38:1,4
  38:6,9 80:17
160 60:4
17th 2:17
176 82:10
18 1:14
1979 6:19
1987 22:18
1988 13:2 23:19
  23:20
1990s 50:19
1991 14:14,19
1992 14:21
1994 15:14,15
1996 22:13
1998 23:4,21
  51:2
1999 30:9 79:16

**2**

2 76:6
2,000 17:11
20 60:1
2000 79:12
2000s 50:19
20036-4718
  2:18
2004 35:3 38:7
  40:2,16 42:19
  45:14
2008 1:14
202 2:5,10,19
20530 1:23
20590 2:9
25 31:16

**3**

3rd 1:22
300 24:4
301 44:19
305-1334 2:5
30530 2:5
345 24:4
385-8235 2:10

**4**

4 3:15
4th 1:23 2:4
  30:1
400 24:5
412 24:5
49024 5:15
496-0400 2:19

**5**

5 9:4
500 20:10
501 1:22
555 2:4

**6**

60 23:4
600 2:8

**7**

7 9:6
7250 5:14
77 3:17

**9**

9000 28:12,19
  29:6,9,17 31:6
  36:4 38:17
  45:5,6,12,16
  61:9,18,18
  64:13 67:12
  68:6,11,15
  81:22 82:5,14
  84:8,12 87:3
911 47:5,6
928th 13:7
99 10:18