UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.06-1485 (PLF) |
| ) | |
| MARIA CINO, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND CROSS MOTION FOR DISPOSITIVE JUDGMENT**

Plaintiff Felix J. Esquibel, by and through undersigned counsel, and with Defendant's consent, respectfully requests that this Court enlarge the time for Plaintiff to file and serve his Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Dispositive Judgment from April 14, 2008, up to and including May 14, 2008. The attached proposed Order would also extend the time for Defendant to serve her replies thereto, up to and including June 14, 2008. In support of this Motion, Plaintiff states as follows:

1. Pursuant to the Court's Order dated February 22, 2008, Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Dispositive Judgment are currently due on April 14, 2008. The Order also states that

Defendant's replies thereto are currently due on May 14, 2008.

2. Plaintiff's counsel was out of the office from March 13, 2008 through March 19, 2008.

3. In addition, Plaintiff's counsel is scheduled to take a number of depositions throughout the last two weeks of March and the first two weeks of April. Plaintiff's counsel will need time to prepare, as well as to conduct, the depositions. Moreover, Plaintiff's counsel will required to devote additional time for travel to the State of California to take two of the depositions.

4. For these reasons and due to the press of other work, Plaintiff's counsel is requesting an enlargement of time, to and including, May 14, 2008 to file and serve his Opposition and Cross Motion. In turn, Defendant's counsel, who has offered her consent to this Motion, will require thirty (30) days to file and serve her replies thereto. The time for Defendant's replies would be moved from May 14, 2008, to and including, June 14, 2008.

5. Plaintiff's request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings.

6. Granting this motion will not prejudice the Court

because no pretrial or trial dates have been set in this case.

For all the foregoing reasons, Plaintiff's Consent Motion for an Enlargement of Time should be granted. A proposed Order accompanies this Motion.

>Respectfully submitted,
>
>_____/s/_____
>MYRREL C. HENDRICKS, Jr.
>JOSEPH D. GEBHARDT
>GEBHARDT & ASSOCIATES, LLP
>1101 17th Street, N.W.
>Suite 807
>Washington, DC 20036
>Tel: (202) 496-0400
>Fax: (202) 496-0404

March 21, 2008                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion to Enlarge Time was served this 21st day of March, 2008, via facsimile and electronic filing through the Court, upon counsel for Defendant as follows:

>Heather Graham-Oliver
>Assistant United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W. — Civil Division
>Washington, DC 20530
>Tel: (202) 305-1334
>Fax: (202) 514-8780

>_____/s/_____
>Myrrel C. Hendricks, Jr.

3