## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
FELIX J. ESQUIBEL,            )
                              )
          Plaintiff,          )
                              )
     v.                       )    Civil Action No.06-1485 (PLF)
                              )
MARIA CINO,                   )
                              )
          Defendant.          )
_____)
```

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Consent Motion for an Enlargement of Time to File his Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Dispositive Judgment, and the full record, it is hereby this ____ day of March, 2008,

**ORDERED:**

1.  That Plaintiff's Consent Motion for an Enlargement of Time to File his Opposition to Defendant's Motion  for Summary Judgment and Cross Motion for Dispositive Judgment is GRANTED;

2.  That Plaintiff shall have up to and including May 14, 2008, to file his Opposition and Cross Motion; and

3.  That Defendant shall have up to and including June 16, 2008, to file her replies thereto.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:

Myrrel C. Hendricks. Jr.
Joseph D. Gebhardt
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4718

Heather Graham-Oliver
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W. — Civil Division
Washington, DC 20530