UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL,       )<br>                          )<br>     Plaintiff,         )<br>                          )<br>  v.                      )<br>                          )<br> MARIA CINO,              )<br>                          )<br>     Defendant.          )<br>_____) | Civil Action No.06-1485 (PLF) |

**PLAINTIFF'S SECOND CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND CROSS MOTION FOR DISPOSITIVE JUDGMENT**

Plaintiff Felix J. Esquibel, by and through undersigned counsel, and with Defendant's consent, respectfully requests that this Court enlarge the time for Plaintiff to file and serve his Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Dispositive Judgment from May 14, 2008, up to and including June 4, 2008.  The attached proposed Order would also correct the deadline for Defendant to file and serve its replies thereto from Saturday, June 14, 2008, to Monday, June 16, 2008.[1]  In support of this Motion, Plaintiff states as

---

[1] At Defendant's request, the instant Motion does not ask that Defendant's deadline to file its responses be enlarged because Defendant believes it will have sufficient time to prepare and file replies without such an enlargement. Defendant did, however, request that the draft Order correct the filing deadline for Defendant's replies from Saturday, June 14, 2008 to Monday, June 16, 2008.

follows:

1.  Pursuant to the Court's Order dated March 24, 2008, Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Dispositive Judgment are currently due on May 14, 2008.

2.  Plaintiff's counsel has been attempting to schedule a number of depositions in unrelated matters.  Four such depositions will require the attendance of witnesses who are physicians and whose schedules are extremely restrictive.  In addition, Plaintiff's counsel must take at least two full days of depositions before the end of May.

3.  Due to the scheduling conflicts, Plaintiff's counsel has been obliged to schedule a number of depositions and other discovery matters throughout the second and third full weeks of May.

4.  Moreover, Plaintiff's counsel will be out of the office during the last week of May and is scheduled to return on June 2, 2008.

5.  For these reasons, Plaintiff respectfully requests additional time to give Defendant's Motion for Summary Judgment the time and attention it deserves.

6.  Defendant has consented to this request.

7. Plaintiff's request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings.

8. Granting this motion will not prejudice the Court because no pretrial or trial dates have been set in this case.

For all the foregoing reasons, Plaintiff's Second Consent Motion for an Enlargement of Time should be granted. A proposed Order accompanies this Motion.

                                              Respectfully submitted,

                                              /s/
                                        MYRREL C. HENDRICKS, Jr.
                                        JOSEPH D. GEBHARDT
                                        GEBHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036
                                        Tel: (202) 496-0400
                                        Fax: (202) 496-0404

May 6, 2008                          Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Second Consent Motion to Enlarge Time was served this 6th day of May, 2008, via facsimile and electronic filing through the Court, upon counsel for Defendant as follows:

>Heather Graham-Oliver
>Assistant United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W. — Civil Division
>Washington, DC 20530
>Tel: (202) 305-1334
>Fax: (202) 514-8780

>              /s/
>Myrrel C. Hendricks, Jr.