UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL,           )<br>                              )<br>      Plaintiff,             )<br>                              )<br>   v.                         )<br>                              )<br>MARIA CINO,                   )<br>                              )<br>      Defendant.             )<br>_____) | Civil Action No.06-1485 (PLF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Second Consent Motion for an Enlargement of Time to File his Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Dispositive Judgment, it is hereby this ____ day of _____, 2008,

**ORDERED:**

1. That Plaintiff's Second Consent Motion for an Enlargement of Time is GRANTED;

2. That Plaintiff shall have up to and including June 4, 2008, to file his Opposition and Cross Motion; and

3. That Defendant's deadline for filing replies thereto shall be corrected from Saturday, June 14, 2008, to Monday, June 16, 2008.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies To:

MYRREL C. HENDRICKS, Jr.
JOSEPH D. GEBHARDT
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036
Tel: (202) 496-0400
Fax: (202) 496-0404
Counsel for Plaintiff

Heather Graham-Oliver
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W. — Civil Division
Washington, DC 20530
Tel: (202) 305-1334
Fax: (202) 514-8780
Counsel for Defendant