UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FELIX J. ESQUIBEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.06-1485 (PLF) |
| | ) | |
| MARIA CINO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR A TWO-DAY ENLARGEMENT OF TIME**

Plaintiff Felix J. Esquibel, by and through undersigned counsel, respectfully requests with Defendant's consent that this Court enlarge the time for Plaintiff to file and serve his Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Dispositive Judgment by two days from June 4, 2008, to June 6, 2008, and likewise enlarge the time for Defendant to respond from June 23, 2008 to June 25, 2008. In support of this Motion, Plaintiff states as follows:

1.   Undersigned counsel Myrrel C. Hendricks, Jr. and attorney Clarissa H. Wu have for the last two weeks been engaged in intensive pretrial preparation for a pretrial conference scheduled for June 18, 2008. In addition to the normal preparation of exhibits, motions in limine, and the pretrial statement, undersigned counsel has had to file three

emergency motions to contend with unanticipated lack of cooperation from opposing counsel in that case.

    2.   Undersigned counsel continues to be responsible for a heavy caseload before this and other Courts and administrative agencies.  In light of the additional burden imposed by pretrial preparations as described above, compounded by lack of cooperation from opposing counsel in that case, undersigned counsel is respectfully requesting two extra days to complete Plaintiff's Opposition and Cross Motion.

    3.   Plaintiff's attorney Clarissa H. Wu has spoken with Defendant's counsel, Heather Graham-Oliver, who has graciously consented to the two-day extension requested in this Motion.

    For all these reasons, Plaintiff's Consent Motion should be GRANTED, the deadline for Plaintiff to file her Opposition and Cross Motion extended to June 6, 2008, and the date for Defendant to file its response extended to June 25, 2008.  A proposed Order accompanies this Motion.

                                    Respectfully submitted,

                                    _____/s/_____
                                    MYRREL C. HENDRICKS, Jr.
                                    (D.C. Bar No. 291781)
                                    CHARLES W. DAY, JR.
                                    (D.C. Bar # 459820)
                                    GEBHARDT & ASSOCIATES, LLP

```
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036
                              Tel: (202) 496-0400
                              Fax: (202) 496-0404

June 4, 2008                  Counsel for Plaintiff
```