UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br> MARIA CINO,                  )<br>                              )<br>        Defendant.            )<br>_____) | Civil Action No.06-1485 (PLF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for a Two-Day Enlargement of Time, and the full record, it is hereby this _____ day of June, 2008, **ORDERED**:

1.  That Plaintiff's Consent Motion is GRANTED;

2.  That Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed on or before June 6, 2008; and

3.  That Defendant's response shall be filed on or before June 25, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE