```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

FELIX J. ESQUIBEL,            )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No.06-1485 (PLF)
                              )
MARIA CINO,                   )
                              )
        Defendant.            )
_____)
```

### ERRATA

Plaintiff Felix J. Esquibel, by and through undersigned counsel, hereby files Plaintiff's Statement of Undisputed Facts, which was omitted from Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment filing on June 6, 2008.

In addition, Plaintiff notes the following errata and changes to the text of Plaintiff's Opposition and Cross Motion:

| | | |
|---|---|---|
| Page 41 | May | June |
| Page 42 | May | June |

A revised copy of the Opposition and Cross Motion showing the above corrections is attached for the convenience of the Court.

                          Respectfully submitted,

                          _____/s/_____
                          MYRREL C. HENDRICKS, Jr.
                          JOSEPH D. GEBHARDT
                          GEBHARDT & ASSOCIATES, LLP
                          1101 17th Street, N.W.
                          Suite 807
                          Washington, DC 20036
                          Tel: (202) 496-0400
                          Fax: (202) 496-0404

June 6, 2008                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Errata and Plaintiff's Statement of Undisputed Facts was served this 6th day of June, 2008, via facsimile and electronic filing through the Court, upon counsel for Defendant as follows:

                Heather Graham-Oliver
                Assistant United States Attorney
                United States Attorney's Office
                555 Fourth Street, N.W. — Civil Division
                Washington, DC 20530
                Tel: (202) 305-1334
                Fax: (202) 514-8780

                          _____/s/_____
                          Myrrel C. Hendricks, Jr.