```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

FELIX J. ESQUIBEL,           )
                             )
        Plaintiff,           )
                             )
   v.                        )   Civil Action No.06-1485 (PLF)
                             )
MARIA CINO,                  )
                             )
        Defendant.           )
                             )
```

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

In compliance with Local Rule 7(m), Plaintiff submits the following facts are not in dispute and that they demonstrate Plaintiff is entitled to summary judgment:

1. Mr. Esquibel is an Operations Supervisor for the Federal Aviation Administration ("FAA").

2. Mr. Esquibel graduated <u>cum laude</u> from Embry-Riddle Aeronautical University with a Bachelor of Science in Professional Aeronautics. <u>See</u> Resume of Felix J. Esquibel, attached hereto as Exhibit 1; <u>see also</u> Esquibel Dep., p. 22, attached hereto as Exhibit 2.

3. Mr. Esquibel also holds a Masters degree in Business Administration ("MBA") with a special emphasis in Organizational Development. <u>Id</u>.

4. Mr. Esquibel has 27 years of aviation related

experience, which includes 18 years with the DOT/FAA.

    5.    Mr. Esquibel started working at the DOT/FAA as a GS-11 Air Traffic Controller in 1988, after serving in the United States Air Force since 1979.

    6.    Mr. Esquibel was subsequently promoted to serve as an Air Traffic Control Specialist at Chicago-Midway Air Traffic Control Tower. During that time, Mr. Esquibel served the DOT/FAA as an EEO counselor for the Chicago Metropolitan Area.

    7.    Mr. Esquibel was promoted to his present position of Operations Supervisor from the position of Air Traffic Controller, GS-12 in 1995. In his current position Mr. Esquibel is responsible for the daily operation of Instrument Flight Rules ("IFR") and VFR air traffic activities within Kalamazoo's delegated airspace.

    8.    Over the past thirteen years, Plaintiff has conducted numerous investigations to ensure strict adherance to quality control standards. Esquibel Dep., p. 20.

    9.    Mr. Esquibel has achieved job-related performance awards, including letters of commendation and exemplary appraisals of performance from the Federal Aviation Administration.

    10.    Mr. Esquibel has earned Organizational Success

Increases and Superior Contribution Increases to his salary as an FAA employee.

11. Mr. Esquibel has extensive business knowledge in the areas of management, quality control, ISO 9000, the Malcolm Baldrige National Quality Award, and all phases of project management.

12. Mr. Esquibel is a member of the Project Management Institute ("PMI"), as well as a Senior Member of the American Society of Quality.  Exh. 1.

13. Mr. Esquibel holds an IRCA certification as a Certified Auditor/Lead Auditor of Quality Systems.  Exh. 1.

14. Mr. Esquibel holds an American Society of Quality ("ASQ") Certification as a Certified Quality Technician.

15. Mr. Esquibel holds an American Society of Quality ("ASQ") Certification as a Certified Quality Manager.

16. During Mr. Esquibel's eight years of active-duty with the U.S. Air Force and 10 years of experience with the U.S. Air Force Reserve ("USAFR"), he was competitively selected to facilitate Leadership Development Programs for the Fourth Air Force.  This work included quality initiatives as outlined by renowned quality experts Crosby, Deming, and Juran.  Exh. 1.

17. Mr. Esquibel became an adjunct professor at Davenport

University in the year 1998.  Exh. 1; Esquibel Dep., p. 23. Davenport University hired Plaintiff to teach a course on "the management and control of quality" based on his educational and professional background in the field of quality management. Esquibel Dep., pp. 23-24.

    18.  Over the past ten years, Mr. Esquibel has taught over 60 courses at Davenport University in the area of production and quality assurance, leadership, business standards and creativity and innovation.  Esquibel Dep., p. 23.

    19.  Mr. Esquibel was retained by the John Henry Corporation to facilitate the corporation's transition to an ISO 9000 system and to aid the corporation in attaining ISO 9000 registration. Esquibel Dep., p. 29.

### Non-Selection

    20.  Mr. Esquibel was applied and was not selected for the position advertised in FAA Vacancy Announcement Number AWA-AIR-04-AT40010-72564, Quality Management System & Standards Specialist.  Exh. 3.

    21.  The official who made the selection was Juanita Young, former Manager of Quality Assurance Specialists in the AIR-220 Division of the Federal Aviation Administration.  Young Dep., p. 4.

22. Mr. Esquibel submitted his application for the position on March 17, 2004. See Exh. 5. Included with his application was his full resume and four additional pages of information addressing the vacancy-specific knowledge, skills, abilities, and other characteristics ("KSAOs").[1]

23. Mr. Esquibel was never contacted for an interview for this position. Esquibel Dep., p. 39.

24. On December 2, 2004, Mr. Esquibel contacted the Agency to inquire about the status of his application. Mr. Esquibel was informed that the Agency had selected another applicant in June 2004. Esquibel Dep., p. 40.

25. On December 16, 2004, Mr. Esquibel made a formal request to the Agency for a "debrief".

26. The Agency failed to debrief Mr. Esquibel and gave no reason for the refusal. Esquibel Dep., pp. 40-41.

27. Mr. Esquibel filed his formal EEO Complaint on January 9, 2005. Esquibel Dep., 43.

28. The selectee for the vacancy was Mr. Michael J. Lightbown (non-Hispanic).

---

[1] Defendant identifies the questions on its vacancy announcement as "KSAOs", which equate to the government-wide questions identified as "KSAs". Both Plaintiff and Defendant use the terms "KSAO" and "KSA" interchangeably in this action.

29. The selectee has an Associate's degree in Aeronautical Science. See Exh. 6.

30. The selectee is not certified as a Quality Technician or Quality Manager by the American Society of Quality — the society that oversees the ISO 9000 Program in the United States. Id.

31. Mr. Esquibel has been employed by the FAA continuously since 1988, giving him 18 years of service as an employee of the Agency. See Exh. 1.

32. The selectee has only been employed by the FAA since 1991. See Exh. 6.

33. Mr. Esquibel repeatedly requested the reasons to support this selection, yet no rationale was provided to him until he filed the instant action. Esquibel Dep., 42.

34. During depositions in the instant action, Defendant articulated for the first time a rationale for its selection. See Exh. 4.

35. Agency officials claimed that Mr. Lightbown was selected because he possessed "hands-on" experience conducting audits and setting up Quality Management Systems. Young Dep., pp. 33, 39, 41-42, 53, 57-58.

36. Defendant hired contractors to establish the Quality Management Systems and perform audits. Young Dep., p. 72.

                                        Respectfully submitted,

                                              /s/
                                      MYRREL C. HENDRICKS, Jr.
                                      JOSEPH D. GEBHARDT
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036
                                      Tel: (202) 496-0400
                                      Fax: (202) 496-0404

June 6, 2008                       Counsel for Plaintiff