```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

FELIX J. ESQUIBEL,            )
                              )
                              )
       Plaintiff,             )
                              )  Civil Action No. 06-1485 (PLF)
    v.                        )
                              )
MARIA CINO,                   )
                              )
       Defendant.             )
_____)

## PLAINTIFF'S MOTION TO FILE ONE DAY OUT OF TIME

Plaintiff Felix J. Esquibel, by and through undersigned counsel, hereby moves this honorable Court to grant a one-day extension of time to file Plaintiff's Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment, and in support of this Motion states as follows:

1.  Pursuant to the Court's Order dated June 5, 2008, Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment was due on June 6, 2008.

2.  While Plaintiff was in the process of finalizing the Opposition and Cross Motion for electronic filing, Plaintiff's counsel experienced a serious malfunction with the firm's only document scanner. As a result, Plaintiff's counsel was unable to create electronic files containing Plaintiff's Opposition and

Cross Motion exhibits. The six aforementioned exhibits have now been successfully created and are attached to the instant Motion.

3. In addition to delaying the filing of exhibits, the scanner malfunction also caused Plaintiff's counsel to file the Opposition and Cross Motion four minutes late. See Docket No. 25. The Court's Electronic Filing System docketed Plaintiff's Opposition and Cross Motion as filed at 12:04 a.m. on June 7, 2008.

4. In the course of numerous attempts to repair the scanner and to find alternative means to create electronic exhibits, Plaintiff's counsel inadvertently omitted the Statement of Material Facts Not In Dispute. Immediately upon discovering the error, Plaintiff filed an Errata containing the Statement of Material Facts Not in Dispute as an attachment. The Court's Electronic Filing System docketed Plaintiff's Errata as filed at 12:56 a.m. on June 7, 2008. See Docket No. 26.

5. Plaintiff's counsel had no way of foreseeing that the scanner would not perform appropriately. Plaintiff's counsel, Myrrel C. Hendricks, Jr., sincerely apologizes for any inconvenience the delays may have caused.

6. Defendant's counsel does not oppose the instant

Motion.

7. Plaintiff makes this Motion in good faith and with no intention of causing undue delay to these proceedings. Wherefore, for the above stated reasons, counsel for the Plainitff requests that this motion be granted and the an appropriate order be entered. A proposed Order is attached.

Respectfully submitted,

<u>/s/ Myrrel C. Hendricks, Jr.</u>
MYRREL C. HENDRICKS, JR.
(D.C. Bar No. 291781
CHARLES W. DAY, JR.
(D.C. Bar No. 459820)

GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

June 9, 2008                    Counsel for Plaintiff