UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, )<br>)<br>　　　Plaintiff, )<br>)<br>　v. )<br>)<br>MARIA CINO, )<br>)<br>　　　Defendant. )<br>_____) | Civil Action No.06-1485 (PLF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to File One Day Out of Time, it is hereby this ____ day of June, 2008,

**ORDERED:**

1.  That Plaintiff's Motion is GRANTED;

2.  That Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment shall be accepted as timely filed.

                                                               _____
                                                               PAUL L. FRIEDMAN
                                                               UNITED STATES DISTRICT JUDGE

Copies To:

2

MYRREL C. HENDRICKS, Jr.
JOSEPH D. GEBHARDT
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036
Tel: (202) 496-0400
Fax: (202) 496-0404
Counsel for Plaintiff

Heather Graham-Oliver
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W. — Civil Division
Washington, DC 20530
Tel: (202) 305-1334
Fax: (202) 514-8780
Counsel for Defendant

2