# EXHIBIT 1

R E S U M E
# RECEIVED
**Felix Joseph Esquibel**

MAR 17 REC'D
BY HUMAN RESOURCE
MANAGEMENT DIVISION

**SSN:** 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
**Citizenship:** USA
**E-mail:** Felix.Esquibel@faa.gov
**Work Phone:** 269 345-6026

**Residence:**
7250 Windhaven Court
Portage, Michigan 49024
**Day Phone:** 269 323-8646

**Objective:** Selection to DOT/FAA Internal Vacancy Announcement AWA-AIR-04-AT40010-72564, QMS & Standards Specialist, FV-301-J located at FAA Washington Headquarters (AIR 230). This selection would culminate I all the education, training and certifications I have attained in the quality management field over the last fifteen years.

## Professional Experience

### Davenport University – Donald W. Maines School of Business

<u>Business & Industry Consultant:</u> Consulted and facilitated Economic Develop Job Training Grant in a local business in areas such as problem-solving, project management, process improvement, statistical process control, and ISO 9001:1994 Standard

<u>Davenport University Adjunct On-ground:</u> Responsible to the Management/Marketing Department for traditional on-ground course instruction and responsible to Davenport's On-line delivery of course material. Teach *Project Management, Quality Control, Leadership, Service Management, Business Standards, Operations & Supply Chain Management, Creativity & Innovation* and *Principles of Management*. Developed instructional designs for Project Management, and Quality Control courses used throughout the Davenport System. Report to Ms. Sally Armstrong (for on-ground delivery) (269 382-2835); Ms. Sherry Rosland (1 800 632-9569) (for on-line delivery). Salary Earned in 2003: $19,728.

**1998 – Present**


EXHIBIT
Young 2
enl 4/20/07

### Federal Aviation Administration (FAA)

Kalamazoo (AZO) Air Traffic Control Tower (AT-2152-GJ; Salary: $89,279)
  <u>Operations Supervisor:</u> Responsible for the daily operation of air traffic activities within Kalamazoo's delegated airspace. Report to Mr. Steven Manifold, Air Traffic Manager (269 345-6026). Reason for leaving: Promotion to achieve objective above.

**1995 – Present**

Chicago-Midway (MDW) Air Traffic Control Tower (GS-2152-12; Salary: $45,279)
  <u>Air Traffic Controller:</u> Responsible for the safe, efficient and smooth flow of air traffic at a Level IV airport. Reported to the Area Supervisor. Served as an EEO Counselor for the Chicago Metropolitan Area. Reason for leaving: Promotion.

**1992 – 1995**

Chicago-DuPage (DPA) Air Traffic Control Tower
  <u>Supervisor Air Traffic Control Specialist:</u> (GS-2152-12; Salary: $37,294)
  Temporary competitive promotion. Received Letter of Commendation for the Air Traffic Manager while serving in this capacity. Reported to the Air Traffic Manager.

**1988 – 1992**

  <u>Air Traffic Controller:</u> (GS-2152-11; Salary $30,887)
Responsible for the safe, efficient and smooth flow of air traffic at a Level II VFR airport. Reported to the Area Supervisor. Served as an EEO Counselor for the Chicago Metropolitan Area. Reason for leaving: Promotion.

### United States Air Force Reserve (USAFR)

NCOIC Base Operations (Chicago-O'Hare ARS) (Master Sergeant, E-7)
  Managed staff and dispatchers of military flight operations maintaining worldwide contingency status. Served as the 928th Operational Support Flight (OSF) First Sergeant working closely with the Commander on personnel issues during the ARS decommissioning as directed by the Base Realignment and Closure Committee.

**1996 – 1997**

Facilitator, Leadership Development Program (4th Air Force) (E-4 thru E-7)
  This was a competitive selection as the 4th Air Force transitioned to apply quality management principles. Facilitated vignettes of role-plays, case scenarios and lectures in areas of gender bias, change, conflict. Taught Xerox's Problem-Solving Model. Symposium culminated with mid-level supervisors presenting steps 1 thru 4 of the model to the Base's Commanders. Often times, the Commanders would empower the group to continue the process thru steps 5 and 6.

**1989 – 1996**

Base Operations Dispatcher: (Chicago-O'Hare ARS) (E-4 thru E-7)
  Prepared and processed military flight plans to support Wing's mission, retrieved and posted World-wide Notam data. Worked various events such as Presidential Visits to Chicago and the Chicago Air & Water Show, and Prisoner Exchanges. Served as the Training NCO.

**1989 - 1995**

# EXHIBIT 2

Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - x
FELIX J. ESQUIBEL,                :
                                  :
            Complainant,:
                                  :
        v.                        : Civil Action
                                  :   No.06-1485 (PLF)
                                  :
                                  :
MARIA CINO,                       :
    U.S. DEPARTMENT OF            :
    TRANSPORTATION,              :
                                  :
            Agency.              :
- - - - - - - - - - - - - x

            Washington, D.C.
            Friday, January 18, 2008

Deposition of
                FELIX J. ESQUIBEL
a witness of lawful age, taken on behalf of the
Complainant in the above-entitled action, before
Sonja Gonzalez, Notary Public in and for the District
of Columbia, at the U.S. Attorney's Office, 501 3rd
Street, N.W., 4th Floor, Washington, D.C.  20530,
commencing at 11:20 a.m.

CONTENTS

                                        PAGE
EXAMINATION BY:

Counsel for the Agency                    4

Counsel for the Complainant               7

Page 2

APPEARANCES:
    On Behalf of the Agency:
    HEATHER GRAHAM-OLIVER, ESQ.
    Assistant U.S. Attorney
    Judiciary Center Building
    555 4th Street, N.W., 10th Floor
    Washington, D.C.  30530
    (202) 305-1334

    RAYMOND A. MARTINEZ, ESQ.
    ANDREA C. NASH, ESQ.
    Federal Aviation Administration
    Office of the Chief Counsel
    600 Independence Avenue, S.W.
    Suite 1035
    Washington, D.C.  20590
    (202) 385-8235

    On Behalf of the Complainant:

    MYRREL C. HENDRICKS, JR.
    CLARISSA H. WU, ESQ.
    Gebhardt & Associates, LLP
    1101 17th Street, N.W.
    Washington, D.C.  20036-4718
    (202) 496-0400

Page 4

1          PROCEEDINGS
2  Whereupon,
3          FELIX J. ESQUIBEL
4  was called as a witness, and having been first duly
5  sworn, was examined and testified as follows:
6
7      EXAMINATION BY COUNSEL FOR THE AGENCY
8      MS. GRAHAM-OLIVER:  Good morning, Mr.
9  Esquibel.
10      THE WITNESS:  Good morning.
11      MS. GRAHAM-OLIVER:  My name is Heather
12  Graham-Oliver.  I'm the Assistant United States
13  Attorney.  I represent the FAA in this case.  I'm
14  going to be asking you a series of questions.  Your
15  attorneys have probably informed you as far as what
16  is going to take place this morning, but I just
17  wanted to let you know that if you don't understand
18  my question or if you find that you can't hear the
19  question that I'm speaking to you, because sometimes
20  I have a tendency to speak low and not loud enough,
21  please let me know so that I can either reframe the
22  question or speak louder.  Is that fair?

2 (Pages 5 to 8)

Page 5

1    THE WITNESS: I understand.
2    MS. GRAHAM-OLIVER: Okay. And are you on
3  any medications where you think that it would be
4  different to understand and respond truthfully to my
5  questions?
6    THE WITNESS: No.
7    BY MS. GRAHAM-OLIVER:
8    Q   All right. Would you state your name for
9  the record.
10   A   Felix Joseph Esquibel.
11   Q   Okay. And you live Kalamazoo, Michigan?
12   A   Michigan, that is correct.
13   Q   Okay. And what is your home address?
14   A   7250 Windhaven -- one word -- Court,
15  Portage, MI 49024.
16   Q   Okay. And just for the benefit of the
17  court reporter, would you spell the street address,
18  please?
19   A   W-i-n-d-h-a-v-e-n.
20   Q   Okay. And are you married?
21   A   Yes.
22   Q   Okay. And what is your wife's name?

Page 6

1    A   Mary Beth -- two words.
2    Q   Okay. All right. I'm going to ask you
3  about your educational background. First of all, you
4  were born in this country. Is that correct?
5    A   That's correct.
6    Q   Okay. And what state were you born in?
7    A   I was born in Colorado.
8    Q   Where in Colorado were you born in?
9    A   In a tiny town called Fruita.
10   Q   And that's close to?
11   A   Grand Junction, Colorado. It's on the
12  Western portion of Colorado.
13   Q   It must be a beautiful little area there.
14  Okay. And did you go to high school there?
15   A   That's correct.
16   Q   Okay. Which high school did you go to?
17   A   Central High School.
18   Q   And when did you graduate?
19   A   1979.
20   Q   And did you go on to college?
21   A   No.
22   Q   Okay. What did you do after high school?

Page 7

1    A   I entered the United States Air Force as an
2  enlisted member.
3    Q   And what did you do for the Air Force?
4    A   I worked on aircraft, C-5s.
5    Q   And what did you do working on aircraft?
6    A   I was an aircraft mechanic.
7    Q   And how long were you an aircraft mechanic?
8    A   Four years.
9    Q   Okay. And after that four years, what did
10  you do?
11   A   I cross-trained in the U.S. Air Force into
12  the air traffic control field.
13   Q   That was an option open to you?
14   A   That's correct.
15   Q   And that training, did you have to go to
16  school for that?
17   A   Which training are you referring to?
18   Q   The air traffic control training you said
19  you cross-trained.
20   A   It was a very intense school.
21   Q   Okay. How long was that?
22   A   Approximately three months if I remember

Page 8

1  correctly.
2    Q   All right. And you had exams, written
3  exams. Is that correct?
4    A   Of course. There was practicals, written
5  examinations and so forth.
6    Q   And afterwards, did you get a
7  certification?
8    A   No. I was assigned to Fairchild Air Force
9  Base as an air traffic control specialist in
10  training.
11   Q   And where is Fairchild?
12   A   It's in Spokane, Washington.
13   Q   All right. And how long were you at the
14  Fairchild Air Force Base?
15   A   I was at Fairchild approximately three-and-
16  a-half -- I believe it was approximately three years.
17   Q   Three years. And you were essentially
18  doing air traffic control work?
19   A   That's correct, for the U.S. military.
20   Q   The Air Force?
21   A   Correct.
22   Q   Is that right? All right. And what

## Page 9

1  essentially was that type -- what did you do as an
2  air traffic controller? Was that your title?
3      A   That was my title. I entered into upgrade
4  training. I became certified as a controller, a 5
5  skill level. Based on my rank, I went into a higher
6  level of management as a 7 level. I transitioned
7  into the training  NCO, responsible for upgrade
8  training for new air traffic ~~controls~~ *controllers* and upgrade
9  training, and --
10     Q   So you actually provided training when you
11 say --
12     A   After I was certified in that facility, I
13 provided on-the-job training individually, and then I
14 became responsible as the training NCO for the new
15 airmen that would enter that facility and their
16 upgrade training.
17     Q   All right. When you say you became
18 responsible for the new airmen, was that -- does that
19 mean that you were a supervisor of some sort? Or did
20 you have a title as the training NCO?
21     A   Training NCO.
22     Q   Okay. Does NCO stand --

## Page 10

1      A   It was basic -- Noncommissioned officer.
2      Q   Officer. All right.
3      A   Enlisted.
4      Q   Okay. All right. And you were going to
5  say that it was basically what?
6      A   It wasn't a watch supervision I was
7  training for that particular job, this was
8  responsible for the four or five developmentals, th
9  airmen that were in upgrade training, to ensure tha
10 their training was progressing, training entries,
11 training jackets, training modules, those types of
12 things.
13     Q   Okay. And this all related to air traffic
14 control?
15     A   Yes.
16     Q   Is that right? And that related to
17 military planes?
18     A   They're majority -- 99 percent was military
19 traffic into Fairchild Air Force Base, correct.
20     Q   I see.
21     A   Occasionally, there was some civilian
22 traffic that entered the Air Force Base.

## Page 11

1      Q   Okay. And how long were you at Fairchild?
2      A   Well, again, I was there approximately
3  three years, believe.
4      Q   Three years? Okay. All right. And then
5  after that, what did you do?
6      A   I took an assignment at Biloxi Air Force
7  Base in Mississippi as an instructor teaching air
8  traffic control principles at the school.
9      Q   And that school was on the Air Force Base?
10     A   At Biloxi Air Force.
11     Q   At Biloxi. Okay. And again it was
12 associated with the U.S. Air Force. Is that correct?
13     A   That's correct.
14     Q   Okay. And how long were you an instructor?
15     A   I was an instructor for approximately two
16 years and four months.
17     Q   And what exactly did you instruct there?
18     A   There were several blocks of instruction,
19 and I was assigned to the static labs teaching
20 application of airport, air traffic principles.
21     Q   Okay. You said something about the static
22 lab. What is that?

## Page 12

1      A   That is a function that did not entail any
2  software. It was a table that represented an airport
3  diagram, runways, taxiways, ramps. We had models
4  that represented different types of aircraft. The
5  room was large enough where we could place on stands
6  models for an aircraft to be in a certainly position.
7  We would move these aircraft statically into a
8  position and the student would have to respond in air
9  traffic language instructions for these particular
10 aircraft that they would eventually be doing in live
11 situations.
12     Q   I see. Okay.
13     A   And as they would make that instruction, it
14 would either be correct or incorrect. We would coach
15 and provide instruction and we would statically move
16 the airplanes for the next control instructions. And
17 we would have scenarios that we would play for these
18 students to learn the application of air traffic
19 principles.
20     Q   I see. After your term at Biloxi, where
21 did you go?
22     A   I did not finish my term. I took an early

**Page 13**

1  exit that was allowed in a program and entered the
2  Federal Aviation Administration in May of 1988 with
3  direct duty assignment at Chicago DuPage Airport.
4      Q  Okay. So at that point you were out of the
5  Air Force?
6      A  Out of active duty. I retained a reserve
7  position at the 928th Operational Support Flight in
8  Chicago O'Hare.
9      Q  And the reserve position also dealt with
10  air traffic control?
11      A  No. It still dealt with air traffic. I
12  went into the base operations and dispatcher section
13  that dealt with flight plan information that our C-
14  130s were filing out of the Chicago O'Hare Airport
15  for training missions, those types of things,
16  ensuring that the pilots had the appropriate notice
17  to airmen's information, that type of thing.
18      Q  I see. Okay. In Chicago, what was your
19  title, your job title?
20      A  In the Air Force Reserve or the FAA?
21      Q  The FAA.
22      A  Air traffic control specialist.

**Page 14**

1      Q  And what were your duties?
2      A  My duties were to apply air traffic rules
3  in separating the aircraft that was utilizing the
4  infrastructure of Chicago DuPage Airport.
5      Q  How long were you at Chicago DuPage?
6      A  Approximately five years.
7      Q  Did you have any promotions from specialist
8  or did you remain in that job title for the five
9  years, or did you do something different?
10      A  I had a temporary promotion to a first line
11  supervisor position.
12      Q  Okay. And when was that?
13      A  It was approximately three years after I
14  arrived, I believe. It was 1991 timeframe.
15      Q  And how many people did you supervise?
16      A  I do not recall at the time.
17      Q  And where did you go after Chicago DuPage?
18      A  Chicago Midway.
19      Q  And that was approximately 1991 that that
20  happened?
21      A  No. That was approximately 1992.
22      Q  And your job title there?

**Page 15**

1      A  Air traffic control specialist.
2      Q  And why did you leave Chicago DuPage?
3      A  Promotion.
4      Q  In what way was it a promotion?
5      A  It was a higher level facility that paid
6  additional wages.
7      Q  And how long were you at Midway?
8      A  Approximately two years.
9      Q  And why did you leave?
10      A  Promotion.
11      Q  What promotion was that?
12      A  A first line supervisor position, Kalamazoo
13  Air Traffic Control Facility.
14      Q  And that was approximately 1994?
15      A  December 1994. Approximately.
16      Q  So when you began at Kalamazoo, you were a
17  supervisor. Is that correct?
18      A  That's correct.
19      Q  First line supervisor?
20      A  Correct.
21      Q  And how many people did you supervise?
22      A  I do not recall the exact assignment of

**Page 16**

1  personnel on my team.
2      Q  Was it more than four people?
3      A  Yes.
4      Q  Was it less -- was it more than ten?
5      A  No.
6      Q  Was it more than five?
7      A  Yes.
8      Q  Okay. So it was approximately between five
9  and ten people?
10      A  Approximately eight or nine.
11      Q  Eight or nine people. Okay. And what was
12  your title?
13      A  Area supervisor.
14      Q  And was this in the area of what?
15      A  Air traffic control.
16      Q  Okay. And as area supervisor, what did you
17  do?
18      A  My responsibilities are the day-to-day
19  application of air traffic separation standards for
20  the airport and airspace.
21      Q  Okay. Could you tell me exactly what that
22  means? You said separation standards for the airport

Page 17

1  and airspace. What does that mean?
2      A   The FAA regulates separation standards for
3  aircraft. In other words, we act, in layman's terms,
4  as a traffic cop, allowing or not allowing an
5  aircraft to be in a specific position at a specific
6  time. We provide an arrival sequence into the
7  airport to ensure that the proper separation is
8  maintained between successive arrivals. We provide
9  radar service to departures, separate them from other
10  aircraft vertically, normally by a thousand feet.
11  There are other occasions that require 2,000 feet.
12  We interface with Chicago Center, Cleveland Center.
13  We also interface with several approach controls that
14  abut our airspace. We provide VFR advisory service
15  which would entail a traffic call.
16      Q   Okay. And are you still in that position
17  today?
18      A   Yes.
19      Q   Okay. And today, how many people do you
20  supervise?
21      A   I believe it is nine.
22      Q   And are these people air traffic

Page 18

1  controllers?
2      A   That is correct. They are air traffic
3  control specialists.
4      Q   In terms of your supervision, what exactly
5  do you have to do with these individuals? Is it
6  regulate their time coming to work? What exactly do
7  you do as a supervisor?
8      A   Well, there are many aspects to my job, but
9  the normal application is the day-to-day operation,
10  ensuring that the positions are staffed, that the
11  available air traffic control specialists that we
12  have on duty, ensuring that the rules and procedures
13  are being adhered to by the air traffic control
14  specialists, that they're applying the rules that
15  they're supposed to do. To do any kind of
16  investigation and quality assurance, should there be
17  a breach in separation. To interface with any
18  customer, any pilot that would call in question that
19  may be actually reviewing voice data that was said or
20  radar data that can be redisplayed on a PC.
21      Q   Okay. Anything else?
22      A   Taking care of any LMR issues, interfacing

Page 19

1  with the union.
2      Q   LL?
3      A   LMR. Labor Management Relations.
4      Q   Okay. Are you part of the union?
5      A   I am not a bargaining unit member. I am a
6  member of management, as a first line supervisor.
7      Q   Okay. All right. In terms of
8  investigation and quality assurance, what is your
9  experience in that area?
10      A   As far as air traffic, or as --
11      Q   Well, let's start with air traffic, and
12  then we'll go on from there.
13      A   All right. My involvement with quality
14  assurance is the initial assessment of the event in
15  question.
16      Q   And so there has to be an event that
17  occurred as --
18      A   Out of the scope that would be normally
19  accepted within the standards of the air traffic
20  control handbook.
21      Q   All right. So, if, for example, if
22  aircrafts were within less than a thousand feet of

Page 20

1  each other, would that be an event?
2      A   That could be a triggering event, and it
3  would have to be determined what type of aircraft and
4  how they were operating within the system.
5      Q   Okay.
6      A   Certain aircraft can be less than a
7  thousand feet.
8      Q   I see.
9      A   A VFR aircraft and an IFR aircraft can be
10  500 feet.
11      Q   Okay. All right. As you have worked on in
12  your position, how many type of investigations have
13  you done in terms of quality assurance as an air
14  traffic controller?
15      A   Many.
16      Q   Okay.
17      A   Hundreds.
18      Q   Okay. All right. Many events occur?
19      A   Absolutely.
20      Q   Okay. All right. And do you have to write
21  up a report?
22      A   Occasionally.

6 (Pages 21 to 24)

---

**Page 21**

1    Q   Okay. All right. Let's talk about -- are
2  those the only -- is that what you were talking about
3  in terms of quality assurance with respect to air
4  traffic controllers?
5    A   The majority would be that type of an
6  investigation. There could be a breach in labor-
7  management relations. There could be a breach in
8  human resource application, an issue where an
9  individual may claim unfair treatment, to ensure that
10  policies and practices were implemented fairly,
11  firmly and objectively.
12    Q   And you would investigate those types of
13  situations as well?
14    A   Initial investigation unless the situation
15  arose to a level where the air traffic manager or
16  someone from the regional office would need to
17  continue the investigation.
18    Q   I see. Okay. In terms of other quality
19  systems, we were putting off that discussion, would
20  you tell me your involvement in other types of
21  quality systems investigations? I can ask you a
22  different question if you want me to.

---

**Page 22**

1    A   Your question is convoluted. I do not
2  understand your question.
3    Q   Okay. Let's go back a little bit. I
4  understand that you have a Master of Business
5  Administration. Is that correct?
6    A   Correct.
7    Q   And that's in organizational development?
8    A   With an emphasis in organizational
9  development. There were core courses that deal
10  specifically with business; accounting, finance,
11  human resource, operations management, those types of
12  things.
13    Q   And you got that degree in 1996. Is that
14  correct?
15    A   That's correct.
16    Q   All right. You also have a Bachelor of
17  Science degree in professional aeronautics, and you
18  accomplished that in 1987?
19    A   I believe that was the timeframe.
20    Q   Okay. You are an adjunct faculty member
21  for Davenport University?
22    A   Correct.

---

**Page 23**

1    Q   Okay. And how -- what do you teach there?
2  Or what do you do?
3    A   As adjunct faculty, I have taught many
4  courses. Since 1998, I have taught over 60 in the
5  area of production and quality assurance, leadership,
6  business standards, creativity and innovation are
7  just a few.
8    Q   How did you get involved with Davenport
9  University, and where is that?
10    A   Davenport University is located in
11  Kalamazoo -- actually, in Grand Rapids, Michigan, and
12  they have extensions throughout Michigan, and I
13  believe Indiana. And I liked school so much that I
14  wanted to still be connected with it, so I applied as
15  an adjunct instructor at Davenport University and was
16  hired to teach the quality control class with the
17  background that I brought.
18    Q   Okay. And when were you hired to teach?
19    A   1988.
20    Q   1988.
21    A   No. I'm sorry. I misspoke. 1998.
22    Q   Okay. And that was the quality control

---

**Page 24**

1  class?
2    A   That was initially. The quality control
3  class, management, I believe at that time the number
4  was 345, it's a 300 level course, and today that is a
5  400 level course, Management 412, the management and
6  control of quality.
7    Q   Okay.
8    A   And I still teach that class.
9    Q   Right. Tell me about the substance of that
10  class? What is that class about?
11    A   That class is about quality management
12  systems from the beginning to the end.
13    Q   As it applies to what?
14    A   Any business organization that wants to
15  implement a quality management program, from the soft
16  skills to the technical skills.
17    Q   Would you give me an example of, for
18  example, the soft skills?
19    A   It is often referred to as the soft skills,
20  but organizational behavior, human resource
21  management, those types of things. Motivation.
22  Leadership. I often say that that's a misnomer

Page 25

1  because that's actually the hardest skill to master,
2  are the people skills.
3      Q  And the technical skills?
4      A  The technical portion of air traffic -- I'm
5  sorry -- of quality management would be process
6  control, Six Sigma, upper control limits, lower
7  control limits, specifications, reliability, process
8  control, metrology.
9      Q  What's metrology?
10     A  Metrology is a body of knowledge that deals
11 with measurement.
12     Q  Measuring what?
13     A  Whatever kind of application that a
14 business produces or serves.  It could be weights.
15 It could be customer complaints.  It could be the
16 tensile strength of metal, the amount of thrust a jet
17 engine produces.  Force.  Hardness, of titanium, for
18 example.
19     Q  Now these quality management systems as
20 they apply to air traffic control, the FAA, does it
21 have a particular application?
22     A  Could you redefine your question, because

Page 26

1  your question is awfully broad.  I could speak to
2  that.  Are you asking about my specific job as a air
3  traffic control specialist, or what job in particular
4  are you asking about in the FAA that these quality
5  management systems apply to?
6      Q  Okay.  I was talking about your being an
7  instructor of this particular course called Quality
8  Management Systems.
9      A  No.  The Management and Control of Quality
10 is the name of the course.
11     Q  Management and Control of Quality.  Okay.
12 And that can apply to any business.  Is that correct?
13     A  That's correct.
14     Q  Okay.
15     A  Profit or nonprofit or governmental.
16     Q  Is there any specific application that you
17 speak to in your instruction as applied to the air
18 systems?  Air traffic control, for example?
19     A  If you're talking about the aviation
20 industry, yes.  If you're talking about air traffic
21 control, there is a different quality assurance
22 system in place.

Page 27

1      Q  Okay.  How does it apply to the aviation
2  business in general?
3      A  There are literally millions of
4  measurements that airline manufacturers have to
5  comply with.  FAA provides oversight as far as bogus
6  parts, those types of issues.  Running an airline,
7  customer complaints.  There is every application of
8  quality management in every job, and it has to be
9  managed.  It cannot be left to happenstance.
10     Q  Okay.  So I'm kind of asking whether or no
11 your course is specific to the aviation industry, or
12 is it --
13     A  No.
14     Q  Okay.  All right.  It can be applied to any
15 business?
16     A  Quality management can be applied to any
17 business.
18     Q  Okay.  Now in terms of your job as an air
19 traffic controller, do you get involved in quality
20 management in the aviation industry?
21     MR. HENDRICKS:  I'm going to object to the
22 question because he's testified he's a supervisor,

Page 28

1  and to the extent your question says he's an air
2  traffic controller, that's not quite right.  He's a
3  supervisory air traffic controller, supervising
4  people.
5      MS. GRAHAM-OLIVER:  Okay.
6      BY MS. GRAHAM-OLIVER:
7      Q  So, as a supervisor air traffic controller,
8  do you get involved in quality management in the
9  aviation industry?
10     A  On a personal level, absolutely.  There are
11 -- there is not a program in the air traffic system
12 that deals with the ISO 9000 or the quality
13 management system as a formal program.  From a
14 personal application, from things that I know and
15 understand through education, I apply those types of
16 initiatives in my daily operation.  I care about
17 customer complaints.  I care about the service that
18 we provide.  I care about the equipment that we use.
19     Q  Okay.  In terms of using the ISO 9000, do
20 you use that as a supervisor now?
21     A  No.
22     Q  Have you used it at any time in your

Page 29

1 career?
2    A    Which career?
3    Q    Which one? Anytime.
4    A    Yes.
5    Q    Okay. And where?
6    A    I was involved with ISO 9000 with the John
7 Henry Corporation when I was called in as a subject
8 matter expert to implement their initial initiative
9 of ISO 9000 certification. I was qualified to do so
10 via my education, not the position I held within the
11 FAA.
12    Q    Mm-hmm. What about your education made you
13 qualified to do so?
14    A    Several aspects. At that particular time,
15 I had amassed about twelve years of educational
16 experience in the quality control field, which ISO
17 9000 is a small part. I had --
18    Q    You said you had amassed twelve years
19 experience in the quality control field. Could you
20 speak on that, please?
21    A    Absolutely. While I was in the Air Force
22 reserve, I was selected competitively to be a member

Page 30

1 of the leadership development program with the 4th
2 Air Force when they were going to implement a quality
3 system that deal with the work of Dr. Deming and Dr.
4 Joseph Juran, and the quality problem process with
5 Xerox Corporation, and problem solving processes,
6 quality tools. I really became absolutely interested
7 in the quality field at that time.
8    Q    And what year was this? 1989
9    A    That was approximately 1999. And that
10 continued on for approximately four to six years,
11 where I would actually go to different Air Force
12 bases and facilitate leadership development program
13 to mid-level noncommissioned officers to improve
14 their processes with the goal of efficiency.
15    Q    Efficiency of what?
16    A    Efficiency of the taxpayers' dollars.
17 Efficiency of processes, of taking away non-value-
18 added processes that do not add to the mission or to
19 the strategic direction that particular unit or
20 business unit was entrusted.
21    Q    And processes in terms of procurements,
22 processes in terms of what?

Page 31

1    A    Work processes. It could be procurement.
2 It could be the input portion. It could be the
3 transformation portion of what that unit or service
4 does, and it could be the output portion. All
5 business, all work is completed through processes.
6    Q    And how does that relate to the ISO 9000
7 system?
8    A    It is a core component. Management is
9 required to identify the key processes germane to
10 quality. I had --
11    Q    Is that what you were doing? Identifying
12 the key processes?
13    A    I was instructing and teaching mid-level
14 NCOs in the LDP program the tools, the processes of
15 quality, and how to implement them. These classes
16 had approximately 25 participants. These
17 participants were broken down into groups, as they
18 were applying the course content, and we were working
19 with each group to help them identify the most
20 important process to make efficient or better or to
21 do away with non-value-added processes.
22    Q    What process was identified?

Page 32

1    A    There were hundreds of processes.
2    Q    You said you were working with --
3    A    For example --
4    Q    -- the group to identify --
5    A    For example --
6    Q    Excuse me. The most important. So I'm
7 wondering if there was a most important one that you
8 can remember.
9    A    There were literally hundreds of
10 improvement presentations. The most important -- the
11 most important one that I probably literally remember
12 would be as simple as a process in the chow line
13 where an individual would take a clear glass and
14 scoop up ice for Coke, Pepsi, whatever, and in that
15 process, the glass actually getting broke, not
16 picking up the broken piece, and the next person in
17 line picking up a piece of glass along with their ice
18 and having a potential issue.
19        Other situations was a C-130 outfit at --
20 in the -- actually in the Fort Walton Beach area,
21 doing training on live fire on a AC-130 gunship and
22 the training process for entry level airmen operating

Page 33

1  the guns, even morale issues, such as providing gym
2  equipment and how that could be facilitated for that
3  base commander to purchase, and in that particular
4  case, it was actually the gunship unit that was able
5  to sell back the brass from spent shells and
6  purchasing gym equipment.
7       Quality is about making people's lives
8  better.
9    Q  And that's what you were doing as a subject
10  matter expert for the John Henry Corporation?
11    A  That's correct.  I was making not only the
12  employees' lives better, but I was making management
13  more efficient for their bottom line.  They were a
14  for-profit company.  The goal there is net income
15  profit.  The goal for governmental services is about
16  efficiency, giving the taxpayer what they deserve.
17    Q  What did the John Henry Corporation -- did
18  they manufacture something?
19    A  Yes.
20    Q  What did they manufacture?
21    A  Over-the-counter drug labels.
22    Q  Over-the-counter drug labels?

Page 34

1    A  Correct.
2    Q  Okay.  All right.  And how long did that
3  job as a subject matter expert with John Henry
4  Corporation last?
5    A  If I recall correctly, approximately three
6  months.
7    Q  Have you been called as a subject matter
8  expert for any other corporations --
9    A  No.
10    Q  -- since then?  Could you tell me about
11  your experience as an auditor?
12    A  Yes.
13    Q  And what is that?
14    A  I've had extensive training as a auditor,
15  lead auditor.  I received a certificate.  It's also
16  in the body of knowledge in the certification as a
17  quality manager.  And it is also in the body of
18  knowledge in the certification I hold as a quality
19  technician.  It is the exact course content in
20  business standards and the management and control of
21  quality.
22    Q  Have you had any duties that -- as a lead

Page 35

1  auditor?
2    A  No.
3    Q  Now in 2004, you applied for a position by
4  the name of Quality -- I believe it was Quality
5  Management Systems and Standard Specialist.  Is that
6  correct?
7    A  Correct.
8    Q  Okay.  How did you learn of this position?
9    A  This vacancy was forwarded to me by the
10  local chapter of the Hispanic coalition of the
11  Federal Aviation Administration.
12    Q  And was it the announcement was forwarded
13  to you?
14    A  That was an announcement that was forwarded
15  to me, yes, via e-mail through the FAA e-mail system.
16    Q  And you decided to apply for that position?
17    A  I was absolutely elated to apply for that
18  position.
19    Q  Tell me about how you went about applying
20  and what happened.
21    A  I felt that the job description in that
22  vacancy was written for me specifically.

Page 36

1    Q  Why was that?
2    A  Because I was a subject matter expert in
3  quality management systems.  I was certified by the
4  very society that oversees ISO 9000 as a quality
5  manager and a quality technician.  I taught at the
6  undergraduate level germane courses that spoke
7  directly to the qualifications and those items in the
8  position description.
9    Q  Okay.  Anything else?
10    A  I've met the cutoff date.  I had an
11  outstanding package.
12    Q  What did your package include?
13    A  It included my 15 years that I had amassed
14  as a quality management expert outside of my normal
15  course of the FAA job that I held.
16    Q  Anything else that your package included?
17    A  It included a very thorough, I believe it
18  was a four-page explanation addressing the knowledge,
19  skills and abilities that the vacancy announcement
20  had called for.  I had the SF-50 that was required.
21  I had copies of my quality management certifications
22  as a quality technician, as a quality manager.  I had

10 (Pages 37 to 40)

Page 37

1  the certificate of auditor, lead auditor course. I
2  had a list of additional classes and courses that I
3  had taken that were germane to that position
4  description, such as theory of constraints, calculus,
5  statistical process control, and attendance to the
6  actual yearly quality conferences. And I also spoke
7  of my commitment to give back to the community as
8  being a volunteer member on Meals on Wheels.
9      Q  Okay. Did it include anything else?
10     A  I'm sure it did, but as we speak today, my
11  name, my address, I don't know how thorough you want
12  me to be.
13     Q  Oh, no. I was speaking of any other
14  documents that you may have submitted that you would
15  consider that a part of your package.
16     A  The package is a matter of record, best of
17  my recollection, I spoke of all of the issues that I
18  can think of --
19     Q  Okay.
20     A  -- but it is a matter of record. I'm sure
21  you have a copy.
22     Q  Okay. All right. You mentioned it

Page 38

1  included your 15 years of being a quality management
2  expert. Is there something that we haven't spoken
3  about today that you need to tell me about in terms
4  of your 15 years of experience?
5      A  Well, perhaps I should clarify. I have not
6  considered myself a quality management expert from 15
7  years prior to 2004. I have amassed an amount of
8  knowledge, skills, abilities, education, experience
9  through those 15 years to be recognized as a quality
10  management expert.
11     Q  All right. And that's what I'm asking.
12  You were talking about amassing experience. Have you
13  not told me of the experience that you have over the
14  past years accumulated, or have we discussed that
15  experience?
16     A  We spoke briefly about the experience that
17  I had at the John Henry Corporation and the ISO 9000,
18  yes.
19     Q  Okay. Is there any other experience then?
20  That's what I'm asking.
21     A  No.
22     Q  Okay. All right. So you sent in your

Page 39

1  application to the FAA?
2      A  Yes.
3      Q  Yes. And did you get a -- did you hear
4  back from the FAA? What happened?
5      A  I believe I received a notice that --
6  actually, yes. I sent my resume and application
7  package via certified mail, and I received the notice
8  in return that that was received by the FAA. I do
9  not believe I received any other correspondence that
10  that application was received.
11     Q  Okay.
12     A  Other than my own personal commitment to
13  ensure that that package was sent via certified U.S.
14  mail.
15     Q  Okay. Did the FAA inform you at any point
16  in time about the status of your application?
17     A  No.
18     Q  How did you learn, then, that you were not
19  -- did they inform you -- strike that. Did the FAA
20  inform you that you were not selected for the
21  position?
22     A  Eventually, after I called.

Page 40

1      Q  And who did you call?
2      A  In December of 2004, I had no word as the
3  disposition of this announcement, and I believe I
4  called either Alfredo Terrell or Maria Pugh, perhaps,
5  to ask about the status of that vacancy announcement.
6      Q  Why did you call either of these people,
7  Alfredo Terrell or Maria Pugh?
8      A  I believe that was the point of contact on
9  the vacancy announcement.
10     Q  Okay. And when you made the phone call,
11  what happened? Did they return the phone call, or
12  did you speak to one of these people?
13     A  I don't recall specifically if they had to
14  return my call. I do recall specifically that the
15  person that I contacted said that there was a
16  selection made in June of 2004, and it was obvious to
17  me at that time that I was not the selectee.
18     Q  Okay. Once you learned that you were not
19  the selectee, what did you do?
20     A  I was very distraught, because I considered
21  myself and others consider me as a quality management
22  expert, and I wanted to get a debrief from the

## Page 41

1  selecting official about how I could improve my
2  resume for future positions.
3      Q  And how did you go about trying to get a
4  debrief?  What did you do?
5      A  I contacted the Certification Branch,
6  attempted to contact the selecting official, who I
7  found out to be Ms. Juanita Young.  She was not
8  available.  I tried to contact the acting manager.  I
9  believe his name was Mr. Verdette or Furdette.  He
10 told me that he had no part in the selection process
11 and the underlying message that he had no intention
12 of providing any information.
13      I asked for the next level of supervision,
14 and continued up the chain of command.  It was
15 finally given back to Mr. James Seipel.  I contacted
16 Mr. Seipel via telephone, told him of the situation
17 and asked him that I would like to have a debrief.
18      He said that he would be more than happy,
19 and that I had some questions about my application.
20 He said that he would be more than happy to answer or
21 to respond and for me to put those questions in an e-
22 mail.  I had done so.  It is a matter of record in my

## Page 42

1  EEO complainant.
2      And after that, I have not heard a single
3  word about my debrief, about why I was not selected,
4  about what I could do to improve my resume to even be
5  considered for such a job.      At that particular
6  time, I started getting very suspicious in that the
7  selection process was tainted, and that no matter
8  what kind of qualifications I would have brought to
9  that job, I was not going to get selected.
10     Q  What was the basis of your suspicion?
11     A  The utter silence and stonewalling to get
12 any answers or any questions answered about what I
13 need to do to improve my position, to improve my
14 resume, what more did I need.
15     Q  And in terms of this conversation with Mr.
16 Seipel, approximately when did that occur, if you can
17 recall?
18     A  I recall that happening approximately the
19 third week of December 2004.  Again, that is a matter
20 of record.  I have exact copies of the e-mail that I
21 had sent back and forth to Mr. Seipel.  Mr. Seipel
22 sent me an e-mail back saying that he received my e-

## Page 43

1  mail and my attachments of questions that needed --
2  that I would like to have answered, and I haven't
3  heard a single thing since, and it has been
4  approximately three years now.
5      Q  Okay.  Did you send any correspondence to
6  anyone else?
7      A  After that point, I also contacted the
8  National Intake Center and initiated an informal EEO
9  complainant.  Approximately two weeks after that, I
10 believe it was December, the latter part of December,
11 finally the EEO counselor contacted me.  I had told
12 her that I had initiated conversations with Mr.
13 Seipel, and she eventually told me that I was to have
14 no more conversation with Mr. Seipel.
15     Q  Did she say why?
16     A  No.  However — well, actually, I believe
17 she did.  She said that was her job.
18     Q  Okay.
19     A  And Mr. Seipel never tried to contact me
20 again.
21     Q  Okay.  Now in terms of -- I've asked you
22 this in terms of the basis of your suspicions, and

## Page 44

1  you said the silence and the stonewalling.  Was there
2  any other factor that would go into your suspicions
3  that the selection process was tainted?
4      A  Yes.
5      Q  And what is that?
6      A  The general culture of the FAA of Hispanic
7  representation in upper level management positions,
8  at the I band, the J band, the SES band.
9      Q  Okay.  Please explain what that general
10 culture, what you're referring to by the general
11 culture.
12     A  The conspicuous absence of Hispanic
13 employees in the I band, K band, the SES positions.
14     Q  I take it that the position that you were
15 applying for would have been in either the I band or
16 the A band?
17     A  No, the J band.
18     Q  The J band.
19     A  It was a professional 301 position located
20 in Washington, D.C. headquarters.  It would have been
21 a pivotal career move and in exactly the area of
22 expertise that I was trying to hone that I never,

12 (Pages 45 to 48)

Page 45

1   ever expected the FAA to enter into.
2       Q   I'm sorry. I didn't understand that
3   comment. You never, ever expected the FAA to enter
4   into what?
5       A   ISO 9000 certification or the
6   implementation of ISO 9000.
7       Q   Oh, you didn't expect the FAA to enter into
8   that?
9       A   Correct.
10      Q   But they have?
11      A   They are trying to transition the aircraft
12  certification into ISO 9000, and that is the
13  information that Alfredo Terrell gave me in March of
14  2004 when I called and asked about that job. She
15  told me specifically that it was a new job, that the
16  FAA was transitioning into the ISO 9000
17  certification.
18      Q   Okay. This general culture that we were
19  talking about, could you explain that? You said that
20  that means the conspicuous absence of Hispanic
21  employees. Is there anything else that pertains to
22  this general culture?

Page 46

1       A   My personal experience of being subjected
2   to what I consider the improper treatment.
3       Q   Okay. Now what is your personal
4   experience?
5       A   When I was promoted from Chicago Midway to
6   Kalamazoo, Michigan as a first line supervisor, I was
7   treated differently because I was the minority
8   selection.
9       Q   What do you mean, you were treated
10  differently?
11      A   I was treated differently by the employees.
12  My name preceded me -- Felix Esquibel -- hmm. It
13  was very difficult for me to do my job, but I have
14  done my job.
15      Q   Okay. You were treated differently by the
16  employees. And you said that your name preceded you.
17  Were there any other comments by the employees?
18      A   Yes.
19      Q   Could you go further into what you mean by
20  you were treated differently by the employees?
21      A   When an employee asked me what nationality
22  Esquibel was, and I understand from my parents that

Page 47

1   our heritage is from the northern part of Spain and
2   the Basque area, I had told that employee that it was
3   Portuguese. The employee's comment was, hmm, sound
4   like a fancy name for a Mexican. I happen to drive
5   an older Porsche 911, and it is the "Porschguese"
6   911.
7       Q   What do you mean by that? Somebody said
8   that to you?
9       A   Yes.
10      Q   Who was that that said that to you?
11      A   An employee, basically. And that is the
12  type of culture that you had asked about. I had told
13  you about personal experiences.
14      Q   Where did that happen? That happened in
15  Chicago?
16      A   No. That happened at Kalamazoo, Michigan.
17      Q   Okay.
18      A   Also experiences with other vacancies that
19  I have applied for.
20      Q   Okay. And what were those experiences, and
21  when?
22      MR. HENDRICKS: Which question do you want

Page 48

1   him to answer, the what or the when?
2       MS. GRAHAM-OLIVER: He said also
3   experiences
4   --
5       MR. HENDRICKS: It's a compound question.
6       MS. GRAHAM-OLIVER: Oh. Oh, yes.
7       MR. HENDRICKS: So if you could just take
8   it one at a time.
9       MS. GRAHAM-OLIVER: What. I'd say what.
10      THE WITNESS: While at Kalamazoo, Michigan,
11  the air traffic manager retired. I was a first line
12  supervisor. The next normal progression was an air
13  traffic manager position. That vacancy came out. I
14  applied for that vacancy, and it was canceled. It
15  was re-bid. I applied for that vacancy. That
16  vacancy was canceled. That vacancy came out again.
17  I applied for that position. That vacancy was
18  canceled. When I asked the selecting official why,
19  he responded that he wanted to have a broader
20  applicant pool. That vacancy was bid again,
21  unbeknownst to me. I did not put in for that
22  vacancy. That vacancy closed. When I applied and

Page 49

1   asked the acting manager at that particular time, who
2   was a white male, the selecting official at that time
3   was white male, the previous manager was a white
4   male, who was involved with the -- all of the issues
5   that I had to deal with as a minority selection as I
6   entered that facility as a first-line supervisor.
7          After the closing, I had gone to the acting
8   manager with my resume, my application package. He
9   would not accept my application package because I was
10  in competition with him. However, we had a temporary
11  supervisor position available prior to that. And one
12  of the controllers missed the closing date within a
13  seven-day period, and he accepted her application.
14         When it was my turn, he would not accept my
15  application because it was after the closing date.
16  Now his rationale for accepting the previous
17  application was because it was within the seven-day
18  mailing period that it would arrive to the FAA. He
19  would not explain to me why he would not accept my
20  application. However, my gut feeling was because I
21  was his direct competition. The selecting official
22  who put out the bid, canceled the bid, put the out the

Page 50

1   bid, canceled the bid, put out the bid, canceled the
2   bid, I think purposely could not justify not
3   selecting me. I had a master's degree at the time.
4   I was teaching at the undergraduate level. I had
5   three FAA facilities behind me. I was an
6   unbelievable candidate.
7      Q   And that position was for?
8      A   The air traffic manager position. I'm
9   speaking about experiences --
10     Q   Mm-hmm. Mm-hmm. And what year was this?
11     A   -- that I have had about the culture. I
12  don't remember correctly, but I'm sure that that's
13  all a matter of record, that --
14     Q   Meaning?
15     A   Meaning that those vacancy announcements
16  that were put out, canceled, put out, canceled has to
17  be in the FAA archives somewhere, along with my
18  application packages.
19     Q   Was it in the 2000s, or was it late 1990s?
20  Because I'm sure vacancy announcements --
21     A   I believe --
22     Q   -- are only kept for a certain period of

Page 51

1   time.
2      A   Well, I believe that was in the 1998
3   timeframe. However, from what I understand, the FAA
4   is mandated not to get rid of any documents.
5   However, you're asking me about my own personal
6   experiences.
7      Q   Yes. That's right.
8      A   And this is absolutely true.
9      Q   Who was the selecting official in --
10     A   The selecting official happens to be the
11  mentor for the person that was selected.
12     Q   What was that person's name?
13     A   John Converse, C-o-n-v-e-r-s-e.
14     Q   And he --
15     A   He was the selecting official. He is the
16  one that put out the bid, canceled the bid, so forth.
17  His mentee was selected who was also the acting
18  manager at that time, which was a noncompetitive
19  promotion for him.
20     Q   And what was his name?
21     A   His name is and still is Stephen A.
22  Manifold.

Page 52

1      Q   Okay. Is he your supervisor?
2      A   Yes.
3      Q   I see. Okay. And how long has he been
4   your supervisor?
5      A   Approximately 11 years.
6      Q   And he became your supervisor as a result
7   of the vacancy announcement that we're speaking of?
8      A   Yes, ma'am.
9      Q   Okay. Did you file any complainants as a
10  result of that activity?
11     A   No. I was very disgruntled, and after just
12  coming into a facility with the stigma of the
13  minority selection, I didn't want to have anything to
14  do with it.
15     Q   Okay.
16     A   I set my sights on reinventing myself to
17  become a quality manager as I retire from the FAA.
18  And as this quality management standard position came
19  out, I was absolutely elated, because that's exactly
20  the focus and direction that I wanted my career to go
21  in.
22     Q   All right.

14 (Pages 53 to 56)

Page 53

1    A   And I thought that the culture would be
2  different in Washington.
3    Q   Okay. Is there anything else that you
4  would like to tell me about the culture, your
5  personal experience?
6    A   Not that I can think of right now.
7    Q   Okay. When you say that you had said that
8  you were the, quote, "minority hire," I guess that
9  was as the supervisor, air traffic control
10  supervisor?
11    A   At Kalamazoo, Michigan.
12    Q   At Kalamazoo, Michigan. Is that the
13  perception of the people in the office, that they had
14  that perception?
15    A   Yes.
16    Q   And that's because of your last name? Is
17  that --
18    MS. WU: I'm going to object, because it
19  calls for speculation.
20    BY MS. GRAHAM-OLIVER:
21    Q   Do you know why they had that perception?
22    A   I don't.

Page 54

1    Q   Okay. You stated a comment that they asked
2  you about your last name and the origins of your last
3  name, and then a statement was made that it sounds --
4  that you gave them the origin of your last name, but
5  a statement was made by an employee. Was that a
6  supervisor?
7    A   No.
8    Q   Okay.
9    A   That was an operator, and that statement
10  was relayed several times in the facility. The air
11  traffic manager was in the control tower and
12  literally belly laughed when that story was told.
13    Q   And who was that manager?
14    A   Steven A. Manifold.
15    Q   Okay.
16    A   And then he realized how upset I was about
17  it, and then he became aghast. That's what he said.
18  He was aghast.
19    Q   At the fact that you were upset?
20    A   No. That someone would have the gall to
21  say that.
22    Q   I see.

Page 55

1    A   However, his actions initially was a belly
2  laugh.
3    Q   Okay. Do you consider yourself to be
4  Hispanic?
5    A   I am Hispanic.
6    Q   Okay. And why do you consider yourself to
7  be Hispanic?
8    A   Because I am. I don't understand your
9  question. What do you mean?
10    Q   What do you mean, you are? I don't
11  understand.
12    A   I am Hispanic.
13    Q   Because?
14    A   Because that's how I was born. That's who
15  my parents are.
16    Q   Okay. And where are your parents from?
17    A   My parents are from New Mexico. And from
18  what I understand, their heritage, again, was from
19  Spain and Portugal. My parents were migrant workers.
20    Q   Okay. All right. I have to ask you these
21  questions, because you have a complainant, and it's
22  based upon national origin. So that's why I'm asking

Page 56

1  these questions, okay?
2    Have you had any other problems with your
3  immediate supervisor?
4    A   Yes.
5    Q   What are those?
6    A   He and I have a absolute unbelievable
7  difference of opinion and philosophical difference of
8  providing the management functions at Kalamazoo A
9  Traffic Control facility.
10    Q   If you can explain that further.
11    A   He does not support me or has not supported
12  me in managerial decisions that I had been involved
13  with with both the labor union and the employees.
14    Case in point. One individual on my team -
15  - I am her direct supervisor -- left the facility
16  without signing out for vacation, annual leave, sick
17  leave. Didn't tell anyone she was leaving. She left
18  approximately three or four hours before the end of
19  her shift, did not sign out. I was on my regular
20  RDOs at this particular time.
21    The air traffic manager talked to that
22  individual. He also talked to the local union

Page 57

1  steward, who he was buddies with. The air traffic
2  manager allowed the union to take care of the
3  situation. The union steward and the alternate
4  discussed that situation with the employee and
5  miraculously, that employee then submitted a vacation
6  request that was approved.
7       I was never brought in. I was never told.
8  I was never allowed basically to question that
9  employee's reasoning, because that employee would
10  basically spill the beans, so to say, that all the
11  other shenanigans that was going on with the
12  employees at the time, okay. That has occurred
13  several times.
14      In the course of my duties as a supervisor,
15  I had one employee who was also the union steward,
16  who was also buddy-buddy with the air traffic
17  manager, take a local FAM trip on -- well, it wasn't
18  a local FAM trip. It was a familiarization trip on a
19  airline to the New Orleans area as training. So this
20  air traffic controller could submit paperwork to ride
21  in the cockpit of an airplane to any various
22  locations that airlines fly to, as a training day.

Page 58

1  They could take vacation time at the end of the three
2  or four or five days of vacation. They can then do a
3  return trip on this same airline to assess how our
4  air traffic facilitates -- facilities work with the
5  airlines and so forth.
6       That policy manual stated that those
7  employees are required to submit their paperwork,
8  their completed familiarization paperwork, within a
9  week. This employee under my tutelage took more than
10  a week. I reminded him. And now it was two weeks.
11  The regulations require that there are no changes to
12  be made to that program, since it's an Inspector
13  General item, because it's open for rampant abuse.
14      When I brought this to this individual's
15  attention, he became very irate.
16  Q   Whose attention did you --
17  A   The individual who was late in responding
18  to his FAM trip report by a week.
19  Q   And who was that?
20  A   A person under my tutelage, okay. One of
21  my employees.
22  Q   Okay.

Page 59

1  A   However, when I also wrote a letter to the
2  air traffic manager about the situation, the air
3  traffic manager changed the publication to allow a
4  one-week extension one time. However, the IG
5  specifically has said that no changes can be
6  implemented to that order.
7  Q   And this is the same Michael?
8  A   No. Steven A. Manifold.
9  Q   Steven Manifold.
10  A   Exactly.
11  Q   Okay. That's the air traffic manager?
12  A   Correct. This is the person that was
13  selected, so forth, so. Now this -- you're asking
14  about experiences, and I did not file a complaint on
15  that. However, when you talk about my experiences in
16  the culture, this is germane to me.
17  Q   I see. I see. So, you have not filed any
18  complaints on these issues that you're bringing up?
19  A   I have had direct conversations with the
20  differences in opinion on how the management team is
21  perceived in that facility with Mr. Manifold.
22      Another case in point was when an

Page 60

1  individual with less than 20 years, approximately
2  six, I believe, resigned from the FAA, and this same
3  air traffic manager allowed this person to use all of
4  her sick leave balance, which was approximately 160
5  hours, in conjunction with her resignation, that's
6  literally giving her either a wedding package,
7  severance pay, or whatever.
8       When that was brought to his attention by
9  one of my peer support specialist --
10  Q   Are we talking about Mr. Manifold again?
11  A   Yes.
12  Q   Okay.
13  A   And the peer support specialist is Hollis
14  Locke, L-o-c-k-e, who also did not agree with his
15  managerial styles. He brought that up to Mr.
16  Manifold, and Mr. Manifold said, who am I to
17  question? Sick leave is not an entitlement or a
18  benefit. It is not up to him to give her a severance
19  package or a wedding gift.
20  Q   So you didn't --
21  A   And those are the kinds of philosophical
22  differences that Mr. Manifold and I have.

16 (Pages 61 to 64)

Page 61

1    Q    Okay. Obviously, you don't agree with his
2    — the way he's handled certain situations.
3    A    I would classify Mr. Manifold as a liar, a
4    cheat and a thief.
5    Q    Okay. And that's because —
6    A    And that is against —
7    Q    — of the way he has handled certain
8    situations?
9    A    Absolutely. And that's what ISO 9000 is
10   about. It is a management directive to manage.
11   Again, for governmental businesses, it's about
12   efficiency. It's about giving the taxpayers what
13   they deserve. I was ready, willing and implement —
14   ready, willing and able to implement this quality
15   management standard in the aircraft certification
16   branch. And it doesn't start from auditing, okay.
17   Auditing is a tiny, tiny little component of ISO
18   9000. And anyone who knows anything about ISO 9000,
19   you do not start that program by auditing. You have
20   to develop the program to begin with. I could have
21   done that.
22   Q    Okay. Do you believe that James Seipel

Page 62

1    discriminated against you based upon your national
2    origin?
3    A    Yes.
4    Q    And why is that?
5    A    Because he is part of the culture that will
6    not allow Hispanics to advance beyond a certain level
7    in the FAA.
8    Q    Do you have any information about how many
9    Hispanics applied for positions, upper level
10   management positions, within the FAA?
11   A    I asked for that information and it was
12   never given to me.
13   Q    Ms. Young, Juanita Young, do you have — do
14   you believe that Ms. Juanita Young discriminated
15   against you because of your national origin?
16   A    Yes.
17   Q    And why is that?
18   A    Because she, I find out later through her
19   deposition, didn't even know what MD-715 was, did not
20   understand what Executive Order to increase Hispanic
21   representation in the government was about.
22   Apparently did not have any training. I didn't even

Page 63

1    make the interview panel with my unbelievably,
2    observably superior qualifications speaks directly to
3    malfeasance, incompetence. And I don't understand
4    it.
5    Q    Well, it —process
6    A    I'm still looking for answers, to be honest
7    with you.
8    Q    All right. But in terms of discrimination,
9    what is it about that process and about what Ms.
10   Young did that you believe was discriminatory against
11   you?
12       MR. HENDRICKS: I'm going to object to that
13   question as asked and answered, and to the basis that
14   it expects this witness to have knowledge of the
15   McDonnell Douglas standards and state a legal
16   conclusion. He's not a lawyer. He's already
17   testified that he didn't get the job despite his
18   observably superior qualifications, and that's the
19   answer that, you know, you're stuck with, unless you
20   have a different question to ask him.
21       BY MS. GRAHAM-OLIVER:
22   Q    Do you have any other, other than your

Page 64

1    qualifications, any other reason that Ms. Young may
2    have discriminated against you?
3    A    Yes.
4    Q    What's that?
5    A    She has been unable to articulate why I was
6    not selected. She has utterly remained silent this
7    entire time for any kind of debrief. No one in the
8    FAA has told me what I could do to improve my
9    position, to be considered for this type of job. It
10   is my contention that I am purposely being denied
11   this opportunity because it is a pivotal career move,
12   and not only would I have been able to excel and be
13   recognized as a subject matter expert in ISO 9000, I
14   would have had detail opportunities available to
15   again increase my career potential, and I could have
16   easily been promoted beyond this stepping stone as a
17   quality management standard person. I could have
18   become a division manager, a branch manager, a vice
19   president, a senior executive service.
20       MS. WU: Heather? I'm sorry. Can we go
21   off the record for a minute?
22       MS. GRAHAM-OLIVER: Yes.

Page 65

1    (A brief recess was taken.)
2    MS. GRAHAM-OLIVER: Okay. Back on the
3  record.
4    BY MS. GRAHAM-OLIVER:
5    Q   Mr. Esquibel, do you have any experience in
6  the area of establishing a quality management system?
7    A   Yes.
8    Q   And what experience is that?
9    A   The John Henry Corporation and the work
10  that I did with them.
11    Q   Okay. Do you have any other experience in
12  the area of setting up a quality management system?
13    A   Yes.
14    Q   What is that?
15    A   All the courses that I teach at the
16  undergraduate level.
17    Q   Okay.
18    A   So these students are actually in the
19  quality field. Many of them are coming in for
20  guidance, direction, studying to become certified as
21  a quality technician, quality manager, those types of
22  things. That's their aspirations.

Page 66

1    Q   Okay. Do you have any hands-on experience
2  in the area of setting up, monitoring, or auditing a
3  quality management system? And I can break that up.
4  Do you have any hands-on experience in setting up --
5  strike that. Do you have any hands-on experience in
6  monitoring and/or auditing a quality management
7  system?
8    MR. HENDRICKS: Objection. It's a compound
9  question, but you can answer it if you understand it.
10    BY MS. GRAHAM-OLIVER:
11    Q   Do you have any experience in monitoring a
12  quality management system?
13    A   Yes.
14    Q   And what experience is that?
15    A   I worked with Parker Hannifin, the quality
16  manager there. He kind of adopted one of our
17  classes, and he allowed us an uncontrolled document
18  called the Quality Manual, and we worked with them to
19  -- for the students to understand what's entailed in
20  a quality manual and how quality is implemented at
21  Parker Hannifin.
22    Q   And this was in the academic setting?

Page 67

1    A   Yes.
2    Q   Okay. Did you work for Parker Hannifin?
3    A   No.
4    Q   Okay. I'm sorry. Parker Hannifin gave you
5  a manual?
6    A   Mr. Michael Dollar, he was the quality
7  manager at one of the Parker Hannifin plants in the
8  local area, and, yes, he allowed the class, the
9  quality control class, to get a real world
10  observation of how to implement quality -- what the
11  quality manual consists of and how their workers
12  monitor the ISO 9000, the quality management system.
13    Q   Okay. Did the class actually go to the
14  plant --
15    A   Oh, absolutely.
16    Q   -- to see how the workers monitored the
17  quality management system?
18    A   We sure did.
19    Q   Okay. And in terms -- do you have any
20  experience in the area of auditing a quality
21  management system?
22    A   Not directly, no.

Page 68

1    Q   Okay. And would you say you have indirect
2  experience?
3    A   Yes.
4    Q   And what is that?
5    A   Teaching the business standards class was
6  exactly about auditing to the ISO 9000 level,
7  surveillance audits and so forth. And I was -- had
8  the certificate for the auditor, lead auditor that
9  was by a -- from a registration accreditation board,
10  RAB. Those are people that actually would certify a
11  company in ISO 9000.
12    So those companies -- this aircraft
13  certification branch would hire a RAB certified
14  auditor to come in to audit their program to become
15  ISO 9000 certified. Those companies also provide
16  training and consultation. And when they do so,
17  they're unable to provide the certification, because
18  that would be a conflict of interest. You cannot
19  consult and give training and then also provide the
20  certification. So they do one or the other for one
21  company but not both.
22    Q   And do you have --

18  (Pages 69 to 72)

Page 69

1    A   Training from a RAB-certified provider.
2    Q   And a certification?
3    A   No.  A certificate.  I have certifications
4  from the American Society of Quality as a quality
5  manager and a quality technician.
6    Q   I see.
7    A   Which entails the entire body of auditing.
8  That is a higher level of certification than a
9  quality auditor.
10    Q   And as such, have you been employed in that
11  area?
12    A   No.  I was denied that opportunity.
13    Q   How were you denied that opportunity?
14    A   Through this vacancy announcement.
15    Q   I see.  Do you agree that experience in the
16  areas of establishing, monitoring and auditing a
17  quality management system would be important for the
18  job that we are talking about today?
19    A   Knowledge is more important than
20  experience.
21    Q   You would say -- that is your opinion?
22    A   No.  That was said by Dr. Deming.

Page 70

1  Knowledge is more important than experience.
2    Q   And why is that?
3    A   Experience alone only describes.  Knowledge
4  creates breakthrough advances, helps man understand
5  the world that we live in.
6    Q   Who is Dr. Deming?
7    A   Dr. Deming is a management guru who
8  provided consulting services to Japan during the
9  reconstruction effort after World War II.  The
10  Japanese have a Deming prize that is highly coveted.
11  Dr. Deming taught them about statistical process
12  control -- and I say them, the Japanese -- during the
13  reconstruction about statistical process control,
14  about quality.  And you basically see the level that
15  the Japanese have taken all of their quality
16  management programs.  That was all implemented by Dr.
17  Deming, along with the work of Walter Shewhart and
18  Joseph Juran.
19    Q   What is Dr. Deming's first name?
20    A   Edwards.  He's dead, by the way.
21    Q   Is it your position that you should have
22  been hired for this quality management specialist

Page 71

1  position because you're Hispanic?
2    A   No.
3    Q   Do you know anything about any of the other
4  candidates that applied for the position?  I should
5  ask whether or not you knew at the time that you
6  applied.
7    A   No.
8    Q   Okay.  Since this litigation has come
9  about, I take it that you have learned about the
10  qualifications of the person who was selected, Mr.
11  Lightbrown?
12    A   Yes.
13    Q   Okay.  Is it your position that Mr.
14  Lightbrown is not qualified for the position?
15    A   I cannot speak of Mr. Lightbrown's
16  qualifications.  I can speak to my qualifications,
17  but unfortunately, I can't speak to Mr. Lightbrown's
18  qualifications.
19    Q   Were any performance actions brought
20  against you?
21    A   I don't understand your question.
22    Q   For example, have any complaints been

Page 72

1  brought against you by your supervisor?
2    A   No.
3    Q   Have any complaints been brought against
4  you by any of your employees, the people that you
5  supervise?
6    A   Formal complaints, or the random rambling
7  of some of the controllers?  I don't understand.
8    Q   Well, let me ask you.  Are there any formal
9  complaints?
10    A   No.
11    Q   Okay.  Have any one of them made complaints
12  about you -- informal complaints to Mr. Manifold?
13       MR. HENDRICKS:  Objection as to relevance,
14  but you can answer the question.
15       MS. GRAHAM-OLIVER:  If you know.
16       THE WITNESS:  Yes.
17       BY MS. GRAHAM-OLIVER:
18    Q   Okay.  And what were they?
19    A   That I was treating them unfairly.  That I
20  was placing them in the control tower too many days
21  in a row.
22    Q   And when were those complaints brought?

Page 73

1    A   Oh, I don't know.  Those were years ago.
2    Those were frivolous complaints.  I do recall one
3    time a complaint that an individual brought up.  This
4    was almost a formal complaint, but the complaint was
5    that I was wearing my cowboy boots to work, and that
6    individual was offended because cowboy boots were
7    used to stomp out the Indians.
8        Q   Okay.  Do you know of any other complaints?
9        A   Not that I'm aware of, no.
10       Q   Have you applied for any other positions at
11   headquarters since this one?
12       A   No.
13           MS. GRAHAM-OLIVER:  Can we go off the
14   record for a minute?
15           (A brief recess was taken.)
16           BY MS. GRAHAM-OLIVER:
17       Q   Were there any disciplinary actions that
18   were taken against you?
19       A   Yes.
20       Q   And what were those?
21       A   I received a letter of reprimand at one
22   time.  And other than that, there has never been any

Page 74

1    other disciplinary infraction.
2        Q   And who sent you the letter of reprimand?
3        A   I believe it was the air traffic manager,
4    Dennis Root, at the time, I believe.  Yes, that's who
5    it was.
6        Q   Okay.  And what was that for?
7        A   Nonreporting of an operational error that I
8    was involved with.
9        Q   Of an operational what?
10       A   Error.
11       Q   What is that?
12       A   That's the loss of required separation.
13       Q   Meaning in layman's terms?
14       A   Two airplanes got a little bit closer than
15   what they were supposed to get.
16       Q   And what happened with respect to that
17   letter?
18       A   I was given a letter of reprimand.
19   According to agency regulations, after one year if
20   there's no other infraction, the person that gave you
21   that letter of reprimand can submit a letter to have
22   that letter removed from your file.  There was no

Page 75

1    other infraction or any other situation after a year,
2    and I asked the new air traffic manager at that time,
3    Steven A. Manifold, if he would be willing to write a
4    letter to remove that, and he basically did not, and
5    I became disgruntled, and it really didn't mean
6    anything to me at that time.  And I think it was
7    approximately six months later, he told me that he
8    finally wrote the letter to have it removed from my
9    official personnel file, but it has not had any
10   impact on my career, and that's all.
11       Q   Okay.  The letter has not?  Has not had any
12   impact on your career.  Is that what you're saying?
13       A   Correct.
14       Q   Okay.  All right.  Moving on to issues of I
15   guess damages.  We call them damages.  Have you seen
16   any medical practitioners concerning any complaints
17   that you've had arising out of what happened when you
18   were not selected?
19       A   I have been very disgruntled.  There was a
20   time that I was sleeping maybe one or two hours a
21   night because this was on my mind and I was very
22   upset.  I did have a situation which I had thought I

Page 76

1    had either a spastic bowel or some -- some indication
2    like that.  I had a colonoscopy, and it all came back
3    basically clean and no complications, but I had to
4    force myself not to become depressed or have any kind
5    of disposition with myself that would jeopardize my
6    Class 2 flight medical, so that I could do my job.
7    My job is very important to me.
8        Q   Okay.  So you have not seen a medical
9    professional?
10       A   No.
11       Q   Okay.  Are there any other issues
12   pertaining to your health?
13       A   No.
14       Q   Are you on any medications at all?
15       A   No.
16       Q   I take it that you did not know of either
17   Mr. Seipel or Ms. Young prior to this vacancy
18   announcement?
19       A   No.
20       Q   Is that correct?
21       A   That is correct.
22       Q   Okay.

20 (Pages 77 to 80)

Page 77

1    A  I had no knowledge who they were.

2    Q  Okay. And your knowledge of who they were

3 came about after you contacted the agency after a

4 period of time, after you had applied? How did you

5 find out who they were?

6    A  I found out who they were when I asked for

7 a debrief and tried to get information about what I

8 could do to improve my resume. And at that

9 particular time, I found out who the selecting

10 official was, and that person was on vacation, I

11 believe, so.

12   Q  Mm-hmm. Okay.

13      MS. GRAHAM-OLIVER: I don't believe I have

14 any further questions for you, Mr. Esquibel. Thank

15 you very much.

16      THE WITNESS: You're welcome.

17      EXAMINATION BY COUNSEL FOR THE COMPLAINANT

18      MS. WU: Okay. I have a few follow-up

19 questions. Mr. Esquibel, you had indicated that your

20 parents were migrant workers. Is that correct?

21      THE WITNESS: Yes. They were migrant

22 workers as they were growing up, and as they were —

Page 78

1 when they moved from New Mexico to the Colorado area

2      MS. WU: Okay. And what was their native

3 language?

4      THE WITNESS: Spanish.

5      MS. WU: And you mentioned also that you

6 became an expert at some point in quality management

7 systems. Is that correct?

8      THE WITNESS: Yes.

9      MS. WU: How do you cross from being just

10 knowledgeable about quality management systems, for

11 example, to becoming an expert?

12      THE WITNESS: Well, the demarcation would

13 be recognized by the Society of Quality Control

14 through certifications. And I hold a certification

15 as a quality manager as well as a quality technician.

16 A quality technician would be the operator

17 basically, and the manager would provide oversight to

18 the quality programs that the technicians would

19 implement.

20      MS. WU: Okay. So am I correct in

21 understanding that anybody who holds those

22 certifications is an expert?

Page 79

1      THE WITNESS: They should be recognized as

2 an expert, yes. They have passed a very rigorous

3 exam on an entire body of knowledge that is contained

4 in the quality management field.

5      MS. WU: All right. Do you recall when you

6 — or around when you became an expert on quality

7 management? Let's take just the quality management

8 first. Do you remember when you became an expert in

9 quality management?

10      THE WITNESS: It would be when I received

11 the certification, and I'm unsure of the timing. I

12 believe it was the year 2000. I believe.

13      MS. WU: All right. Do you remember when

14 you became an expert in quality technician?

15      THE WITNESS: Yes. That was approximately

16 1999.

17      MS. WU: Can you explain to us the

18 difference between those two fields of expertise?

19      THE WITNESS: Yes. A quality technician

20 would be a worker. It would be someone in a work

21 process that is actually doing the job, providing the

22 service, making a product. A quality manager

Page 80

1 oversees the entire program of quality. It ensures

2 all the interfaces, all the integration, all the

3 facets of the quality management system.

4      MS. WU: Where would an auditor fit in, in

5 that system that you just described?

6      THE WITNESS: At the technician level.

7      MS. WU: And as a certified expert and

8 quality technician, do you understand the functions

9 of what being an auditor entails?

10      THE WITNESS: Absolutely.

11      MS. WU: Do you think that you could have

12 performed the position that was advertised in the

13 vacancy well?

14      THE WITNESS: Absolutely.

15      MS. WU: Why?

16      THE WITNESS: Because that was my entire

17 field of study for the last 15 years. I could not

18 believe that this vacancy was actually being

19 advertised. It was everything that I had trained

20 for.

21      MS. WU: Okay. And you had also discussed

22 with — or you had also discussed earlier that you

Page 81

1  did not have direct auditing experience. Do you
2  think that you would have needed direct auditing
3  experience to perform the duties of this position?
4       THE WITNESS: No. Because I was told by
5  Alfredo Terrell that it was a new position, that it
6  was a transition to an ISO certification, and that
7  auditing is a small part, but you have to have
8  something to audit. I could have come in, developed
9  that entire program, and we could have had -- we
10  could have passed certification, and it would have
11  been great.
12       MS. WU: Okay. Theoretically speaking, if
13  you tried to audit in that position right away, what
14  standards would you have applied?
15       THE WITNESS: Well, you really wouldn't
16  want to do an audit. You'd have to do a pre-
17  assessment to see where the organization is. So,
18  really, at the very beginning level, there has to be
19  an assessment where the organization is, a plan of
20  action using project management skills that I had and
21  still have, knowledge about quality management system
22  ISO 9000, all of those components need to come into

Page 82

1  place.
2       MS. WU: Okay. Could you give me sort of a
3  list of things that you would have done step by step
4  if you had gone in and started implementing an ISO
5  9000?
6       THE WITNESS: Exactly. I actually had that
7  on my knowledge, skills and abilities, that if I was
8  selected, I would use the body of knowledge developed
9  by Robert Peach. He is, again, a member of the
10  Technical Committee of 176 for the International
11  Organization of Standards for the United States. He
12  has written a handbook that I have used in
13  coursework.            It is actually the
14  Bible that entails ISO 9000, what it is, how to do
15  it, how to implement it, all facets, all notes, all
16  areas. I would have used that entire body of
17  knowledge. I would have used all the skills that I
18  have amassed as a project manager and a member of the
19  Project Management Institute implementing this
20  program in a project fashion. That's how I would
21  have done it. And I would have done it with the
22  expertise that I would have been recognized as a

Page 83

1  subject matter expert that I was.
2       MS. WU: So to clarify, step one, for
3  example, you said would have been taking a look at
4  the existing state of the organization. What would
5  step two have been after you knew what the state was?
6       THE WITNESS: Well, step two is providing
7  instruction and training to all the employees of what
8  we're doing. It would require finesse from the
9  organizational development area of creating change in
10  an organization so that it's not feared. And
11  actually taken little tiny steps with the employees,
12  but a major focus with developing a quality manual, a
13  quality policy, identifying key processes that are
14  critical to quality and the mission of the Aircraft
15  Certification Branch.
16       MS. WU: Okay. And then after you had done
17  that, developed a manual, trained the employees and
18  all the other things that you mentioned, what might
19  have been the third step?
20       THE WITNESS: Well, the third step would
21  then be a contract with a registrar accredited board
22  certifier to come in and do a pre-assessment of our

Page 84

1  quality management system and hopefully pass at that
2  particular time, but to correct any kinds of
3  deficiencies against the standard. For example, work
4  instructions, document control, records, objective
5  evidence in training records that people are
6  certified and trained to do audits specifically
7  outside their area of expertise. According to ISO
8  9000, a person in a particular area cannot audit
9  their area.
10       MS. WU: Why not?
11       THE WITNESS: Because that is not
12  objective. That's subjective. And ISO 9000 requires
13  objective evidence, which would be records,
14  documentations and so forth. It really needs to show
15  management's commitment to quality through
16  communications, through a quality policy, through
17  documented processes that anybody could come in and
18  take a look and say, yes, they're doing what they're
19  supposed to be doing.
20       MS. WU: So in essence, is it like the
21  organization is taking a test to demonstrate that the
22  quality systems that you implemented were sufficient

Page 85

1    THE WITNESS: Yes. By a third-party
2  auditor coming in to review the implementation, their
3  approach, their deployment of the quality standard.
4    MS. WU: Okay. And from what you know, if
5  anything, about Mr. Lightbrown's qualifications, can
6  you tell us in what ways you feel you might have been
7  better than him for this position?
8    THE WITNESS: Yes. I think I was
9  observably superior to the selectee's qualifications.
10    MS. WU: Because there are so many
11  qualifications, let's start with educational
12  background. How would you compare your education
13  background to Mr. Lightbrown's?
14    THE WITNESS: Mr. Lightbrown had an
15  associate's degree. I was coming in with a master's
16  degree in business administration with organizational
17  development. I also taught an unbelievable amount of
18  undergraduate courses that were germane to the job
19  description that was advertised.
20    MS. WU: And if you were to -- strike that.
21  In terms of the skill set needed for the person who
22  would ultimately take the position, how do you think

Page 86

1  your skills compared to Mr. Lightbrown's?
2    THE WITNESS: Again, I believe my skills
3  were observably superior in all areas that were
4  current, that were relevant in project management, a
5  member of that society, a member of -- a senior
6  member of the American Society of Quality.
7    MS. WU: And at this point in your career
8  as a QMS expert, do you undergo -- do you still take
9  classes?
10    THE WITNESS: Absolutely. I have to
11  maintain my certification and every three years -- I
12  believe it's every three years -- I need to resubmit
13  to that society things that I have done that would
14  continue my education to keep current in that field.
15    MS. WU: And what types of things qualify
16  for keeping you current?
17    THE WITNESS: Things that would qualify
18  would be classes that I have taught within that
19  three-year period, attendance to quality seminars
20  that the local chapter puts on, the society puts on,
21  perhaps a course, for example, in theory of
22  constraints, keeping your skill set current.

Page 87

1    MS. WU: Okay. And why is it important to
2  keep your skill set current?
3    THE WITNESS: Well, because ISO 9000 and
4  quality is a living standard. It changes. Quality
5  is a journey. It's not a destination that you all of
6  a sudden achieve. It's about continually creating
7  continuous improvement, and through knowledge,
8  through technology, there are more advances and more
9  opportunities for businesses to create synergies that
10  give, for example, on a governmental body, advantage
11  to the taxpayer, that they're getting something for
12  what they're paying for.
13    MS. WU: I don't have anything further.
14    MR. HENDRICKS: I would like to read and
15  sign.
16    (Whereupon, at 1:40 p.m. the deposition of
17  FELIX J. ESQUIBEL was concluded.)
18    (Signature not waived.)
19            * * * * *
20
21    I have read the foregoing pages which
22  reflect a correct transcript of the answers given by

Page 88

1    me to the questions therein recorded

2

3        Deponent

4

5

6        Date

7

8

**A**

abilities 36:19 38:8 82:7
able 33:4 61:14 64:12
above-entitled 1:20
absence 44:12 45:20
absolute 56:6
absolutely 20:19 28:10 29:21 30:6 35:17 51:8 52:19 61:9 67:15 80:10 80:14 86:10
abuse 58:13
abut 17:14
academic 66:22
accept 49:9,14 49:19
accepted 19:19 49:13
accepting 49:16
accomplished 22:18
accounting 22:10
accreditation 68:9
accredited 83:21
accumulated 38:14
achieve 87:6
act 17:3
acting 41:8 49:1 49:7 51:17
action 1:6,20 81:20
actions 55:1 71:19 73:17
active 13:6
activity 52:10
actual 37:6
AC-130 32:21
add 30:18
added 30:18

additional 15:6 37:2
address 5:13,17 37:11
addressing 36:18
adhered 18:13
adjunct 22:20 23:3,15
administration 2:7 13:2 22:5 35:11 85:16
adopted 66:16
advance 62:6
advances 70:4 87:8
advantages 87:10
advertised 80:12,19 85:19
advisory 17:14
aeronautics 22:17
age 1:19
agency 1:10 2:2 3:15 4:7 74:19 77:3
aghast 54:17,18
ago 73:1
agree 60:14 61:1 69:15
air 7:1,3,11,12 7:18 8:8,9,14 8:18,20 9:2,8 10:13,19,22 11:6,7,9,10,12 11:20 12:8,18 13:5,10,11,20 13:22 14:2 15:1,13 16:15 16:19 17:22 18:2,11,13 19:10,11,19 20:13 21:3,15 25:4,20 26:2 26:17,18,20 27:18 28:1,3,7 28:11 29:21

30:2,11 48:11 48:12 50:8 53:9 54:10 56:8,21 57:1 57:16,20 58:4 59:2,2,11 60:3 74:3 75:2
aircraft 7:4,5,6 7:7 12:4,6,7 12:10 14:3 17:3,5,10 20:3 20:6,9,9 45:11 61:15 68:12 83:14
aircrafts 19:22
airline 27:4,6 57:19 58:3
airlines 57:22 58:5
airmen 9:15,18 10:9 32:22
airmen's 13:17
airplane 57:21
airplanes 12:16 74:14
airport 11:20 12:2 13:3,14 14:4 16:20,22 17:7
airspace 16:20 17:1,14
Alfredo 40:4,7 45:13 81:5
allow 59:3 62:6
allowed 13:1 57:2,8 60:3 66:17 67:8
allowing 17:4,4
alternate 57:3
amassed 29:15 29:18 36:13 38:7 82:18
amassing 38:12
American 69:4 86:6
amount 25:16 38:7 85:17
ANDREA 2:7
and/or 66:6

announcement 35:12,14 36:19 40:3,5,9 52:7 69:14 76:18
announcements 50:15,20
annual 56:16
answer 41:20 48:1 63:19 66:9 72:14
answered 42:12 43:2 63:13
answers 42:12 63:6 87:22
anybody 78:21 84:17
Anytime 29:3
Apparently 62:22
APPEARAN... 2:1
applicant 48:20
application 11:20 12:18 16:19 18:9 21:8 25:13,21 26:16 27:7 28:14 39:1,6 39:10,16 41:19 49:8,9 49:13,15,17 49:20 50:18
applied 23:14 26:17 27:14 27:16 35:3 47:19 48:14 48:15,17,22 62:9 71:4,6 73:10 77:4 81:14
applies 24:13
apply 14:2 25:20 26:5,12 27:1 28:15 35:16,17
applying 18:14 31:18 35:19 44:15

approach 17:13 85:3
appropriate 13:16
approved 57:6
approximately 7:22 8:15,16 11:2,15 14:6 14:13,19,21 15:8,14,15 16:8,10 30:9 30:10 31:16 34:5 42:16,18 43:4,9 52:5 56:18 60:1,4 75:7 79:15
archives 50:17
area 6:13 16:13 16:14,16 19:9 23:5 32:20 44:21 47:2 57:19 65:6,12 66:2 67:8,20 69:11 78:1 83:9 84:7,8,9
areas 69:16 82:16 86:3
arising 75:17
arose 21:15
arrival 17:6
arrivals 17:8
arrive 49:18
arrived 14:14
articulate 64:5
asked 41:13,17 43:21 45:14 46:21 47:12 48:18 49:1 54:1 62:11 63:13 75:2 77:6
asking 4:14 26:2,4 27:10 38:11,20 51:5 55:22 59:13
aspects 18:8 29:14
aspirations 65:22

assess 58:3
assessment
  19:14 81:17
  81:19
assigned 8:8
  11:19
assignment
  11:6 13:3
  15:22
Assistant 2:3
  4:12
associated
  11:12
Associates 2:16
associate's
  85:15
assurance 18:16
  19:8,14 20:13
  21:3 23:5
  26:21
attachments
  43:1
attempted 41:6
attendance 37:5
  86:19
attention 58:15
  58:16 60:8
Attorney 2:3
  4:13
attorneys 4:15
Attorney's 1:22
audit 68:14
  81:8,13,16
  84:8
auditing 61:16
  61:17,19 66:2
  66:6 67:20
  68:6 69:7,16
  81:1,2,7
auditor 34:11
  34:14,15 35:1
  37:1,1 68:8,8
  68:14 69:9
  80:4,9 85:2
audits 68:7 84:6
available 18:11
  41:8 49:11
  64:14
Avenue 2:8

aviation 2:7
  13:2 26:19
  27:1,11,20
  28:9 35:11
aware 73:9
awfully 26:1
a-half 8:16
a.m 1:24

——— B ———
Bachelor 22:16
back 22:3 33:5
  37:7 39:4
  41:15 42:21
  42:22 65:2
  76:2
background 6:3
  23:17 85:12
  85:13
balance 60:4
band 44:8,8,8
  44:13,13,15
  44:16,17,18
bargaining 19:5
base 8:9,14
  10:19,22 11:7
  11:9 13:12
  33:3
based 9:5 55:22
  62:1
bases 30:12
basic 10:1
basically 10:5
  47:11 57:8,10
  70:14 75:4
  76:3 78:17
basis 42:10
  43:22 63:13
Basque 47:2
Beach 32:20
beans 57:10
beautiful 6:13
becoming 78:11
began 15:16
beginning 24:12
  81:18
behalf 1:19 2:2
  2:12
behavior 24:20

believe 8:16
  11:3 14:14
  17:21 22:19
  23:13 24:3
  35:4 36:17
  39:5,9 40:3,8
  41:9 43:10,16
  50:21 51:2
  60:2 61:22
  62:14 63:10
  74:3,4 77:11
  77:13 79:12
  79:12 80:18
  86:2,12
belly 54:12 55:1
benefit 5:16
  60:18
best 37:16
Beth 6:1
better 31:20
  33:8,12 85:7
beyond 62:6
  64:16
Bible 82:14
bid 48:20 49:22
  49:22 50:1,1,1
  50:2 51:16,16
Biloxi 11:6,10
  11:11 12:20
bit 22:3 74:14
blocks 11:18
board 68:9
  83:21
body 25:10
  34:16,17 69:7
  79:3 82:8,16
  87:10
bogus 27:5
boots 73:5,6
born 6:4,6,7,8
  55:14
bottom 33:13
bowel 76:1
branch 41:5
  61:16 64:18
  68:13 83:15
brass 33:5
breach 18:17
  21:6,7

break 66:3
breakthrough
  70:4
brief 65:1 73:15
briefly 38:16
bringing 59:18
broad 26:1
broader 48:19
broke 32:15
broken 31:17
  32:16
brought 23:17
  42:8 57:7
  58:14 60:8,15
  71:19 72:1,3
  72:22 73:3
buddies 57:1
buddy-buddy
  57:16
Building 2:4
business 22:4
  22:10 23:6
  24:14 25:14
  26:12 27:2,15
  27:17 30:20
  31:5 34:20
  68:5 85:16
businesses
  61:11 87:9

——— C ———
C 2:7,14 3:10
  4:1 13:13
calculus 37:4
call 17:15 18:18
  40:1,6,10,11
  40:14 75:15
called 4:4 6:9
  26:7 29:7 34:7
  36:20 39:22
  40:4 45:14
  66:18
calls 53:19
canceled 48:14
  48:16,18
  49:22 50:1,1
  50:16,16
  51:16
candidate 50:6

candidates 71:4
care 18:22
  28:16,17,18
  57:2
career 29:1,2
  44:21 52:20
  64:11,15
  75:10,12 86:7
case 4:13 33:4
  56:14 59:22
Center 2:4
  17:12,12 43:8
Central 6:17
certain 20:6
  50:22 61:2,7
  62:6
certainly 12:6
certificate
  34:15 37:1
  68:8 69:3
certification 8:7
  29:9 34:16,18
  41:5 45:5,12
  45:17 61:15
  68:13,17,20
  69:2,8 78:14
  79:11 81:6,10
  83:15 86:11
certifications
  36:21 69:3
  78:14,22
certified 9:4,12
  36:3 39:7,13
  65:20 68:13
  68:15 80:7
  84:6
certifier 83:22
certify 68:10
chain 41:14
change 83:9
changed 59:3
changes 58:11
  59:5 87:4
chapter 35:10
  86:20
cheat 61:4
Chicago 13:3,8
  13:14,18 14:4
  14:5,17,18

15:2 17:12
46:5 47:15
**Chief** 2:8
**chow** 32:12
**CINO** 1:8
**Civil** 1:6
**civilian** 10:21
**claim** 21:9
**clarify** 38:5
83:2
**CLARISSA**
2:15
**class** 23:16 24:1
24:3,8,10,10
24:11 32:15
67:8,9,13 68:5
76:6
**classes** 31:15
37:2 66:17
86:9,18
**classify** 61:3
**clean** 76:3
**clear** 32:13
**Cleveland**
17:12
**close** 6:10
**closed** 48:22
**closer** 74:14
**closing** 49:7,12
49:15
**coach** 12:14
**coalition** 35:10
**cockpit** 57:21
**Coke** 32:14
**college** 6:20
**colonoscopy**
76:2
**Colorado** 6:7,8
6:11,12 78:1
**Columbia** 1:1
1:22
**come** 68:14 71:8
81:8,22 83:22
84:17
**coming** 18:6
52:12 65:19
85:2,15
**command** 41:14
**commander**

33:3
**commencing**
1:24
**comment** 45:3
47:3 54:1
**comments**
46:17
**commitment**
37:7 39:12
84:15
**Committee**
82:10
**communicati...**
84:16
**community**
37:7
**companies**
68:12,15
**company** 33:14
68:11,21
**compare** 85:12
**compared** 86:1
**competition**
49:10,21
**competitively**
29:22
**complainant**
1:5,20 2:12
3:17 42:1 43:9
55:21 77:17
**complainants**
52:9
**complaint**
59:14 73:3,4,4
**complaints**
25:15 27:7
28:17 59:18
71:22 72:3,6,9
72:11,12,22
73:2,8 75:16
**completed** 31:5
58:8
**complications**
76:3
**comply** 27:5
**component** 31:8
61:17
**components**
81:22

**compound** 48:5
66:8
**concerning**
75:16
**concluded**
87:17
**conclusion**
63:16
**conferences**
37:6
**conflict** 68:18
**conjunction**
60:5
**connected**
23:14
**consider** 37:15
40:21 46:2
55:3,6
**considered** 38:6
40:20 42:5
64:9
**consists** 67:11
**conspicuous**
44:12 45:20
**constraints** 37:4
86:22
**consult** 68:19
**consultation**
68:16
**consulting** 70:8
**contact** 40:8
41:6,8 43:19
**contacted** 40:15
41:5,15 43:7
43:11 77:3
**contained** 79:3
**content** 31:18
34:19
**contention**
64:10
**continually**
87:6
**continue** 21:17
86:14
**continued** 30:10
41:14
**continuous** 87:7
**contract** 83:21
**control** 7:12,18

8:9,18 10:14
11:8 12:16
13:10,22 15:1
15:13 16:15
18:3,11,13
19:20 23:16
23:22 24:2,6
25:6,6,7,8,20
26:3,9,11,18
26:21 29:16
29:19 34:20
37:5 53:9
54:11 56:9
67:9 70:12,13
72:20 78:13
84:4
**controller** 9:2,4
20:14 27:19
28:2,3,7 57:20
**controllers** 18:1
21:4 49:12
72:7
**controls** 9:8
17:13
**conversation**
42:15 43:14
**conversations**
43:12 59:19
**Converse** 51:13
**convoluted** 22:1
**cop** 17:4
**copies** 36:21
42:20
**copy** 37:21
**core** 22:9 31:8
**Corporation**
29:7 30:5
33:10,17 34:4
38:17 65:9
**corporations**
34:8
**correct** 5:12 6:4
6:5,15 7:14
8:3,19,21
10:19 11:12
11:13 12:14
15:17,18,20
18:2 22:5,6,14
22:15,22

26:12,13
33:11 34:1
35:6,7 45:9
59:12 75:13
76:20,21
77:20 78:7,20
84:2 87:22
**correctly** 8:1
34:5 50:12
**correspondence**
39:9 43:5
**Counsel** 2:8
3:15,17 4:7
77:17
**counselor** 43:11
**country** 6:4
**course** 8:4 24:4
24:5 26:7,10
27:11 31:18
34:19 36:15
37:1 57:14
86:21
**courses** 22:9
23:4 36:6 37:2
65:15 85:18
**coursework**
82:13
**court** 1:1 5:14
5:17
**coveted** 70:10
**cowboy** 73:5,6
**create** 87:9
**creates** 70:4
**creating** 83:9
87:6
**creativity** 23:6
**critical** 83:14
**cross** 78:9
**cross-trained**
7:11,19
**culture** 44:6,10
44:11 45:18
45:22 47:12
50:11 53:1,4
59:16 62:5
**current** 86:4,14
86:16,22 87:2
**customer** 18:18
25:15 27:7

28:17
cutoff 36:10
C-o-n-v-e-r-s-e
51:13
C-130 32:19
C-5s 7:4

**D**

D 4:1
daily 28:16
damages 75:15
75:15
data 18:19,20
date 36:10
49:12,15 88:6
Davenport
22:21 23:8,10
23:15
day 57:22
days 58:2 72:20
day-to-day
16:18 18:9
dead 70:20
deal 22:9 30:3
49:5
deals 25:10
28:12
dealt 13:9,11,13
debrief 40:22
41:4,17 42:3
64:7 77:7
December
15:15 40:2
42:19 43:10
43:10
decided 35:16
decisions 56:12
deficiencies
84:3
degree 22:13,17
50:3 85:15,16
demarcation
78:12
Deming 30:3
69:22 70:6,7
70:10,11,17
Deming's 70:19
demonstrate
84:21

denied 64:10
69:12,13
Dennis 74:4
DEPARTME...
1:9
departures 17:9
deployment
85:3
Deponent 88:3
deposition 1:17
62:19 87:16
depressed 76:4
described 80:5
describes 70:3
description
35:21 36:8
37:4 85:19
deserve 33:16
61:13
despite 63:17
destination 87:5
detail 64:14
determined
20:3
develop 61:20
developed 81:8
82:8 83:17
developing
83:12
development
22:7,9 30:1,12
83:9 85:17
developmentals
10:8
diagram 12:3
difference 56:7
56:7 79:18
differences
59:20 60:22
different 5:4
12:4 14:9
21:22 26:21
30:11 53:2
63:20
differently 46:7
46:10,11,15
46:20
difficult 46:13
direct 13:3

49:21 56:15
59:19 81:1,2
direction 30:19
52:20 65:20
directive 61:10
directly 36:7
63:2 67:22
disciplinary
73:17 74:1
discriminated
62:1,14 64:2
discrimination
63:8
discriminatory
63:10
discussed 38:14
57:4 80:21,22
discussion
21:19
disgruntled
52:11 75:5,19
dispatcher
13:12
disposition 40:3
76:5
distraught
40:20
District 1:1,1,21
division 64:18
document 66:17
84:4
documentatio...
84:14
documented
84:17
documents
37:14 51:4
doing 8:18
12:10 31:11
32:21 33:9
79:21 83:8
84:18,19
Dollar 67:6
dollars 30:16
Douglas 63:15
Dr 30:3,3 69:22
70:6,7,11,16
70:19
drive 47:4

drug 33:21,22
duly 4:4
DuPage 13:3
14:4,5,17 15:2
duties 14:1,2
34:22 57:14
81:3
duty 13:3,6
18:12
D.C 1:13,23 2:5
2:9,18 44:20

**E**

e 3:10 4:1,1
41:21 42:22
earlier 80:22
early 12:22
easily 64:16
education 28:15
29:10,12 38:8
86:14
educational 6:3
29:15 85:11
85:12
Edwards 70:20
EEO 42:1 43:8
43:11
efficiency 30:14
30:15,16,17
33:16 61:12
efficient 31:20
33:13
effort 70:9
eight 16:10,11
either 4:21
12:14 40:4,6
44:15 60:6
76:1,16
elated 35:17
52:19
emphasis 22:8
employed 69:10
employee 46:21
47:2,11 54:5
57:4,5,9,15
58:9
employees
33:12 44:13
45:21 46:11

46:16,17,20
56:13 57:12
58:7,21 72:4
83:7,11,17
employee's 47:3
57:9
engine 25:17
enlisted 7:2
10:3
ensure 10:9
17:7 21:9
39:13
ensures 80:1
ensuring 13:16
18:10,12
entail 12:1
17:15
entailed 66:19
entails 69:7
80:9 82:14
enter 9:15 45:1
45:3,7
entered 7:1 9:3
10:22 13:1
49:6
entire 64:7 69:7
79:3 80:1,16
81:9 82:16
entitlement
60:17
entries 10:10
entrusted 30:20
entry 32:22
equipment
28:18 33:2,6
error 74:7,10
ESQ 2:3,6,7,15
Esquibel 1:4,18
4:3,9 5:10
46:12,22 65:5
77:14,19
87:17
essence 84:20
essentially 8:17
9:1
establishing
65:6 69:16
event 19:14,16
20:1,2

events 20:18
eventually
    12:10 39:22
    43:13
evidence 84:5
    84:13
exact 15:22
    34:19 42:20
exactly 11:17
    16:21 18:4,6
    44:21 52:19
    59:10 68:6
    82:6
exam 79:3
EXAMINATI...
    3:13 4:7 77:17
examinations
    8:5
examined 4:5
example 19:21
    24:17,18
    25:18 26:18
    32:3,5 71:22
    78:11 83:3
    84:3 86:21
    87:10
exams 8:2,3
excel 64:12
Excuse 32:6
executive 62:20
    64:19
existing 83:4
exit 13:1
expect 45:7
expected 45:1,3
expects 63:14
experience 19:9
    29:16,19
    34:11 38:4,8
    38:12,13,15
    38:16,19 46:1
    46:4 53:5 65:5
    65:8,11 66:1,4
    66:5,11,14
    67:20 68:2
    69:15,20 70:1
    70:3 81:1,3
experiences
    47:13,18,20

48:3 50:9 51:6
    59:14,15
expert 29:8
    33:10 34:3,8
    36:2,14 38:2,6
    38:10 40:22
    64:13 78:6,11
    78:22 79:2,6,8
    79:14 80:7
    83:1 86:8
expertise 44:22
    79:18 82:22
    84:7
explain 44:9
    45:19 49:19
    56:10 79:17
explanation
    36:18
extension 59:4
extensions
    23:12
extensive 34:14
extent 28:1
e-mail 35:15,15
    42:20,22
_____
F
FAA 4:13 13:20
    13:21 17:2
    25:20 26:4
    27:5 29:11
    35:15 36:15
    39:1,4,8,15,19
    44:6 45:1,3,7
    45:16 49:18
    50:5,17 51:3
    52:17 60:2
    62:7,10 64:8
facets 80:3
    82:15
facilitate 30:12
facilitated 33:2
facilitates 58:4
facilities 50:5
    58:4
facility 9:12,15
    15:5,13 49:6
    52:12 54:12
    56:9,15 59:21

fact 54:19
factor 44:2
faculty 22:20
    23:3
fair 4:22
Fairchild 8:8,11
    8:14,15 10:19
    11:1
fairly 21:10
FAM 57:17,18
    58:18
familiarization
    57:18 58:8
fancy 47:4
far 4:15 19:10
    27:5
fashion 82:20
feared 83:10
Federal 2:7
    13:2 35:11
feel 85:6
feeling 49:20
feet 17:10,11
    19:22 20:7,10
Felix 1:4,18 4:3
    5:10 46:12
    87:17
felt 35:21
field 7:12 29:16
    29:19 30:7
    65:19 79:4
    80:17 86:14
fields 79:18
file 52:9 59:14
    74:22 75:9
filed 59:17
filing 13:14
finally 41:15
    43:11 75:8
finance 22:10
find 4:18 62:18
    77:5
finesse 83:8
finish 12:22
fire 32:21
firmly 21:11
first 4:4 6:3
    14:10 15:12
    15:19 19:6

46:6 48:11
    70:19 79:8
first-line 49:6
fit 80:4
five 10:8 14:6,8
    16:6,8 58:2
flight 13:7,13
    76:6
Floor 1:23 2:4
fly 57:22
focus 52:20
    83:12
follows 4:5
follow-up 77:18
force 7:1,3,11
    8:8,14,20
    10:19,22 11:6
    11:9,10,12
    13:5,20 25:17
    29:21 30:2,11
    76:4
foregoing 87:21
formal 28:13
    72:6,8 73:4
Fort 32:20
forth 8:5 42:21
    51:16 58:5
    59:13 68:7
    84:14
forwarded 35:9
    35:12,14
for-profit 33:14
found 41:7 77:6
    77:9
four 7:8,9 10:8
    11:16 16:2
    30:10 56:18
    58:2
four-page 36:18
Friday 1:14
frivolous 73:2
Fruita 6:9
function 12:1
functions 56:8
    80:8
Furdette 41:9
further 46:19
    56:10 77:14
    87:13

future 41:2
_____
G
G 4:1
gall 54:20
Gebhardt 2:16
general 27:2
    44:6,9,10
    45:18,22
    58:13
germane 31:9
    36:6 37:3
    59:16 85:18
getting 32:15
    42:6 87:11
gift 60:19
give 24:17 37:7
    60:18 68:19
    82:2 87:10
given 41:15
    60:6 62:12
    74:18 87:22
giving 33:16
    61:12
glass 32:13,17
go 6:14,16,20
    7:15 12:21
    14:17 19:12
    22:3 30:11
    41:3 44:2
    46:19 52:20
    64:20 67:13
    73:13
goal 30:14
    33:14,15
going 4:14,16
    6:2 10:4 27:21
    30:2 42:9
    53:18 57:11
    63:12
Gonzalez 1:21
Good 4:8,10
government
    62:21
governmental
    26:15 33:15
    61:11 87:10
graduate 6:18
Graham-Oliver

2:3 4:8,11,12
5:2,7 28:5,6
48:2,6,9 53:20
63:21 64:22
65:2,4 66:10
72:15,17
73:13,16
77:13
**Grand** 6:11
23:11
**great** 81:11
**group** 31:19
32:4
**groups** 31:17
**growing** 77:22
**guess** 53:8
75:15
**guidance** 65:20
**guns** 33:1
**gunship** 32:21
33:4
**guru** 70:7
**gut** 49:20
**gym** 33:1,6

**H**
**H** 2:15
**handbook**
19:20 82:12
**handled** 61:2,7
**hands-on** 66:1,4
66:5
**Hannifin** 66:15
66:21 67:2,4,7
**happen** 47:4,14
**happened** 14:20
35:20 39:4
40:11 47:14
47:16 74:16
75:17
**happening**
42:18
**happens** 51:10
**happenstance**
27:9
**happy** 41:18,20
**hardest** 25:1
**Hardness** 25:17
**headquarters**

44:20 73:11
**health** 76:12
**hear** 4:18 39:3
**heard** 42:2 43:3
**Heather** 2:3
4:11 64:20
**held** 29:10
36:15
**help** 31:19
**helps** 70:4
**HENDRICKS**
2:14 27:21
47:22 48:5,7
63:12 66:8
72:13 87:14
**Henry** 29:7
33:10,17 34:3
38:17 65:9
**heritage** 47:1
55:18
**high** 6:14,16,17
6:22
**higher** 9:5 15:5
69:8
**highly** 70:10
**hire** 53:8 68:13
**hired** 23:16,18
70:22
**Hispanic** 35:10
44:6,12 45:20
55:4,5,7,12
62:20 71:1
**Hispanics** 62:6
62:9
**hmm** 46:12 47:3
**hold** 34:18
78:14
**holds** 78:21
**Hollis** 60:13
**home** 5:13
**hone** 44:22
**honest** 63:6
**hopefully** 84:1
**hours** 56:18
60:5 75:20
**human** 21:8
22:11 24:20
**hundreds** 20:17
32:1,9

**I**
**ice** 32:14,17
**identified** 31:22
**identify** 31:9,19
32:4
**identifying**
31:11 83:13
**IFR** 20:9
**IG** 59:4
**II** 70:9
**immediate** 56:3
**impact** 75:10,12
**implement**
24:15 29:8
30:2 31:15
61:13,14
67:10 78:19
82:15
**implementation**
45:6 85:2
**implemented**
21:10 59:6
66:20 70:16
84:22
**implementing**
82:4,19
**important**
31:20 32:6,7
32:10,11
69:17,19 70:1
76:7 87:1
**improper** 46:2
**improve** 30:13
41:1 42:4,13
42:13 64:8
77:8
**improvement**
32:10 87:7
**include** 36:12
37:9
**included** 36:13
36:16,17 38:1
**income** 33:14
**incompetence**
63:3
**incorrect** 12:14
**increase** 62:20
64:15
**Independence**

2:8
**Indiana** 23:13
**Indians** 73:7
**indicated** 77:19
**indication** 76:1
**indirect** 68:1
**individual** 21:9
32:13 56:14
56:22 58:17
60:1 73:3,6
**individually**
9:13
**individuals** 18:5
**individual's**
58:14
**industry** 26:20
27:11,20 28:9
**inform** 39:15,19
39:20
**informal** 43:8
72:12
**information**
13:13,21
41:12 45:13
62:8,11 77:7
**informed** 4:15
**infraction** 74:1
74:20 75:1
**infrastructure**
14:4
**initial** 19:14
21:14 29:8
**initially** 24:2
55:1
**initiated** 43:8
43:12
**initiative** 29:8
**initiatives** 28:16
**innovation** 23:6
**input** 31:2
**Inspector** 58:12
**Institute** 82:19
**instruct** 11:17
**instructing**
31:13
**instruction**
11:18 12:13
12:15 26:17
83:7

**instructions**
12:9,16 84:4
**instructor** 11:7
11:14,15
23:15 26:7
**Intake** 43:8
**integration** 80:2
**intense** 7:20
**intention** 41:11
**interest** 68:18
**interested** 30:6
**interface** 17:12
17:13 18:17
**interfaces** 80:2
**interfacing**
18:22
**International**
82:10
**interview** 63:1
**investigate**
21:12
**investigation**
18:16 19:8
21:6,14,17
**investigations**
20:12 21:21
**involved** 23:8
27:19 28:8
29:6 49:4
56:12 74:8
**involvement**
19:13 21:20
**irate** 58:15
**ISO** 28:12,19
29:6,9,16 31:6
36:4 38:17
45:5,6,12,16
61:9,17,18
64:13 67:12
68:6,11,15
81:6,22 82:4
82:14 84:7,12
87:3
**issue** 21:8 32:18
**issues** 18:22
27:6 33:1
37:17 49:4
59:18 75:14
76:11

item 58:13
items 36:7

---

**J**

J 1:4,18 4:3
44:8,17,18
87:17
jackets 10:11
James 41:15
61:22
January 1:14
Japan 70:8
Japanese 70:10
70:12,15
jeopardize 76:5
jet 25:16
job 10:7 13:19
14:8,22 18:8
26:2,3 27:8,18
34:3 35:21
36:15 42:5,9
43:17 45:14
45:15 46:13
46:14 63:17
64:9 69:18
76:6,7 79:21
85:18
John 29:6 33:10
33:17 34:3
38:17 51:13
65:9
Joseph 5:10
30:4 70:18
journey 87:5
JR 2:14
Juanita 41:7
62:13,14
Judiciary 2:4
Junction 6:11
June 40:16
Juran 30:4
70:18
justify 50:2

---

**K**

K 44:13
Kalamazoo
5:11 15:12,16
23:11 46:6

---

47:16 48:10
53:11,12 56:8
keep 86:14 87:2
keeping 86:16
86:22
kept 50:22
key 31:9,12
83:13
kind 18:15
25:13 27:10
42:8 64:7
66:16 76:4
kinds 60:21
84:2
knew 71:5 83:5
know 4:17,21
28:14 37:11
53:21 62:19
63:19 71:3
72:15 73:1,8
76:16 85:4
knowledge
25:10 34:16
34:18 36:18
38:8 63:14
69:19 70:1,3
77:1,2 79:3
81:21 82:7,8
82:17 87:7
knowledgeable
78:10
knows 61:18

---

**L**

lab 11:22
labels 33:21,22
labor 19:3 21:6
56:13
labs 11:19
language 12:9
78:3
large 12:5
late 50:19 58:17
laugh 55:2
laughed 54:12
lawful 1:19
lawyer 63:16
layman's 17:3
74:13

---

LDP 31:14
lead 34:15,22
37:1 68:8
leadership 23:5
24:22 30:1,12
learn 12:18 35:8
39:18
learned 40:18
71:9
leave 15:2,9
56:16,17 60:4
60:17
leaving 56:17
left 27:9 56:15
56:17
legal 63:15
letter 59:1
73:21 74:2,17
74:18,21,21
74:22 75:4,8
75:11
let's 19:11 21:1
22:3 79:7
85:11
level 9:5,6,6
15:5 21:15
24:4,5 28:10
32:22 36:6
41:13 44:7
50:4 62:6,9
65:16 68:6
69:8 70:14
80:6 81:18
liar 61:3
Lightbrown
71:11,14
85:14
Lightbrown's
71:15,17 85:5
85:13 86:1
liked 23:13
limits 25:6,7
line 14:10 15:12
15:19 19:6
32:12,17
33:13 46:6
48:11
list 37:2 82:3
literally 27:3

---

32:9,11 54:12
60:6
litigation 71:8
little 6:13 22:3
61:17 74:14
83:11
live 5:11 12:10
32:21 70:5
lives 33:7,12
living 87:4
LLP 2:16
LMR 18:22
19:3
local 35:10
56:22 57:17
57:18 67:8
86:20
located 23:10
44:19
locations 57:22
Locke 60:14
long 7:7,21 8:13
11:1,14 14:5
15:7 34:2 52:3
look 83:3 84:18
looking 63:6
loss 74:12
loud 4:20
louder 4:22
low 4:20
lower 25:6
L-o-c-k-e 60:14

---

**M**

mail 39:7,14
41:22 43:1
mailing 49:18
maintain 86:11
maintained
17:8
major 83:12
majority 10:18
21:5
making 33:7,11
33:12 79:22
male 49:2,3,4
malfeasance
63:3
man 70:4

---

manage 61:10
managed 27:9
management
9:6 19:3,6
21:7 22:11
24:3,5,5,11,15
24:21 25:5,19
26:5,8,9,11
27:8,16,20
28:8,13 31:8
33:12 34:20
35:5 36:3,14
36:21 38:1,6
38:10 40:21
44:7 52:18
56:8 59:20
61:10,15
62:10 64:17
65:6,12 66:3,6
66:12 67:12
67:17,21
69:17 70:7,16
70:22 78:6,10
79:4,7,7,9
80:3 81:20,21
82:19 84:1
86:4
management's
84:15
manager 21:15
34:17 36:5,22
41:8 48:11,13
49:1,3,8 50:8
51:18 52:17
54:11,13
56:21 57:2,17
59:2,3,11 60:3
64:18,18
65:21 66:16
67:7 69:5 74:3
75:2 78:15,17
79:22 82:18
managerial
56:12 60:15
managed 51:4
Manifold 51:22
54:14 59:8,9
59:21 60:10
60:16,16,22

61:3 72:12
75:3
manual 58:6
66:18,20 67:5
67:11 83:12
83:17
manufacture
33:18,20
manufacturers
27:4
March 45:13
Maria 1:8 40:4
40:7
married 5:20
MARTINEZ
2:6
Mary 6:1
master 22:4
25:1
master's 50:3
85:15
matter 29:8
33:10 34:3,7
36:2 37:16,20
41:22 42:7,19
50:13 64:13
83:1
ma'am 52:8
McDonnell
63:15
MD-715 62:19
Meals 37:8
mean 9:19 17:1
46:9,19 47:7
55:9,10 75:5
Meaning 50:14
50:15 74:13
means 16:22
45:20
measurement
25:11
measurements
27:4
Measuring
25:12
mechanic 7:6,7
medical 75:16
76:6,8
medications 5:3

76:14
member 7:2
19:5,6 22:20
29:22 37:8
82:9,18 86:5,5
86:6
mentee 51:17
mentioned
37:22 78:5
83:18
mentor 51:11
message 41:11
met 36:10
metal 25:16
metrology 25:8
25:9,10
Mexican 47:4
Mexico 55:17
78:1
MI 5:15
Michael 59:7
67:6
Michigan 5:11
5:12 23:11,12
46:6 47:16
48:10 53:11
53:12
Midway 14:18
15:7 46:5
mid-level 30:13
31:13
migrant 55:19
77:20,21
military 8:19
10:17,18
millions 27:3
mind 75:21
minority 46:7
49:5 52:13
53:8
minute 64:21
73:14
miraculously
57:5
misnomer 24:22
missed 49:12
mission 30:18
83:14
missions 13:15

Mississippi 11:7
misspoke 23:21
Mm-hmm
29:12 50:10
50:10 77:12
models 12:3,6
modules 10:11
monitor 67:12
monitored
67:16
monitoring
66:2,6,11
69:16
months 7:22
11:16 34:6
75:7
morale 33:1
morning 4:8,10
4:16
Motivation
24:21
move 12:7,15
44:21 64:11
moved 78:1
Moving 75:14
MYRREL 2:14

——— N ———
N 3:10,10 4:1
name 4:11 5:8
5:22 26:10
35:4 37:11
41:9 46:12,16
47:4 51:12,20
51:21 53:14
54:2,3,4 70:19
NASH 2:7
national 43:8
55:22 62:1,15
nationality
46:21
native 78:2
NCO 9:7,14,20
9:21,22
NCOs 31:14
need 21:16 38:3
42:13,14
81:22 86:12
needed 43:1

81:2 85:21
needs 84:14
net 33:14
never 43:19
44:22 45:3
57:7,7,8 62:12
73:22
new 9:8,14,18
45:15 55:17
57:19 75:2
78:1 81:5
night 75:21
nine 16:10,11
17:21
noncommissi...
10:1 30:13
noncompetitive
51:18
nonprofit 26:15
Nonreporting
74:7
non-value 30:17
non-value-ad...
31:21
normal 18:9
36:14 48:12
normally 17:10
19:18
northern 47:1
Notary 1:21
notes 82:15
notice 13:16
39:5,7
No.06-1485 1:7
number 24:3
N.W 1:23 2:4,17

——— O ———
O 3:10 4:1
object 27:21
53:18 63:12
Objection 66:8
72:13
objective 84:4
84:12,13
objectively
21:11
observably 63:2
63:18 85:9

86:3
observation
67:10
obvious 40:16
Obviously 61:1
Occasionally
10:21 20:22
occasions 17:11
occur 20:18
42:16
occurred 19:17
57:12
offended 73:6
office 1:22 2:8
21:16 53:13
officer 10:1,2
officers 30:13
official 41:1,6
48:18 49:2,21
51:9,10,15
75:9 77:10
Oh 37:13 45:7
48:6,6 67:15
73:1
okay 5:2,11,13
5:16,20,22 6:2
6:6,14,16,22
7:9,21 9:22
10:4,13 11:1,4
11:11,14,21
12:12 13:4,18
14:12 16:8,11
16:16,21
17:16,19
18:21 19:4,7
20:5,11,16,18
20:20 21:1,18
22:3,20 23:1
23:18,22 24:7
26:6,11,14
27:1,10,14,18
28:5,19 29:5
34:2 35:8 36:9
37:9,19,22
38:19,22
39:11,15
40:10,18 43:5
43:18,21 44:9
45:18 46:3,15

47:17,20 52:1
52:3,9,15 53:3
53:7 54:1,8,15
55:3,6,16,20
56:1 57:12
58:20,22
59:11 60:12
61:1,5,16,22
65:2,11,17
66:1 67:2,4,13
67:19 68:1
71:8,13 72:11
72:18 73:8
74:6 75:11,14
76:8,11,22
77:2,12,18
78:2,20 80:21
81:12 82:2
83:16 85:4
87:1
older 47:5
Once 40:18
one-week 59:4
on-the-job 9:13
open 7:13 58:13
operating 20:4
  32:22
operation 18:9
  28:16
operational
  13:7 74:7,9
operations
  13:12 22:11
operator 54:9
  78:16
opinion 56:7
  59:20 69:21
opportunities
  64:14 87:9
opportunity
  64:11 69:12
  69:13
option 7:13
order 59:6
  62:20
organization
  24:14 81:17
  81:19 82:11
  83:4,10 84:21

organizational
  22:7,8 24:20
  83:9 85:16
origin 54:4
  55:22 62:2,15
origins 54:2
Orleans 57:19
outfit 32:19
output 31:4
outside 36:14
  84:7
outstanding
  36:11
oversees 36:4
  80:1
oversight 27:5
  78:17
Over-the-cou...
  33:21,22
O'Hare 13:8,14

_____
      P

P 4:1
package 36:11
  36:12,16
  37:15,16 39:7
  39:13 49:8,9
  60:6,19
packages 50:18
PAGE 3:12
pages 87:21
paid 15:5
panel 63:1
paperwork
  57:20 58:7,8
parents 46:22
  55:15,16,17
  55:19 77:20
Parker 66:15,21
  67:2,4,7
part 19:4 29:17
  37:15 41:10
  43:10 47:1
  62:5 81:7
participants
  31:16,17
particular 10:7
  12:9 25:21
  26:3,7 29:14

30:19 33:3
42:5 49:1
56:20 77:9
84:2,8
parts 27:6
pass 84:1
passed 79:2
  81:10
pay 60:7
paying 87:12
PC 18:20
Peach 82:9
peer 60:9,13
people 14:15
  15:21 16:2,9
  16:11 17:19
  17:22 25:2
  28:4 40:6,12
  53:13 68:10
  72:4 84:5
people's 33:7
Pepsi 32:14
perceived 59:21
percent 10:18
perception
  53:13,14,21
perform 81:3
performance
  71:19
performed
  80:12
period 49:13,18
  50:22 77:4
  86:19
person 32:16
  40:15 51:11
  58:20 59:12
  60:3 64:17
  71:10 74:20
  77:10 84:8
  85:21
personal 28:10
  28:14 39:12
  46:1,3 47:13
  51:5 53:5
personnel 16:1
  75:9
person's 51:12
pertaining

76:12
pertains 45:21
philosophical
  56:7 60:21
phone 40:10,11
picking 32:16
  32:17
piece 32:16,17
pilot 18:18
pilots 13:16
pivotal 44:21
  64:11
place 4:16 12:5
  26:22 82:1
placing 72:20
plan 13:13
  81:19
planes 10:17
plant 67:14
plants 67:7
play 12:17
please 4:21 5:18
  29:20 44:9
PLF 1:7
point 13:4
  39:15 40:8
  43:7 56:14
  59:22 78:6
  86:7
policies 21:10
policy 58:6
  83:13 84:16
pool 48:20
Porsche 47:5
Porschegese
  47:5
Portage 5:15
portion 6:12
  25:4 31:2,3,4
Portugal 55:19
Portuguese
  47:3
position 12:6,8
  13:7,9 14:11
  15:12 17:5,16
  20:12 29:10
  35:3,8,16,18
  36:8 37:3
  39:21 42:13

44:14,19
48:13,17
49:11 50:7,8
52:18 64:9
70:21 71:1,4
71:13,14
80:12 81:3,5
81:13 85:7,22
positions 18:10
  41:2 44:7,13
  62:9,10 73:10
potential 32:18
  64:15
practicals 8:4
practices 21:10
practitioners
  75:16
pre 81:16
preceded 46:12
  46:16
presentations
  32:10
president 64:19
previous 49:3
  49:16
pre-assessment
  83:22
principles 11:8
  11:20 12:19
prior 38:7 49:11
  76:17
prize 70:10
probably 4:15
  32:11
problem 30:4,5
problems 56:2
procedures
  18:12
process 25:5,7
  30:4 31:20,22
  32:12,15,22
  37:5 41:10
  42:7 44:3 63:5
  63:9 70:11,13
  79:21
processes 30:5
  30:14,17,18
  30:21,22 31:1
  31:5,9,12,14

31:21 32:1
83:13 84:17
**procurement**
31:1
**procurements**
30:21
**produces** 25:14
25:17
**product** 79:22
**production** 23:5
**professional**
22:17 44:19
76:9
**profit** 26:15
33:15
**program** 13:1
24:15 28:11
28:13 30:1,12
31:14 58:12
61:19,20
68:14 80:1
81:9 82:20
**programs** 70:16
78:18
**progressing**
10:10
**progression**
48:12
**project** 81:20
82:18,19,20
86:4
**promoted** 46:5
64:16
**promotion**
14:10 15:3,4
15:10,11
51:19
**promotions**
14:7
**proper** 17:7
**provide** 12:15
17:6,8,14
28:18 68:15
68:17,19
78:17
**provided** 9:10
9:13 70:8
**provider** 69:1
**provides** 27:5

**providing** 33:1
41:12 56:8
79:21 83:6
**Public** 1:21
**publication**
59:3
**Pugh** 40:4,7
**purchase** 33:3
**purchasing**
33:6
**purposely** 50:2
64:10
**put** 41:21 48:21
49:22,22 50:1
50:16,16
51:16
**puts** 86:20,20
**putting** 21:19
**p.m** 87:16

_____
**Q**
**QMS** 86:8
**qualifications**
36:7 42:8 63:2
63:18 64:1
71:10,16,16
71:18 85:5,9
85:11
**qualified** 29:9
29:13 71:14
**qualify** 86:15
86:17
**quality** 18:16
19:8,13 20:13
21:3,18,21
23:5,16,22
24:2,6,11,15
25:5,19 26:4,7
26:9,11,21
27:8,16,19
28:8,12 29:16
29:19 30:2,4,6
30:7 31:10,15
33:7 34:17,18
34:21 35:4,4
36:3,4,5,14,21
36:22,22 37:6
38:1,6,9 40:21
52:17,18

61:14 64:17
65:6,12,19,21
65:21 66:3,6
66:12,15,18
66:20,20 67:6
67:9,10,11,12
67:17,20 69:4
69:4,5,9,17
70:14,15,22
78:6,10,13,15
78:15,16,18
79:4,6,7,9,14
79:19,22 80:1
80:3,8 81:21
83:12,13,14
84:1,15,16,22
85:3 86:6,19
87:4,4
**question** 4:18
4:19,22 18:18
19:15 21:22
22:1,2 25:22
26:1 27:22
28:1 47:22
48:5 55:9 57:8
60:17 63:13
63:20 66:9
71:21 72:14
**questions** 4:14
5:5 41:19,21
42:12 43:1
55:21 56:1
77:14,19 88:1
**quite** 28:2
**quote** 53:8

_____
**R**
**R** 4:1
**RAB** 68:10,13
**RAB-certified**
69:1
**radar** 17:9
18:20
**rambling** 72:6
**rampant** 58:13
**ramps** 12:3
**random** 72:6
**rank** 9:5
**Rapids** 23:11

**rationale** 49:16
**RAYMOND**
2:6
**RDOs** 56:20
**read** 87:14,21
**ready** 61:13,14
**real** 67:9
**realized** 54:16
**really** 30:6 75:5
81:15,18
84:14
**reason** 64:1
**reasoning** 57:9
**recall** 14:16
15:22 34:5
40:13,14
42:17,18 73:2
79:5
**received** 34:15
39:5,7,8,9,10
42:22 73:21
79:10
**recess** 65:1
73:15
**recognized** 38:9
64:13 78:13
79:1 82:22
**recollection**
37:17
**reconstruction**
70:9,13
**record** 5:9
37:16,20
41:22 42:20
50:13 64:21
65:3 73:14
**recorded** 88:1
**records** 84:4,5
84:13
**redefine** 25:22
**redisplayed**
18:20
**referred** 24:19
**referring** 7:17
44:10
**reflect** 87:22
**reframe** 4:21
**regional** 21:16
**registrar** 83:21

**registration**
68:9
**regular** 56:19
**regulate** 18:6
**regulates** 17:2
**regulations**
58:11 74:19
**reinventing**
52:16
**relate** 31:6
**related** 10:13,16
**relations** 19:3
21:7
**relayed** 54:10
**relevance** 72:13
**relevant** 86:4
**reliability** 25:7
**remain** 14:8
**remained** 64:6
**remember** 7:22
32:8,11 50:12
79:8,13
**reminded** 58:10
**remove** 75:4
**removed** 74:22
75:8
**report** 20:21
58:18
**reporter** 5:17
**represent** 4:13
**representation**
44:7 62:21
**represented**
12:2,4
**reprimand**
73:21 74:2,18
74:21
**request** 57:6
**require** 17:11
58:11 83:8
**required** 31:9
36:20 58:7
74:12
**requires** 84:12
**reserve** 13:6,9
13:20 29:22
**resignation**
60:5
**resigned** 60:2

resource 21:8
  22:11 24:20
respect 21:3
  74:16
respond 5:4
  12:8 41:21
responded
  48:19
responding
  58:17
responsibilities
  16:18
responsible 9:7
  9:14,18 10:8
resubmit 86:12
result 52:6,10
resume 39:6
  41:2 42:4,14
  49:8 77:8
retained 13:6
retire 52:17
retired 48:11
return 39:8
  40:11,14 58:3
review 85:2
reviewing 18:19
re-bid 48:15
rid 51:4
ride 57:20
right 5:8 6:2 8:2
  8:13,22,22
  9:17 10:2,4,16
  11:4 19:7,13
  19:21 20:11
  20:18,20 21:1
  22:16 24:9
  27:14 28:2
  34:2 37:22
  38:11,22 51:7
  52:22 53:6
  55:20 63:8
  75:14 79:5,13
  81:13
rigorous 79:2
Robert 82:9
room 12:5
Root 74:4
row 72:21
rules 14:2 18:12

18:14
Running 27:6
runways 12:3
————————
          S
S 3:10 4:1
saying 42:22
  75:12
says 28:1
scenarios 12:17
school 6:14,16
  6:17,22 7:16
  7:20 11:8,9
  23:13
Science 22:17
scoop 32:14
scope 19:18
section 13:12
see 10:20 12:12
  12:20 13:18
  20:8 21:18
  52:3 54:22
  59:17,17
  67:16 69:6,15
  70:14 81:17
seen 75:15 76:8
Seipel 41:15,16
  42:16,21,21
  43:13,14,19
  61:22 76:17
selected 29:22
  39:20 42:3,9
  51:11,17
  59:13 64:6
  71:10 75:18
  82:8
selectee 40:17
  40:19
selectee's 85:9
selecting 41:1,6
  48:18 49:2,21
  50:3 51:9,10
  51:15 77:9
selection 40:16
  41:10 42:7
  44:3 46:8 49:5
  52:13
sell 33:5
seminars 86:19

send 43:5
senior 64:19
  86:5
sent 38:22 39:6
  39:13 42:21
  42:22 74:2
separate 17:9
separating 14:3
separation
  16:19,22 17:2
  17:7 18:17
  74:12
sequence 17:6
series 4:14
serves 25:14
service 17:9,14
  28:17 31:3
  64:19 79:22
services 33:15
  70:8
SES 44:8,13
set 52:16 85:21
  86:22 87:2
setting 65:12
  66:2,4,22
seven-day 49:13
  49:17
severance 60:7
  60:18
SF-50 36:20
shells 33:5
shenanigans
  57:11
Shewhart 70:17
shift 56:19
show 84:14
sick 56:16 60:4
  60:17
sights 52:16
Sigma 25:6
sign 56:19
  87:15
Signature 87:18
signing 56:16
silence 42:11
  44:1
silent 64:6
simple 32:12
single 42:2 43:3

situation 21:14
  41:16 57:3,4
  59:2 75:1,22
situations 12:11
  21:13 32:19
  61:2,8
six 25:6 30:10
  60:2 75:7
skill 9:5 25:1
  85:21 86:22
  87:2
skills 24:16,16
  24:18,19 25:2
  25:3 36:19
  38:8 81:20
  82:7,17 86:1,2
sleeping 75:20
small 29:17
  81:7
society 36:4
  69:4 78:13
  86:5,6,13,20
soft 24:15,18,19
software 12:2
solving 30:5
Somebody 47:7
Sonja 1:21
sorry 23:21
  25:5 45:2
  64:20 67:4
sort 9:19 82:2
sounds 47:3
  54:3
Spain 47:1
  55:19
Spanish 78:4
spastic 76:1
speak 4:20,22
  26:1,17 29:20
  37:10 40:12
  71:15,16,17
speaking 4:19
  37:13 50:9
  52:7 81:12
speaks 63:2
specialist 8:9
  13:22 14:7
  15:1 26:3 35:5
  60:9,13 70:22

specialists 18:3
  18:11,14
specific 17:5,5
  26:2,16 27:11
specifically
  22:10 35:22
  40:13,14
  45:15 59:5
  84:6
specifications
  25:7
speculation
  53:19
spell 5:17
spent 33:5
spill 57:10
Spokane 8:12
spoke 36:6 37:6
  37:17 38:16
spoken 38:2
staffed 18:10
stand 9:22
standard 35:5
  52:18 61:15
  64:17 84:3
  85:3 87:4
standards 16:19
  16:22 17:2
  19:19 23:6
  34:20 63:15
  68:5 81:14
  82:11
stands 12:5
start 19:11
  61:16,19
  85:11
started 42:6
  82:4
state 5:8 6:6
  63:15 83:4,5
stated 54:1 58:6
statement 54:3
  54:5,9
States 1:1 4:12
  7:1 82:11
static 11:19,21
statically 12:7
  12:15
statistic 70:11

statistical 37:5
70:13
status 39:16
40:5
step 82:3,3 83:2
83:5,6,19,20
Stephen 51:21
stepping 64:16
steps 83:11
Steven 54:14
59:8,9 75:3
steward 57:1,3
57:15
stigma 52:12
stomp 73:7
stone 64:16
stonewalling
42:11 44:1
story 54:12
strategic 30:19
street 1:23 2:4
2:17 5:17
strength 25:16
strike 39:19
66:5 85:20
stuck 63:19
student 12:8
students 12:18
65:18 66:19
study 80:17
studying 65:20
styles 60:15
subject 29:7
33:9 34:3,7
36:2 64:13
83:1
subjected 46:1
subjective
84:12
submit 57:20
58:7 74:21
submitted
37:14 57:5
substance 24:9
successive 17:8
sudden 87:6
sufficient 84:22
Suite 2:9
superior 63:2

63:18 85:9
86:3
supervise 14:15
15:21 17:20
72:5
supervising
28:3
supervision
10:6 18:4
41:13
supervisor 9:19
14:11 15:12
15:17,19
16:13,16 18:7
19:6 27:22
28:7,20 46:6
48:12 49:6,11
52:1,4,6 53:9
53:10 54:6
56:3,15 57:14
72:1
supervisory
28:3
support 13:7
56:11 60:9,13
supported
56:11
supposed 18:15
74:15 84:19
sure 37:10,20
50:12,20
67:18
surveillance
68:7
suspicion 42:10
suspicions
43:22 44:2
suspicious 42:6
sworn 4:5
synergies 87:9
system 20:4
26:22 28:11
28:13 30:3
31:7 35:15
65:6,12 66:3,7
66:12 67:12
67:17,21
69:17 80:3,5
81:21 84:1

systems 21:19
21:21 24:12
25:19 26:5,8
26:18 35:5
36:3 78:7,10
84:22
S.W 2:8

_____

**T**

T 3:10,10
table 12:2
tainted 42:7
44:3
take 4:16 32:13
44:14 48:7
57:2,17 58:1
71:9 76:16
79:7 84:16
85:22 86:8
taken 1:19 37:3
65:1 70:15
73:15,18
83:11
talk 21:1 59:15
talked 56:21,22
talking 21:2
26:6,19,20
38:12 45:19
60:10 69:18
taught 23:3,4
36:5 70:11
85:17 86:18
taxiways 12:3
taxpayer 33:16
87:11
taxpayers 30:16
61:12
teach 23:1,16
23:18 24:8
65:15
teaching 11:7
11:19 31:13
50:4 68:5
team 16:1 56:14
59:20
technical 24:16
25:3,4 82:10
technician
34:19 36:5,22

65:21 69:5
78:15,16
79:14,19 80:6
80:8
technicians
78:18
technology 87:8
telephone 41:16
tell 16:21 21:20
24:9 34:10
35:19 38:3
53:4 56:17
85:6
temporary
14:10 49:10
ten 16:4,9
tendency 4:20
tensile 25:16
term 12:20,22
terms 17:3 18:4
19:7 20:13
21:3,18 27:18
28:19 30:21
30:22 38:3
42:15 43:21
43:22 63:8
67:19 74:13
85:21
Terrell 40:4,7
45:13 81:5
test 84:21
testified 4:5
27:22 63:17
Thank 77:14
Theoretically
81:12
theory 37:4
86:21
thief 61:4
thing 13:17
43:3
things 10:12
13:15 22:12
24:21 28:14
65:22 82:3
83:18 86:13
86:15,17
think 5:3 37:18
50:2 53:6 75:6

80:11 81:2
85:8,22
third 42:19
83:19,20
third-party
85:1
thorough 36:17
37:11
thought 53:1
75:22
thousand 17:10
19:22 20:7
three 7:22 8:16
8:17 11:3,4
14:13 34:5
43:4 50:5
56:18 58:1
86:11,12
three-and 8:15
three-year
86:19
thrust 25:16
time 14:16 17:6
18:6 24:3
28:22 29:14
30:7 39:16
40:17 42:6
48:8 49:1,2
50:3 51:1,18
56:20 57:12
58:1 59:4 64:7
71:5 73:3,22
74:4 75:2,6,20
77:4,9 84:2
timeframe
14:14 22:19
51:3
times 54:10
57:13
timing 79:11
tiny 6:9 61:17
61:17 83:11
titanium 25:17
title 9:2,3,20
13:19,19 14:8
14:22 16:12
today 17:17,19
24:4 37:10
38:3 69:18

# EXHIBIT 3

FAA Job Announcements

## Exhibit 1



This Document Produced on 02/23/04



EXHIBIT

_____|_____

# Department of Transportation
# Federal Aviation Administration
# Internal Vacancy Announcement
## Vacancy Announcement Number: AWA-AIR-04-AT40010-72564

**Open Date:** Feb 23,2004
**Close Date:** Mar 22,2004
**Position:** Quality Management System & Standards Specialist,FV-301-I or J, Job Category:Professional
**Salary Range:** $61,366 to $116,039
**Location:** Washington,DC
**Organization Location:** FAA Washington Headquarters Region, Associate Administrator for Regulation and Certification, Aircraft Certification Service, Production & Airworthiness Certification Division,AIR-230

**PCS:** Relocation/moving expenses will be paid per applicable regulations.

**Area of Consideration:** Current/Former Federal (include applicants who are or have served a trial/probationary period in the Federal Government)

**Duties:** Advises Division and Service executives on ISO 9000 organizational planning and resource utilization issues. Oversees all aspects of AIR's transition to ISO 9000 registration while maintaining organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity. The service quality management system and philosophy are developed, clearly defined, documented, implemented, verified, and maintained. Leads service-wide personnel to conduct complex and controversial studies that result in authoritative recommendations to improve and/or standardize and document Service activities/products. When appropriate, the incumbent develops and delivers training to service-wide personnel. Conducts internal audits to ensure standardization, satisfaction of customer needs, adherence to applicable policy and best practices, and utilization of the most effective and efficient means. Conducts periodic meetings to solicit FAA and industry feedback to ensure that ISO 9000 has assisted the Service in reaching the organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity.

**NOTES:** 1. Status applicants must submit a current SF-50 to verify grade and tenure. 2. Salary includes 13.43% locality pay for the Washington, DC area. 3. All, some, or none of the referred candidates may be interviewed.

**Qualification Requirement:** All applicants must demonstrate one year of specialized experience equivalent to the next lower grade in the Federal Government. Specialized experience is experience which is in, or directly related to line of work of the position to be filled and which has equipped the applicant with particular knowledge, skills, and abilities to successfully perform the duties of that position. To be creditable, specialized experience must have been equivalent to the next lower grade in the normal line of progression for the occupation in the organization.

**Evaluation criteria:** Eligible candidates may be ranked based on the knowledge, skills, abilities, and other characteristics (KSAO's), described below.

**1.Knowledge, skills, abilities, and other characteristics (KSAO's) are described below.** 1. Knowledge of ISO 9000 quality management system (QMS) and standards (list any certifications). 2. Skill in leading and formulating policy for an organization going through ISO 9000 registration, maintenance, and continuous improvement. 3. Knowledge of problem-solving techniques for evaluating or improving processes and programs. 4. Ability to communicate clearly to present authoritative interpretations and guidance to management officials, counterparts, and representatives within the FAA and private industry. 5. Skill in the use of Microsoft software such as Word, Excel, Visio, Powerpoint, etc.

Case 1:06-cv-01485-PLF   Document 27-3   Filed 06/09/2008   Page 40 of 235
Case 1:06-cv-01485-PLF   Document 20-2   Filed 03/13/2008   Page 2 of 6
FAA Job Announcements                                                    Page 2 of 3

# Exhibit 1

**Excepted Service:** The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**FAA's CORE COMPENSATION PLAN** This position is covered by the FAA Core Compensation plan. Additional information about core compensation is available here.

**HOW TO APPLY:**
**Identification Form (Optional)** A completed SF-181, Race and National Origin Identification Form.

**The Application Package:** Your Application for Federal Employment, SF-171 (6/88 or later edition); Optional Application for Federal Employment, OF-612; or any written application must contain your name, mailing address, phone number, social security number, country of citizenship, and veterans preference. In addition, it must contain information about your current position, education (high school, colleges, or universities), other work experiences, and any other qualifications you may possess. Basic eligibility for the position will be determined from your application package which must be complete and up to-date. Additional application forms may also be required. Please check under "How to Apply".

On a separate sheet of bond paper, you may provide additional information regarding your possession of the KSAO's for the position. (Optional - Not required, however, it provides applicants the opportunity to describe portions of their experience, training, education, etc., which are directly related to the KSAO.) The information will be used for ranking of applicants after basic eligibility is determined. For each KSAO listed above, provide the following information: 1) Work Experience: Describe the tasks you have performed which demonstrate the KSAO, giving the dates, places, and positions where you did this. 2) Education, Training and/or Awards: Describe training, education, and/or awards you have received which demonstrate the KSAO, including the dates you received the training, education, and/or awards. 3) Other Information: Such as volunteer experience, hobbies, etc., which demonstrates the KSAO, giving the dates and places where you did this.

**WHERE TO SEND APPLICATIONS:** Federal Aviation Administration Personnel Services Division, AHP-200 Room 523, 800 Independence Avenue, S.W. Washington, D.C. 20591

**Applications may be faxed to:** Applications may be faxed to (202) 267-7032 (local) or 1 (866)-291-3009 (toll free). Please be sure to fax your application specifically to these two numbers. We will not be able to accept faxed applications to any other FAA fax numbers. PLEASE LIMIT THE PAGES YOU FAX TO A MAXIMUM OF 20 PAGES. YOU ONLY NEED TO SUBMIT THOSE ITEMS REQUIRED ON THE ANNOUNCEMENT. DO NOT FAX ITEMS SUCH AS POSITION DESCRIPTIONS, TRAINING CERTIFICATES, PERFORMANCE APPRAISALS AND OTHER SIMILAR DOCUMENTS. ALL FAXED APPLICATIONS MUST BE RECEIVED NO LATER THAN THE CLOSE OF BUSINESS (5 P.M. EASTERN TIME) ON THE CLOSING DATE OF THE ANNOUNCEMENT. Because we cannot guarantee timely receipt and assume responsibility for the quality or legibility of the faxes, illegible applications will result in loss of consideration. Be sure to list your name, social security number and vacancy announcement number on each page of your submission.

**Receipt of Applications:** All applications must be received by the closing date of this announcement.

**Hand Delivery of Applications** Applications may be hand-delivered to Room 523.

**Contact Information:** Alfreda Terrell   202-267-8061

**Financial Disclosure** The person selected for this position may be required to file a financial disclosure statement within 30 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

**Privacy Act Requirements:** Collection of personal identification data is authorized under the Privacy Act (P.L. 93-579).

**Equal Employment and Reasonable Accommodation:** The FAA does not discriminate on the basis of political affiliation, race, color, religion, national origin, sex, sexual orientation, marital status, age, disability, or any other characteristics not bearing on job performance. On an individual case basis, this agency also makes reasonable accommodations for applicants with disabilities. If you need accommodation in any part of the application or hiring process, please notify the agency contact listed elsewhere in this announcement.

**Prohibition on Personal Use of Government Postage-Paid Envelopes:** Use of postage-paid Government envelopes to file

Case 1:06-cv-01485-PLF   Document 27-3   Filed 06/09/2008   Page 41 of 235
Case 1:06-cv-01485-PLF   Document 20-2   Filed 03/13/2008   Page 3 of 6
FAA Job Announcements
Page 3 of 3

# Exhibit 1

job applications is a violation of Federal laws and regulations. Applications submitted in postage-paid Government envelope will not be considered.

**FAA vacancy information and certain application forms are now available on the FAA's World Wide Web site at: http://jobs.faa.gov or by calling our Faxback system at (405)954-0250.**

What resume must contain is detailed here.

The following forms are electronically attached for your convenience:

OF-612 :Application for Employment
OF-510 :Applying for a Federal Job
OF-306 :Declaration for Federal Employment
SF-181 :Race and National Origin Identification

Case 1:06-cv-01485-PLF    Document 27-3    Filed 06/09/2008    Page 42 of 235
Case 1:06-cv-01485-PLF    Document 20-2    Filed 03/13/2008    Page 4 of 6
FAA Job Announcements                                                    Page 1 of

## Exhibit 1



This Document Produced on 02/23/04

---

## Department of Transportation
## Federal Aviation Administration
## Internal Vacancy Announcement
## Vacancy Announcement Number: AWA-AIR-04-AT40010-72564

---

**Open Date:** Feb 23, 2004
**Close Date:** Mar 22, 2004
**Position:** Quality Management System & Standards Specialist, FV-301-I or J, Job Category: Professional
**Salary Range:** $61,366 to $116,039
**Location:** Washington, DC
**Organization Location:** FAA Washington Headquarters Region, Associate Administrator for Regulation and Certification, Aircraft Certification Service, Production & Airworthiness Certification Division, AIR-230

**PCS:** Relocation/moving expenses will be paid per applicable regulations.

**Area of Consideration:** Current/Former Federal (include applicants who are or have served a trial/probationary period in th. Federal Government)

**Duties:** Advises Division and Service executives on ISO 9000 organizational planning and resource utilization issues. Oversees all aspects of AIR's transition to ISO 9000 registration while maintaining organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity. The service quality management system and philosophy are developed, clearly defined, documented, implemented, verified, and maintained. Leads service-wide personnel to conduct complex and controversial studies that result in authoritative recommendations to improve and/or standardize and document Service activities/products. When appropriate, the incumbent develops and delivers training to service-wide personnel. Conducts internal audits to ensure standardization, satisfaction of customer needs, adherence to applicable policy and best practices, and utilization of the most effective and efficient means. Conducts periodic meetings to solicit FAA and industry feedback to ensure that ISO 9000 has assisted the Service in reaching the organizational goals to improve quality, reduce risk, measure effectiveness, and increase productivity.

**NOTES:** 1. Status applicants must submit a current SF-50 to verify grade and tenure. 2. Salary includes 13.43% locality pay for the Washington, DC area. 3. All, some, or none of the referred candidates may be interviewed.

**Qualification Requirement:** All applicants must demonstrate one year of specialized experience equivalent to the next lower grade in the Federal Government. Specialized experience is experience which is in, or directly related to line of work of the position to be filled and which has equipped the applicant with particular knowledge, skills, and abilities to successfully perform the duties of that position. To be creditable, specialized experience must have been equivalent to the next lower grade in the normal line of progression for the occupation in the organization.

**Evaluation criteria:** Eligible candidates may be ranked based on the knowledge, skills, abilities, and other characteristics (KSAO's), described below.

**1. Knowledge, skills, abilities, and other characteristics (KSAO's) are described below.** 1. Knowledge of ISO 9000 quality management system (QMS) and standards (list any certifications). 2. Skill in leading and formulating policy for an organization going through ISO 9000 registration, maintenance, and continuous improvement. 3. Knowledge of problem-solving techniques for evaluating or improving processes and programs. 4. Ability to communicate clearly to present authoritative interpretations and guidance to management officials, counterparts, and representatives within the FAA and private industry. 5. Skill in the use of Microsoft software such as Word, Excel, Visio, Powerpoint, etc.

Case 1:06-cv-01485-PLF   Document 27-3   Filed 06/09/2008   Page 43 of 235
Case 1:06-cv-01485-PLF   Document 20-2   Filed 03/13/2008   Page 5 of 6
FAA Job Announcements                                                     Page 2 of 3

# Exhibit 1

**Excepted Service:** The FAA is an excepted service agency. Basic Federal employee benefits remain the same as other Federal agencies.

**FAA's CORE COMPENSATION PLAN** This position is covered by the FAA Core Compensation plan. Additional information about core compensation is available here.

**HOW TO APPLY:**
**Identification Form (Optional)** A completed SF-181, Race and National Origin Identification Form.

**The Application Package:** Your Application for Federal Employment, SF-171 (6/88 or later edition); Optional Application for Federal Employment, OF-612; or any written application must contain your name, mailing address, phone number, social security number, country of citizenship, and veterans preference. In addition, it must contain information about your current position, education (high school, colleges, or universities), other work experiences, and any other qualifications you may possess. Basic eligibility for the position will be determined from your application package which must be complete and up-to-date. Additional application forms may also be required. Please check under "How to Apply".

On a separate sheet of bond paper, you may provide additional information regarding your possession of the KSAO's for this position. (Optional - Not required, however, it provides applicants the opportunity to describe portions of their experience, training, education, etc., which are directly related to the KSAO.) The information will be used for ranking of applicants after basic eligibility is determined. For each KSAO listed above, provide the following information: 1) Work Experience: Describe the tasks you have performed which demonstrate the KSAO, giving the dates, places, and positions where you did this. 2) Education, Training and/or Awards: Describe training, education, and/or awards you have received which demonstrate the KSAO, including the dates you received the training, education, and/or awards. 3) Other Information: Such as volunteer experience, hobbies, etc., which demonstrates the KSAO, giving the dates and places where you did this.

**WHERE TO SEND APPLICATIONS:** Federal Aviation Administration Personnel Services Division, AHP-200 Room 23 800 Independence Avenue, S.W. Washington, D.C. 20591

**Applications may be faxed to:** Applications may be faxed to (202) 267-7032 (local) or 1 (866)-291-3009 (toll free). Please be sure to fax your application specifically to these two numbers. We will not be able to accept faxed applications to any other FAA fax numbers. PLEASE LIMIT THE PAGES YOU FAX TO A MAXIMUM OF 20 PAGES. YOU ONLY NEED TO SUBMIT THOSE ITEMS REQUIRED ON THE ANNOUNCEMENT. DO NOT FAX ITEMS SUCH AS POSITION DESCRIPTIONS, TRAINING CERTIFICATES, PERFORMANCE APPRAISALS AND OTHER SIMILAR DOCUMENTS. ALL FAXED APPLICATIONS MUST BE RECEIVED NO LATER THAN THE CLOSE OF BUSINESS (5 P.M. EASTERN TIME) ON THE CLOSING DATE OF THE ANNOUNCEMENT. Because we cannot guarantee timely receipt and assume responsibility for the quality or legibility of the faxes, illegible applications will result in loss of consideration. Be sure to list your name, social security number and vacancy announcement number on each page of your submission.

**Receipt of Applications:** All applications must be received by the closing date of this announcement.

**Hand Delivery of Applications** Applications may be hand-delivered to Room 523.

**Contact Information:** Alfreda Terrell   202-267-8061

**Financial Disclosure** The person selected for this position may be required to file a financial disclosure statement within 0 days of entry on duty. FAA policy limits certain outside employment and financial investments in aviation-related companies.

**Privacy Act Requirements:** Collection of personal identification data is authorized under the Privacy Act (P.L. 93-579).

**Equal Employment and Reasonable Accommodation:** The FAA does not discriminate on the basis of political affiliation, race, color, religion, national origin, sex, sexual orientation, marital status, age, disability, or any other characteristics not bearing on job performance. On an individual case basis, this agency also makes reasonable accommodations for applicants with disabilities. If you need accommodation in any part of the application or hiring process, please notify the agency contact listed elsewhere in this announcement.

**Prohibition on Personal Use of Government Postage-Paid Envelopes:** Use of postage-paid Government envelopes to file

Case 1:06-cv-01485-PLF Document 27-3 Filed 06/09/2008 Page 44 of 235
Case 1:06-cv-01485-PLF Document 20-2 Filed 03/13/2008 Page 6 of 6
FAA Job Announcements

Page 3 of 3

# Exhibit 1

job applications is a violation of Federal laws and regulations. Applications submitted in postage-paid Government envelopes will not be considered.

**FAA vacancy information and certain application forms are now available on the FAA's World Wide Web site at: http://jobs.faa.gov or by calling our Faxback system at (405)954-0250.**

What resume must contain is detailed here.

The following forms are electronically attached for your convenience:

> OF-612 :Application for Employment
> OF-510 :Applying for a Federal Job
> OF-306 :Declaration for Federal Employment
> SF-181 :Race and National Origin Identification

# EXHIBIT 4

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
                                :
FELIX J. ESQUIBEL,              :
                                :
          Plaintiff,            :
                                :
     -vs-                       :  Civil Action No.:
                                :  06-1485 (PLF)
MARIA CINO,                     :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - x
                         Washington, D.C.
                         Tuesday, November 20, 2007

          The deposition of JUANITA YOUNG,

called for examination by counsel for Plaintiff,

pursuant to notice, in the offices of Gebhardt &

Associates, 1101 17th Street, N.W., Washington,

D.C., convened at 1:15 p.m., before Emma N. Lynn, a

Notary Public in and for the District of Columbia,

when were present on behalf of the PARties:

2

APPEARANCES:

On Behalf of the Plaintiff:

CLARISSA H. WU, ESQ
 MYRREL C. HENDRICKS, JR., ESQ.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4718
(202) 496-0400

On Behalf of the Defendant:

HEATHER OLIVER, ESQ.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1334

Also Present:

RAYMOND A. MARTINEZ, ESQ.
Federal Aviation Administration
Office of the Chief Counsel
 600 Independence Avenue, S.W.
Suite 1035
Washington, D.C. 20590
(202) 385-8235
ray.a.martinez@faa.gov

3

C O N T E N T S

| WITNESS | EXAMINATION BY COUNSEL FOR | |
|---------|-----------|-----------|
| | PLAINTIFF | DEFENDANT |

JUANITA YOUNG

BY MS. WU                4

BY MS. OLIVER                              104

BY MS. WU                113

E X H I B I T S

| NUMBER | FOR IDENTIFICATION |
|--------|--------------------|
| Young No. 1 | 36 |
| Young No. 2 | 44 |
| Young No. 3 | 93 |
| Young No. 4 | 106 |

4

```
 1              P R O C E E D I N G S
 2        Whereupon,
 3                      JUANITA YOUNG
 4   was called for examination as a witness by counsel
 5   for the Plaintiff and, having been first duly sworn
 6   by the notary public, was examined and testified as
 7   follows:
 8   BY MS. WU:
 9        Q.   Could you please state your name for the
10   record.
11        A.   Juanita Young.
12        Q.   And what is your job title?
13        A.   I'm unemployed, retired.
14        Q.   What was your job title before you  retired?
15        A.   Manager of quality assurance specialists.
16        Q.   And does that have a division number?
17        A.   It had a branch number.  It was  identified
18   as -- what was the title?  -- Production
19   Certification Branch, AIR-220.
20        Q.   And did you work with James Seipel?
21        A.   He was my -- I was one branch manager and he
22   was the other branch meager, yes.
```

5

1     Q.    On a day-to-day basis did you work with  him

2   or did you just see him once in a while?

3     A.    We worked together.

4     Q.    I forgot to say also if you need me to

5   repeat any questions, if you don't hear or

6   understand any of the questions, feel free to ask me

7   to repeat them.

8     A.    Okay.

9     Q.    If you need a break for any reason, let  me

10   know.

11     A.    Okay.

12     Q.    Is there any reason you can't give full  and

13   complete answers to the questions asked of you

14   today?

15     A.    No.

16     Q.    Are you taking any medication that might

17   inhibit your answering fully and completely?

18     A.    No.

19     Q.    How did you prepare for your deposition

20   today?

21     A.    I think yesterday I was contacted to just go

22   over, I guess, my recollection of things we had

6

1    discussed relative to my interrogatories.

2        Q.    Contacted by whom?

3        A.    I was contacted by counsel.

4        Q.    And did you review any documents?

5        A.    Today I did, sitting on the couch.

6        Q.    What did you review?

7        A.    I reviewed the interrogatories where I  had

8    responded before previously.

9        Q.    Had you reviewed them prior to today?

10       A.    Not reviewed, no.

11       Q.    So after having reviewed them today, can

12   you say or is it fair to state that the information

13   contained in them is accurate to the best of your

14   knowledge?

15       A.    To the best of my knowledge, it is.

16       Q.    Did you bring any documents with you  today?

17       A.    None.

18       Q.    And how long have you been retired from  the

19   FAA?

20       A.    Since September the 3rd, 2007.

21       Q.    Why did you feel that Mr. Lightbrown was

22   more suited for the position than Mr. Esquibel?

7

1      A.   We were looking for someone with hands-on

2   experience in the Quality Management System and also

3   had detailed auditing experience and Mr. Lightbrown

4   had previous experience setting up quality

5   management systems and he had previous experience as

6   an auditor, very detailed experience as an auditor;

7   and from looking at Mr. Esquibel's package he talked

8   a lot about education he had, but not having

9   hands-on experience in setting up a quality

10   management system or detailed experience in

11   auditing.

12      Q.   So did you contribute to the preparation  of

13   the vacancy announcement?

14      A.   I don't believe so, if I can remember.

15   It has been a couple years.  I don't believe I

16   actually contributed to preparing it.

17      Q.   What was your role in the hiring process?

18      A.   My role is I was the manager that was

19   identified by my boss to organize an interview

20   panel, then being the person who organized the

21   interview panel to look at the application packages,

22   to read through the various applicants' packages

8

1   that had applied for the vacancy announcement and

2   then based on reviewing those packages, I also would

3   share with the other panel of people who were going

4   to be on my panel to look at the packages as well,

5   and then thusly follow up with an interview based on

6   the people we would identify we would interview.

7       Q.   What was the basis for your manager

8   selecting you to sit on the interview panel?

9       A.   Since we had a position within our

10  division, historically we always have one or both

11  managers, branch managers, participate on interview

12  panels.  That's a standard procedure we had in

13  place.  So the reason he did it was because I was

14  one of the managers in the office so he identified

15  me as doing that interview.

16      Q.   After you were identified to be on the

17  interview panel -- let me rephrase.

18           How many other people were on the

19  interview panel?

20      A.   Two others.

21      Q.   And what were their names?

22      A.   Carol Driscoll and Scott Horn.

9

1      Q.   What were their job titles?

2      A.   I don't specifically know.  I know they

3   were managers within the FAA, but I don't

4   specifically know what their job titles were.

5      Q.   And how does your position as a manager

6   relate to the incumbent who would be taking the

7   position that was advertised in the vacancy

8   announcement?

9      A.   The vacancy announcement identified that

10   that person, whoever was selected for the job, would

11   work for one of the two branches, meaning either my

12   branch or Mr. Seipel's branch.  And so that's the

13   relationship.

14      Q.   Do you know which branch the person would be

15   working under?

16      A.   At the time of the interview, not  exactly,

17   because there was also discussion they may  work at

18   the division level.

19      Q.   And at the division level, can you  explain

20   that?

21      A.   I am 220 and Mr. Seipel was 230.  We have an

22   AIR-200.  So the division level would be the  AIR-200

10

1   level.

2       Q.   And so who would that person's supervisor

3   be?

4       A.   Mr. Paskiewicz.

5       Q.   I would just like to show you what we  have

6   marked as Seipel 1.  It is an AIR-200  organization

7   chart.

8       A.   Okay.

9       Q.   Before you retired, where would you have

10  been on that chart?

11      A.   Possibly where Mr. Lausman is.  Some of  the

12  players underneath this may have been moved  around.

13  I haven't focused to see if everybody  reported is

14  still in position, but possibly where  Mr. Lausman

15  is.  He is listed now though as 230 and  I was 220.

16  So it appears they moved Mr. Seipel over to 220 and

17  filled the vacancy in 230.

18      Q.   And when you were working in AIR-220,  what

19  were your major duties?

20      A.   My duties were to be responsible for the

21  development of the policies and procedures

22  applicable to the Production Certification Branch.

1    So the people who reported to me were responsible

2    for the regulations as well as the policies and

3    procedures that govern production certification.

4    And I, of course, managed those employees.

5        Q.    Was it quality oriented?

6        A.    The people underneath me are not -- those

7    employees were not necessarily quality oriented

8    because they were writing policies and procedures.

9        Q.    I see.  Was Mr. Esquibel's interviewing

10   process the first interview panel that you had been

11   on?

12       A.    No.

13       Q.    How many interview panels had you been  on?

14       A.    I can't give you a number; but since I  have

15   been manager, quite a few.

16       Q.    Just looking for a ballpark estimate,  would

17   you say between one to 50, more than that,  less than

18   that?

19       A.    Ballpark, maybe 50.  Maybe.  I guess.

20       Q.    Maybe 50.  That's all right.  You don't

21   have to give an exact number.

22       A.    Okay.

12

1    Q.   What is your educational background?

2    A.   I have high school, some college, but I  do

3    not have a degree.

4    Q.   Where did you work before you worked for

5    the FAA?

6    A.   I worked in the Quality Assurance  Division,

7    I think it was ASU-200.  That was FAA.   Prior to FAA

8    I worked in the 4950 Air Base Wing,  Wright-Patterson

9    Air Force Base.  And one  correction.  In between

10   that there really was  another position.  I worked at

11   the Air Force Plant  Representative Office in Fort

12   Worth, Texas at  General Dynamics.

13   Q.   And had you ever held a management  position

14   before the one that you held at FAA?

15   A.   No.

16   Q.   How long were you in a management  position

17   while you were employed with FAA?

18   A.   Approximately about 11 or 12 years.

19   Q.   Eleven or 12 years?

20   A.   Yes.

21   Q.   And are you familiar with the EEO

22   Management Directive No. 715?

13

1      A.    Not by the number.  I would need more

2  clarity on the question.

3      Q.    EEO Management Directive 715 has to do  with

4  the hiring of minorities in the Federal  Government.

5      A.    No.

6      Q.    You are not familiar?

7      A.    (Witness shook head in the negative.)

8      Q.    What about the President's Executive  Order

9  13171?

10     A.    Further clarification.

11     Q.    That is an Executive Order related to

12  hiring more, greater numbers of Hispanic employees

13  into the Federal Government.

14     A.    No, I'm not aware of that.

15     Q.    Is it fair to say that you have never  used

16  either of these policies in the interviewing

17  process, on interview panels you have sat on?

18     A.    That's very fair.

19          MS. OLIVER:  Objection.

20  BY MS. WU:

21     Q.    Have you ever considered either of these

22  two guidance policies in interview recommendations

14

1    that you ever made?

2             MS. OLIVER:  Objection.

3             THE WITNESS:  No.

4    BY MS. WU:

5        Q.   And what is your race?

6        A.   I am black.  African American.

7        Q.   And at the time that you retired from the

8    FAA what was your pay scale, pay grade?

9        A.   My pay then was K.

10       Q.   K?

11       A.   Yes.

12       Q.   Approximately when did you become  involved

13   in the interviewing or hiring process for  the

14   position that Mr. Esquibel applied for?

15       A.   When did I become involved in it?

16       Q.   Yes.  I am looking at the vacancy

17   announcement stage, at the hiring stage, at the

18   interviewing stage?

19       A.   At the stage where the cert. From HR was

20   sent upstairs, I had already been identified as the

21   manager responsible for the interview and putting

22   the panel together.  So when the cert. Came

15

1   upstairs, that was my trigger to start looking at

2   applications.

3       Q.   Do you remember how many people were on  the

4   cert. List?

5       A.   No.

6       Q.   Do you know if Mr. Esquibel was on the

7   cert. List?

8       A.   Yes.

9       Q.   Did you have any input into who made the

10  cert. List?

11      A.   No.

12      Q.   And you said that the cert. List was  handed

13  up from HR, is that correct?

14      A.   Yes.  It goes from HR to our HR person in

15  our office to the manager.

16      Q.   Do you know who puts together the cert.

17  List?

18      A.   HR I am assuming, but I don't know

19  firsthand.

20      Q.   Is it HR that is inside the FAA or were  you

21  referring to a different HR?

22      A.   HR inside the FAA.

16

1    Q.   And a minute ago you said HR gives it to

2    your HR.  Is there a difference there?

3    A.   Not really.  Some years back HR spread  out

4    some of their responsibilities.  So we have a  person

5    in our office that is kind of like the HR  interface

6    or contact with HR downstairs; and when we want

7    something, we go to that person and they  contact

8    downstairs and vice versa and up through.

9    Q.   The HR person who works in your office,

10    what is that person's name?

11    A.   Margo Davis.

12    Q.   All right.  Do you know if Margo Davis  had

13    any involvement in preparing the cert. List?

14    A.   I don't believe she did, but you would  have

15    to check with her.

16    Q.   Who selected the individuals from the  cert.

17    List who would receive interviews?

18    A.   The three panel members.

19    Q.   And what was the process that the three

20    panel members went through to decide who would get

21    interviewed?

22    A.   Once we received the packages, we went

1  through and read the packages, looking for people

2  who had the hands-on experience in staffing the

3  Quality Management System and/or in detailed

4  auditing skills.  And we read through the packages;

5  and once we read through the packages, we identified

6  those that we thought had the skills we were looking

7  for and we identified four of those.  Not saying

8  some other people didn't have some additional

9  skills, but those are the four we said we wanted to

10  interview based on the contents of their package.

11      Q.   Is it fair to say that hands-on auditing

12  experience was very, very important for the

13  position?

14      A.   As well as establishing a quality

15  management system, yes.

16      Q.   Do you know why that wasn't stressed in  the

17  vacancy announcement?

18      A.   Well, I don't know why it wasn't stressed as

19  such with specific wording, but I think one of  the

20  KSAs in the vacancy announcement asked for

21  experience.  I don't have the words because it has

22  been so many years, but it asked for experience.

1     Q.    What kinds of detailed auditing  experience

2   were you looking for?

3     A.    Actually having conducted audits, done

4   evaluations of quality management systems, some ISO

5   in some cases, having experience out at contracting

6   facilities overseeing their systems, and actually

7   having worked to establish systems out there in some

8   of those facilities.  Those kind of detailed

9   auditing experience.

10     Q.    Were you aware that Mr. Esquibel had  served

11   as a consultant for several years overseeing  the

12   quality management systems for an ISO project?

13     A.    There may have been something in his

14   package that said he worked as a consultant.

15     Q.    Do you remember?

16     A.    I don't specifically remember.

17     Q.    Do you think if you had seen that during

18   your review of the packages it would have influenced

19   your decision?

20     A.    No.

21     Q.    Why not?

22     A.    He still doesn't have the experience

19

1    necessary to establish a quality management system

2    which is one of the experiences that we have.  The

3    people I think I believe that we identified had both

4    types of experience.

5        Q.    When you say "both," what do you mean?

6        A.    They had quality management, established

7    quality management systems, overseen quality

8    management systems, audited quality management

9    systems and contractors, their process and

10   procedures and specifications.  They had all of

11   those experiences as well as detailed auditing.  So

12   when I say both, those are the both I am talking

13   about.

14       Q.    When you say detailed auditing, are you

15   differentiating that from regular auditing?

16       A.    Maybe so.  We have people in our office

17   that are auditors and their skill level is not such

18   we can actually put them onto a quality management

19   system to do the audits.  They could take additional

20   training to develop skills necessary to do the

21   quality management system type auditing.

22       Q.    What types of training would they have to

1    take?

2        A.    One of the trainings they would have to

3    take would be some more, maybe where they go to the

4    contractor's facility or go out to do an audit and

5    have someone oversee them as they do an audit to

6    develop the characteristics of what they are looking

7    for.  We have people in our office that are auditors

8    relative to quality systems that we had to send out

9    with a team and get trained for the QMS type of

10   audit because they wanted to get certified as

11   auditing.  And their auditing for just a regular

12   basis quality management system will not qualify

13   them to go out into a quality management system type

14   of audit.

15       Q.    Let me ask you what is involved in the

16   certification which is, I suppose, the higher level

17   of auditing education?

18       A.    What is involved?  Like a course?  I  really

19   can't tell you what is involved in the  course.

20   That's why when we had the interview panel  we had

21   some people who were involved with QMS and  ISO type

22   requirements you would need.

21

1      Q.    Who is that person?

2      A.    Carol Driscoll.

3      Q.    Carol Driscoll?

4      A.    Yes.

5      Q.    So do I understand correctly you don't  know

6    what the difference is between a certified  auditor

7    and a general auditor?  Is that what you  said?

8      A.    I said from where I sit when you asked me

9    what am I talking about, when I say more detailed

10   experience, I say we have people that have a general

11   auditing experience, meaning we have people that

12   worked in manufacturing facilities and did just

13   regular systems audit for just a regular contractor

14   facility, not QMS, but like MILQ type audits in a

15   contractor's facility.  That person who was able to

16   do a MILQ audit in a contractor's facility, to come

17   on board and want to do a QMS audit, would take some

18   additional training to get them ready such as maybe

19   teaming up with a team of people who do QMS audits

20   to learn the things to look for, how to run the

21   analysis and do all the things necessary to do the

22   QMS audit.  I do know that.

22

1    Q.    What is the MILQ?

2    A.    MILQ is a quality standard that a lot of

3    facilities use or used to use in the past, and we

4    have people that have had that experience and the

5    training for that.

6    Q.    Is it a system?

7    A.    MILQ is a system, yes, but it is not as

8    stringent as a QMS system.

9    Q.    Were you specifically looking for people

10   who held certifications in QMS work or QMS auditing?

11   A.    I'm not sure if the announcement required

12   that or not.  So I can't really respond to what -- I

13   don't remember whether the announcement said we were

14   or not.

15   Q.    Do you remember if you considered who had

16   certifications?

17   A.    Well, the people that we interviewed did

18   have some type of training or courses or whatever.

19   Whether all of those are equal, I don't have the

20   experience to know whether all of those

21   certifications or courses are equal.  Again, that's

22   why we had somebody with the special skills

23

1   necessary to be able to speak to that aspect.

2       Q.   Do you know if Mr. Esquibel had auditing

3   training or experience?

4       A.   Well, you told me --

5       Q.   Let's take training first.

6       A.   You told me earlier he had some type of

7   auditing experience.  You said or asked me if I was

8   aware of it earlier.  So if what you are saying is

9   so, then he must have had something.

10      Q.   Do you know if he had auditing training?

11      A.   I don't remember.

12      Q.   Do you know if he has any auditing

13  certifications?

14      A.   I don't remember.

15      Q.   Are you aware of a letter that Mr.  Esquibel

16  sent to Mr. Seipel around December 2004?

17      A.   Yes, I am aware.

18      Q.   And can you tell me what you know about

19  that letter?

20      A.   Well, I know that I saw -- when you speak of

21  a letter, what are you specifically talking  about?

22  Are you talking about the FOIA letter or  what letter

24

1    are you talking about?

2        Q.    I am referring to a letter that Mr.

3    Esquibel sent to Mr. Seipel asking why he wasn't

4    chosen for the position.  I believe it also contains

5    a reference to a FOIA.

6        A.    Otherwise you are talking about a  different

7    letter I wouldn't be aware of.  The FOIA  letter?

8        Q.    Yes.

9        A.    When I came back from leave or vacation,  I

10    was aware that there was a FOIA letter.

11        Q.    How did you become aware of it?

12        A.    I believe later, maybe sometime in  December

13    I believe or maybe early the following  year, I

14    received a copy of it from the FOIA  coordinator.

15        Q.    From the FOIA coordinator?

16        A.    Yes.

17        Q.    Do you know what the FOIA coordinator's

18    name is?

19        A.    Milicent Justice.

20        Q.    Did you make a notation on the last page  of

21    the letter about some advice that Milicent  Justice

22    had given you?

25

1     A.   Yes.

2     Q.   And what was the notation about?

3     A.   Something -- since I don't remember word

4  for word what it was, but something about the fact

5  that he had sent in some questions and it was

6  something about for me not to worry about responding

7  to the questions number something to something and

8  that I think the issue had been elevated to Civil

9  Rights or something and she advised me through Civil

10  Rights or she advised me that Civil Rights had

11  indicated to hold off answering anything because now

12  the issue had been elevated to the Office of Civil

13  Rights.  Something like that.

14     Q.   And so am I correct in understanding that

15  she instructed you not to answer certain questions?

16     A.   Well, first of all, there were certain

17  questions that were not in my jurisdiction to

18  answer, so I believe that might have been what was

19  number such and such to such and such because it is

20  not me.

21     Q.   Do you know why she told you not to  answer

22  certain questions?

26

1    A.    Because some of those questions may not

2    have been -- and I would have to look at them

3    again -- may not have been in my jurisdiction to

4    answer.  Because somebody writes a letter and they

5    write it to me doesn't necessarily mean it is my

6    responsibility to answer because I may not be the

7    entity to have the answers to those questions.  So

8    there may have been some questions that were not my

9    responsibility because they were not within my

10   jurisdiction to answer, even to know the answers.

11   Q.    And when Milicent Justice gave you the

12   letter, was that the first time you ever became

13   aware of it?

14   A.    Yes.

15   Q.    Do you know who was responsible for

16   answering the letter, responding to it?

17   A.    No.

18   Q.    So is it not the case that -- let me

19   rephrase.

20        Did James Seipel not give you the letter

21   and ask you to respond to it?

22   A.    I don't believe so.  He might have given  me

27

1   a copy or something.  I don't know.  I don't

2   remember.

3       Q.   Did anybody ask you at any point to  respond

4   to the letter?

5       A.   No.  I was on hold via Milicent via the

6   Office of Civil Rights to wait because it had gotten

7   elevated to the Office of Civil Rights.

8       Q.   If Milicent had instructed you not to

9   answer the questions, do you know why you were given

10  a copy of the letter?

11          MS. OLIVER:  By whom?

12  BY MS. WU:

13      Q.   By Milicent Justice.

14      A.   No.

15      Q.   So other than telling you not to answer

16  specific questions, did Milicent give you any

17  instructions as to what to do with the letter?

18      A.   She just told me to wait until she  further

19  hears more from the Office of Civil Rights.

20      Q.   Did you ever talk to Mr. Seipel about his

21  conversations with Mr. Esquibel?

22      A.   Maybe.  I am thinking maybe he might have

28

1    told me he called while I was off, and he had tried

2    to talk with him and he wanted to know -- I am

3    trying to think if it was anything.  He might have

4    wanted to know how he did, get some feedback or

5    something.  I don't know specifically.  He might

6    have mentioned it.

7        Q.    Do you have a specific recollection of

8    talking to him about it?

9        A.    I really don't, no.

10       Q.    When you say that he may have asked you

11   though, what is the nature of the memory you have

12   about it?

13       A.    The nature of the memory, the only thing  I

14   have in my memory about it is getting those

15   questions via the FOIA and getting the instructions

16   I got from Milicent Justice.

17       Q.    But is it your testimony that you did  talk

18   to James Seipel about his conversation with Mr.

19   Esquibel?

20       A.    I really don't remember specifically

21   talking to him about it.

22       Q.    But a minute ago you indicated that maybe

29

1    you talked to him about it.

2        A.    I am thinking I know how we normally  work,

3    and we normally would have done some kind of

4    communication in my mind.  But you ask me if I

5    specifically remember and my answer is, no, I don't

6    specifically remember.

7        Q.    Do you have a general memory or general

8    feeling though whether --

9            MS. OLIVER:  Objection.

10   BY MS. WU:

11       Q.    -- you talked to him?

12       A.    I am trying to give you the answer.  But,

13   no.

14       Q.    All right.  So of the three panelists,  the

15   two others and yourself that you had listed,  were

16   all of the panelists equal in terms of who  would

17   make decisions, who would ask questions?

18       A.    Yes.

19       Q.    And who actually asked the questions?

20       A.    We rotated.

21       Q.    You rotated?

22       A.    Yes.

1     Q.    What was the purpose of having a panel as

2 opposed to having one person?

3     A.    It is our standard procedure.   Every

4 interview we do we have a panel.

5     Q.    Do you know why?

6     A.    It is our procedure.

7     Q.    And in terms of the number of people, do

8 you know if, for example, the interview board

9 disagreed on who should be chosen for the position,

10 how would you resolve any discrepancy or any

11 disagreement?

12     A.    We would talk about it.

13     Q.    Did you choose the person by consensus or by

14 vote?

15     A.    We do it pretty much by consensus.

16     Q.    So everybody would have to agree in order to

17 pick one person to hire, is that correct?

18     A.    Yes.

19     Q.    And did you all agree to hire Mr.

20 Lightbrown?

21     A.    Yes.

22     Q.    And then after you decided to hire, after

1   you had interviewed him and the decision was made by

2   the panel that he would be the selectee, did anybody

3   review your decision?

4       A.   We discussed it with my division chief  who

5   would be Mr. Paskiewicz.

6       Q.   Can you tell me the substance of that

7   communication?

8       A.   Just that we had done the interview and  we

9   asked the questions and based on the information

10  each applicant, each interviewee shared, we felt

11  this person came out on top and responded to all the

12  questions.  That kind of stuff.

13      Q.   And in looking at the interview packages,

14  you stated that Mr. Lightbrown -- let me back up.

15           In selecting the interviewees who would

16  receive interviews, was that also done by consensus?

17      A.   Yes.

18      Q.   So everybody had to agree to each

19  interviewee who got interviewed by the panel, is

20  that correct?

21      A.   Yes.

22      Q.   And everybody agreed to interview Mr.

32

1   Lightbrown?

2       A.   Mr. Lightbrown and the other people, yes.

3       Q.   Wendy Ramsey is one of the other

4   interviewees who was selected for interview.  Why

5   was she selected?

6       A.   She had a package as well.  She had the

7   system, where she talked about the establishment of

8   quality systems, how she worked to set up and

9   establish, the hands-on stuff and then also she had

10  the hands-on auditing experience.

11      Q.   What about education?

12      A.   There was some level of education.  I am

13  assuming.  But I don't really recollect what is in

14  all those packages anymore.

15      Q.   And do you remember if she had any

16  experience training people about QMS?

17      A.   I don't remember.

18      Q.   Did her prior EEO activity have anything  to

19  do with your selection to interview her?

20      A.   I don't know anything about prior EEO

21  activity.

22      Q.   What about David Piszazek?  How did you

33

1    select him for an interview?

2        A.   Same thing.  There was some experience in

3    his package that sparked our interest relative to

4    his qualifications.

5        Q.   Can you be a little more specific?

6        A.   No.  I really don't remember the packages

7    anymore.

8        Q.   But were you looking for hands-on

9    experience mostly?

10       A.   We were mostly looking for hands-on

11   experience.

12       Q.   Were you looking for education?

13       A.   I was not that focused on education, but

14   like I said, I don't remember what the announcement

15   said or whether the announcement said you had to

16   have some degree or no degree or whatever.  But we

17   really were looking for somebody who had the

18   experience establishing a system.  If somebody who

19   didn't have the education had the experience

20   establishing a system, that would work as well.

21       Q.   And Stephen Davidson, is it the same with

22   him?

34

1       A.   The same.

2       Q.   Do you remember what hands-on experience

3   Mr. Esquibel had?

4       A.   I don't remember.

5       Q.   Do you remember if he had any at all?

6       A.   For us not to have selected his package,  it

7   wasn't really apparent that he had hands-on

8   experience, if he had it in establishing a quality

9   management system, having orchestrated one.

10      Q.   And were you involved in the preparation  of

11  answers to interrogatories in this case?

12      A.   Yes.

13      Q.   Were you at all involved in preparing the

14  vacancy announcement?

15           MS. OLIVER:  Objection.  Asked and

16  answered.

17           MS. WU:  I'm sorry.  I forgot actually.

18  BY MS. WU:

19      Q.   You were not?

20      A.   No.

21           MS. WU:  I want to show you a copy of

22  the vacany announcement.  And if you are familiar

1    with it, you can just take a second to look it over.

2              Can I have this marked as No. 1.

3                   (Young Exhibit No. 1 was

4                      marked for identification.)

5         MS. WU:  Actually I only have one copy,

6    so if you could look on.  Let the record show that

7    counsel has had an opportunity to review the vacancy

8    announcement.

9    BY MS. WU:

10      Q.   Do you recognize that vacancy  announcement?

11      A.   I can't say whether it is or is not the

12   same, but it is an announcement.

13      Q.   Do you know if that announcement relates  to

14   the position for which you sat on the interview

15   panel?

16      A.   I can't say from just looking at it.

17      Q.   You are looking at -- can you see --

18              MS. OLIVER: Do you have a vacancy

19   number?

20              MS. WU:  Definitely for AIR-200.  This

21   might be helpful.  We just marked that No. 1.  This

22   should be page 1 of that.

36

1  BY MS. WU:

2      Q.   Can you tell me what page 1 of Exhibit 1

3  is?

4      A.   It looks like it is the cover page or the

5  first page of the announcement with the announcement

6  number on it.

7      Q.   Can you read the announcement number?

8      A.   AWA-AIR-04-AT40010-72564.

9      Q.   And do you know if you sat on the  interview

10 panel for this position?

11     A.   I don't remember the number, but I have  to

12 assume.  But I don't remember the vacancy number.

13     Q.   That's all right.  If you skip to the

14 second page, about halfway down at paragraph number

15 one, there is a listing of knowledge, skills,

16 abilities and other characteristics.  You see that?

17     A.   Yes.

18     Q.   Can you tell me how many KSAOs are listed

19 there?

20     A.   KSAOs, there are five.

21     Q.   Let's look at the first one.  Knowledge  of

22 ISO 9000 quality management system and

1   standards.  How was that criteria evaluated by the

2   interview panel?

3       A.   It was evaluated based on the applicants

4   communicating their knowledge of the ISO system from

5   some previous employment or some training or

6   whatever avenue they had available to them that

7   would demonstrate the experience.

8       Q.   You'll note in number 1 in parentheses it

9   says "(list any certifications)."

10      A.   Yes.

11      Q.   Did that play -- did certifications play

12  into your consideration of the interviewees?

13      A.   Not necessarily.  If they had them, they

14  could list them.

15      Q.   And how important weight wise was  criteria

16  number 1?

17      A.   We really didn't give those criteria

18  weight.

19      Q.   When you say "we didn't give them  weight,"

20  did you consider them all to be equal?

21      A.   I don't know necessarily they would all  be

22  considered equal either.

38

1      Q.   Can you explain how you would reconcile  any

2   discrepancies then?

3      A.   It would be based on the applicant's

4   communication, relative to the experience they had.

5   The fact that they led a company through an ISO

6   certification is a good skill.  It is a good base,

7   but since our job was requiring hands-on experience,

8   if they didn't have the experience leading somebody

9   through actually putting a system in place, the fact

10   that they did this from a book level may not be the

11   total qualifying factor because we really wanted

12   somebody who had the experience setting the system

13   up, putting it in place, hands-on experience.

14           So I can't say whether it is equal or not

15   equal because it just depended on the actual

16   experience they are going to tell me about against

17   that KSA and it could be hands on or it could be

18   book, and we would have to look at the set.

19      Q.   And now I would like to refer you to  number

20   one, KSA 2, which is skill in leading and

21   formulating policy.

22           How was that evaluated in terms of the

1  specific types of experience?

2    A.   There is ones where we are getting down  to

3  actual hands-on experience.  We wanted somebody  who

4  had the experience actually leading and  formulating

5  policy concerning the ISO 9000 or QMS  9000 or QMS

6  system.  That's where we wanted hands-on experience.

7  We didn't want somebody who just had  taken a course

8  but never done it, because we were at a critical

9  juncture in our organization where we  needed to get

10  the system in place and we needed it  to be who had

11  the experience in establishing, in  putting in place

12  a system.

13    Q.   What about KSA 3, knowledge of

14  problem-solving techniques?

15    A.   That's talking about knowledge and some

16  people have good knowledge of good problem-solving

17  and some have done it hands on.  Either one,

18  depending on what they tell us, can weigh out.

19    Q.   What about number four, ability to

20  communicate clearly and to provide guidance to

21  management officials?

22    A.   That is another one they would have to

1  have.  Depending on what skills they are telling us

2  and what types of things they have done to

3  communicate -- a part of the QMS system requires you

4  to have, I think it is, management team meetings and

5  you need to have a thorough, good ability to

6  communicate what is happening with ISO 9000.  The

7  audits that you do, any metrics or measures, you

8  have to communicate the results.  So that, again,

9  will be dependent upon what the person is telling us

10  about their skill level, whether it is all book or

11  whether it is actual hands-on application, having

12  established charts and tracking systems and

13  whatever.

14      Q.   Was it important then for the incumbent  to

15  have good communication skills?

16      A.   Yes.

17           MS. OLIVER:  Objection.  Asked and

18  answered.

19  BY MS. WU:

20      Q.   And if you had a conflict between a

21  candidate with a lot of hands-on experience but with

22  lesser communication skills and another candidate

41

1   stronger in communication skills as opposed to

2   hands-on experience, how would you resolve that kind

3   of conflict?

4       A.   Well, gee, since your question is

5   hypothetical, I will answer it hypothetically.  I

6   would actually have to actually sit down -- not sit

7   down -- but look at the people who have communicated

8   in answering all these four and we may have to talk

9   about that.  Maybe a person who had good hands-on

10  skills and had less communication skills, had

11  difficulty communicating even though they came out

12  better, may not have gotten it because one of the

13  other things is we do need is to be able to

14  communicate in establishing a system.

15           But that's a hypothetical question and it

16  is hard to deal with because it is not a reality of

17  what happened in this case.

18      Q.   I wanted to just understand the process  of

19  how you would weigh KSA 1 against KSA 2 or 3 or 4 or

20  5.

21      A.   Right.  These things collectively are all

22  important, but it is really what we are looking for.

42

1    We were looking for hands-on experience.

2        Q.   The fifth one is a reference to  experience

3    with software, is that correct?

4        A.   Yes.

5        Q.   Do you know whether the incumbent would  be

6    using a lot of software programs?

7        A.   Probably.

8        Q.   Do you know what kinds?

9        A.   Not all of them off the top of my head

10   because as the QMS is developed new processes and

11   new softwares are coming into place.

12              MS. WU:  Can I have this marked as Young

13   2.

14                  (Young Exhibit No. 2 was

15                   marked for identification.)

16              MS. WU:  Let the record show I am also

17   handing a copy to defense counsel.

18   BY MS. WU:

19       Q.   Have you ever seen this document before?

20       A.   Yes, it looks like Mr. Esquibel's

21   resume.

22       Q.   Do you remember if you reviewed this in

1    preparation for -- do you remember if you reviewed

2    this at any point before today?

3         A.   I would have to say I believe so.

4         Q.   Is it accurate to say that you reviewed

5    this and decided not to give him an interview for

6    the position?

7         A.   Yes.

8         Q.   Can I draw your attention to the first

9    underlined line on the first page.  That says

10   "Business & Industry Consultant."

11        A.   Okay.

12        Q.   Could you read me that one sentence,

13   please.

14        A.   "Consulted and facilitated Economic  Develop

15   Job Training Grant in a local business in  areas such

16   as problem solving, project management,  process

17   improvement, statistical process contraol,  and ISO

18   9001:1004 Standard."

19        Q.   Would you consider the sentence that you

20   just read as hands-on experience?

21        A.   It could be or it could not be.

22        Q.   When you say "it could be," how could it

44

1  be?

2      A.    We have -- let's say we have a consultant

3  that somebody is communicating with about a system.

4  That means they are not doing the actual work.

5  Somebody is going to them for advice, and they could

6  be going back and forth.

7      Q.    And would you consider facilitating an

8  auditing program as hands-on experience?

9      A.    Of course, your definition of  facilitating

10  is?

11      Q.    If you were to just generally -- as you

12  read it in this resume, how would you define it?

13          MS. OLIVER:  You mean on the first page

14  or on the second page?

15          MS. WU:  On the first page.

16          THE WITNESS:  Facilitated means it could

17  also go along with consulting, where you basically

18  are consulting, facilitating this company getting

19  their certification or getting their system

20  established because of the advice you provided for

21  them, communicating back and forth to you.

22  BY MS. WU:

45

1      Q.   Is that the definition that you would  have

2   assigned to this word if you had seen this in  2004?

3      A.   Maybe.  That's 2004, darling.

4      Q.   You don't remember?

5      A.   No.

6      Q.   I just wanted to establish that.

7           Let me point you down to the next

8   paragraph under the heading that says "Federal

9   Aviation Administration."  The first position is

10  entitled "Kalamazoo (AZO) Air Traffic Control Tower"

11  and the subparagraph underneath is "Operations

12  Supervisor."

13          Can you read that subparagraph for me?

14     A.   "Responsible for the daily operation of  air

15  traffic activities within Kalamazoo's delegated

16  airspace."  You want me to go on?

17     Q.   That's all right.

18          Do you consider controling daily

19  operations for an air traffic activity as hands-on

20  experience?

21     A.   Not for the job I had, that we were  talking

22  about.

46

1    Q.    Why not?

2    A.    I don't believe that has to do with QMS

3    systems.

4    Q.    If you were to look at the daily  operation

5    of any system, do you think that quality  management

6    would play a role in any system?

7    A.    Quality does, but whether quality

8    management does, I don't know.  I don't know if they

9    have to have an ISO 9000 system to have daily

10   operations of air traffic activities.  I was a

11   manager.  Does that mean QMS?

12   Q.    Could you clarify that.

13   A.    I said I was a manager.  I said you don't

14   have to have a quality management system to have a

15   daily operation of air traffic.  So when you asked

16   me if it is hands on, we are talking about QMS.  We

17   are not talking about an air traffic system.

18   Q.    Could I direct you to the next page.

19   A.    Okay.

20   Q.    This is the listing for the KSAs, which  is

21   knowledge of ISO 9000 quality management systems  and

22   standards, is that correct?

47

```
 1      A.   Yes.

 2      Q.   And can you take a look at the first

 3  paragraph.

 4      A.   Okay.

 5      Q.   Do you think that the first paragraph  that

 6  is listed here demonstrates a knowledge of ISO  9000

 7  quality management systems?

 8      A.   It demonstrates a knowledge.

 9      Q.   What about the second paragraph?

10      A.   It demonstrates a knowledge.

11      Q.   What about the third?

12      A.   Okay.  It demonstrates a knowledge.

13      Q.   And before you flip to the next page, the

14  two bullet points at the bottom, an ASQ certified

15  quality manager, do you know how somebody would go

16  about getting that certification?

17      A.   No.

18      Q.   Do you know what the certification means?

19      A.   No.

20      Q.   What about the next one, ASQ certified

21  technician?

22      A.   No, I don't know how to go about getting  it
```

48

1    and I don't know what it means.

2        Q.    And in reviewing number two on the next

3    page, which states "Skill in leading and formulating

4    policy for an organization going through ISO 9000

5    registration," can you tell me whether or not the

6    paragraphs that are listed under number two

7    demonstrate skill in leading and formulating

8    policy?  Let me rephrase.

9            Does the answer to number two meet the

10   KSA requirement of KSA number 2?

11       A.    From a -- wait a minute.  From what I am

12   reading, this still is where he is a consultant.  He

13   is consulting with a company about establishing

14   their systems.

15       Q.    Right.  But specifically in looking at

16   skill in leading and formulating policy -- actually,

17   let's narrow this down.  We are just looking at

18   paragraph one, the paragraph that starts "From 2001

19   through 2002," does that paragraph fit your KSA 2?

20       A.    What I am reading, I see where he was a

21   consultant, but it doesn't really tell me about him

22   formulating policy or leading them to do policy or

49

1   he has hands-on experience in developing policy.  It

2   doesn't to me.

3       Q.   What about the last paragraph or the last

4   sentence of paragraph two which states "This

5   initiative served several purposes...to introduce

6   project management techniques, to introduce

7   problem-solving techniques, and to identify (and

8   eliminate) nonvalue adding processes"?

9       A.   This is in a course.

10      Q.   Right.  But does that show -- let me

11  rephrase.

12      A.   We are not asking to show -- we are  asking

13  him does he have hands-on experience.  Has he

14  developed policy?  Has he established a system with

15  policies and procedures in that system?

16      Q.   Right, I understand that.  I am just  trying

17  -- what I am trying to get at is a difference between

18  the KSAs.

19      A.   Okay.

20      Q.   And I would assume that the reason for

21  having multiple KSAs is they are slightly different

22  from each other.

50

1      A.    Okay.

2      Q.    And so I am trying to see what the panel

3  was looking for when they tried to apply KSA 2,

4  leading and formulating policy, and whether or not

5  Mr. Esquibel showed that in his answers.

6      A.    Okay.

7      Q.    Looking at his answer for number two, do

8  you think it meets or does not meet the criteria of

9  having skills in leading and formulating policies?

10     A.    I don't see the formulating policies.

11     Q.    And directing your attention to KSA 3,

12 "knowledge of problem-solving techniques for

13 evaluating or improving processes and programs," do

14 you think that the activities that Mr. Esquibel has

15 listed in paragraph one that begins with "Specific

16 tools" indicates knowledge of problem solving?

17     A.    Yes, he has knowledge of problem

18 solving.

19     Q.    Do you think that he has knowledge of

20 problem solving for improving processes and

21 programs?

22     A.    He has knowledge.

51

1       Q.   And if I can direct your attention to

2   number four which is "ability to communicate

3   clearly," would you say that what Mr. Esquibel has

4   prepared in answer to number four demonstrates an

5   ability to communicate clearly?

6       A.   Yes.

7       Q.   Do you think that his answer demonstrates

8   the ability "to present authoritative

9   interpretations and guidance to management

10  officials"?

11      A.   Yes.

12      Q.   Do you believe that, number five, KSA 5,  do

13  you believe that Mr. Esquibel's experience meets  KSA

14  5 in terms of his experience with Microsoft

15  software?

16      A.   Yes.

17      Q.   Let me make sure that I understand you

18  correctly.  KSA 1, which is knowledge of ISO 9000

19  quality management systems, you say he has.  Is that

20  correct?

21      A.   Uh-huh.

22            MS. OLIVER:  Say yes.

52

```
 1            THE WITNESS:  Yes.

 2   BY MS. WU:

 3       Q.   And then number three, you said his  answer

 4   demonstrates "knowledge of problem-solving

 5   techniques for evaluating or improving processes and

 6   programs," is that correct?

 7       A.   Yes.

 8       Q.   And number four, he has demonstrated the

 9   "ability to communicate clearly to present

10   authoritative interpretations and guidance to

11   management officials"?

12       A.   Yes.

13       Q.   And that he has demonstrated skill in the

14   use of Microsoft software?

15       A.   Yes.

16       Q.   I am a little confused then about your

17   answer to KSA 2.  What in this answer leads you to

18   decide that his answer is insufficient to show --

19   let's take just the formulating policy aspect of it

20   first.

21            MS. OLIVER:  Objection.  Asked and

22   answered.
```

```
 1              THE WITNESS:  Has hands-on experience to

 2      establish a quality management system, has

 3      experience in developing policies and procedures,

 4      not causing them to be done.  Hands-on experience

 5      doing it.  Hands-on experience in quality management

 6      systems, hands-on experience in detailed auditing.

 7      Hands-on.

 8      BY MS. WU:

 9         Q.   Would you say there is a difference  between

10      managing a process and actually doing the  process?

11         A.   Yes.

12         Q.   Who do you think knows more about the

13      process in that scenario, the person who is

14      implementing it or the person who is managing it?

15         A.   Again, it depends.  You asking a

16      hypothetical.

17         Q.   Hypothetically?

18         A.   Hypothetically it would be either way

19      dependent on the people.  In some cases the person

20      who has the hands-on experience is more

21      knowledgeable than the person managing it; and then

22      in some cases, depending on the issue, it is the
```

54

1   other way around.  There is no set answer.

2        Q.    Is it your opinion though that  management,

3   that people who manage process don't  know very much

4   about the process they manage?

5        A.    It could be.

6        Q.    Is that your general belief?

7        A.    I can't use the word "general."  I don't

8   know what "general" means to you.

9        Q.    Going forward slightly in his

10  application packet, I am now looking at the page

11  that is marked "Certificate of Award" at the top.

12  Could you read the certificate starting with "We

13  hereby award."

14       A.    "We hereby award this certificate to  Felix

15  J. Esquibel for successfully completing and  passing

16  the auditor/lead auditor of quality systems  course."

17  You want more?

18       Q.    No.  That's fine.

19             And the person who signed this

20  certificate, Michelle Walke, are you familiar with

21  that individual?

22       A.    No.

55

1      Q.    Can we flip to the next one.

2      A.    Am I going to read again?

3      Q.    Yes.

4      A.    Okay.

5      Q.    Could you read just starting from the  first

6    word down to "Quality Technology."

7      A.    "American Society for Quality, Felix

8    Esquibel, has satisfactorily fulfilled the

9    requirements established by the Society for

10    professional attainment in quality technology."

11      Q.    And then the last one.

12      A.    "American Society for Quality, Felix  Joseph

13    Esquibel has satisfactorily fulfilled the

14    requirements established by the Society for

15    professional attainment in quality management."

16      Q.    "And is therefore"?

17      A.    "And is, therefore, certified by the

18    Society as a quality manager."

19      Q.    And why did none of these certifications

20    matter in terms of getting him an interview?

21      A.    It doesn't address hands on.  It is

22    courses.

56

```
1      Q.   Did Mr. Lightbrown have the same types of

2  certifications?

3      A.   I can't say match for match whether he  did,

4  but he did have hands on.

5      Q.   And in looking again at Mr. Esquibel's

6  resume, why did the panel not give any weight to his

7  experience teaching in the ISO 9000, quality

8  management systems area?

9      A.   Same areas.  We wanted hands on.

10     Q.   And you don't think that somebody who

11  instructs -- let me rephrase.

12          Would you expect a professor of quality

13  management systems to know about quality management

14  systems?

15     A.   They probably are going to know a certain

16  level, yes.

17     Q.   Do you think they would more or less than

18  someone who does them?

19     A.   Not necessarily, and I already answered  why

20  not.

21     Q.   What about somebody who consults in the

22  process of doing quality management?
```

1       A.   They may know more than somebody who does it

2    day to day because they are a consultant maybe.   But

3    we still were looking for a hands-on person,

4    somebody who actually established the system with

5    their hands, sets up processes and procedures.

6    That's what we were looking for for this job.

7                MS. OLIVER:  Off the record, please.

8                (Discussion off the record.)

9                (Whereupon, at 2:25 p.m., a recess was

10   taken to reconvene at 3:40 p.m.)

11               MS. WU:  Back on the record.

12   BY MS. WU:

13      Q.   Before the break we were talking a little

14   bit about the position that Mr. Esquibel applied

15   for.  Can you tell me what duties would be entailed

16   by the person who got the position?

17      A.   They will be responsible to generate

18   procedures and policies and processes for quality

19   management systems.  They would be responsible to

20   work with the aviation safety inspectors looking at

21   our policies and procedures, taking a leading

22   position on policies and procedures flow charts that

58

1    will lay out the quality management system.  They

2    will be responsible to do the audits of the field

3    offices as well as the headquarters internal offices

4    and also help work with them in developing policies

5    and procedures and flow charts laying out their

6    processes.  They will be responsible to make sure

7    all the processes and flow charts and procedures and

8    all those things allow for a transitional flow from

9    beginning to end, including headquarters, field, you

10   know.  That's pretty much it.

11       Q.   And would the incumbent also be  responsible

12   for giving briefings and giving advice  to managers?

13       A.   Advice?  Usually the advice will come  from

14   the -- I am trying to think what they call

15   them -- PORs.  There will be PORs -- each office has

16   PORs that are responsible for that office's policies

17   and procedures.  So the top person will be working

18   with them and also helping them write and develop

19   the policies and works, and they work hand in hand

20   in doing it; but the PORs will be responsible for

21   giving advice to their manager.

22            Then there would be a meeting between the

59

1   POR and the quality management rep on issues and

2   things and whatever they were talking about, but the

3   POR would be doing most of interfacing with their

4   direct managers.  There is a higher --

5       Q.   Let me stop you for just one second.

6   What does POR stand for?

7       A.   I knew when I said that -- I don't what  the

8   POR stands for.  It is a term they started using when

9   they set up our system.  I don't know what it

10  actually stands for to spell it out.

11      Q.   So was the candidate not responsible for

12  giving guidance or advice to managers about quality

13  management systems?

14      A.    The higher level -- the QMS rep would  meet

15  with the higher level management, probably like the

16  Nick Sabitini type level and their person is  looking

17  at it from their level.  But they would work hand in

18  hand with PORs to give advice.  But I am  really not

19  familiar with how the quality management  rep works

20  at the higher level because I wasn't part  of those

21  meetings or anything like that.

22          But I know for our immediate office -- I

60

1    am trying to get the structure.  Normally the

2    quality management rep would not be under the

3    division chief which it was in this case.  Normally

4    that person would be under John or Derenda.  So they

5    delegated that to Frank who then had the person

6    under him.  So I am trying to talk about it as if it

7    is still Derenda.  It is not our immediate office.

8    That's why it is difficult for me.  Normally that

9    person would be dealing with John or Derenda which

10   Frank was representing that so that would still be

11   it.  He would not be dealing with our office as

12   such.  It is a delegation of both positions in the

13   same place, if that makes sense.

14        Q.   I think it does.

15             Would the candidate not be advising Frank

16   about issues or processes?

17        A.   Normally that person would have been

18   advising Derenda and John.

19        Q.   And Derenda and John, are they in 220?

20        A.   No.  They are AIR-1 and AIR 2.  If the

21   structure was set up the way it normally would be,

22   that would be the level.

1     Q.    That they would be advising to?

2     A.    The management rep -- yes, they would be

3     advising to.  They delegated it down to Frank who

4     was 200; but even in that role he was representing

5     AIR-1 and 2, you see, so it is kind of hard to

6     explain because that was a delegation.

7     Q.    The QMS specialist would have been  advising

8     Frank who is really --

9     A.    AIR-1 and 2.

10    Q.    -- representing AIR-1 and 2?

11    A.    Yes.  And they were meeting with the PORs

12    and the PORs would be taking care of our office and

13    trying to make sure referring lines up and working

14    with the higher level rep to write and get

15    everything straight.

16    Q.    What kind of experience did Mr.

17    Lightbrown have in terms of advising people about

18    QMS?

19    A.    I can't remember specifically, but I can

20    talk generally, what I can pull on out of my head

21    and remember.

22    Q.    Sure.

62

1     A.   He had been in various facilities and in

2     working those facilities he had set up quality

3     systems in those facilities and been responsible to

4     work with the contractor -- work with the

5     manufacturers.  Contractor is a DOD term.   I am

6     trying to use the same terms.  Work with the

7     manufacturers in the various companies he has

8     worked.

9               As he got promoted, he began to work in

10    the New England field office.  In the New England

11    field office he had responsibility of overseeing

12    aviation safety inspectors in helping them monitor,

13    write and develop their process and procedures for

14    those contracts they were overseeing.  So he

15    actually had a management role, without being a

16    manager, of overseeing a bunch of facilities where

17    they had aviation safety inspectors there.  And he

18    was responsible also to go out and audit them and

19    kind of do an over-the-shoulder review of their work

20    and try to make sure it was satisfactory and also

21    then work with them on correcting and fixing and

22    developing and writing procedures and the quality

63

1    management system they have would in place in the

2    companies they are overseeing.

3        Q.    If you were to compare Mr. Lightbrown's

4    skill and experience level in terms of advising

5    versus Mr. Esquibel's skill level and experience in

6    the field of advising, who do you think is a

7    stronger candidate?

8        A.    I really don't know.  For me though Mr.

9    Lightbrown had more than just advising.  That's what

10   I'm saying.  He actually worked -- I don't know.  I

11   don't know who had more advising background and

12   skill than the other person who had more

13   background.  I didn't go out with Mr. Lightbrown

14   when he did his advising.  He didn't work for me.

15       Q.    Were those the kinds of things that you

16   asked in the interviewing process?

17       A.    No, I did not focus in on skills in

18   consulting.  I mean, yeah, skills in consulting or

19   length of consulting.  I did not ask questions about

20   that.  I think --

21       Q.    Did you ask questions about communication

22   skills?

64

1      A.   I am trying to think.  I don't remember

2  what the questions were that I asked.  I know there

3  were a number of questions, but I don't know what

4  each of the questions were.

5      Q.   To the best of your recollection, did the

6  panel ask anything about communication at all?

7      A.   I really don't know.  I don't know  whether

8  we asked anything about oral communications  or not.

9  I just really don't remember.

10     Q.   How about computer skills?  Did the

11 interview panel ask the interviewees about their

12 computer skills?

13     A.   I don't think -- I don't believe we asked

14 anybody about their computer skills.

15     Q.   Did you ask any of interviewees about  their

16 educational backgrounds?

17     A.   Probably not.  That information is

18 contained in the packets.

19     Q.   What about specific job training?

20     A.   On-the-job training?

21     Q.   On-the-job training or training that  would

22 help them do their job if they were selected  for the

65

1    QMS specialist position.

2       A.    I don't believe we did.  Again, any

3    training they would have had that would have made

4    them whatever would have been in the packet.  It was

5    one of the primary focuses of the packet.

6       Q.    Did you review with them the information

7    they put in their packets?

8       A.    No.

9       Q.    How did you verify that the information  in

10   the packets was true?

11      A.    I didn't.

12      Q.    Did anybody?

13      A.    No.  We have no requirement to verify  what

14   is in there is true.

15      Q.    So you didn't look at certifications.

16   You didn't talk to previous supervisors or anything

17   like that?

18      A.    No.  Depending on how many people are in

19   the cert., that would be a whole lot of work trying

20   to talk to anybody they have on their application to

21   figure out whether the information is true or not.

22   Usually what happens -- usually, and this is not a

66

1    requirement that has to happen, when somebody is

2    hired or you are really interested in one or two

3    people, you might go and do some background

4    verification.  But, again, that's if you choose.  It

5    is not a requirement.

6        Q.    And the four people who were selected for

7    interviews, you didn't do that for them?

8        A.    None of the four.

9        Q.    Did you ask them anything about their

10   experience doing studies?

11       A.    I don't remember.

12       Q.    Do you know if studies were part of the

13   incumbent's job?

14       A.    I don't.  Like I said, the person was  with

15   me for two months and reported to somebody else and

16   what they would have required them to do, I  don't

17   know.

18       Q.    And you said that on the panel you  rotated

19   in terms of who asked the questions, is that correct?

20       A.    Yes.

21       Q.    Did you have a specific area of questions

22   that you asked?

67

1      A.    Specific area?  No.  Like what do you  mean

2   by specific?

3      Q.    If there were three panels members, did  you

4   divide up the topics you were going to question  the

5   interviewees about?

6      A.    No.  They weren't topic driven.

7      Q.    Did you ask people about their prior

8   experience or knowledge with problem solving?

9      A.    No.  Anything that was contained in the

10  application, we didn't go into again, asking again.

11     Q.    Then what did you ask them about?

12     A.    I don't remember the questions, but I  don't

13  think we went into trying to validate the

14  application.

15     Q.    Did you want people to discuss how they

16  would perform in their position if they were chosen?

17     A.    I don't know.  I don't know whether those

18  questions were asked or not.  As I told you, I don't

19  remember the questions.

20     Q.    You mentioned before that you selected  Mr.

21  Lightbrown based on hands-on experience.  Do you

22  remember if he discussed hands-on experience in the

1    interview?

2        A.   I don't specifically remember.  I can

3    assume some things, but I don't specifically

4    remember.

5        Q.   All right.

6        A.   It could have been.  I don't remember the

7    questions.

8        Q.   Do you think that exploring each

9    interviewee's familiarity and ability with the KSAs

10   is important?

11       A.   Say that question again.

12       Q.   Do you think that evaluating how each

13   candidate or how well they meet the KSA requirements

14   is important?

15       A.   Well, yes, and if that is to be done, it  is

16   normally done based upon what they put in the

17   package.  That's the first gate to go through is

18   when you apply for a job, does the package match

19   information that you are trying to address in the

20   KSAs.  Otherwise, you don't make it to stage two.

21       Q.   So then what is the purpose of the

22   interviews?

1      A.   The interview is for us.  The interview  is

2    looking for, I believe, some of the personality

3    traits as well as other things.  But, again, I have

4    to look at the questions to see what all we talked

5    about, see what we are looking at for that

6    particular job.  Like I say, we go through maybe 50

7    different -- I have done 50 different panels in my

8    career, more or less, I don't know.  But every panel

9    and questions are different.  So for me to try to

10   remember what we did on this particular one is not

11   going to happen.  Okay.

12      Q.   Do you know how you came up with the

13   questions?

14      A.   The questions may have been driven

15   somewhere between HR, Margo and Frank.  I was not

16   there.  I didn't develop the questions.

17      Q.   If you didn't develop the questions, then

18   were you reading from a script?

19      A.   There usually is a pool of questions,  some

20   questions they would have written down.

21      Q.   And who would have written that down?

22      A.   Somewhere between Margo and Frank some

70

1  questions were developed probably for the QMS

2  position, but you would have to check with them to

3  get that.

4      Q.   Did you ask any of the questions that you

5  thought of personally?

6      A.   No.  The process they have in place is we

7  are not allowed to go outside of whatever questions

8  they have determined on the questions.

9      Q.   I see, and how did they document for you

10  these questions?  Did they give you a list of

11  questions?  Did they give you a list of topics?

12      A.   I believe there was a list of questions.

13      Q.   A list of questions.  Do you have that

14  list?

15      A.   No, I do not.

16      Q.   Do you know what happened to the list?

17      A.   You would have to check with Margo or  Frank

18  or somebody and see if they have it.  I don't  know.

19      Q.   You mentioned personality traits  sometimes

20  you look for in interviews.  What kind of

21  personality traits?

22      A.   Maybe just -- let me think.  I am trying  to

1   think of one of them.  I don't remember the

2   questions.  Whether the person prefers to work on

3   teams or independent, because our job requires a lot

4   of teamwork and some people don't like to work in

5   teams.  That type of stuff, if I think of an

6   example.

7        Q.   Did the incumbent for this position need  to

8   work in teams?

9        A.   Yes.

10       Q.   So was that important?

11       A.   Well, yes, it is important because, like  I

12   said, you are working with people working to  develop

13   policies and procedures in a QMS system.

14   That system is throughout the whole organization,

15   and you are going to have to interface with other

16   ASIs, other PORs.  You have to be able to help them

17   develop and write procedures and policies and

18   explain that.  But it is not more heavily weighted

19   than any other KSAs either because we don't use a

20   weighting factor.

21       Q.   I want to shift a little bit and ask you

22   about the continuing nature of the incumbent's

72

1    work.  Am I correct that part of the work is setting

2    up the system and another part is maintaining it?

3         A.    Yes.

4         Q.    And is there a weighting between setting  up

5    and maintaining?

6         A.    Now, when you say the incombent's  position,

7    yes, the incumbent's position was  responsible to

8    assist with the setting up.  The  service, since

9    Frank represents the service level,  made a decision

10   they were going to hire a contractor to take care of

11   much of the interfacing with the  quality management

12   rep in setting up the system.  So the ultimate goal

13   was to get the system set up.  But they actually

14   hired a contractor for that piece as  well as having

15   Mike and whoever worked with that  contractor,

16   because the contractor just does not  have a thorough

17   understanding of FAA and our office  and the service

18   needs and all those things.  So the  primary goal of

19   Mike Lightbrown is after everything  is set up then

20   it has to be maintained.

21        Q.    So if a contractor was setting up the QMS

22   systems, then why was hands-on experience so

1  important?

2      A.   I am saying the contractor was  responsible

3  to set up, but Mike was assisting.  One  of the

4  reasons hands on is important is because the

5  contractor doesn't understand our system.  He

6  doesn't understand our office.  Mike had an

7  understanding of the office.  He had been in

8  aircraft for however long.  He was instrumental in

9  the hands on in helping the contractor set up and

10  organize.  They know some things, but to try to

11  adopt it to our service is difficult when you don't

12  know the business.

13      Q.   Do you think Mr. Esquibel knows the

14  business?

15      A.   I don't know whether he knows about the

16  aircraft certifications business.  I can't answer

17  that.  I don't know what he knows about aircraft

18  certifications.  He may know where he works and his

19  business from out there, but I don't know what he

20  knows about aircraft certification.  He would have

21  to answer that.  I can't answer it.

22      Q.   And we had talked a little bit about Mr.

74

1    Esquibel's level of training before.  Would you say

2    that Mr. Esquibel has had a sufficient amount of

3    training to perform -- a sufficient amount of

4    training to meet all of the knowledge requirements

5    of the position?

6              MS. OLIVER:  Objection.

7              THE WITNESS:  I can't qualify.  I can't

8    say his knowledge is sufficient or training.  There

9    is no way for me to make that call.

10   BY MS. WU:

11      Q.   How did you decide when you were  reviewing

12   the packet?

13      A.   Hands-on experience.  I am going back.  I

14   didn't say we were hiring him based on knowledge.  I

15   said we were hiring because of the hands-on

16   experience to set up a system.

17      Q.   I do understand.

18              But in terms of the KSAs, one of the

19   things they looked for was training.  So if you

20   didn't evaluate how much training was necessary,

21   then how would you know whether or not the person

22   had enough training?

1    A.   There was no enough qualified.  All of  them

2   have training.  There was nothing that said  somebody

3   who had more training than somebody else is more

4   qualified than somebody else.  Again, I am  looking

5   for hands on.  It was not based on because  somebody

6   has a degree or somebody doesn't have a  degree, but

7   might be a higher level.  That person  with a higher

8   level is certainly more qualified by  having a higher

9   degree, but still didn't have the  hands on which was

10   the focus of what we were looking for.

11        Yes, there was a question about the

12   certification and the training.  That just added

13   things to see what they do have; but, again, it does

14   not outweigh the other KSAs.

15    Q.   There was no minimum training  requirement?

16    A.   I don't know if there was.  It would be  in

17   the announcement.

18    Q.   It sounds very much like the main focus  of

19   the position was hands-on experience.

20    A.   That's what I have been saying for a long

21   time.

22    Q.   So do you know why they put out a vacancy

1    announcement with five KSAs if all you were looking

2    for is hands-on experience?

3        A.    The primary experience was hands-on

4    experience, but the other KSAs give you a better

5    picture of totality.  The focus is hands-on

6    experience, but you get a better picture of totality

7    of applicants in reviewing the application to be

8    able to look at the skills, look at what you need to

9    look at.

10       Q.    How would Mr. Esquibel have known to  stress

11   hands-on experience if he looked at the five  KSAs

12   and they were all apparently equal?

13       A.    They all are basically apparently equal

14   depending on what the person brings.

15       Q.     If we go back to something like number

16   two, that is focusing on hands-on experience, asking

17   for your skills in developing the policies and

18   procedures.

19       A.    The others are asking for your knowledge.

20       Q.     But hypothetically if there are four KSAs

21   that focus on knowledge and then one KSA that

22   focuses on hands-on experience, doesn't that imply

1    that knowledge is a little bit more important?

2        A.    No.    We don't have that as a quantity.

3    We could have one KSA.    We don't have a quantity to

4    say one is more important.    There is no weight

5    factor.

6        Q.    You found that hands-on experience was  more

7    important than the other four KSAs combined,  isn't

8    that true?

9        A.    Based on the time frame we were allotted  to

10   establish a system, which was a short time

11   frame.    I don't know what the date was, but we had a

12   short turnaround time.    Hands-on experience was very

13   important to us because we only had so much time to

14   establish a quality management system and put it in

15   place and get it up and running and working.

16            Mr. Esquibel had whatever Mr. Esquibel

17   had and Mr. Lightbrown had what he said, which

18   included hands-on experience.    He had the hands-on

19   experience.    He also had familiarity with the

20   aircraft certification service and knows that to be

21   able to assist the contractor in setting up a system

22   that would fit the aircraft certification based on

78

1    what we were looking for and trying to get done.

2              Only thing I can tell you is you can't

3    put out a job announcement and select everybody.

4    There is no way do it.

5        Q.   That sound like it is true; but if I

6    understand correctly there are five KSAs and you are

7    stressing that number two focuses on hands-on

8    experience.

9        A.   Uh-huh.

10       Q.   And the rationale you gave for that is  that

11   you had a short amount of time to implement a

12   working QMS system, is that right?

13       A.   Uh-huh.

14       Q.   But you said earlier that the FAA had  hired

15   a contractor to do most of the setting up, is  that

16   correct?

17       A.   Uh-huh.

18       Q.   So isn't it fair to say that you based  your

19   decision on who to hire 90 percent on half of  one

20   KSA?

21       A.   No.

22       Q.   How is it not?

1      A.   Well, the focus is on hands-on  experience.

2   It didn't exclude the others as I have  said for the

3   nth time.  They are equally weighted.   There is one

4   no more important.  If you get number  two and miss

5   all the other four, just based on  number two and

6   miss all the other four, Mr.  Lightbrown had number

7   two and the other ones.

8      Q.   And in discussing the other ones, when we

9   had gone through all the KSAs we had agreed Mr.

10  Esquibel had the other four.

11     A.   Uh-huh.

12     Q.   So doesn't that imply then that you are

13  putting a lot more emphasis on number two?

14     A.   No.  It implies that Mr. Esquibel met the

15  other four and didn't meet number two.  And it also

16  implies that Mr. Lightbrown did all five.  That's

17  what it implies to me.

18     Q.   If you are looking at KSA number two,  where

19  does it say in that KSA -- and you can refer  to the

20  exhibits if you would like as well -- but  where does

21  it say in that KSA hands-on experience?

22     A.   When we asked for the person's skills in

80

1    developing the procedures and policies, that's what

2    we are talking about is hands-on experience.  When

3    we say knowledge of, it can include but it doesn't

4    have to include hands-on experience; and the other

5    one says knowledge of, how much do you know about

6    something, didn't ask did you put your hands into

7    it.

8         Q.   Are those terms defined anywhere in the

9    vacancy announcement?

10        A.   No.

11        Q.   Do you think that the word "skill" as  used

12   in KSA number two is open to interpretation?

13        A.   It could be.

14        Q.   Is it fair to say that skill can be

15   attained in a variety of ways?

16        A.   Depending on how you interpret it.

17        Q.   Earlier when we were talking about Mr.

18   Esquibel's experience, I had mentioned paragraph one

19   in his resume that talked about his work as a

20   business and industry consultant.  I had asked you

21   whether or not that qualified as hands-on

22   experience.  You said you didn't know.

81

1      A.   I thought I said -- I thought I said it

2   depends on how.

3             MS. OLIVER:  What?

4             THE WITNESS:  I thought I said it

5   depends on -- let me start again, because I lost my

6   train.

7   BY MS. WU:

8      Q.   In referring to this first paragraph on  Mr.

9   Esquibel's resume that starts "Business &  Industry

10  Consultant," I had asked you earlier  whether or not

11  being a consultant qualifies with  hands-on

12  experience.  To my recollection you said it depends

13  on what the person is actually doing in  their

14  consultant position.

15     A.   Consultant doesn't automatically mean  hands

16  on.  Consultant means that you consult with  somebody

17  and they did the hands on, they developed  the

18  policies and procedures.  It doesn't mean you

19  developed the policies and procedures.

20     Q.   Doesn't it mean you put the policies and

21  procedures in place?

22     A.   Open to interpretation.

82

1       Q.   Don't you think it would have been better to

2   invite Mr. Esquibel for an interview to ask him

3   whether or not he had had hands-on experience?

4       A.   It would probably be better to invite all

5   the people on the list to ask more specifics.  But

6   that's not what we do.  We don't call people on an

7   application and say you got your application in

8   here.  Here is a gray area.  Now tell me what it

9   means.

10      Q.   If it was the pivotal quality you were

11  looking for, shouldn't you have given him a chance

12  to explain whether or not he had it?

13      A.   No.  If I do it for him, I have to do it

14  for everybody.  I am here because somebody felt they

15  weren't treated fairly.  So, no, I couldn't.  Not

16  unless I do it for everybody, no, I couldn't.

17      Q.   Are you familiar with debriefing

18  procedures?

19      A.   Not really.  But we can talk about it if

20  you want to.

21      Q.   Do you know what a debrief is?

22      A.   I have debriefed people who have applied

83

1   for jobs, been selected from the cert. For an

2   interview, have been interviewed and they come back

3   to say based on my interview and not getting the

4   job, can you tell me where I fell short.  That's as

5   far as I have ever had to debrief somebody is after

6   they have been selected to be interviewed for the

7   position and then did not get the position.

8       Q.   How did you get in contact with those

9   people?

10      A.   They have -- usually they have a phone

11  number on their application.  I'm sorry.  Usually

12  they will call and say I did an interview with you

13  and I was just wondering why I didn't get the

14  position.  What do I need to fine-tune, tweak or

15  improve or one of those kind of questions.

16      Q.   Do they generally call you directly?

17      A.   Sometimes, and sometimes they don't.

18      Q.   Do you give a debrief to everybody who  asks

19  you for one?

20      A.   Based on an interview, yes.  If they have

21  been interviewed.  No one has ever asked me before

22  for a debrief when they weren't even interviewed.

84

1    So I can't answer your question usually because it

2    hasn't happened to me.

3        Q.    But 100 percent of people who asked you  for

4    a debrief, you have given them a debrief,  correct?

5        A.    With the question restated, I would be  able

6    to answer; but I can't answer with what you are

7    saying.

8        Q.    With the exception of Mr. Esquibel, have

9    you done a debrief for everybody who has asked?

10       A.    Yes, with the qualification everybody who

11   has asked was a person who had been interviewed.

12       Q.    Did Mr. Esquibel call you for a debrief?

13       A.    No.

14       Q.    Did Mr. Esquibel ever show you a letter

15   where Mr. Esquibel was asking for a debrief?

16       A.    I either got the copy of the FOIA from

17   either Jim -- I thought it was Jim or Milicent.

18   That would be the only way I can say yes.

19       Q.    So you didn't debrief Mr. Esquibel?

20       A.    You saw the note on the paper and I have

21   answered that by the note.  We talked about the

22   note, don't do anything until.

1           MS. OLIVER:  Did you debrief Mr.

2    Esquibel?

3           THE WITNESS:  No.

4    BY MS. WU:

5       Q.   Did you ever speak to him personally?

6       A.   No.

7       Q.   Did you ever write to him or exchange any

8    correspondence with him?

9       A.   No.

10      Q.   I am going to show you what has been  marked

11   as Seipel 5.  This is the FOIA request that  we have

12   been talking about.  And I would like to  direct your

13   attention to the very last page.  Is  that your

14   handwriting?

15      A.   Yes.

16      Q.   And so you wrote that paragraph?

17      A.   Uh-huh.

18      Q.   And can you tell us more about what

19   Milicent told you?

20      A.   Based on what I already told you, that's

21   all I can expound about.  It would be what I

22   answered earlier when you asked me about this.  This

86

1    is it.

2        Q.    Who did you write that paragraph for?

3        A.    It was my little note to myself so I  would

4    remember.

5        Q.    And then after you wrote that, did you do

6    anything with that letter?

7        A.    No.

8        Q.    You just kept it?

9        A.    In my file.

10       Q.    And are you aware of how Mr. Seipel

11   eventually got it?

12       A.    No.  Got this with my handwriting on it?

13       Q.    Yes.

14       A.    I gave him the file when I retired.

15       Q.    What file was that?

16       A.    It was just where I had a copy of his --

17   did it start off EEO?  A copy of this thing, the

18   FOIA request.  Then a copy of the EEO documentation

19   and a copy of the court documentation.  So wherever

20   it elevated I was given a copy of the paperwork and

21   that's what I had.  That was the file.

22       Q.    Was it a file just about Mr. Esquibel?

1      A.   Yes.

2      Q.   And do you normally keep these types of

3  files in the normal course of your work?

4           MS. OLIVER:  Objection.

5           THE WITNESS:  The only reason I had this

6  file is because there was a FOIA.  There was an EEO

7  complaint of civil rights and then there was the

8  court case.  So I keep copies of these things so at

9  whatever point I need to respond, I can.  And the

10  only reason it is Mr. Esquibel's is because that is

11  who we were talking about that went through these

12  channels.

13  BY MS. WU:

14      Q.   The information that was contained in  that

15  file, did you refer to it when you contributed

16  answers to our interrogatories?

17      A.   I believe I would have -- I'm trying to

18  think.  I believe in the interrogatories I talked

19  about the note I had from Milicent.

20      Q.   When did you contribute answers to the

21  interrogatories?

22      A.   When I got the questions and was told by

88

1    counsel I had to respond to the interrogatories.

2        Q.    Do you remember what month or year?

3    Let's start with the year.  Was it this year?

4        A.    I don't remember when the first -- I  don't

5    remember when the first one was.  The end of  last

6    year or the beginning of this year.  I don't

7    remember.

8        Q.    End of last year or beginning of this  year?

9        A.    It may not have been the end.  I got a

10   package from counsel that said here are some

11   interrogatories and I am assuming they were sent to

12   him or whatever by whatever, and I prepared a

13   response based on the questions that had been asked.

14       Q.    Did you prepare answers to the

15   interrogatories before you retired though?

16       A.    Yes.

17       Q.    And you retired when?

18       A.    September 3rd.

19       Q.    September 3rd, 2007?

20       A.    Yes.

21       Q.    So it was definitely before September  3rd,

22   2007?

1      A.   Yes.

2      Q.   Would you say it was before June 2007?

3           MS. OLIVER:  If you can remember.

4           MS. WU:  You don't have to guess.

5           THE WITNESS:  I am not sure of the

6  dates.  I have been retired.  So I'm not sure.

7  BY MS. WU:

8      Q.   And do you remember how you responded?

9      A.   Specifically for each question you mean

10  how?  What my answers were?

11     Q.   Did you respond orally or in writing?

12     A.   I responded in writing.

13     Q.   And how many of the interrogatories did  you

14  write answers for?

15     A.   I don't know the number.

16     Q.   Was it close to all of them or was it  half?

17  Was it one?

18     A.   I am going to guesstimate maybe half.

19     Q.   Did you get a chance to review the

20  interrogatories answers after they were already

21  finished?

22     A.   Just shortly, sitting in the office here.

90

1     Q.   You didn't verify their authenticity or

2     accuracy?

3     A.   I may have reviewed them when the counsel

4     did the final, but I don't remember.

5     Q.   Do you know if you signed a verification

6     document?

7     A.   You are going to tell me what that is.

8         MS. OLIVER:  We don't have a

9     verification from her, but we will get one.

10    BY MS. WU:

11    Q.   Did the FOIA office ever contact you?

12    A.   I don't remember.  I don't believe so,

13    but I don't remember.

14        MS. OLIVER:  Could you clarify that

15    question.  Are you saying did Milicent --

16        MS. WU:  After she had gotten the copy of

17    the letter where she had been instructed not to

18    answer certain questions, did they ever follow up

19    with her?

20        THE WITNESS:  Follow up as now is the

21    time to answer or, no, it is not time to answer?

22    Any fashion?

91

1    BY MS. WU:

2         Q.    Any follow-up.

3         A.    Not that I know of.  Not that I can

4    remember anyhow.

5         Q.    I had asked you before a little bit about

6    guidelines that have come down from the Federal

7    Government that reference hiring minorities in

8    employment.

9         A.    Okay.

10        Q.    Or for the Federal Government.  And you

11   have, as you indicated, been involved in a lot of

12   interviewing processes, around 50.

13             Do you think that it is important that in

14   conducting so many interviews and being on so many

15   panels you should be aware of those kinds of Federal

16   policies?

17        A.    Yeah.

18        Q.    But you weren't aware of the two that I  had

19   mentioned to you?

20        A.    Probably -- no.  No.  No.

21             MS. WU:  Let me show you another

22   document.  I would like to get this marked as Young

92

1   3.

2                    (Young Exhibit No. 3 was

3                     marked for identification.)

4           MS. WU:  Let the record reflect I am

5   giving defense counsel a copy of this as well.

6   BY MS. WU:

7       Q.   Is that your signature on the bottom  there?

8       A.   Yes.

9       Q.   And the date is December 28th, 2004?

10      A.   Yes.

11      Q.   And as the signing management official,  you

12   checked "I decline to use the Mediation Program  at

13   this time," is that correct?

14      A.   Who is this applicable to?

15      Q.   This was attached to Mr. Esquibel's EEO

16   complaint.

17      A.   Okay.  Go ahead.  That's my signature.

18      Q.   Do you remember signing it?

19      A.   No, but that's okay.

20      Q.   You declined to use the mediation  program?

21      A.   Uh-huh.

22      Q.   Why did you decline to use it?

93

```
 1        A.   At this time I would believe this was

 2   already in the courts; and when Mr. Esquibel goes

 3   from one program to the other, I can no longer work

 4   in the previous.  So if this is in the District

 5   Court, which I believe it was, I think I talked to

 6   the EEO counselor and I believe -- I don't know --

 7   they said I had no more action until they do their

 8   thing in civil rights, because I would not do this

 9   arbitrarily myself.

10        Q.   But you do recognize that the date --

11        A.   Is '04.

12        Q.   -- is December 28th, '04.

13        A.   Only thing I can remember because I

14   don't really remember what was happening surrounding

15   this, there was really -- I don't know what I would

16   mediate if I mediated.

17        Q.   Have you ever signed one of these other

18   than Mr. Esquibel?

19        A.   No.

20        Q.   Do you know why you were asked to sign  this

21   one?

22        A.   No.
```

94

1     Q.   What process did you go through in  deciding

2  whether or not or to sign one?

3     A.   I don't even remember, so I can't even

4  answer your question.

5     Q.   To the best of your recollection, did you

6  voluntarily sign this declination?

7     A.   I would think so.  Wait a minute.  This  was

8  before the EEO?

9     Q.   This was post EEO, but it was before

10  U.S.D.C.  It was before District Court.

11     A.   Okay.  Then since this came in as a FOIA  in

12  '04, it wasn't in EEO mediation, right?

13          MS. OLIVER:  Where did you get this

14  from?

15          MS. WU:  This was part of his EEO file.

16          MS. OLIVER:  What was it attached to?

17          MS. WU:  It was attached to his EEO -- it

18  was in the EEO file.

19          MR. HENDRICKS:  During the informal

20  process.  This is only a couple weeks after he sent

21  in the December 16th letter.  There wasn't a court

22  action.

1          MR. MARTINEZ:  Are you talking about the

2     counselor's report?  There should be a counselor's

3     report number.

4          MS. WU:  It is with the counselor's

5     report.  If you don't have a copy -- let me ask you

6     this.  Are you doubting the authenticity of it?

7          MR. MARTINEZ:  I am not doubting it, but

8     it would help the witness to identify it.

9          THE WITNESS:  I am concerned with the

10    circumstances.

11         MR. MARTINEZ:  There is no ROI in this

12    case.  I don't know if the counselor's report

13    applied it to the right case.  She doesn't recall

14    this for this particular case.

15         MS. WU:  I think we understand.

16         THE WITNESS:  I find no tie.

17         MS. WU:  Bear with me a minute.  I am

18    going to see if I can find it for you.  This is not

19    a purely clean copy, but I want to show it to you

20    for your reference.

21         THE WITNESS:  Okay.

22         MS. WU:  Let the record reflect that

96

```
 1    defense counsel is having an opportunity to review
 2    the exhibit first.
 3    BY MS. WU:
 4        Q.   Have you ever seen this memorandum  before?
 5        A.   I don't remember.
 6             (Witness and counsel conferring.)
 7             THE WITNESS:  What is your question?
 8    BY MS. WU:
 9        Q.   Just to be clear, can you flip to the  last
10    page of that exhibit.  On the bottom can you  verify
11    that is your signature?
12        A.   Yes, I said that earlier.  It is my
13    signature.
14        Q.   Do you remember, now you have had a  chance
15    to review the memorandum, do you remember if  you
16    have ever seen it before?
17        A.   I don't remember if I saw it before.  I  can
18    only talk to since that's my signature probably  what
19    might have transpired, but I don't remember it
20    specifically.  If I was given a sheet to sign for
21    mediation and declined it, it is because I felt
22    there was no reason to mediate.  This was a person
```

97

1    whom I did not interview.  I couldn't or can't,

2    based on them putting it on hold, go over the

3    questions he wants answers to.  There is nothing I

4    can mediate about that because I can't answer the

5    questions because I was put on hold.  I didn't

6    interview him so I can't tell him anything.

7        Q.   Did you consult with anybody in your

8    decision --

9        A.   I am reasonably sure I did, but I can't

10   tell you who and I don't have any documentation of

11   it.  But knowing me, I would have.

12       Q.   Is there a procedure in place for when a

13   member of management is given an accept or decline

14   notice like that one?

15       A.   Is there a procedure in place?

16       Q.   Yes.

17       A.   No.  Not that I'm aware of, let me put it

18   that way.

19       Q.   Did you check with anybody to see what  you

20   should do it?

21       A.   I am reasonably sure I did before I  signed

22   it.  I can't tell who because I don't  remember.

98

1    Q.    You are reasonably sure you did what?

2    A.    Talked to somebody, maybe Civil Rights or my

3    EEO coordinator or even my upper management.  I

4    don't remember specifically.  Even though this is my

5    signature, I specifically don't remember the

6    surrounding issues and circumstances surrounding it.

7    Q.    And you said that Milicent had put your

8    answering the questions in the FOIA on hold because

9    of the EEO process, is that correct?

10    A.    That's what we have on the back of this

11    note.

12    Q.    But EEO mediation is a part of the EEO

13    process.

14    A.    Right.

15    Q.    So why could you not --

16    A.    Because I believe at the time I would  have

17    spoken to, I believe, EEO, but I don't  specifically

18    remember.  In talking with them they  may have said

19    since you can't respond to the  questions at this

20    point -- because it says I will  not mediate with you

21    at this time, and there may be  a better time coming

22    that we can answer his  questions but right now

99

1    everything is in flux.  So  it didn't say never.  It

2    said at this time I can't  because there is a process

3    in place that we were  supposed to go through

4    officially to address his  questions.  They were

5    still trying to iron that out  on what should be

6    addressed and when.

7        Q.   There was a process for answering the

8    questions, but there was no process for deciding

9    whether or not you would accept or decline a

10   mediation?

11       A.   I am not sure of the process that is in

12   place for this.  You have to check with the people

13   responsible for it.

14       Q.   But you were flying with no guidance.

15           MS. OLIVER:  I will object to the last

16   question.  I think it is kind of vague as far as

17   what you mean by that.

18   BY MS. WU:

19       Q.   How about this.  Is it fair to say that  you

20   had -- did you have zero guidance about what you

21   should do with that accept/decline notice?

22           MS. OLIVER:  Objection.

100

```
 1          THE WITNESS:  I can't say I didn't or I

 2  can't say I did.  I said I didn't remember.

 3  BY MS. WU:

 4      Q.   To the best of your knowledge were Mr.

 5  Esquibel's questions ever addressed by you?

 6      A.   By me, no.

 7      Q.   Do you know if they were ever addressed  by

 8  anyone else?

 9      A.   I have no knowledge whether it was or

10  wasn't.

11      Q.   Do you remember a meeting that happened  on

12  or around December 28th where you met with the  EEO

13  counselor?

14      A.   It may have, but I don't remember it.

15      Q.   You don't remember meeting with him?

16          MS. OLIVER:  Listen to the question.  She

17  asked if you remember.

18          THE WITNESS:  I don't remember meeting

19  with her.  I can't say I didn't.

20  BY MS. WU:

21      Q.   Do you remember ever talking to her or  him?

22      A.   I don't remember.
```

101

1     Q.   Let me ask you this.  Mr. Esquibel had

2   asked some questions about his nonselection.  Do you

3   think it is important that a FAA employee who

4   applies for a position to get information about why

5   they weren't hired?

6     A.   I don't know.  If I had interviewed them,

7   maybe.  But I mean, I received a cert. With a lot of

8   people's names on it.  So I don't know.

9     Q.   Had you applied for a position and you  were

10   not selected to be interviewed, would you want  to

11   know why?

12     A.   I have and I didn't know why.

13     Q.   You have --

14     A.   I have applied for a job and didn't get

15   selected and don't know why.

16     Q.   Did you ever seek a debrief for why?

17     A.   No.

18     Q.   Why didn't you?

19     A.   There must be something in my package I

20   didn't answer as adequately as somebody else.

21          MS. WU:  Give me just one minute.

22          (Off the record.)

102

```
 1            MS. WU:  Would you like to take just a

 2    short break, about five minutes, and then we can

 3    wrap up.

 4            (Recess.)

 5            MS. WU:  Back on the record.

 6    BY MS. WU:

 7       Q.   Who decided that hands-on experience was

 8    very important for the incumbent?

 9       A.   If I had to say anything, I would say the

10    manager, Frank, because he would be the one who

11    worked more on the KSAs.

12       Q.   Did you play any role in deciding that?

13       A.   No.

14            MS. WU:  Do you have any questions?

15            MS. OLIVER:  I do.

16            MR. HENDRICKS:  She meant did she have

17    anything further to tell us.  Now you can ask your

18    questions.

19            EXAMINATION BY COUNSEL FOR THE DEFENDANT

20    BY MS. OLIVER:

21       Q.   Looking at Young Deposition Exhibit No.

22    3, do you have any specific recollection of
```

1   declining the mediation for Mr. Esquibel?

2       A.   (Witness shook head in the negative.)

3       Q.   Answer yes or no.

4       A.   No.  No.

5       Q.   It is getting late.

6       A.   Don't expound.  No.

7       Q.   Are you at all familiar with the EEO

8   complaint process in terms of the process, what

9   happens when an EEO complaint is filed and then the

10  follow-up from EEO?

11      A.   Not thoroughly.  I do know that the EEO  is

12  filed, and at some point they contact me and  usually

13  do some kind of question-and-answer session  with me.

14      Q.   Did that ever happen in this case?

15      A.   No.

16      Q.   If you look at Seipel Exhibit 5,

17  particularly questions 14 through 28 -- do you have

18  the last page of Seipel Exhibit 5?

19           MS. WU:  That's the FOIA request, is that

20  correct?

21            MS. OLIVER:  Yes.  This is it.

22           MS. WU:  Do you have it all?

104

1              MS. OLIVER:  No.  I just have up to 18.

2              MS. WU:  Apparently we only have up to 18

3      as well.

4              MS. OLIVER:  That's one separate sheet.

5              MS. WU:  We didn't get that one, the last

6      page.

7              MS. OLIVER:  Off the record.

8              (Discussion off the record.)

9                  (Young Exhibit No. 4 was

10                     marked for identification.)

11             MS. WU:  Back on the record.

12             Let the record reflect that we have now

13     added the last page which was inadvertently omitted

14     from Seipel Exhibit 5, so for purposes of clarity,

15     Seipel Exhibit 5 contained the four pages of Mr.

16     Esquibel's FOIA request and the exhibit labeled

17     Young 4 contains the full five pages.

18             MR. HENDRICKS:  Young 4 has five pages

19     and Seipel 4 has four pages.

20             MS. OLIVER:  I am going to have Ms.

21     Young look at the other questions.  I was asking

22     about the EEO process.

1    BY MS. OLIVER:

2       Q.   Did the EEO counselor contact you for a

3    declaration in Mr. Esquibel's case?

4       A.   No.

5       Q.   If you know, would questions 14 through  28

6    ordinarily be asked by the EEO counselor had he

7    contacted you for a declaration?

8            MS. WU:  Objection.  It calls for

9    speculation.

10           THE WITNESS:  I am not sure whether they

11   would have been asked if he had contacted me for a

12   declaration.

13   BY MS. OLIVER:

14      Q.   Have you given a declaration in another  EEO

15   case?

16      A.   No.

17      Q.   Have you ever signed a sheet like similar to

18   Young Exhibit No. 3 before?

19      A.   I believe I have.

20      Q.   Was there a possibility that mediation

21   could have been used at another point in time in Mr.

22   Esquibel's case?

106

```
 1      A.   Yes.

 2      Q.   Did you ever get to that point?

 3      A.   No.

 4      Q.   Are you aware of why that is?

 5      A.   I believe -- not really.

 6      Q.   You were going to say you believe --

 7      A.   I believe, and it is only my opinion.

 8      Q.   What do you think?

 9      A.   I believe that they were still working

10    through -- the EEO office was still working through

11    the questions and how to respond to Mr. Esquibel,

12    whatever process they have to go through to answer

13    the questions.

14      Q.   Although you have not seen Seipel Exhibit 4

15    or I believe Seipel Exhibit 3 --

16           MS. OLIVER:  Those are the policies,

17    Executive Order.

18           MS. WU:  You were asking about which one?

19           MS. OLIVER:  Exhibits 3 and 4.

20           Strike that question.

21    BY MS. OLIVER:

22      Q.   Although you have not seen Seipel
```

107

1   Exhibit 4 before, would you just really quickly take

2   a look at that, please.

3       A.   Okay.

4       Q.   The title of Seipel Exhibit 4 is "Equal

5   Employment Opportunity Commission, Equal Employment

6   Opportunity Management Directive 715," correct?

7       A.   Yes.

8       Q.   Since you have just had an opportunity to

9   look at this, would you say that in your dealings --

10          MS. WU:  Objection for the record.

11  Leading.

12          MS. OLIVER:  I haven't asked the

13  question yet.

14  BY MS. OLIVER:

15      Q.   Would you say that you have instituted  the

16  principles of equal opportunity in your decision

17  making pertaining to deciding who is going to get an

18  interview for positions in the Federal workplace and

19  who is going to be hired for positions in a Federal

20  workplace?

21          MS. WU:  Renew my objection as far as

22  leading, and I also object because of vagueness in

108

1    the question.

2    BY MS. OLIVER:

3        Q.   Did you understand the question?

4        A.   Yes.

5        Q.   Could you answer the question, please.

6        A.   My answer is yes.

7        Q.   Did you discriminate -- let me ask you

8    this.

9             Was your decision not to grant Mr.

10   Esquibel an interview based upon his national origin

11   or race?

12       A.   No.

13            MS. WU:  Object again.  Leading.

14   BY MS. OLIVER:

15       Q.   Was your decision -- did you consider Mr.

16   Esquibel's race and/or national origin in not

17   calling him for a debriefing after he requested one?

18       A.   No.

19       Q.   Did you consider Mr. Esquibel's race or

20   national origin in not selecting him for an

21   interview?

22       A.   No.

109

1       Q.    Are you required to interview all of the

2   candidates that are determined to be eligible or

3   best qualified?

4       A.    No.

5       Q.    Did Mr. Esquibel meet those minimum KSAs?

6       A.    To be on the cert.?

7       Q.    Yes, to be on cert.

8       A.    To make the cert., yes.

9       Q.    As a panel can you focus on particular

10  experience within the KSAs?  As a panel member can

11  you focus on particular experience within the KSAs?

12          MS. WU:  Objection.

13          THE WITNESS:  Yes, you can.

14  BY MS. OLIVER:

15      Q.    How is that?

16      A.    You read through the KSAs.  If they have

17  separate sheets, you read through the KSAs and read

18  the experience they have and you take those compared

19  to what KSA and see what is below to actually

20  respond to the question, and then it is responding

21  to it in a way where they have the best experience

22  based on the KSAs; and there is also where they have

110

1    a resume package and it may be buried in it, but it

2    didn't do a separate sheet for it.  You have to dig

3    and try to locate their experience to see if their

4    experience would allow them to be one of the best

5    persons identified to interview possibly contained

6    in the package.

7            The first step is really truly what is

8    the contained in the package, period.

9        Q.    Are you as a member of the interview  panel

10   involved in the first step?

11       A.    Yes.

12           MS. WU:  Can you repeat the question.

13           MS. OLIVER:  Forget the question.

14           That's it.

15           MS. WU:  First step of what?

16           THE WITNESS:  First step is reviewing the

17   packages.

18           MS. OLIVER:  I don't have any further

19   questions.

20           MS. WU:  I have a few.

21      FURTHER EXAMINATION BY COUNSEL FOR THE PLAINTIFF

22   BY MS. WU:

111

1      Q.   Just a minute ago counsel asked you about

2   the EEO process and you mentioned that at times they

3   would call you and engage in a question-and-answer

4   session.  Can you clarify what you meant by that?

5      A.   I believe the EEO process is such that  when

6   a person files an EEO complaint and I guess  lists

7   what they believe their issues are, the EEO  sets up

8   a point in time when they do a question and  answer

9   for you to respond or address those  questions.

10      Q.   Are you referring in a written, formal  way

11   or orally?

12      A.   They usually do it -- I'm not really sure

13   whether it is written or oral, but there is a time

14   where they have you address the person's issues.

15      Q.   And are you familiar with the demarcation

16   between the informal EEO process and the formal EEO

17   process?

18      A.   Demarcation?  What do you mean?

19      Q.   Are you aware of any difference between a

20   formal EEO process and an informal EEO process?

21      A.   I know the informal usually occurs first

22   and then it goes into a formal process, if it needs

112

1    to.

2        Q.   And the question-and-answer time period

3    that you just referred to, do you know if that

4    happens in the informal period or the formal?

5        A.   I'm not sure.  You would have to check  with

6    EEO about their process of how it relates outs  in

7    detail.  All I know is usually at some point in  time

8    you get the questions to address based on what  the

9    person is saying they believe the issues are.

10       Q.   Have you ever interacted with EEO in a

11   question-and-answer format like the one you just

12   referenced?

13       A.   Once.

14       Q.   And what was that like?  Did they present

15   you written questions?

16       A.   The only -- well, let me take that back.

17   No, I have not interacted with them -- this takes

18   more explanation.  There was one time where I had to

19   address some questions, but based on addressing the

20   questions I believe I had to address them, I

21   believe, in writing as best my memory serves.

22       Q.   Did they give you the questions in  writing?

113

1       A.   I am not sure.  I think they might have

2    read them over the phone and whatever or I had to go

3    up and sit down with them on it.  I believe.  But

4    it's been a long time.

5            MS. WU:  Do you have anything further?

6             MS. OLIVER:  Nothing further.

7            MS. WU:  Thank you.

8            (Whereupon, at 5:10 p.m., the taking of

9    the deposition was concluded.)

10           (Signature not waived.)

11

12

13

14

15

16

17

18

19

20

21

22

114

```
 1              C E R T I F I C A T E

 2

 3          I have read the foregoing 113 pages which

 4    contain the correct transcript of the answers made

 5    by me to the questions therein recorded.

 6

 7

 8                         _____

                           JUANITA YOUNG
 9                              - - -

10

11          I hereby certify that the individual,

12    representing him/herself to be the above-named

13    individual, appeared before me this _____day of

14    _____, 2008, and executed the above

15    certificate in my presence.

16

17    _____

18    Notary Public

19

20    My Commission Expires:

21

22
```

115

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2        I, EMMA N. LYNN, the officer before whom the
      foregoing deposition was taken, do hereby testify
 3    that the witness whose testimony appears in the
      foregoing deposition was duly sworn by me; that the
 4    testimony of said witness was taken by me
      stenographically and thereafter reduced to a
 5    transcript under my direction; that said deposition
      is a true record of the testimony given by the
 6    witness; that I am neither counsel for, nor related
      to, nor employed by any of the parties to the action
 7    in which this deposition was taken; and further,
      that I am not a relative or employee of any attorney
 8    or counsel employed by the parties hereto nor
      financially or otherwise interested in the outcome
 9    of the action.


10

                         _____
11                            Emma N. Lynn


12
      Notary Public in and for the
13    District of Columbia

14    My commission expires:  July 31, 2012
```

116

ERRATA SHEET

To the deponent:  Please read the transcript of your
deposition and indicate on the lines below your
corrections.  Then sign and have your signature
notarized.

PAGE#, LINE#    CORRECTION    REASON FOR CORRECTION

PURSUANT TO 28 U.S.C., SECTION 1746, I HEREBY DECLARE
UNDER PENALTY OF PERJURY THAT I AM THE DEPONENT AND
THAT THIS CERTIFICATE OF DEPONENT AND ERRATA SHEET
WERE PREPARED BY ME.

_____            _____
(Signature)


Subscribed to and sworn by:

_____
  Notary Public       My Commission expires:

117

INSTRUCTIONS FOR READING AND SIGNING THIS TRANSCRIPT


   The witness whose deposition was taken in this
matter has requested to read and sign this
transcript.  After reading the transcript, the
witness should fill out and sign the last two pages
in front of a notary public and those two pages
should be returned to the attorney responsible for
taking this deposition so that it may be filed with
the original transcript.


   Thank you for your attention to this matter.


JARDIM REPORTING ASSOCIATES, LLC
1221 N. Powhatan Street
Arlington, Virginia  22205
(703)867-0396
jardimreporting@yahoo.com

'
'04 - 93:11, 93:12,
94:12
      0
06-1485 - 1:6
      1
35:3, 35:21, 35:22, ,
41:19, 51:1837:16,
 1035 - 2:14
 106 - 3:12
 1101 - 1:14, 2:4
 12 - 12:18, 12:19
 13171 - 13:94
 16th - 94:21 105:5
 17th - 1:14, 2:4
 1:15 - 1:15 104:2
      2
 2 - 3:10, 38:20,
48:10, 48:19, 50:3,
61:9, 61:100, 61:5,
 200 - 61:4
 2002 - 48:19
 2004 - 23:16, 45:2,
42007 - 1:10, 6:20,
82008 - 114:1489:2
 202 - 2:6, 2:10, 2:15
 20590 - 2:14
10:16, 60:19 10:15,
 230 - 9:21, 10:15,
128 - 103:17, 105:5,
128th - 92:9, 93:12,
12:25 - 57:9
      3
 3 - 3:11, 39:13,
92:2, 102:22, 105:18,
1305-1334 - 2:10
 36 - 3:9:14
 3:40 - 57:10:15

88:19, 88:21 88:18,
        4
  4 - 3:4, 3:12, 41:19,
104:18, 104:19,
107:1, 107:419,
  4950 - 12:8
  4th - 2:9- 2:6
        5
  5 - 41:20, 51:12,
103:18, 104:14, 3:16,
150 - 11:17, 11:19,
91:12, 69:6, 69:7,
  5:10 - 113:8
        6
  600 - 2:13
        7
  703)867-0396 -
1715 - 12:22, 13:3,
107:6
        8
  807 - 2:5
        9
  9000 - 36:22, 39:5,
47:6, 48:4, 51:18,
59001:1004 - 43:18
  93 - 3:11
        A
  ability - 39:19, 40:5,
68:9, 51:5, 51:8, 52:9,
41:13, 71:16, 76:8,
7above-named -
1accept - 97:13, 99:9
99:21pt/decline -
  accurate - 6:13,
4Action - 1:6
115:6, 115:9:7, 94:22,
46:10, 50:14- 45:15,
32:21, 45:1932:18,

40:11, 44:48:15, 39:3,
104:13 - 75:12,
 additional - 17:8,
1address - 55:21,
111:14, 112:8, 1:9,
1addressed - 99:6,
1addressing -
1adequately - 101:20
2:12, 45:9ation -
 advertised - 9:7
44:5, 44:20, 58:12,
59:18, 58:21, 59:12,
 advised - 25:9,
2advising - 60:15,
61:7, 61:17, 63:4,
63:14 63:9, 63:11,
 ago - 16:1, 28:22,
1agree - 30:16,
3agreed - 31:22, 79:9
 air - 45:14, 45:19,
4Air - 12:8, 12:9,
1Air-1 - 60:20, 61:5,
6Air-200 - 9:22, 10:6,
3Air-220 - 4:19, 10:18
73:16, 73:17, 73:20,
7airspace - 45:16
 allow - 58:8, 110:4
 American - 14:6,
5amount - 74:2,
7analysis - 21:21
7:13, 8:1, 9:8, 9:9,
22:11, 22:13, 33:14,
35:8, 35:10, 35:12,
75:17, 76:1, 78:3,
8Answer - 103:3
25:18, 25:21, 26:4,
27:15, 29:5, 29:12,
51:7, 52:3, 52:17, 1:4,

73:21, 84:1, 84:6,
97:4, 98:22, 101:20,
108:5, 108:6, 111:3,
1answered - 34:16, 1
84:21, 85:22, 56:19,
25:11, 26:16, 41:8,
9answers - 5:13,
50:5, 87:16, 87:20,
89:20, 97:3, 114:44,
 apparent - 34:7
 appeared - 114:13
92:14icable - 10:22,
 applicant's - 38:3
76:7licants - 37:3,
 application - 7:21,
67:10, 67:14, 76:7,
8applications - 15:2
57:14, 82:22, 95:13, ,
1applies - 101:4
 arbitrarily - 93:98
67:1, 82:8:8, 66:21,
 Arlington - 117:149
 aspect - 23:1, 52:19
 assigned - 45:2:20
 Assistant - 2:877:21
 Associates - 1:14,
2assume - 36:12,
4assuming - 15:18,
3Assurance - 12:6
 Asu-200 - 12:715
94:16, 94:1792:15,
 attainment - 55:10,
5attention - 43:8,
117:11 51:1, 85:13,
117:8rney - 115:7,
 audit - 20:4, 20:5,
21:16, 21:17, 21:22,
6audited - 19:8

1
17:4, 17:11, 18:1, 11,
19:15, 19:21, 20:11,
23:2, 23:7, 23:10, ,
53:62, 32:10, 44:8,
21:7, 54:167:6, 21:6,
 auditors - 19:17, 16
2audits - 18:3, 19:19,
58:24, 21:19, 40:7,
95:6henticity - 90:1,
52:10oritative - 51:8,
81:15matically -
 Avenue - 2:137:6
 aviation - 57:20,
6Aviation - 2:12, 45:9
72564 - 36:8at40010-
 award - 54:13,
5aware - 13:14,
23:17, 24:7, 24:10,
91:15, 91:18, 97:17,
1Azo - 45:109
       B
 background - 12:1,
6backgrounds - 6:3
6ballpark - 11:16
 Base - 12:8, 12:9
 based - 8:2, 8:5,
38:3, 67:21, 68:16,
78:18, 79:5, 83:3,
109:22, 112:8, 112:19
85:20d - 77:9, 83:20,
20:12s - 5:1, 8:7,
 became - 26:12
14:15, 24:11:12,
 beginning - 58:9,
8begins - 50:15
 Behalf - 2:2, 2:7
 below - 109:19,
1best - 6:13, 6:15,

109:3, 109:21, 110:4,
1better - 41:12, 76:4,
98:21 82:1, 82:4,
12:9, 21:6, 40:20,
69:15, 69:22, 72:4,
1bit - 57:14, 71:21,
7black - 14:691:5
 book - 38:10, 38:18,
4boss - 7:19
92:7, 96:107:14,
4:22, 8:11, 9:12, 9:14
 branches - 9:1110:22
102:2k - 5:9, 57:13,
 bring - 6:1658:12
 bullet - 47:14
 buried - 110:1
81:9iness - 43:10,
73:12, 73:14, 73:16,
73:19, 80:20
     C
40:22, 59:11, 60:15,
6candidates - 109:2
 career - 69:8 72:10
21:3ol - 8:22, 21:2,
41:17, 60:3, 87:8, 1,
103:14, 105:3, 5:14,
1cases - 18:5, 53:19,
5causing - 53:4
15:4, 15:7, 15:10, 2,
16:16, 65:19, 83:1,
109:8, 109:6, 109:7,
25:16, 25:22, 56:15,
9certainly - 75:8
115:1, 116:17- 54:11,
54:14, 54:20, 114:15,
20:16, 38:6, 44:19, 3,
75:12, 77:20, 77:22,
10:22ification - 4:19,

22:10, 22:16, 22:21,
55:19, 56:2, 65:15,
7certified - 20:10,
55:17 47:14, 47:20,
 chance - 82:11,
8channels - 87:12
20:6, 36:16stics -
 charts - 40:12, :10
5check - 16:15, 70:2,
112:5, 97:19, 99:12,
 Chief - 2:13:12
 choose - 30:13, :3
6chosen - 24:4, 30:9,
6Cino - 1:7
95:10, 98:6ces -
 Civil - 1:6, 25:8,
27:6, 27:7, 27:19,
9clarification - 13:10
90:14, 111:46:12,
 clarity - 13:2,
1clean - 95:19
 clearly - 39:20,
5close - 89:16:9
 college - 12:2 41:21
1:16, 115:131:2,
 coming - 42:11,
9Commission -
1commission -  116:22
1communicate -
40:8, 41:14, 51:2,
5communicated -
4communicating -
44:21 41:11, 44:3,
29:4, 31:7, 38:4,
41:10, 63:21, 64:6,
64:8munications -
63:2panies - 62:7,
44:18, 48:138:5,

compared - 109:18
92:16, 103:8, 103:9,
1complete - 5:13
 completing - 54:15
64:12, 64:1464:10,
 concerning - 39:5
 conducted - 18:39
 conferring - 96:64
41:3flict - 40:20,
 consensus - 30:13,
3consider - 37:20,
108:15, 108:195:18,
37:12ideration -
22:15, 37:22- 13:21,
97:7sult - 81:16,
81:10, 81:15, 81:16,
18:14, 44:2, 48:12,
81:11, 81:14 80:20,
 consulting - 44:17,
63:19, 48:13, 63:18,
 contact - 16:6, 16:7,
105:2 90:11, 103:12,
6:3, 105:7, 105:11
 contain - 114:4
64:18, 67:9, 87:14,
1contains - 24:4, :8
1contents - 17:10
 contracting - 18:5
 contractor - 21:13,
72:15, 72:16, 72:21,
77:21, 78:1573:9,
21:15, 21:16s - 20:4,
 contracts - 62:149
 contribute - 7:12,
8contributed - 7:16,
8Control - 45:10
 convened - 1:15:18
28:18ersation -

27:21ersations -
24:15, 98:3r - 24:14,
24:17dinator's -
 copy - 24:14, 27:1,
42:17, 84:16, 86:16,
86:20, 90:16, 92:5,
9correct - 15:13,
42:3, 46:22, 51:20,
78:16, 84:4, 92:13,
114:4 103:20, 107:6,
 Correction - 116:3
 corrections - 116:2
51:18, 78:6- 21:5,
85:8respondence -
 counsel - 1:12, 4:4,
88:10, 90:3, 92:5, 8:1,
115:6, 115:8111:1,
102:19, 110:213, 3:1,
100:13, 105:2, 105:6
95:4, 95:12s - 95:2,
 course - 11:4, 94:20
44:9, 49:9, 54:16,
8courses - 22:18,
2Court - 1:1, 93:5,
9court - 86:19, 87:8,
9courts - 93:2
 criteria - 37:1,
3critical - 39:8:8
        D
 daily - 45:14, 45:18,
4darling - 45:315
93:10 - 77:11, 92:9,
 David - 32:22
 Davis - 16:11, 16:12
 Dc - 1:9, 1:15, 2:5,
2deal - 41:16
60:11ing - 60:9,
 debrief - 82:21,

2

84:4, 84:9, 84:12,
101:16 84:19, 85:1,
 debriefing - 82:17,
1December - 23:16,
94:21, 100:1293:12,
52:18, 74:11:20,
43:5, 102:730:22,
99:8, 102:12, 107:17
31:1, 31:3, 72:9,
108:9, 108:15107:16,
 declaration - 105:3,
1Declare - 116:165:14
 decline - 92:12, 6
9declined - 92:20,
9declining - 103:1
2:7, 3:2, 102:19,
92:5, 96:1 42:17,
 defined - 80:8
 Definitely - 35:20
45:1inition - 44:9,
33:16, 75:6, 75:9
60:5, 61:3 - 45:15,
61:6egation - 60:12,
111:15cation -
111:18cation -
48:7onstrate - 37:7,
52:8, 52:13ed -
47:6, 47:8, 47:10,
52:42, 51:4, 51:7,
 dependent - 40:9,
5deponent - 116:1
116:17ent - 116:16,
 deposition - 1:11,
115:3, 115:5, 115:7,
1Derenda - 60:4, :8
60:19 60:9, 60:18,
 detailed - 7:3, 7:6,
19:11, 19:14, 21:9, :8,

5determined - 70:8,
1Develop - 43:14
20:6, 58:18, 62:13,
71:17, 69:17, 71:12,
49:14, 70:1, 81:17,
8developing - 49:1,
76:17, 80:1 62:22,
10:21lopment -
21:6, 49:17, 53:9,
1different - 15:21,
69:9, 49:21, 69:7,
19:15erentiating -
73:11icult - 60:8,
 dig - 110:2- 41:11
59:4, 85:126:18, 51:1,
 direction - 115:5
13:3, 107:6- 12:22,
 disagreed - 30:9
30:11greement -
38:2crepancies -
 discriminate - 0:10
1discuss - 67:15
31:4, 67:22- 6:1,
 discussion - 9:17
104:8ussion - 57:8,
1:16, 93:4, 94:10, 2,
1divide - 67:4
8:10, 9:18, 9:19, 9:22,
3Division - 12:6
70:9, 90:6, 91:22,
86:18, 86:19, 97:10
6:16uments - 6:4,
 done - 18:3, 29:3,
39:17, 40:2, 53:4,
78:1, 84:916, 69:7,
95:7bting - 95:6,
41:6, 41:7, 45:7, 2,
69:20, 69:21, 91:6,

1downstairs - 16:6,
1draw - 43:8
21:3scoll - 8:22, 21:2,
 duly - 4:5, 115:3:14
 during - 18:17
10:20, 57:15:19,
 Dynamics - 12:12
        E
 Economic - 43:14
20:17, 32:11, 32:12,
3educational - 12:1,
6Eeo - 12:21, 13:3,
86:18, 87:6, 92:15,
94:12, 94:15, 94:17,
98:12, 98:17, 100:12,
103:11, 104:22, 3:10,
106:10, 111:2, 111:5,
111:20, 112:6, 112:10
13:21, 37:22, 53:18, ,
7Either - 39:174:17
25:12, 27:7, 86:20
 eligible - 109:2
 Emma - 1:15, 115:2,
1emphasis - 79:13
115:6, 115:812:17,
115:7oyee - 101:3,
11:7, 13:12- 11:4,
91:8loyment - 37:5,
107:5oyment -
 end - 58:9, 88:5,
8engage - 111:3
 entailed - 57:15
 entity - 26:7:10
 equal - 22:19, 107:5
37:22, 38:14, 38:15,
7equally - 79:307:16
116:17a - 116:1,
 Esquibel - 1:4, 6:22,

23:2, 23:15, 24:3,
50:5, 50:14, 51:3,
57:14, 73:13, 74:2,
79:14, 82:2, 84:8, ,
84:19, 85:2, 86:22,
103:1, 106:11, 1:1,
1Esquibel's - 7:7,
56:5, 63:5, 74:1, ,
92:15, 100:5, 104:16,
108:16, 108:19
19:1, 32:9, 45:6, 53:2,
7established - 19:6,
55:9, 55:14, 57:414,
17:14, 33:18, 33:20,
48:13 39:11, 41:14,
32:7ablishment -
 evaluate - 74:20
37:3, 38:22- 37:1,
52:5, 68:12 - 50:13,
 eventually - 86:11
 exactly - 9:16
4:4amination - 1:12,
102:19, 110:21 3:1,
 example - 30:8,
7exception - 84:8
 exclude - 79:27
 Executive - 13:8,
1Exhibit - 35:3, 36:2,
103:16, 103:18, :21,
104:15, 105:18,
107:1, 107:415,
96:10, 104:16:2,
 Exhibits - 106:19
 experience - 7:2,
7:10, 17:2, 17:12,  7:9,
18:5, 18:9, 18:22,
22:4, 22:20, 23:3,
33:2, 33:9, 33:11,

34:8, 37:7, 38:4, 38:7,
38:16, 39:1, 39:3,
40:21, 41:2, 42:1,
45:20, 49:1, 49:13,
53:3, 53:4, 53:5, 53:6,
63:4, 63:5, 66:10,
72:22, 74:13, 74:16,
76:4, 76:6, 76:11,
77:12, 77:18, 77:19,
80:2, 80:4, 80:18,
102:7, 109:10, 2:3,
109:21, 110:3, 110:4
19:11riences - 19:2,
 expires - 115:14,
1explain - 9:19, 38:1,
6explanation - :12
1exploring - 68:8
103:6und - 85:21,

         F
 Faa - 6:19, 9:3, 12:5,
14:8, 15:20, 15:22,
7Facilitated - 44:16
 facilitating - 44:7,
4facilities - 18:6,
62:1, 62:2, 62:3,
6facility - 20:4,
2fact - 25:4, 38:5,
3factor - 38:11,
7fair - 6:12, 13:15,
80:14, 99:19, 78:18,
 familiar - 12:21,
59:19, 82:17, 103:7,
1familiarity - 68:9,
7far - 83:5, 99:16,
1fashion - 90:22
13:13, 45:8, 91:6, :4,
107:19 91:15, 107:18,
 Felix - 1:4, 54:14,

3

5fell - 83:4
96:21 - 31:10, 82:14,
 field - 58:2, 58:9,
6fifth - 42:2 63:6
 file - 86:9, 86:14,
87:6, 87:15, 94:15,
9filed - 103:9,
1files - 87:3, 111:6
 filled - 10:17
 financially - 115:8
 fine-tune - 83:1414
 first - 4:5, 11:10,
36:5, 36:21, 43:8,
45:9, 47:2, 47:5, ,
81:8, 88:4, 88:5, 96:2,
1First - 110:15, 1:21
1firsthand - 15:19
 five - 36:20, 51:12,
79:16, 102:2, 104:17,
1fixing - 62:21
96:9p - 47:13, 55:1,
58:7, 58:8:22, 58:5,
 flying - 99:14
75:10, 75:18, 76:5,
109:11 79:1, 109:9,
33:13sed - 10:13,
76:22, 78:765:5,
 Foia - 23:22, 24:5,
24:15, 24:17, 28:15,
87:6, 90:11, 94:11,
9follow - 8:5, 90:18,
9Follow - 90:20
103:10w-up - 91:2,
 follows - 4:74:13
 foregoing - 114:3,
1Forget - 110:13
 formal - 111:10, 17
111:22, 112:40,

formulating - 38:21,
48:16, 48:22, 50:4,
5Fort - 12:1152:19
 forward - 54:944:21
39:19, 41:8, 51:2,
76:20, 77:7, 79:5, 6:8,
104:15, 104:199:15,
 Frank - 60:5, 60:10,
69:15, 69:22, 70:17,
7free - 5:60
 fulfilled - 55:8,
5full - 5:12, 104:17
 fully - 5:17
       G
 Gebhardt - 1:13, 2:4
 General - 12:12
21:10, 29:7, 54:6,
5generally - 44:11,
6generate - 57:17
26:22, 27:9, 82:11,
97:13, 105:14, 115:5
 govern - 11:3 72:18
13:13, 91:7, 91:10,
 Grant - 43:15
 gray - 82:8:9
 guess - 5:22, 11:19,
8guesstimate - 89:18
39:20, 51:9, 52:10,
5guidelines - 91:60
       H
 half - 78:19, 89:16,
8halfway - 36:14
59:18 - 58:19, 59:17,
 handing - 42:17
53:7, 74:13, 77:125,
17:2, 17:11, 32:9,
34:2, 34:7, 38:7, ,
39:6, 39:17, 40:11,

42:1, 43:20, 44:8,
49:13, 53:1, 53:6,
56:9, 57:3, 57:5, ,
73:4, 73:9, 74:15, ,
76:2, 76:3, 76:5,
77:6, 77:18, 78:7, ,
80:4, 80:6, 80:21,
82:3, 102:75, 81:17,
53:5, 53:7, 74:13,
7hands-on - 7:1, 7:9,
32:10, 33:8, 33:10,
38:13, 39:3, 39:6,
41:9, 42:1, 43:20,
49:13, 53:1, 53:6,
67:22, 72:22, 74:15,
76:5, 76:11, 76:16,
78:7, 79:1, 79:21,
81:11, 82:3, 102:7
85:14, 86:12 -
 head - 13:7, 42:9,
6heading - 45:8
58:3, 58:9ers -
 hears - 27:19
 heavily - 71:18
22:10 - 12:13, 12:14,
71:16, 95:84, 64:22,
 helping - 58:18,
6Hendricks - 2:3,
9Hereby - 116:1604:18
54:14, 114:11, 115:2
 high - 12:25:8
59:4, 59:14, 59:15,
75:80, 61:14, 75:7,
114:12erself -
30:22, 72:10, 78:199,
78:14, 101:5, 107:19,
13:12, 14:13, 14:17,
7Hispanic - 13:127

hold - 25:11, 27:5,
9Horn - 8:2298:8
15:14, 15:18, 15:20,
16:2, 16:3, 16:5, 16:6,
1hypothetical - 41:5,
4Hypothetically -
5hypothetically -
41:5, 76:20

        I
35:4, 42:15, 92:3,
1Identification - 3:8
7:19, 8:14, 8:16, 9:9,
19:3, 110:5, 17:7,
95:8ntify - 8:6, 49:7,
60:7ediate - 59:22,
 implementing - 11
5implies - 79:14,
7imply - 76:22, 79:12
37:15, 40:14, 41:22,
71:11, 73:1, 73:4, ,
77:13, 79:4, 91:13,
1improve - 83:15
43:17ovement -
50:20, 52:5- 50:13,
104:13ertently -
 included - 77:1880:4
 incombent's - 72:6
40:14, 42:5, 58:11,
7incumbent's -
6Independence - :7
2independent - 71:3
 indicated - 25:11,
2indicates - 50:16
114:11, 114:1354:21,
 Industry - 43:10, 6
8industry - 80:20
 informal - 94:19,
111:21, 112:40,

31:9, 64:17, 65:6, ,
87:14, 101:4 68:19,
 initiative - 49:5
 inside - 15:20,
1inspectors - 57:20,
6instituted - 107:15
27:8, 90:17 - 25:15,
 instructions - 117:3
2instructs - 56:11
 insufficient - 52:18
112:17acted - 112:10,
 interested - 66:2,
1interface - 16:5,
7interfacing - 59:3,
7internal - 58:3
 interpretation -
8interpretations -
5interrogatories -
87:18, 87:21, 88:1, 16,
89:20, 88:15, 89:13,
7:21, 8:5, 8:6, 8:8,
9:16, 11:10, 11:13, 19,
17:10, 20:20, 30:4,
31:22, 32:4, 32:19,
37:2, 43:5, 55:20,
82:2, 83:2, 83:3,
97:6, 107:18, 108:10,
110:91, 109:1, 110:5,
22:17, 31:1, 31:19, ,
83:22, 84:11, 101:6,
1interviewee - 31:10,
3interviewee's - 68:9
31:15, 32:4, 37:12,
6interviewing - 11:9,
63:16, 91:12, 14:18,
31:16, 66:7, 68:22,
7introduce - 49:5,
4invite - 82:2, 82:4

4
14:15, 20:15, 20:18,
34:13, 91:11, 110:10
 iron - 99:5 - 16:13
20:21, 36:22, 37:4,
43:17, 46:9, 46:21,
56:7, 48:4, 51:18,
53:22e - 25:8, 25:12,
60:16, 98:6, 111:7,
111:14, 112:9
     J
28:18s - 4:20, 26:20,
 jardimreporting@
yJim - 84:17117:15
9:4, 9:10, 38:7, 45:21,
64:21, 64:22, 66:13,
78:3, 83:4, 101:14
 jobs - 83:1
60:18, 60:19, 60:9,
 Jr - 2:3 55:12
4:3, 4:11, 114:8 3:3,
 juncture - 39:9
 jurisdiction - 25:17,
2Justice - 24:19,
28:16, 26:11, 27:13,
     K
 Kalamazoo - 45:10
45:15mazoo's -
 kept - 86:8, 87:8
29:3, 31:12, 41:2,
70:20, 83:15, 99:16,
1kinds - 18:1, 42:8,
6knowing - 97:11
6:15, 36:15, 37:4,
46:21, 47:6, 47:8, ,
50:16, 50:17, 50:19,
67:8, 74:4, 74:8, ,
77:1, 80:3, 80:5, 1,
1Knowledge - 36:21

53:21ledgeable -
 knows - 53:12,
73:20, 77:20, 73:17,
39:13, 41:19, 48:10,
51:12, 51:13, 51:18,
77:3, 78:20, 79:18,
109:19 79:21, 80:12,
36:20s - 36:18,
49:18, 49:21, 68:9, ,
75:14, 76:1, 76:4, ,
78:6, 79:9, 102:11,
109:11, 109:16,
109:17, 109:22
       L
 last - 24:20, 49:3,
88:8, 96:9, 99:15,
104:13, 117:7,
 Lausman - 10:11,
1lay - 58:1
 leading - 38:8,
48:7, 48:16, 48:22,
107:2250:9, 57:21,
108:13ng - 107:11,
 learn - 21:20
 led - 38:5:9
 less - 11:17, 41:10,
5lesser - 40:22
23:21, 23:22, 24:2, 19,
26:4, 26:12, 26:16,
27:17, 84:14, 86:6,
9level - 9:18, 9:19,
20:16, 32:12, 38:10,
59:15, 59:16, 59:17,
63:4, 63:5, 72:9, 74:1,
7Lightbrown - 6:21,
32:1, 32:2, 56:1,
67:21, 72:19, 77:17,
7Lightbrown's - 63:3

line - 43:93
List - 15:4, 15:7, 2
16:13, 16:17, 15:17,
70:10, 70:11, 70:12,
82:53, 70:14, 70:16,
29:15, 36:18, 47:6,
4Listen - 100:16
46:20ing - 36:15,
Llc - 117:136
local - 43:15
look - 7:21, 8:4,
35:6, 36:21, 38:18,
65:15, 69:4, 70:20,
104:21, 107:2, 107:9
76:11ed - 74:19,
102:21ng - 50:7,
11:16, 14:16, 15:1,
22:9, 31:13, 33:8, 0:6,
35:16, 35:17, 41:22,
50:3, 54:10, 56:5,
59:16, 69:2, 69:5,
78:1, 79:18, 82:11
lost - 81:54, 42:20
115:11- 1:15, 115:2,
        M
main - 75:18
maintaining - 72:2,
7major - 10:19
managed - 11:4 54:4
12:22, 13:3, 17:3,
1management - 7:5,
17:15, 18:4, 18:12,
19:18, 19:21, 20:12, 8,
39:21, 40:4, 43:16,
46:21, 47:7, 49:6,
53:2, 53:5, 54:2, ,
56:22, 57:19, 58:1,
59:19, 60:2, 61:2,

77:14, 92:11, 97:13,
9manager - 4:21,
14:21, 15:15, 46:11, ,
58:21, 62:16, 102:10
 managers - 8:11,
59:12 9:3, 58:12, 59:4,
53:14, 53:2153:10,
62:5, 62:7rers -
21:12facturing -
16:12, 69:15, 69:22,
7Maria - 1:7
35:4, 35:21, 42:12, ,
91:22, 92:3, 104:10,
95:1, 95:7, 95:11
 matter - 55:20, :18
1meager - 4:22
44:13, 46:11, 63:18,
81:20, 89:9, 99:17,
1meaning - 9:11,
2means - 44:4,
54:8, 81:16, 82:91,
111:4t - 102:16,
 mediate - 93:16,
9mediated - 93:160
 mediation - 92:20,
99:10, 103:1, 105:20
 meet - 48:9, 50:8,
79:15, 109:5, 74:4,
61:11, 100:11, 2,
1meetings - 40:4,
5meets - 50:8, 51:13
109:10, 110:913,
16:20, 67:316:18,
96:4, 96:15 -
28:13, 28:14, 29:7,
1mentioned - 28:6,
91:19, 111:2, 80:18,
 metrics - 40:700:12

Microsoft - 51:14,
5might - 5:16, 25:18,
28:5, 35:21, 66:3,
7Mike - 72:15, 72:19,
7Milicent - 24:19,
27:8, 27:13, 27:16,
87:19, 90:15, 98:79,
22:1, 22:2, 22:71:16,
 minimum - 75:15,
1minorities - 13:4,
9minute - 16:1,
95:17, 101:21, 111:1
 miss - 79:4, 79:6
 month - 88:2:12
 most - 59:3, 78:15
 moved - 10:12, 33:10
1multiple - 49:21
 Myrrel - 2:3 101:19
        N
 name - 4:9, 16:10,
2named - 114:12
 narrow - 48:17101:8
108:16, 108:208:10,
28:13, 71:22:11,
26:5, 37:13, 37:21,
5necessary - 19:1,
74:20, 21:21, 23:1,
13:1, 20:22, 40:5,
83:14, 87:9, 76:8,
39:10ed - 39:9,
111:22 - 72:18,
103:2tive - 13:7,
99:1er - 13:15, 39:8,
 new - 42:10, 42:11
47:13, 47:20, 48:2,
5Nick - 59:16
 none - 55:19 66:8
101:2election -

5

normal - 87:3:8
29:3, 60:21, 68:16,
8Normally - 60:1,
6notarized - 116:3
 Notary - 1:16, 17:7
115:12, 116:22
25:2ation - 24:20,
84:21, 84:22, 86:3,
8nothing - 75:2, 97:3
 notice - 1:13, 97:14,
9November - 1:10
 Number - 3:8
4:17, 11:14, 11:21,
30:7, 35:19, 36:6,
36:14, 37:8, 37:16,
48:6, 48:9, 48:10,
51:12, 52:3, 52:8,
79:4, 79:5, 79:6,
80:12, 83:11, 89:15,
9numbers - 13:12
 Nw - 1:14, 2:4, 2:9
          O
 object - 99:15,
1Objection - 13:19,
40:17, 52:21, 74:6,
107:10, 109:1205:8,
 occurs - 111:21:21
16:5, 16:9, 19:16, 15,
60:7, 60:11, 61:12,
73:6, 73:7, 89:22, ,
9Office - 2:13, 12:11,
27:19, 27:6, 27:7,
 officer - 115:26
 official - 92:1158:3
 officials - 39:21,
5Oliver - 2:8, 3:5,
29:9, 34:15, 35:18,
52:21, 57:7, 74:6, ,

90:8, 90:14, 94:13, :3,
100:16, 102:15, :22,
104:1, 104:4, 104:7,
105:13, 106:16,
107:12, 107:14,
109:14, 110:13,
1omitted - 104:13
64:21he-job - 64:20,
 Once - 16:22, :5
1one - 4:21, 8:10,
12:9, 12:14, 17:19,
32:3, 34:9, 35:5,
39:17, 39:22, 41:12,
48:18, 50:15, 55:1,
66:2, 69:10, 71:1,
77:4, 78:19, 79:3,
83:19, 83:21, 88:5,
93:17, 93:21, 94:2,
102:10, 104:4, 104:5,
110:4, 112:11, 112:18
 ones - 39:2, 79:7,
7open - 80:12
 operation - 45:14,
4Operations - 45:11
46:10ations - 45:19,
106:7ion - 54:2,
107:6rtunity - 107:5,
96:1, 107:8, 107:16,
41:1osed - 30:2,
 orally - 89:11, :13
1orchestrated - 34:9
106:17 - 13:8, 13:11,
 ordinarily - 105:6
39:9, 48:4, 71:140:6,
73:10nize - 7:19,
 oriented - 11:5,
1origin - 108:10,
1original - 117:9

68:20rwise - 24:6,
 outcome - 115:8:8
 outside - 70:7
 over-the-shoulder -
6oversee - 20:5
18:11, 62:11, 62:14,
6overseen - 19:7
       P
 package - 7:7,
33:3, 34:6, 68:17,
110:1, 110:6, 110:89,
7:22, 8:2, 8:4, 16:22,
18:18, 31:13, 32:14,
3packet - 54:10,
6packets - 64:18,
6Page - 116:3
36:2, 36:4, 36:5, 22,
44:14, 44:15, 46:18,
85:13, 96:10, 103:18,
1pages - 104:15,
104:19, 114:3, 117:7
8:3, 8:4, 8:8, 8:17,
16:18, 16:20, 20:20,
31:19, 35:15, 36:10,
64:11, 66:18, 69:8, :6,
1panelists - 29:14,
2panels - 8:12,
69:7, 91:157, 67:3,
 paperwork - 86:20
45:8, 47:3, 47:5, 47:9,
49:4, 50:15, 80:18,
8paragraphs - 48:6
 part - 40:3, 59:20,
94:15, 98:12 72:2,
 particular - 69:6,
109:11 95:14, 109:9,
103:17cularly -
 parties - 115:6,

```
1Paskiewicz - 10:4,
3passing - 54:15
 patterson - 12:8
 Penalty - 116:16
8:18, 11:1, 11:6, 15:3,
19:16, 20:7, 20:21,
22:4, 22:9, 22:17, ,
39:16, 41:7, 53:19,
66:3, 66:6, 67:7, ,
82:5, 82:6, 82:22,
8people's - 101:8
84:3cent - 78:19,
74:3form - 67:16,
112:2, 112:40:8,
 person - 7:20, 9:10,
16:7, 16:9, 21:1,
30:17, 31:11, 40:9,
53:19, 53:21, 54:19,
59:16, 60:4, 60:5,
66:14, 71:2, 74:21,
84:11, 96:22, 111:6,
1person's - 10:2,
1personality - 69:2,
7personally - 70:5,
8persons - 110:5
 phone - 83:10, 7:17
1pick - 30:17
 piece - 72:145, 76:6
 pivotal - 82:102
38:13, 39:10, 39:11,
70:6, 77:15, 81:21,
99:12, 97:15, 99:3,
2:2, 3:2, 4:5, 110:212,
 play - 37:11, 46:6,
1players - 10:12
 Pm - 1:15, 57:9,
5point - 27:3, 43:2,
103:12, 105:21, 0,
```

1points - 47:1412:7
11:2, 11:8, 13:16,
50:10, 53:3, 57:18,
58:16, 58:19, 71:13,
81:18, 81:19, 81:20,
9policy - 38:21, 39:5,
48:22, 49:1, 49:14,
5pool - 69:19
59:6, 59:81, 59:3,
58:20, 59:18, 61:11,
6position - 6:22, 8:9,
12:13, 12:16, 14:14, 0,
35:14, 36:10, 43:6,
57:22, 65:1, 67:16,
74:5, 75:19, 81:14, :7,
101:9 83:14, 101:4,
107:18, 107:190:12,
 Possibly - 10:115:20
110:5ibly - 10:14,
 Powhatan - 117:14
 preparation - 7:12,
3prepare - 5:19,
8prepared - 51:4,
8Prepared - 116:17
16:13, 34:13 7:16,
 Present - 2:11:15
52:9, 112:14:17, 51:8,
 pretty - 30:15, 58:10
37:5, 65:16, 93:47:5,
 primary - 65:5,
7principles - 107:16
39:16, 43:16, 49:7,
50:20, 52:4, 67:817,
39:14, 39:16, 49:7,
5procedure - 8:12,
97:15 30:6, 97:12,
11:3, 11:8, 19:10, ,
57:18, 57:21, 57:22,

6
62:13, 62:22, 71:13,
81:18, 81:19, 81:21,
8process - 7:17,
16:19, 19:9, 41:18,
53:13, 54:3, 54:4, ,
70:6, 94:1, 94:20, ,
99:7, 99:8, 99:11,
106:12, 111:2, 111:5,
111:20, 111:22, 112:6
49:8, 50:13, 50:20,
58:6, 58:7, 60:16,
9Production - 4:18,
1production - 11:3
55:10, 55:15l -
 program - 44:8, 2
9Program - 92:12
50:13, 50:21, 52:6
43:16, 49:618:12,
 provide - 39:20
 Public - 1:16, 0
115:12, 116:22
 pull - 61:20, 117:7
 purpose - 30:1,
6purposes - 104:14
 Pursuant - 116:169:5
 put - 19:18, 65:7,
78:3, 80:6, 81:20, ,
9puts - 15:1698:7
38:9, 38:13, 39:11,
79:13, 97:2
     Q
21:14, 21:17, 21:19,
32:16, 39:5, 40:3,
46:16, 59:14, 61:7,
71:13, 72:21, 78:12
84:10ification -
33:4lifications -
75:4, 75:8, 80:21,

1qualifies - 81:11
 qualifying - 38:114:7
17:3, 46:7, 55:6, 55:7,
5quality - 4:15, 7:4,
18:4, 18:12, 19:1, :14,
19:18, 19:21, 20:8,
32:8, 34:8, 36:22,
46:21, 47:7, 47:15,
54:16, 55:10, 55:15,
56:13, 56:22, 57:18,
59:19, 60:2, 62:2,
82:10, 72:11, 77:14,
 question-and-:2, 77:3
111:3, 112:2, 112:11
5:6, 5:13, 25:5, 25:7,
26:1, 26:7, 26:8, 27:9,
29:19, 31:9, 31:12,
64:3, 64:4, 66:19,
67:19, 68:7, 69:4, ,
69:16, 69:17, 69:19,
70:7, 70:8, 70:10,
71:2, 83:15, 87:22,
97:5, 98:8, 98:19,
100:5, 101:2, 102:14,
104:21, 105:5,
110:19, 111:9, 112:8,
112:20, 112:22, 114:5
 quite - 11:15:1
       R
 race - 14:5, 108:11,
1Ramsey - 32:3
 ray.a.martinez@faa
.Raymond - 2:12
17:4, 17:5, 36:7, ,
45:13, 54:12, 55:2,
113:2, 114:3, 116:1,
1Reading - 117:3
48:20, 69:18, 117:6

```
 reality - 41:16
20:18, 22:12, 28:9, 3,
33:17, 34:7, 37:17,
59:18, 61:8, 63:8, ,
82:19, 93:14, 93:15,
111:12 107:1, 110:7,
8:13, 49:20, 87:5, ,
8Reason - 116:3
97:21, 98:1 - 97:9,
 receive - 16:17,
3received - 16:22,
2recess - 57:9
 recognize - 35:10,
9recollect - 32:13
28:7, 64:5, 81:12, 2,
9recommendations -
1reconcile - 38:1
 record - 4:10, 35:6,
57:11, 92:4, 95:22,
104:8, 104:11, 104:7,
1recorded - 114:515:5
 refer - 38:19, 79:19,
8reference - 24:5,
4referenced - 112:12
 referring - 15:21,
111:1061:13, 81:8,
104:12ct - 92:4, 95:22,
 regular - 19:15, :5
2regulations - 11:2
 related - 13:11,
1relates - 35:13,
1relationship - 9:13
33:3, 38:4, 115:720:8,
15:3, 18:15, 18:16,
23:14, 25:3, 27:2, ,
32:15, 32:17, 33:6,
34:5, 36:11, 36:12,
61:19, 61:21, 64:1,
```

67:19, 67:22, 68:2,
71:1, 86:4, 88:2, 88:4,
90:4, 90:12, 90:13, :8,
93:14, 94:3, 96:5,
96:19, 97:22, 98:4,
100:11, 100:14, :2,
100:18, 100:21,
1Renew - 107:21
59:19, 60:2, 61:2,
6repeat - 5:5, 5:7,
1rephrase - 8:17,
56:11, 48:8, 49:11,
95:5, 95:125:2, 95:3,
11:1, 66:15 10:13,
 Representative - 3
1representing -
114:12 61:4, 61:10,
 request - 85:11,
8requested - 108:17,
1required - 22:11,
6requirement -
66:5, 75:153, 66:1,
20:22, 55:9, 55:14,
6requires - 40:3,
7requiring - 38:7
41:2olve - 30:10,
26:21, 27:3, 87:9,
106:11, 109:20, 111:9
31:11, 89:8, 89:12
26:16, 109:20 25:6,
 responsibilities -
1responsibility -
2Responsible - 45:14
10:20, 11:1, 14:21,
58:2, 58:6, 58:11, ,
62:3, 62:18, 72:7, ,
7restated - 84:5:8
 resume - 42:21,

81:9, 110:1, 80:19,
6:18, 10:9, 14:7, :14,
89:64, 88:15, 88:17,
 review - 6:4, 6:6,
62:19, 65:6, 89:19,
9reviewed - 6:7, 6:9,
43:1, 43:4, 90:32,
48:2, 74:11, 76:7,
1rights - 87:7, 93:8
25:13, 27:6, 27:7, 10,
2Roi - 95:11
46:6, 61:4, 62:15,
1rotated - 29:20,
2run - 21:20
 running - 77:15
        S
 safety - 57:20,
6sat - 13:17, 35:14,
3satisfactorily -
5satisfactory - 62:20
96:17- 23:20, 84:20,
 scenario - 53:13
 Scott - 8:222
 second - 35:1,
59:54, 44:14, 47:9,
 see - 5:2, 10:13,
48:20, 50:2, 50:10,
70:18, 75:13, 95:18, 9,
9seek - 101:16 110:3
10:6, 10:16, 23:16, ,
28:18, 85:11, 86:10,
104:14, 104:15,
106:15, 106:22, 107:4
 select - 33:1, 78:3
16:16, 32:4, 32:5,
67:20, 83:1, 83:6,
1selectee - 31:2
31:15, 108:208:8,

7

send - 20:8 32:19
sent - 14:20, 23:16,
94:20 25:5, 88:11,
43:19, 49:4 43:12,
109:17, 110:204:4,
88:18, 88:19, 88:21
serves - 112:21 49:5
72:17, 73:11, 77:20:9,
111:4ion - 103:13,
54:1, 59:9, 60:21,
73:3, 73:9, 74:169,
setting - 7:4, 7:9,
72:8, 72:12, 72:21,
7several - 18:11,
4share - 8:3
sheet - 96:20,
1Sheet - 116:1, 10:2
1sheets - 109:17
shook - 13:7, 103:2
78:11, 83:4, 102:2:12,
shoulder - 62:19
35:6, 42:16, 49:10,
85:10, 91:21, 95:19,
sign - 93:20, 94:2,
117:6, 117:7 116:2,
116:19ture - 113:10,
92:17, 96:11, 96:13,
9signed - 54:19, 2
105:1793:17, 97:21,
signing - 92:11,
9similar - 105:17
113:3- 8:8, 21:8, 41:6,
Skill - 48:35, 89:22
38:20, 40:10, 48:7, ,
63:5, 63:12, 80:11,
8skills - 17:4, 17:6,
36:15, 40:1, 40:15,
50:9, 63:17, 63:18,

64:14, 76:8, 76:17,
7skip - 36:13
54:9ghtly - 49:21,
55:12, 55:14, 55:18:9,
42:6, 51:15, 52:14
 solving - 39:14,
50:12, 50:16, 50:18,
5someone - 7:1, 8
2sometime - 24:12
83:17times - 70:19,
 somewhere - 69:15
 sorry - 34:17, 83:11
 sounds - 75:18
 special - 22:22
65:1cialist - 61:7,
 Specific - 50:15,
6specific - 17:19,
39:1, 64:19, 66:21,
6Specifically - 89:9
9:4, 18:16, 22:9, 2,
29:5, 29:6, 48:15,
96:20, 98:4, 98:5,
9specifications -
1specifics - 82:5
 spell - 59:10 105:9
 spread - 16:37
 stage - 14:17,
1stand - 59:6 68:20
22:2, 30:3- 8:12,
 standards - 37:1,
4stands - 59:8, 59:10
86:17, 88:3:1, 81:5,
 starting - 54:12,
5starts - 48:18, 81:9
 States - 1:1, 2:8
 statistical - 43:17
115:4ographically -
110:10, 110:15,

```
1Stephen - 33:21
48:12, 57:3, 60:7, 22,
106:9, 106:1099:5,
 straight - 61:15
2:9, 117:14:14, 2:4,
 stressed - 17:16,
1stressing - 78:7
 stringent - 22:8
63:7onger - 41:1,
60:21cture - 60:1,
66:12ies - 66:10,
71:5ff - 31:12, 32:9,
45:11, 45:13h -
116:20ribed -
 successfully - 6
5sufficient - 74:2,
7Suite - 2:5, 2:14
 supervisor - 10:2
 supervisors - 65:16
 supposed - 99:3
93:14, 98:6g -
 sworn - 4:5, 115:3,
1System - 7:2, 17:3
17:15, 19:1, 19:19,
22:6, 22:7, 22:8, 32:7,
36:22, 37:4, 38:9,
39:12, 40:3, 41:14,
46:6, 46:9, 46:14,
53:2, 57:4, 58:1, 59:9,
72:2, 72:12, 72:13,
77:14, 77:21, 78:12
18:6, 18:7, 18:12, 4,
21:13, 32:8, 40:12, :8,
48:14, 51:19, 53:6,
56:14, 57:19, 59:13,
62:3, 72:22
         T
 team - 20:9, 21:19,
```

4teaming - 21:19
71:8ms - 71:3, 71:5,
 technician - 47:21
49:6, 49:7, 50:12, ,
5Technology - 55:6
 term - 59:8, 62:50
38:22, 51:14, 55:20,
66:19, 74:18, 80:8,
1testified - 4:6
 testimony - 28:17,
1Texas - 12:12115:5
 therefore - 55:16,
5therein - 114:5
29:2nking - 27:22,
 thorough - 40:5,
7thoroughly - 103:11
29:14, 52:3, 67:36:19,
 thusly - 8:5 71:14
 title - 4:12, 4:14,
4titles - 9:1, 9:4
6:9, 6:11, 6:16, 43:2
 together - 5:3,
1tools - 50:16
54:11, 58:17, 42:9,
 topics - 67:4, 70:11
 totality - 76:5, 76:6
 tracking - 40:12
 traffic - 45:15,
46:17, 46:10, 46:15,
 trained - 20:9
 training - 19:20,
22:18, 23:3, 23:5,
64:19, 64:20, 64:21,
74:8, 74:19, 74:20, :4,
75:12, 75:15 75:3,
 traits - 69:3, 70:19,
7Transcript - 117:3
115:5, 116:1, 117:6,

1transitional - 58:8
 treated - 82:15:19
 trigger - 15:150:3
65:21, 77:8, 78:5, 4,
1truly - 110:7
73:10, 110:3, 69:9,
49:16, 49:17, 50:2, 2,
61:13, 62:6, 64:1,
70:22, 78:1, 87:17,
9Tuesday - 1:10
 turnaround - 77:12
 Two - 8:20:14
29:15, 47:14, 48:2,
66:2, 66:15, 68:20, :7,
79:5, 79:7, 79:13,
91:18, 117:7, 80:12,
20:13, 20:21, 21:14,
71:58, 23:6, 59:16,
39:1, 40:2, 56:1, 87:2
      U
 ultimate - 72:12
 under - 9:15, 45:8,
115:5 60:2, 60:4, 60:6,
 underneath - 10:12,
1unemployed - 4:13
 unless - 82:162:8
15:13, 16:8, 21:19,
57:5, 59:9, 60:21,
69:12, 72:2, 72:4,
72:19, 72:21, 73:3,
77:21, 78:15, 90:18,
103:10, 104:1, 104:2,
1upper - 98:3
15:1tairs - 14:20,
 Usdc - 94:10
      V
 vacancy - 7:13, 8:1,
17:17, 17:20, 34:14, 6,

8

36:12, 75:22, 80:9,
 vacation - 24:9
 vagueness - 107:22
 variety - 80:153
62:7ious - 7:22, 62:1,
90:5, 90:9ion - 66:4,
90:1, 96:105:9, 65:13,
 versus - 63:5
 vice - 16:8 28:15
 voluntarily - 94:6
 vs - 1:60:14
      W
 Wait - 94:7
48:11 - 27:6, 27:18,
 Walke - 54:2010
 Washington - 1:9,
1ways - 80:159, 2:14
 weigh - 39:18,
4weight - 37:15,
77:48, 37:19, 56:6,
79:3ghted - 71:18,
72:4ghting - 71:20,
 whole - 65:19,
7Wing - 12:8
 Witness - 3:1, 13:7,
53:1, 74:7, 81:4, 85:3,
95:9, 95:16, 95:21,
100:18, 103:2, :1,
110:16, 109:13,
115:3, 115:4, 115:6,
1wondering - 83:13
45:2, 54:7, 55:6, ,
8wording - 17:19
 workplace - 107:18,
1works - 16:9, 58:19,
5worry - 25:6
 wrap - 102:32
 Wright-patterson -

9

```
1write - 26:5, 58:18,
85:7, 86:2, 89:1417,
 writing - 11:8,
112:21, 112:2289:12,
69:21, 111:10, 0,
1wrote - 85:16, 86:5
4:8, 13:20, 14:4, 6,
34:18, 34:21, 35:5,
40:19, 42:12, 42:16,
52:2, 53:8, 57:11, ,
85:4, 87:13, 89:4,
91:1, 91:21, 92:4,
95:4, 95:15, 95:17,
99:18, 100:3, 100:20,
102:6, 102:14, 102:5,
104:2, 104:5, 104:11,
107:10, 107:21,
110:12, 110:15,
113:5, 113:722,
      Y
 year - 24:13, 88:2,
8years - 7:15, 12:18,
18:11, 16:3, 17:22,
 Young - 1:11, 3:3,
4:3, 4:11, 35:3, 42:12,
102:21, 104:9, 2:2,
104:21, 105:18, 114:8
 yourself - 29:15
      Z
 zero - 99:20
```

# EXHIBIT 5

# RESUME RECEIVED
## Felix Joseph Esquibel

SSN: 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
Citizenship: USA
E-mail: Felix.Esquibel@faa.gov
Work Phone: 269 345-6026

Residence:
7250 Windhaven Court
Portage, Michigan 49024
Day Phone: 269 323-8646

MAR 17 REC'D

BY HUMAN RESOURCE
MANAGEMENT DIVISION

**Objective:** Selection to DOT/FAA Internal Vacancy Announcement AWA-AIR-04-AT40010-72564, QMS & Standards Specialist, FV-301-J located at FAA Washington Headquarters (AIR 230). This selection would culminate I all the education, training and certifications I have attained in the quality management field over the last fifteen years.

## Professional Experience

### Davenport University – Donald W. Maines School of Business

<u>Business & Industry Consultant</u>: Consulted and facilitated Economic Develop Job Training Grant in a local business in areas such as problem-solving, project management, process improvement, statistical process control, and ISO 9001:1994 Standard

<u>Davenport University Adjunct On-ground</u>: Responsible to the Management/Marketing Department for traditional on-ground course instruction and responsible to Davenport's On-line delivery of course material. Teach *Project Management, Quality Control, Leadership, Service Management, Business Standards, Operations & Supply Chain Management, Creativity & Innovation* and *Principles of Management.* Developed instructional designs for Project Management, and Quality Control courses used throughout the Davenport System. Report to Ms. Sally Armstrong (for on-ground delivery) (269 382-2835); Ms. Sherry Rosland (1 800 632-9569) (for on-line delivery). Salary Earned in 2003: $19,728.

**1998 – Present**



EXHIBIT

### Federal Aviation Administration (FAA)

Kalamazoo (AZO) Air Traffic Control Tower (AT-2152-GJ; Salary: $89,279)
    <u>Operations Supervisor</u>: Responsible for the daily operation of air traffic activities within Kalamazoo's delegated airspace. Report to Mr. Steven Manifold, Air Traffic Manager (269 345-6026). Reason for leaving: Promotion to achieve objective above.

**1995 – Present**

Chicago-Midway (MDW) Air Traffic Control Tower (GS-2152-12; Salary: $45,279)
    <u>Air Traffic Controller</u>: Responsible for the safe, efficient and smooth flow of air traffic at a Level IV airport. Reported to the Area Supervisor. Served as an EEO Counselor for the Chicago Metropolitan Area. Reason for leaving: Promotion.

**1992 – 1995**

Chicago-DuPage (DPA) Air Traffic Control Tower
    <u>Supervisor Air Traffic Control Specialist</u>: (GS-2152-12; Salary: $37,294)
    Temporary competitive promotion. Received Letter of Commendation for the Air Traffic Manager while serving in this capacity. Reported to the Air Traffic Manager.
    <u>Air Traffic Controller</u>: (GS-2152-11; Salary $30,887)
Responsible for the safe, efficient and smooth flow of air traffic at a Level II VFR airport. Reported to the Area Supervisor. Served as an EEO Counselor for the Chicago Metropolitan Area. Reason for leaving: Promotion.

**1988 – 1992**

### United States Air Force Reserve (USAFR)

NCOIC Base Operations (Chicago-O'Hare ARS) (Master Sergeant, E-7)
    Managed staff and dispatchers of military flight operations maintaining worldwide contingency status. Served as the 928th Operational Support Flight (OSF) First Sergeant working closely with the Commander on personnel issues during the ARS decommissioning as directed by the Base Realignment and Closure Committee.

**1996 – 1997**

Facilitator, Leadership Development Program (4th Air Force) (E-4 thru E-7)
    This was a competitive selection as the 4th Air Force transitioned to apply quality management principles. Facilitated vignettes of role-plays, case scenarios and lectures in areas of gender bias, change, conflict. Taught Xerox's Problem-Solving Model. Symposium culminated with mid-level supervisors presenting steps 1 thru 4 of the model to the Base's Commanders. Often times, the Commanders would empower the group to continue the process thru steps 5 and 6.

**1989 – 1996**

Base Operations Dispatcher: (Chicago-O'Hare ARS) (E-4 thru E-7)
    Prepared and processed military flight plans to support Wing's mission, retrieved and posted World-wide Notam data. Worked various events such as Presidential Visits to Chicago and the Chicago Air & Water Show, and Prisoner Exchanges. Served as the Training NCO.

**1989 – 1995**

Esquibel – (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)
Attachment to: DOT/FAA Internal Vacancy Announcement AWA-AIR-04-AT40010-72564, QMS and Standards Specialist, FV-301-J located at FAA
Washington Headquarters (AIR-230)

## Knowledge, Skills and Abilities

1.   Knowledge of ISO 9000 quality management systems (QMS) and standards (list any certifications).

I have taught *Business Standards*, (MGT 345), for Davenport University several times. This course (recently rolled into MGT 412) highlighted both ISO 9000 and the Malcolm Baldrige National Quality Award. Students were introduced to the stages of ISO 9000 implementation from Application to Surveillance. Auditor preparation was presented. Self-assessment and ISO 9001:2000's suggested Continuous Improvement Process was studied. Accreditation, certification and registration were spelled out. Advertising accreditation was also highlighted. It was interesting to students that the ISO 9000 standards are NOT technical standards...but rather business standards.

I teach *Quality Control*, (MGT 412) for Davenport University. I have taught this course since 1998...our textbook follows the Baldrige Criteria, the textbook is one of the best textbooks I have seen on the subject...it incorporates all facets of quality...including the technical issues of Reliability, Capability, Process Control Charts, etc. The text also introduces ISO 9000 and dovetails nicely with the Baldrige Criteria items. I introduce ISO 9001:2000 into this course as well as the Business Criteria for the Baldrige Award. Students review an actual winning application to correlate its contents to the textbook...this last semester, Winter 2004, we studied *Motorola Commercial, Government and Industrial Solutions Sector's* 2002 Baldrige Application. The Baldrige Award fits nicely with ISO 9000's Eight Management Principles – Customer Focus, Leadership, Involvement of People, Process Approach, Systems Approach to Management, Continual Improvement, Factual Approach to Decision Making, and Mutually Beneficial Supplier Relationships. When top management, senior leaders and all employees understand the importance of how all these fit together—then the organization has the ability to progress past the basic quality journey and start their trek towards a World-Class organization. This trek by far...is not an easy task...many other management methods need to be introduced for the organizations quality journey to self-organize. Self-organization is the ultimate management strategy...think of nature and one can easily see the dynamics of self-organization...people who rally around the current issue...solving, creating, innovating real solutions to today's problems. Solutions that are long-lasting...being ever vigilant that "Today's problems...were yesterdays solutions."

I teach *Operations & Supply Chain Management*, (MGT 413) for Davenport University. Quality is introduced as a major competitive factor in the management of operations. Other courses I have taught include *Service Management*, which focuses on the service encounter and how this encounter differs from manufacturing. Data extraction that includes the "voice of the customer" was highlighted. This course fits in nicely with MGT 413 and MGT 412...as these two courses mainly highlight the "voice of the process". When designs include the voice of the customer into the product...and the voice of the processes are capable of producing what is expected...then huge profits are earned...scrap is minimized which contributes to profit...re-work is minimized which leads to efficient work utilization...which leads to profit. This is not self-organization...but a "positive feedback" loop...this is what one desires...a true win-win situation! This is not new...Deming introduced this as the Deming Chain Reaction....for the Non-Profit organization...this means "providing more" to their constituents...for Governmental Services...this means giving the taxpayers what they deserve...efficient use of their taxes and a safer World. Certifications include:

- *ASQ Certified Quality Manager*, Certification # 05192; May 2000
- *ASQ Certified Quality Technician*, Certification # 15259; October 1999

Esquibel – (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)
Attachment to: DOT/FAA Internal Vacancy Announcement AWA-AIR-04-AT40010-72564, QMS and Standards Specialist, FV-301-J located at FAA Washington Headquarters (AIR-230)

2.  Skill in leading and formulating policy for an organization going through ISO 9000 registration, maintenance, and continuous improvement.

From 2001 through 2002, I was the Quality Consultant (working with Davenport's Business & Industry) for a local community Educational Development Job Training (EDJT) Grant from the state of Michigan. This grant entailed meeting with various plant management officials to assess their need for quality management training initiatives. The small printing company was a recent acquisition from a major Over-The-Counter (OTC) Drug manufacturer – their only customer was the on-site OTC manufacturer. Strategic objectives included the company attaining ISO 9002:1994 certification to pursue a diverse customer base.

I developed and facilitated training courses that introduced the ISO Standard (1994 version) and the twenty areas that needed to be addressed by management. This included the identification and documentation of processes. As well, I developed and implemented a model of continuous improvement touted by Joseph Juran…"project-by-project" improvement. This initiative served several purposes…to introduce project management techniques, to introduce problem-solving techniques, and to identify (and eliminate) non-value adding processes, and to develop buy-in from the employees.

Major improvements included employee-teams identifying and quantifying problems, then presenting this process to the Plant Manager with all shift employees in attendance. Simple solutions included the replacement of the diesel forklift to an electric forklift—this solved the problem of "dust bunnies" getting stirred and settling into the ink trays causing non-conforming labels (scrap) as well, the noise level was reduced and diesel smell was eliminated. A complex solution included an action team traveling to a major paperboard supplier, WestVaco. It was noted that many of the roles of purchased paperboard did not have a smooth cut edge…this caused problems in alignment and created paper dust, which settled on rollers. The solution was worked with supplier-customer cooperation. It was noted that the supplier did not replace slitters as often as necessary to ensure a smooth cut.

Although this company later chose to implement the FDA's Regulatory Standard (as they printed labels for OTC pharmaceutical products)…it was a tremendous learning experience for me to work with the private sector.

If I were selected into this position, I would continue to use the guidance from Robert W. Peach's book, "The ISO 9000 Handbook" 4th Edition. Although lengthy (over a thousand pages) Peach covers all facets of ISO 9000, including introducing the standard, the registration process, the audit process and the registrar selection process. As well, I would draw upon Deming's Profound Knowledge System – appreciation for a system – understanding variation – theory of knowledge – and psychology. As well, I would use the project management principles to deliver our final product…registration.

3.  Knowledge of problem-solving techniques for evaluating or improving processes and programs.

Specific tools in the quality field that I have application knowledge include: Cause & Effect Diagrams, Precedence Diagramming, Pareto Analysis, Charts, Control Charts, Flowcharts, 5 Why's, Affinity Diagramming, Force-Field Analysis, Plan-Do-Check-Act, Histograms, Scatter Diagrams, Check Sheets,etc.

Most people have working knowledge of these tools…a new area I have explored to solve problems is "Creativity and Innovation". This is a course I teach at Davenport University (MGT 315) and highlights how to tap into the creative and innovative side of the human brain. This is important because problems

Esquibel – (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)
Attachment to: DOT/FAA Internal Vacancy Announcement AWA-AIR-04-AT40010-72564, QMS and Standards Specialist, FV-301-J located at FAA
Washington Headquarters (AIR-230)

## 3. Knowledge of problem-solving techniques for evaluating or improving processes and programs. (cont.)

present themselves on the amount of information we have of the problem. Simple problems can be solved using simple techniques…but complex problems require more. Complex problems requires us to see what is often "unseen," or "unknown." People often use their experience to solve problems…but often they fall short because they forget that "experience alone is not enough" to solve problems…one needs "theory," or knowledge. The study of knowledge, epistemology, is a life-long study in and of itself. How would I make this leap known to others if I am selected in this position?…by being creative. I would use the following exercise as an icebreaker for people to get to know me…and learn a lesson: I / VII What you see are Roman Numerals…one divided by seven. Think of these as match sticks placed in the same fashion…one divided by seven…your problem is to move only one matchstick to make the equation equal to one. Two constraints to this problem: (1.) you cannot break a matchstick…and (2.) you cannot move the division sign. Ready…go! Note: For you to see the solution—you'll have to select me into this position…but I will say that you will need to have knowledge and you will need to be creative!

Problem solving is more than just using quality tools…we need to know which tool to use when. I would teach Gerald Smith's text, *Quality Problem Solvin*, in which problems are categorized into taxonomies. Once we understand the structure of the problem (the problem statement reflects reality with all assumptions addressed)…we can focus on root causes rather than symptoms…this process will ensure a better list of possible solutions. It is important to generate all possible solutions because these solutions will truly create additional problems or consequences. This is a major mistake—people often fail to anticipate…consequences. In project management…we call this "Risk Management". This concept would also need to be introduced and applied. In the Matchstick Exercise…let's introduce a new constraint…" (3.) You may use the Arabic Number "Zero" to solve the problem"…again, solving the problem means to make the equation equal to one. We now have two feasible and viable solutions to our problem…this is important because we now look at where our next "systems constraint" will occur. We assess the risk of this new constraint on our system…based on the "risk" we may actually have to implement the more costly solution (short run) to save money in the long run. If the solution is a matter of saving life or limb…then that should be the priority; however, the slope gets slippery when solutions must also consider economic impact of our constituents.

Another problem to introduce was a problem faced by Eastern Airlines. During 1979-1980, 177 cases of Red Rash were reported between flights from New York and Florida. The problem could be defined as a "mess" (complex) as the Red Rash plagued only Flight Attendants. Eastern management officials were baffled and could not solve the problem…the Center for Disease Control (CDC) investigated. All the suspect causes were ruled out…environmental control, cleaning supplies, food handling, et cetera. It was easy to see that the cause was something inherent to the Flight Attendant operation. Only when CDC and Eastern management officials "rode" along to observe the Flight Attendants did the answer present itself. During routine demonstration of the life jackets…specks of red paint from the red "Demo Only" stencil fell onto the attendants…these specks mixed with sweat and appeared as the dreaded Red Rash. The lesson here, one needs to get where the action is. The Japanese call this *Gemba*. American management gurus have introduced a management fad – MBWA, management by wandering around. Can you imagine a model that actually tells management that they need to get out of their cubicles? I find this somewhat ironic and leads to more fodder for Scott Adams's *Dilbert* cartoon strip. Fortunately, the spirit and intent of ISO 9000 solves this problem.

Esquibel – (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)
Attachment to: DOT/FAA Internal Vacancy Announcement AWA-AIR-04-AT40010-72564, QMS and Standards Specialist, FV-301-J located at FAA Washington Headquarters (AIR-230)

Outstanding leaders are expert problem-solvers. This area of a Quality Management System is the engine that drives the organization. People solve problems...not machines. Let's face it...we have serious problems in our World (not just our FAA)...and we need serious people to solve these serious problems. That's the kind of organization I want to be part of...quality is motivating.

4.   Ability to communicate clearly to present authoritative interpretations and guidance to management officials, counterparts, and representatives within the FAA and private industry.

I presented the Performance Excellence Award to Duncan Aviation during the Kalamazoo Regional Chamber of Commerce's 2003 Community Awards Program. This is a major community event that is well attended by Chamber members. This presentation also included me addressing the Chamber members and attendees.

I have represented the FAA at numerous public gathers such as Operation Raincheck and local Safety Seminars. I have taught class upon class and have no problem interacting with students...keeping on track...yet allowing the course material to develop within the context of the current discussion. People learn best when they are involved...people learn the least through lecture.

I interact frequently with user groups as the Watch Supervisor at Kalamazoo...this includes the local military A-10 unit, the local air carriers, general aviation pilots, and the general public.

I feel that my written communications are just as effective as my verbal communication. Excellent leaders are excellent communicators.  The connection between communication and effective communication comes down to one of Deming's Profound Knowledge areas—psychology. Goleman's work on Emotional Intelligence (EI) has found this to be just as important as the familiar Intelligence Quotient test. He stresses this point by highlighting key leaders' emotional acuity toward situations. Understanding and using EI allows more win-win situations to be developed. After all, people really want to be heard...and once we understand another's point-of-view...then we'll have internalized the message. Our response should then be fashioned around that meaning. This works for organizations as well. Peter Senge, of MIT, calls this "shared meaning".

Communication is "mandatory" in ISO 9001:2000, Paragraph 5.1 charges "Top management to provide evidence of its commitment...by communicating to the organization..." communication involves a dialogue (meaning a conversation between two or more) not a monologue. This requires the organization to listen to its employees and to develop shared meaning of the importance the "living" quality management system.

5.   Skill in the use of Microsoft software such as Word, Excel, Visio and PowerPoint, etc.

Working knowledge in the following: Microsoft Word – Microsoft Excel – Microsoft Project – Microsoft PowerPoint – Microsoft FrontPage – Internet applications – E-mail applications.
Recently purchased Microsoft Visio's Standard but have not had a chance to incorporate this software into instructional designs.

6.   Other
Working knowledge of Impact and Implementation as first-line supervisor in Air Traffic.

# EXHIBIT 6

Form Approved
OMB No. 3205-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| QMS & Standards Specialist | FV-301-J | AWA-AIR-04-AT40010-2564 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| LIGHTBOWN | Michael James | |

| 6 Mailing address | | | **RECEIVED** | 7 Phone numbers (include area code) |
|---|---|---|---|---|

| City | | State | ZIP Code | **MAR 2 2 REC'D** | Daytime |
|---|---|---|---|---|---|
| | | | 02861 | | Evening |

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

**1)** Job title (if Federal, include series and grade)

Aviation Safety Inspector (Manufacturing)  FV 1825 J

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/95 | Present | $ 103,000.00 | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Federal Aviation Administration, ANE-180 | Donald Plouffe |
| 12 NE Executive Park, Burlington, MA | 617 238 7180 |

Describe your duties and accomplishments

I am presently assigned as an Aviation Safety Inspector (mfg), Staff Specialist, to the Manufacturing Inspection Office (MIO), ANE-180, Engine and Propeller Directorate. The primary duties of this position include the coordination of information and data between the Manufacturing Inspection District Offices (MIDO) and the MIO.

I will also lead Aircraft Certification Service Evaluation Program (ACSEP) evaluations as required. At the request of the Directorate Manager I developed and administered remedial ACSEP training to all Directorate Engineers and Inspectors.

**2)** Job title (if Federal, include series and grade)

Aviation Safety Inspector, (Manufacturing) GS1825-14

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/91 | 6/95 | $ 70K | Year | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Federal Aviation Administration, AIR-300 | Dana Lakeman |
| P.O. Box 17030, Washington, DC 20041 | 703 661 0100 |

Describe your duties and accomplishments

I was assigned to the System Surveillance and Analysis Division as an Aircraft Certification Service Evaluation Program, (ACSEP) Evaluation Manager. The primary duties associated with this position were to manage a select team of Aviation Safety Inspectors and Engineers in the execution of an ACSEP Evaluation at designated Production Approval Holders (PAH) through out the world. I have managed evaluations at such facilities as Boeing, General Electric, Pratt & Whitney, Allied Signal, Continental Motors, and Parker Hannifin. I was responsible for the evaluation pre-planning, logistics, coordination with both team members and facility personnel. In addition I created team assignments according to

Continued on a Separate Page



EXHIBIT 4

**9** May we contact your current supervisor?

YES [ X ]  NO [    ] ▸ If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10** Mark highest level completed. Some HS [    ] HS/GED [    ] Associate [ X ] Bachelor [    ] Master [    ] Doctoral [    ]

**11** Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

Pawtucket West H.S., Pawtucket, RI 02860  Graduated 1964

**12** Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name | | | | Total Credits Earned | | Major(s) | Degree (if any) | Year received |
|------|--|--|--|----------------------|--|----------|------------------|----------------|
| | | | | Semester | Quarter | | | |
| 1) Air Force Community College | | | | | | Aeronautical | | |
| City Maxwell AFB | State AL | ZIP Code 36112 | | 72 | | Technology | A.A.S | 1986 |
| 2) Community College of RI | | | | | | | | |
| Warwick | RI | 02886 | | 18 | | | | |
| 3) Johnson & Wales University | | | | | | | | |
| Providence | RI | 02903 | | 20 | | | | |

## OTHER QUALIFICATIONS

**13** Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc). Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do not send documents unless requested.

### JOB RELATED TRAINING COURSES

ISO 9001-2000 Up-Grade Training
Anappolis, MD

Root Cause Analysis Certified Instructor Training
Apollo Associated Services Inc.
Course Duration 24 Hrs.  Completed 9/97

Instructor Effectivness Training
FAA Academy, OKC
Course Duration 32 Hrs.  Completed 2/96

Root Cause Analysis Training

Continued on a Separate Page

## GENERAL

**14** Are you a U.S. citizen?    YES [ X ] NO [    ] ▸ Give the country of your citizenship. _____

**15** Do you claim veterans' preference? NO [    ] YES [ X ] ▸ Mark your claim of 5 or 10 points below.

5 points [ X ] ▸ Attach your DD 214 or other proof. 10 points [    ] ▸ Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required

**16** Were you ever a Federal civilian employee?

| | | | Series | Grade | From (MM/YY) | To (MM/YY) |
|--|--|--|--------|-------|--------------|------------|
| NO [    ] YES [ X ] ▸ For highest civilian grade give: | | | 1825 | GS-14 | 6/1/91 | Present |

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?

NO [ X ] YES [    ] ▸ If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

**18** I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE _Michael J. Littbown_     DATE SIGNED 3/19/08

# ADDITIONAL WORK EXPERIENCES

LIGHTBOWN, Michael James
QMS & Standards Specialist

037-3-7480
F-301-J

AWA-AIR-04-AT40010-72564

3)   Job title (if Federal, include series and grade)

Supervisory Quality Assurance Specialist, GM-1910-13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11/90 | 6/91 | $ 49K | Year | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Defense Contract Management Command  1000 Western Ave., Lynn, MA  01910 | Frederick Ratacik |

Describe your duties and accomplishments

I was formally Chief, Operations Branch, Quality Assurance Division, Defense Contract Management
Command, attached to the GE Aircraft Engine plant in Lynn, MA.  I had direct responsibility over for r
technical sections comprised of 4 GS-1910-12 Supervisory Quality Assurance Specialists; 17 GS-19 0-
9/11 Quality Assurance Specialists; and 3 GS-322-4 Clerks.  The technical oversight of the Operation
Branch encompasses the entire Lynn, MA manufacturing operation which includes plants in Hooksett NH
and Rutland, VT.

I directed the activities of the Operations Branch Sections which executed in-depth audits and surveys of
GE's Quality Assurance Program in various operational areas.  These areas include
production/manufacturing, development, assembly, and testing which produce and or test turbojet,
turboshaft, turboprop, and turbofan turbine engines.

Continued on a Separate Page

4)   Job title (if Federal, include series and grade)

Supervisory Industrial Specialist, GM-1150-13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 1/87 | 11/90 | $ 48K | Year | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Defense Contract Management Command  1000 Western Ave., Lynn, MA  01910 | CDR. Ronald James  617-594-2825 |

Describe your duties and accomplishments

I served as the Director of the Industrial Division, Naval Plant Representative Office, (GEAE), Lynn, MA.
from January 1987 thru October 1990.  This entailed first line supervisory responsibilities for one GM 13
Supervisory Industrial Engineer and two Supervisory GS-12 Branch Heads.  Second level responsibilit es
encompassed three branches containing various grades and specialties, including Industrial Engineers,
Industrial Specialists, Government Property Administrator (PA), Plant Clearance Officer, and
Transportation Officer.  In addition to these specialized positions there were various clerical and suppo rt
positions.

The major responsibility of this position included technical, personnel, and administrative supervision.

My technical responsibilities included coordination, administration, and interpretation of Command an 1
DOD level policy and directives.  I provided general guidance and evaluated accomplishments of vario is
technical projects assigned to the Branches under my control.  This includes Government Property Sur eys,
Technical Analysis of Cost Proposals, and Production Surveillance Analysis.

Continued on a Separate Page

# ADDITIONAL WORK EXPERIENCES

LIGHTBOWN, Michael James
QMS & Standards Specialist                           AWA-AIR-04-AT40010-72564

037-28-'460
FV-'31-J

5) Job title (if Federal, include series and grade)

Supervisory Industrial Specialist, GS-1150-12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 9/85 | 1/87 | $ 32K | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Naval Plant Representative Office <br> 1000 Western Ave., Lynn, MA  01910 | Howard Koenig |

Describe your duties and accomplishments

As the Analysis Branch Chief, Industrial Division, my primary responsibility was first level supervision of four GS-896-12 Industrial Engineers and two GS-1150-11 Industrial Specialists.

The primary mission of the Analysis Branch was the support of the Government negotiating position through development of the Technical Analysis of Cost Proposals (TACPS).  Applying my technical expertise and experience within the aviation industry I provided general guidance and direction to this organization.

In addition to TACP's, the Branch performed various surveys, studies, and reviews related to the industrial engineering functions of the Division and the Command.  These included production capability, pre and post award surveys, plant capacity, work measurement, manufacturing lead time evaluations, cost

Continued on a Separate Page

6) Job title (if Federal, include series and grade)

Industrial Specialist (Aerospace) GS-1150-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10/83 | 9/85 | $ 30K | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Naval Plant Representative Office <br> 1000 Western Ave., Lynn, MA  01910 | Joseph Dynan |

Describe your duties and accomplishments

During my tenure as an Industrial Specialist at GEAE, Lynn, MA I was responsible for production surveillance of the J-85, T-64 and T-58 engine programs along with their related spare parts.

I analyzed contract terms, specification requirements, reviewed and evaluated the GE production plan and monitored the progress being made against that plan as it related to contractual delivery schedules.  I recommended corrective measures to improve manufacturing situations or methods where potential or actual delays could exist.  I assisted and made recommendations to the Administrative Contracting Officer and major buying commands regarding production problems, delivery schedules, and amended shipping instructions.

I was the NAVPRO focal point for all USAF Readiness items pertaining to acceleration request form major buying commands.

I had been involved with the manufacturing lead time review for the T-700 engine.  A direct result of that

Continued on a Separate Page

# ADDITIONAL WORK EXPERIENCES

**LIGHTBOWN, Michael James**                                                      · 37-28-746(
**QMS & Standards Specialist**                    **AWA-AIR-04-AT40010-72564**        FV-301-,

7) Job title (if Federal, include series and grade)

Quality Assurance Specialist (Aerospace) GS-1910-9

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/82 | 10/83 | $ | | 40 |
| Employer's name and address | | | | Supervisor's name and p one number |
| Air Force Plant Representative Office (Det. 5) | | | | Terry Strower |
| Pratt & Whitney Aircraft Group, East Hartford, CT  06118 | | | | |

Describe your duties and accomplishments

I performed quality assurance surveillance, in accordance with Mil-Q-9858A, on Pratt & Whitney Quality Assurance Program. Mil-Q-9858A, Quality Program Requirements, is the military equal to Feder l Aviation Regulation (FAR) Part 21.  This surveillance includes the auditing of P & W machined arts, assemblies, manufacturing and testing methods, manufacturing and inspection procedures and tec niques, engineering drawings to assure contract compliance.  Government oversight also includes the rev ew of corporate structure, plant layout, security etc..

My area of responsibility encompassed two locations, the first being the receiving inspection area at the East Hartford plant and the second at a satellite location in Rocky Hill CT.  Due to geographical l cation of the inspection areas I performed duties with minimum supervision.  I was responsible for the man agement of resource hours expended to accomplish the required audits.  These resource hours were utilize on such

Continued on a Separate Page

8) Job title (if Federal, include series and grade)

Quality Inspector, GS-1960-7

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 7/81 | 4/82 | $ | | 40 + |
| Employer's name and address | | | | Supervisor's name and p one number |
| DCASMA-Boston | | | | Ken Gabourel |
| 495 Summer St., Boston, MA  02210 | | | | |

Describe your duties and accomplishments

During my employment as a quality inspection specialist I performed mechanical, visual, and ope ational inspections of machined core penetrators used by the US Army.  In addition to these inspections I performed concurrent audits with contractor personnel on such non-destructive tests as eddy-curr nt, ultrasonic, and Rockwell hardness.  I was required to review and document chemistry results of m terials to assure contractual requirements had been met.  Mechanical inspection required the use of comple : precision instruments such as dial calipers, micrometers, vernier instruments, dial bores, pin and l cation gauges, visual comparator equipment, and a variety of thread and run-out gauges.

This position gave me the opportunity to establish and maintain written and oral dialogue among ontractor and government personnel with regards to the quality program.  Additionally I maintained daily r cords and data required by DCAS procedures.  My training included Procurement Quality Assurance (P )A), Statistical Quality Control (SPC), and Ultrasonic Inspection.

Additional duties included assisting the resident QAR with contract reviews, engineering drawin audits,

Continued on a Separate Page

# ADDITIONAL WORK EXPERIENCES

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**                    AWA-AIR-04-AT40010-72564

37-28-746
FV-301-

9) Job title (if Federal, include series and grade)

Pneudraulic System Mechanic, WG-F4535100-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/79 | 7/81 | $ | | 40 + |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Rhode Island Air National Guard, 143rd Tactical Airlift Group | Frederick Quimby |
| Quonset State Airport, North Kingstown, RI 02852 | 401 885 3960 |

Describe your duties and accomplishments

During my tenure as shop chief and technical advisor over the Fuel Systems Shop., 143rd Consoli lated Aircraft Maintenance Sq., RI Air National Guard, I was first level supervisor for 1 subordinate te hnician and 4 part-time Air Guardsmen.

Along with the assistance of maintenance control I was responsible for establishing deadlines and priorities on the basis of work schedules, methods and procedures. I would also determine work assignmer ts for all assigned personnel with consideration taken for skills, materials, and equipment needed to accom lish assigned tasks. In addition I was responsible for the on the job training for all full and part-time p ersonnel. This position also included the performing of in process and final inspections for compliance with policies and procedures outlined in USAF technical data. I would, in conjunction with the USAF supply : ystem in ordering the necessary parts and equipment needed to accomplish the task. This involved the rese rch of

Continued on a Separate Page

10) Job title (if Federal, include series and grade)

Airframe & Powerplant Mechanic

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10/70 | | $ | | |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Michael J. Lightbown | |
| 635 Newport Ave., Pawtucket, RI 02861 | 401 722 1177 |

Describe your duties and accomplishments

I hold F.A.A. Airframe & Powerplant Certificate #2038778 which is required to perform inspecti ns and maintenance on all civilian aircraft and powerplants. To obtain this certificate I attended East Co st Aero Technical School at Hanscom AFB, MA. Upon completion of the 18 month curriculum I was req ired to pass a practical and written exam administered by the F.A.A..

Since obtaining certification I have performed maintenance and inspections to aircraft covered un er both FAR Part 121 and Part 135. I have also performed modification and conversion for an authorized Aircraft Repair Station, (FAR Part 45), converting military T-29 to the civilian cargo configuration. This work was accomplished under the direction of an F.A.A. Authorized Inspector and utilizing F.A.A. reg lations including AC 43.13-1A, AC 43.13-2 and FAR Part 43 and Airworthiness Directives.

Although this experience was performed on mostly a part-time basis, I feel it worthy enough to be considered under this particular application.

Continued on a Separate Page

# OF 612 Continuation Page

| LIGHTBOWN, Michael James | Page 1 | 037- 28-7460 |
|---|---|---|
| QMS & Standards Specialist | AWA-AIR-04-AT40010-72564 | F V-301-J |

## Question 12 - Colleges Attended

| Name | | | Total Credits Earned | | Major(s) | Degree | Year |
| | | | Semester | Quarter | | (if any) | Received |
|---|---|---|---|---|---|---|---|
| 4) Bryant College | | | | | | | |
| City | State | ZIP Code | | | | | |
| Smithfield | RI | 02917 | | | | | |

## Question 13 - Other Qualifications

Apollo Associated Services Inc.
Course Duration 24 Hrs.  Completed 9/95

Quality System Auditor Training Course (ISO 9000)
George Washington University
Accredited by the Registrar Accreditation Board (RAB)
Course Duration 36 Hrs.  Completed 8/95

Aerospace Technology
East Coast Aero Technical School
Course Duration 18 Months Completed 1970

Introduction to ISO 9000
George Washington University
Course Duration 24 Hrs.  Completed 1994

Auditing For Improved Performance
George Washington University
Course Duration 24 Hrs.  Completed 1994

Quality Engineering
American Society for Quality Control (ASQC)
Course Duration 24 Hrs.  Completed 1993

FAA Aircraft Certification Service Evaluation Program (ACSEP)
FAA Academy, OKC
Course Duration 80 Hrs.  Completed 1992

FAA Indoctrination
FAA Academy, OKC
Course Duration 80 Hrs.  Completed 1991

Type Certificate/Production Certificate
FAA Academy, OKC
Course Duration 40 Hrs. Completed 1992

Guidance Management Workshop

Continued on Next Page

## OF 612 Continuation Page

| LIGHTBOWN, Michael James | Page 2 | 03 7-28-7460 |
| QMS & Standards Specialist | AWA-AIR-04-AT40010-72564 | FV-301-J |

### Question 13 - Other Qualifications

Harbridge House Inc., Lynn, MA
Course Duration 16 Hrs.  Completed March 1990

Introduction to Statistical Thinking
Joiner Associates Inc., Lynn, MA
Course Duration 16 Hrs. Completed

The Washington Arena
Naval Aviation Executive Institute (NAEI) Washington, DC
Course Duration 40 Hrs. Completed October 1988

How to Handle Difficult People
Fred Pryor Seminars., Lynn, MA
Course Duration 8 Hrs. Completed October 1988

Deming Users Group Conference
Ohio Quality & Productivity Forum
Course Duration 24 Hrs. Completed August 1988

The Deming Approach to Quality & Productivity Improvement
Course Duration 40 Hrs.  Completed December 1987

Assertive Skills for Supervisors and Managers
OPM, Course Duration 16 Hrs. Completed August 1986

Communicating and Counseling
OPM, Course Duration 40 Hrs. Completed January 1986

Introduction to Supervision
OPM, Course Duration 40 Hrs. Completed December 1985

Spare Parts Management Course
U.S. Army Logistics Management Center, Ft. Lee, Virginia
Course Duration 40 Hrs. Completed October 1985

Cost & Price Analysis
GSA, Course Duration 40 Hrs. Completed February 1985

Evaluating a Contractors Performance
GSA, Course Duration 40 Hrs. Completed August 1984

Basic Procurement
GSA, Course Duration 40 Hrs.  Completed August 1984

Continued on Next Page

# OF 612 Continuation Page

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

Page 3
AWA-AIR-04-AT40010-72564

037- 8-7460
F /-301-J

## Question 13 - Other Qualifications

Productivity and Efficiency Concepts
OPM, Course Duration 40 Hrs. Completed January 1984

Statistical Process Control
Pratt & Whitney Aircraft Group, East Hartford, CT
Course Duration 10 Hrs. Completed June 1983

Military Standards and Specifications
AFPRO Det 5, East Hartford, CT
Course Duration 40 Hrs. Completed May 1983

Jet Engine Familiarization
Pratt & Whitney Aircraft Group, East Hartford, CT
Course Duration 10 Hrs. Completed November 1982

Non-Destructive Testing
Air Force Contract Management Division, Patrick AFB, FL
Course Duration 40 Hrs. Completed August 1982

Ultrasonic Inspection
Army Material & Mechanic Research Center, Watertown, MA
Course Duration 40 Hrs. Completed January 1982

Statistical Sampling
Defense Contracting Administration Service, Boston, MA
Course Duration 40 Hrs. Completed December 1981

Aircraft Maintenance Technician (C-130)
133rd Field Training Unit, Minneapolis MN
Course Duration 120 Hrs. Completed February 1981

Corrosion Control (Aircraft)
T.F. Green Airport Warwick, RI
Course Duration 15 Hrs. Completed August 1977

On the Job Trainer Supervisor Course
Otis AFB, MA
Course Duration 15 Hrs. Completed August 1977

Technical Publications Familiarization
Otis AFB, MA
Course Duration 24 Hrs. Completed March 1965

Continued on Next Page

## OF 612 Continuation Page

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

Page 4
AWA-AIR-04-AT40010-72564

037-28-746
FV-301-

### Question 13 - Other Qualifications

## CORRESPONDENCE COURSES

Management of Value Engineering
Course ECI Catalog #6603
Completed August 1986

Introduction to Air Force Provisioning
Course ECI Catalog #6608
Completed February 1985

Contract Administration
Course ECI Catalog #6606
Completed July 1984

Government Contract Law
Course ECI Catalog # 6607
Completed February 1984

Command NCO Academy
Course ECI Catalog #00009
Completed March 1977

Aircraft Turbo-Prop Technician
Course ECI Catalog #43151F
Completed March 1977

Management or Air Force Supervisors
Course ECI Catalog #006
Completed March 1972

Maintenance Management
Course ECI Catalog #ATCPT 52-1
Completed February 1972

## JOB RELATED SKILLS

1. Apollo Root Cause Analysis Certified Instructor (CI). Licenced to instruct Root Cause Analysis by Apollo Associated Services Inc.

2. Delivered formal presentations to military and civilian audiences covering a variety of procurement topics including intrinsic value studies, work measurement, and spare parts overpricing.

3. Authored instructions pertaining to technical analysis, methods and techniques.

Continued on Next Page

## OF 612 Continuation Page

LIGHTBOWN, Michael James
QMS & Standards Specialist

Page 5
AWA-AJR-04-AT40010-72564

037-&3-7460
F! -301-J

### Question 13 - Other Qualifications

## JOB RELATED CERTIFICATES

1. American Society for Quality Control, Certified Quality Auditor Certificate # 3710

2. Registrar Accreditation Board (RAB) ISO 9001-2000 Lead Assessor Certification #

3. Certified Instructor (CI) Root Cause Analysis Instruction. Apollo Associated Services, Certificte ' 7-009

2. Federal Aviation Administration, Airframe & Power Plant Mechanic Rating #2038778

3. Member, American Society of Quality Control (ASQC)

## JOB RELATED HONORS, AWARDS ETC.

1. Quality Step Increase, 1/00, by Donals Plouffe

2. Special Service Award, Superior Performance, 9/98 by Donald Plouffe

3. Department of Transportation, Outstanding Performance Evaluation, 7/95 by Dana Lakeman AIR-. 00 Manager.

4. Special Service Award, by Michael Gallagher AIR-300 Manager, 1991

5. Department of the Navy Meteritorious Civilian Service Award, 6/89 by Capt. T. J. Colyer

6. Department of the Navy Performance Management & Recognition System (PMRS) rated Level 4 'Exceeds Fully Successful' 6/90, 6/89, 6/88, 6/89.

7. Member, Executive Steering Committee (ESC) for Total Quality Management DPRO, GE Aircraft Engines Lynn, MA.

8. Member Strategic Quality Management Board, DCMC Regional Office Boston, MA.

9. Letter of Appreciation, from Capt L.G. Fulton, South Weymouth NAS, 1986

10. Letter of Appreciation, from Capt T.J. Colyer, NAVPRO Lynn, 1986

11. Letter of Recognition, from Howard Koenig, NAVPRO Lynn, 1986

12. Letter of Commendation, from Maj. General John W. Kiely, RI State Adjutant General 1986.

Continued on Next Page

## OF 612 Continuation Page

| | | |
|---|---|---|
| LIGHTBOWN, Michael James | Page 6 | 037-: 8-7460 |
| QMS & Standards Specialist | AWA-AIR-04-AT40010-72564 | F '-301-J |

### Question 13 - Other Qualifications

13. Letter of Appreciation, from Capt D.R. Eaton, NAVPRO Lynn, 1985

14. Quality Step Increase, Air Force Plant Representative Office (Det 5), Pratt & Whitney Aircraft Croup, East Hartford, CT  May 1983

15. Outstanding Performance Rating, RI Air National Guard, Quonset State Airport, North Kingstown, RI July 1981.

Continued on Next Page

## Work Experience Continuation

LIGHTBOWN, Michael James  2) Aviation Safety Inspector, (Manufacturing) GS1825-14 - Page 1       037-28- 460
QMS & Standards Specialist                    AWA-AIR-04-AT40010-72564                                     FV- 1-J

personnel expertise and experience; while on site I presented the necessary in-briefing, daily, and exit briefings to the facility; I was responsible to evaluate all findings for compliance with written guidance and assure any inconsistencies are revised; I delivered exit briefings, including an executive summary to the senior management at the evaluated facility; I authored the final report and delivered to the Principal Inspector. During the evaluation my performance was evaluated by the facility management and documented to the AIR 300 Manager. These reports were all positive and are available for review.

In addition, I was the Division Suspected Unapproved Parts (SUP) manager. This position required the review and initial classification of all documented SUP cases to the FAA. Upon receipt and classification, I will assign the case to a field office who will conduct the investigate the allegation. Primarily the position is coordination and data analysis, however at times I have executed actual investigations while on temporary assignment. I also furnished in depth briefings, in to FAA Management of the SUP process, including how parts are manufactured, allocated, sold, and the investigative process with the FAA, FBI, DOTIG, and F.A Security.

## Work Experience Continuation

LIGHTBOWN, Michael James  3) Supervisory Quality Assurance Specialist, GM-1910-13 - Page 1          03 '-28-7460
QMS & Standards Specialist                          AWA-AIR-04-AT40010-72564                                       FV-301-J

I evaluated results of audits by analyzing reports and data proposed by section supervisors. These results are furnished to both government and corporate management during meetings, briefings, or presentations presided by myself or under my direction.

I had responsibility to assure GE maintained an acceptable Quality Assurance/Control Program in accordance with the requirements illustrated in Mil-Q-9858A "Quality Program Requirements". I analyzed and determined acceptability of any change to the contractors quality assurance program including the managerial structure of the program.

In the advancement of aerospace technology at this facility I evaluate any new or proposed manufacturing or inspection process, technique, or method to assure adequacy of the Mil-Std or contractual compliance.

Administrative supervisory responsibilities include planning, prioritizing, scheduling, and finalizing decision on any serious or critical problems associated with the technical work of the branch.  When representing the Director I had full authority to act in his behalf to commit resources and make final decisions with in the Quality Assurance scope of operations.

I evaluated subordinate performance, set performance standards, advise, and council with respect to a variety of technical and administrative matters. I will resolved grievances, and complaints which are unresolvable by subordinate supervisors.  If resolutions could not be accomplished, I carried out disciplinary actions.  I had responsibility to develop and administer a branch training program to assure mandatory DOD requirements are accomplished.

The interface level of this position is essentially at the upper level of corporate ladder, i.e. Quality Assurance Manager, Plant Manager etc. and at the major weapon system program level of the DOD, i.e. FA-18 aircraft or Blackhawk helicopter program managers.

**Work Experience Continuation**

LIGHTBOWN, Michael James
QMS & Standards Specialist

4) Supervisory Industrial Specialist, GM-1150-13 - Page 1
AWA-AIR-04-AT40010-72564

037-2 )-7460
F\ -301-J

With regards to personnel supervision, I provided guidance and acted as sounding board to first level supervisors in various personnel job related matters, such as; Individual Development Programs (IDP) recruitment and selection process, and personnel grievances.

As Division Director, I was a member of the Commanding Officers Senior Civilian Staff. Additional r, I served as the Commanding Officers Representative for the NAVPRO EEO Council and a member of t e Executive Steering Committee for Total Quality Management (TQM).

Administrative responsibilities include budgetary process, including all travel, training, and personnel. This is in line with the Navy Management to Budget Program implemented in 1987. This accountabili y was in the $200-$300K range during the FY-90.

Additional responsibilities included, complete classification authority for all levels and series under m; supervision; develop training, travel and vacation schedules to coincide with workload; establish personnel performance standards; establish, develop, and evaluate criterion to be utilized during contr: ctor performance reviews of various contractual requirements, i.e. Mil-Std-1567A audit plan.

## Work Experience Continuation

LIGHTBOWN, Michael James
QMS & Standards Specialist

5) Supervisory Industrial Specialist, GS-1150-12 - Page 1
AWA-AIR-04-AT40010-72564

037-2 -7460
FN 301-J

monitoring, plant layout, and production readiness reviews.

I was responsible for the creation, development and execution of the 'Intrinsic Value Review' which was adopted by the NAVPRO to examine and purge the support equipment procurement process of overpriced, over engineered and otherwise nonessential equipment. During FY 86 a $250K cost avoidance was realized by NAVPRO from the use of this system. Additional accomplishments include the restructuring and updating methodology and technique used to formulate the TACP. This much needed revamping increases the use of traditional Industrial Engineering theories and techniques. This effort improved the technical content of the analysis which reinforced the government negotiating position based on a supportable rational. I developed and implemented a data base for the part number/analysis case record cross reference system. This database eliminated wasteful duplication and redundancy of various data gathering projects and increased branch productivity. In addition it provided a documented historical background necessary in the performance of many analysis accomplished with the organization.

In FY-86 I developed, implemented and maintained the branch training and travel budget of approximately 10K. During FY-87 this accountability increased into the $200-$300K range and included salaries, grade classification and equipment (ADP etc.). Additional responsibilities included establishing training, travel and vacation schedules to coincide with workload. Establish performance standards and evaluate personnel against those standards; establish, develop and evaluate criterion to be utilized during contractor performance reviews of various contractual requirements, i.e. the establishment of the Mil Std 1567A audit plan. Due to the increased Navy emphasis on work measurement (Mil Std 1567A) and intrinsic value studies I actively recruited personnel with specialized backgrounds in aviation, manufacturing and industrial engineering.

## Work Experience Continuation

LIGHTBOWN, Michael James                 6) Industrial Specialist (Aerospace) GS-1150-11 - Page 1                 037- 8-7460
QMS & Standards Specialist                              AWA-AIR-04-AT40010-72564                                   F /-301-J

review was a reduction of the overall engine lead time which equates to a significant savings for the Government. During this period I was the division representative for the Navy 'Buy our Spares Smar r' Program, which had been initiated to review spare parts for potential competitive breakout.

Additional responsibilities included conducting pre-award and production surveys for the J-85 and G 3-27 engines. I also worked in conjunction with buying commands in the areas of parts provisioning cyclc , evaluation of engineering change proposals, and various studies initiated to determine adverse impac on field commands. I utilized my expertise to anticipate production and manufacturing problems and to recommend preventative action for correction or improvement of the problems.

## Work Experience Continuation

LIGHTBOWN, Michael James    7) Quality Assurance Specialist (Aerospace) GS-1910-9 - Page 1    037- 8-7460
QMS & Standards Specialist                AWA-AIR-04-AT40010-72564                         F /-301-J

compliance evaluation as Production Inspection Verification, this is the direct inspection of product including visual, functional and dimensional requirements. These requirements are satisfied by the u e of contractor precision instruments. Additional audits of engineering drawings, non-destructive testing requirements, engineering changes, zone evaluations, material and process controls along with many other records and procedures associated with the quality of the product were part of the verification proces .

Part of receiving inspection included the monitoring of purchase orders, Government source inspecti n, vendor inspection records and Government letters of delegation. Product inspection performed on v ndor material required complex lay-out inspection.

I was involved in the detection of a major product nonconformance within the TF-30-414 engine fue system. Through this detection and subsequent indepth investigation, substantial corrective action t both manufacturing processes and the quality assurance requirements of these assemblies had to be taken y P & W. Savings realized by the USAF and Navy will be in excess of 1 million dollar over the term of he contract. I received special recognition and a Quality Step increase for this effort in May 1983.

The nature of this position required I establish and maintain written and oral dialogue with contracto management, vendor management, and other government agencies on a variety of QA topics includi g nonconformances, corrective action plans, inadequate procedures or work instructions to name a few

## Work Experience Continuation

LIGHTBOWN, Michael James
QMS & Standards Specialist

8) Quality Inspector, GS-1960-7 – Page 1
AWA-AIR-04-AT40010-72564

( )7-28-7460
FV-301-J

specification and standards reviews, performing procedure evaluations, and government source inspection. The position required rotating work schedules, thus many duties were performed without direct supervision.

## Work Experience Continuation

LIGHTBOWN, Michael James          9) Pneudraulic System Mechanic, WG-F4535100-11 - Page 1                    037-2 1-7460
QMS & Standards Specialist                          AWA-AIR-04-AT40010-72564                                  F\ -301-J

and cross reference of federal stock numbers, part numbers, military standards and specifications. I u lized factory engineering drawings, schematics, and wire diagrams.

I maintained written and verbal dialogue with such logistic personnel as program managers, item man .gers, procurement specialists, and factor technical representatives. Some additional responsibilities were cr ating and maintaining aircraft historical maintenance records and maintaining the technical publication libr y. As shop chief I was directly responsible for the safety, security, maintenance, and environmental conditio of the $1.5 million maintenance facility. In addition I was responsible for ordering, up-keep, and inspec on of all government owned equipment and material within this facility. In addition to normal maintenance operations, I performed extensive complex troubleshooting duties on many airframe and powerplant systems. I was accountable for various types of aircraft support equipment such as manometers, air purification systems, and test equipment.

**LIGHTBOWN, Michael James**
**QMS & Standards Specialist**

# Work Experience Continuation
### 10) Airframe & Powerplant Mechanic - Page 1
### AWA-AIR-04-AT40010-72564

037- 8-7460
F ʹ-301-J

My experience also includes the rebuilding of and antique 1940 Aeronca, which in itself was somewhat of
a feat.

Optional Form 306
September 1994
U.S. Office of Personnel
Management

# Declaration for Federal Employment

Form Approved:
O.I.B. No. 3206-
N. 7540-01-368
5U 06-101

## GENERAL INFORMATION

**1  FULL NAME**

  ▸ Michael James LIGHTBOWN

**2  SOCIAL SECURITY NUMBER**

  ▸ 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

**3  PLACE OF BIRTH**(Include City and State or Country)

  ▸ Pawtucket, Rhode Island

**4  DATE OF BIRTH**(MM/DD/YY)

  ▸ 11/18/46

**5  OTHER NAMES EVER USED**(For example, maiden name, nickname, etc.)

  ▸ N/A

  ▸

**6  PHONE NUMBERS**(Include Area Code)

DAY ▸ 401 722 1177

NIGHT ▸ 401 722 1177

## MILITARY SERVICE

| 7  Have you served in the United States Military Service? *If your only active duty was training in the Reserves or National Guard, answer "NO".* | Yes | No |
|---|---|---|
| | X | |

| | BRANCH | FROM | TO | TYPE OF DISCHARGE |
|---|---|---|---|---|
| If you answered "YES", list the branch, dates (MM/DD/YY), and type of discharge for all active duty military service. | USAF | 10/11/64 | 10/01/68 | Honorable |

## BACKGROUND INFORMATION

**For all questions,** provide all additional requested information under item 15 or on attached sheets. The circumstances of each event you list will be considered. However, in most cases you can still be considered for Federal jobs.

**For questions 8, 9, and 10,** your answers should include convictions resulting from a plea of nolo contendere *(no contest)*, but omit (1) traffic fines of $300 or less, (2) any violation of law committed before your 16th birthday, (3) any violation of law committed before your 18th birthday if it finally decided in juvenile court or under a Youth Offender law, (4) any conviction set aside under the Federal Youth Corrections Act or similar State law, and (5) any conviction whose record was expunged under Federal or State law.

| | | Yes | No |
|---|---|---|---|
| **8** | During the last 10 years, have you been convicted, been imprisoned, been on probation, or been on parole? (Includes felonies, firearms or explosives violations, misdemeanors, and all other offenses.) *If "Yes", use item 15 to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved* | | X |
| **9** | Have you been convicted by a military court martial in the past 10 years? (If no military service, answer "NO".) *If "Yes", use item 15 to provide the date, explanation of the violation, place of occurrence, and the name and address of the military authority or court involved* | | X |
| **10** | Are you now under charges for any violation of law? *If "Yes", use item 15 to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved* | | X |
| **11** | During the last 5 years, were you fired from any job for any reason, did you quit after being told that you would be fired, did you leave any job by mutual agreement because of specific problems, or were you debarred from Federal employment by the Office of Personnel Management? *If "Yes", use item 15 to provide the date, an explanation of the problem and reason for leaving, and the employer's name and address.* | | X |
| **12** | Are you delinquent on any Federal debt? (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government, plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.) *If "Yes", use item 15 to provide the type, length, and amount of the delinquency or default, and steps that you are taking to correct the error or repay the debt.* | | X |

## ADDITIONAL QUESTIONS

| | | Yes | No |
|---|---|---|---|
| **13** | Do any of your relatives work for the agency or organization to which you are submitting this form? (Includes father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half brother, and half sister.) *If "Yes", use item 15 to provide the name, relationship, and the Department, Agency, or Branch of the Armed Forces for which your relative works.* | | X |
| **14** | Do you receive, or have you ever applied for, retirement pay, pension, or other pay based on military, Federal civilian, or District of Columbia Government service? | | X |

## CONTINUATION SPACE / AGENCY OPTIONAL QUESTIONS

**15** Provide details requested in items 8 through 13 and 17c in the continuation space below or on attached sheets. Be sure to identify attached sheets with your name, Social Security Number, and item number, and to include ZIP Codes in all addresses. If any questions are printed below, please answer as instructed (these questions are specific to your position, and your agency is authorized to ask them).

## CERTIFICATIONS / ADDITIONAL QUESTION

**APPLICANT: If you are applying for a position and have not yet been selected.** Carefully review your answers on this form and any attached sheets. When this form and all attached materials are accurate, complete item 16/16a.

**APPOINTEE: If you are being appointed.** Carefully review your answers on this form and any attached sheets, including any other application materials that your agency has attached to this form. If any information requires correction to be accurate as of the date you are signing, make changes on this form or the attachments and/or provide updated information on additional sheets, initialing and dating all changes and additions. When this form and all attached materials are accurate, complete item 16/16b and answer item 17.

**16** I certify that, to the best of my knowledge and belief, all of the information on and attached to this Declaration for Federal Employment, including any attached application materials, is true, correct, complete, and made in good faith. I understand that a false or fraudulent answer to any question on any part of this declaration or its attachments may be grounds for not hiring me, or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated for purposes of determining eligibility for Federal employment as allowed by law or Presidential order. I consent to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel specialists, and other authorized employees of the Federal Government. I understand that for financial or lending institutions, medical institutions, hospitals, health care professionals, and some other sources of information, a separate specific release may be needed, and I may be contacted for such a release at a later date.

**16a** Applicant's Signature *(Sign in ink)* _Michael J. Lightbown_    Date ► 3/19/04

**16b** Appointee's Signature *(Sign in ink)*    Date ►    APPOINTING OFFICER: Enter date of Appointment or Conversion ►

**17** Appointee Only(Respond only if you have been employed by the Federal Government before): Your elections of life insurance during previous Federal employment may affect your eligibility for life insurance during your new appointment. These questions are asked to help your personnel office make a correct determination.

**17a** When did you leave your last Federal job? ........................................

**17b** When you worked for the Federal Government the last time, did you waive Basic Life Insurance or any type of optional life insurance? .......................

**17c** If you answered "Yes" to item 17b, did you later cancel the waiver(s)? If your answer to item 17c is "No," use item 15 to identify the type(s) of insurance for which waivers were not cancelled.

| Date(MM/DD/YY) | | |
|---|---|---|
| Yes | No | Don't Know |
| | | |
| | | |
| | | |

Optional Form 306 (Back)

September 1994

LIGHTBOWN, Michael James
AWA-AIR-04-AT40010-72564
QMS & Standards Specialist

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

FV-301-J

# KNOWLEDGE, SKILLS, & ABILITIES (KSAs)

**1.  Knowledge of ISO 9000 Quality Management System (QMS) and standards (list any Certifications).**

I am presently assigned as interim AIR QMS Program Manager.  I have contracted consultation services to two private organizations for the implementation of ISO 9001-2000.  In addition I conduct QMS audits under the FAA ACSEP program.  The FAA ACSEP is recognized by the Registrar Accreditation Board (RAB) as being equivalent to the ISO 9001 2000 Standard.

I hold American Society for Quality QMS auditor certification.  I held RAB QMS Lead Assessor certification from 1998 thru 2001; I am currently renewing my RAB credential and will have recertification accomplished shortly.  I also hold a Certified (Apollo Associates) Root Cause Analysis Instructor.

**2.  Skill in leading and formulating policy for an organization going through ISO 9000 registration, maintenance, and continuous improvement.**

I have provided consulting services to two organizations for the purpose of the development and deployment of a QMS based on the  ISO 9001 2000 Standard and the QS 9000 (Automotive) Standard.  This required me to provide the necessary training and guidance to these companies in such areas as QMS Manual development, procedure development, work instruction development, process flowcharting and internal auditing.

**3.  Knowledge of problem solving techniques for evaluating or improving processes and programs.**

My many years experience as a certified Root Cause Analysis Instructor has provided me with ample knowledge to apply to most problems related to processes and programs.  The Apollo method or RCA provides a structured approach to problem solving by seeking solutions based on both "Actions and Conditions".  This method is applied to all "event

**LIGHTBOWN, Michael James**
**AWA-AIR-04-AT40010-72564**
**QMS & Standards Specialist**

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

FV-301-J

based" problems which are those commonly found in work related environments.

4. **Ability to communicate clearly to present authoritative interpretations and guidance to management officials, counterparts, and representatives within the FAA and private industry.**

I have made numerous presentations to a wide variety of organizations covering technical subjects. As an Aircraft Certification System Evaluation Program (ACSEP) Team Leader I routinely conduct briefings to various size companies including some international organizations. From 1991 to 1995 I was assigned to AIR 300 as a ACSEP Team Leader which provided the opportunity to lead evaluations at most major companies including Boeing, Pratt & Whitney, Gulfstream, Learjet and Raytheon to name a few. In my present assignment I have briefed a variety of organizations on the AIR ISO Implementation Plan, this would include senior management at the AVR and AIR level, Directorate management teams, and the leadership of the bargaining units represented in AIR. I have authored numerous reports on a number of subjects including unapproved parts, quality system deficiencies, and root cause analysis.

5. **Skill in the use of Microsoft software such as Word, Excel, Visio, and PowerPoint.**

I have used the entire MS Office suite since adopted by AIR. I travel extensively for the FAA as well as telecommute, which requires me to be self sufficient and independent in order to maintain efficiency while conducting day to day business. I consider myself to be a very knowledgeable and comfortable in the electronic environment.