UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL,        )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )   Civil Action No.06-1485 (PLF)<br>                          )<br>MARIA CINO,               )<br>                          )<br>     Defendant.           )<br>_____) | |

### NOTICE OF APPEARANCE

TO THE HONORABLE JUDGES OF SAID COURT:

PLEASE TAKE NOTICE of the entry of Clarissa H. Wu (D.C. Bar #975443) of the firm GEBHARDT & ASSOCIATES, LLP as an additional attorney for the Plaintiff in the above-captioned matter.

                        Respectfully submitted,

                        */s/ Clarissa H. Wu*
                        MYRREL C. HENDRICKS, Jr.
                            (D.C. Bar No. 291781)
                        CLARISSA H. WU
                            (D.C. Bar No. 975443)
                        GEBHARDT & ASSOCIATES, LLP
                        1101 17th Street, N.W.
                        Suite 807
                        Washington, DC 20036
                        Tel: (202) 496-0400
                        Fax: (202) 496-0404

June 9, 2008                 Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 9th day of June, 2008, via electronic mail and electronic filing through the Court, upon counsel for Defendant as follows:

>Heather Graham-Oliver
>Assistant United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W. — Civil Division
>Washington, DC 20530
>Tel: (202) 305-1334
>Fax: (202) 514-8780
>heather.graham-oliver@usdoj.gov

*/s/ Clarissa H. Wu*
CLARISSA H. WU