# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| **FELIX J. ESQUIBEL,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.  06-1485 (PLF)** |
| **V.** | ) | |
| | ) | **ECF** |
| **MARIA CINO,** | ) | |
| **Secretary, Dept. of Transportation** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S MOTION
## FOR AN EXTENSION OF TIME TO FILE OPPOSITION AND REPLY

Defendant, by and through her attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for additional time until, Tuesday, July 2, 2008, to file an Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.  The Opposition is currently due on June 25, 2008.  Plaintiff's Counsel does not oppose this motion.

In support of this motion, the Defendant states as follows:

Undersigned counsel's time has been limited due to other litigation responsibilities. Motion for Summary Judgment in Herrick v U.S. Customs Border Protection, Civ. Act No. 08-0035(JR); prepare for and participate in status call for Anderson et al v. Spellings, Civ. Act. No. 06-1565; file Opposition in Hawkins v. Mukasey, Civ. Act No. 07-0010 (CKK); prepare an answer to the complaint in Brunnotte v. Doan, Civ. Act. No. 08-0587 (HHK); prepare a Certificate of Counsel in Enterprise v. Johanns, Ct of Appeals No. 08-5148.   As a result, counsel will need this additional time to finalize the brief in the instant action and requests an extension

of time to do so until July 2, 2008.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, ESQ.
D.C. Bar # 498610
United States Attorney


/s/


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
 Tel: (202) 305-1334

2