UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.06-1485 (PLF) |
| MARIA CINO, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGES OF SAID COURT:

PLEASE TAKE NOTICE of the entry of Clarissa H. Wu (D.C. Bar #975443) of the firm GEBHARDT & ASSOCIATES, LLP as an additional attorney for the Plaintiff in the above-captioned matter.

Respectfully submitted,

_____/s/_____
MYRREL C. HENDRICKS, Jr.
    (D.C. Bar No. 291781)
CLARISSA H. WU
    (D.C. Bar No. 975443)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036
Tel: (202) 496-0400
Fax: (202) 496-0404

July 1, 2008                    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 1st day of July, 2008, via electronic mail and electronic filing through the Court, upon counsel for Defendant as follows:

>Heather Graham-Oliver
>Assistant United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W. — Civil Division
>Washington, DC 20530
>Tel: (202) 305-1334
>Fax: (202) 514-8780
>heather.graham-oliver@usdoj.gov

>                /s/
>CLARISSA H. WU