UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** )<br>)<br>)<br>**Plaintiff,** )<br>) <br>V. )<br>)<br>**MARIA CINO,** )<br>**Secretary, Dept. of Transportation** )<br>)<br>**Defendant.** )<br>_____) | Civil Action No. 06-1485 (PLF)<br><br>ECF |

**DEFENDANT'S SECOND MOTION
FOR AN EXTENSION OF TIME TO FILE OPPOSITION AND REPLY**

Defendant, by and through her attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for additional time until, Thursday, July 24, 2008, to file an Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. The Opposition and reply is currently due on July 2, 2008. Plaintiff's Counsel does not oppose this motion.

In support of this motion, the Defendant states as follows:

This additional time is being requested because counsel has been busy working on other matters including an Opposition and Reply in Chennareddy v. Walker, Civ. Act. No. 01-0517 (EGS) filed on June 30, 2008; and a Motion to Dismiss or in the alternative Summary Judgment in Hicks v. Bledsoe, Civ. Act. No. 07-1959 (HHK). In addition, because of their vacation schedules, Counsel has been unable to contact the necessary people at the Agency in order to facilitate the proper review of the brief. Moreover, undersigned Counsel will be out of the office from July 9th until July 17th. As a result, Counsel is requesting this additional time until July 24th

to finalize the brief in the instant action.

                                              Respectfully submitted,

                                                      /s/
                                           _____
                                           JEFFREY A. TAYLOR, ESQ.
                                           D.C. Bar # 498610
                                           United States Attorney

                                                        /s/

                                           _____
                                           RUDOLPH CONTRERAS, D.C. BAR # 434122
                                           Assistant United States Attorney

                                                        /s/

                                           _____
                                           HEATHER D. GRAHAM-OLIVER
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, NW
                                           Washington, DC 20530
                                            Tel: (202) 305-1334