UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIX J. ESQUIBEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 06-1485 (PLF) |
| V. | ) |
| | ) ECF |
| **MARIA CINO,** | ) |
| Secretary, Dept. of Transportation | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION
FOR AN EXTENSION OF TIME TO FILE OPPOSITION AND REPLY**

Defendant, by and through her attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for additional time until, Thursday, August 7, 2008, to file an Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.  The consolidated opposition and reply is currently due on July 24, 2008.  Plaintiff's Counsel consents to the filing of this motion, provided that Plaintiff's Reply to the Defendant's Opposition becomes due on September 3, 2008.

| Defendant's Opposition and Reply | August 7, 2008 |
|---|---|
| Plaintiff's Reply | September 3, 2008 |

In support of this motion, the Defendant states as follows:

This additional time is being requested because counsel is scheduled for a medical procedure on July 24, 2008.  In addition, undersigned counsel's litigation schedule, which included: conferring with opposing counsel and preparing 16.3 statements in Brunotte v. GSA, Civ. Act. No. 08-0587 (HHK) and Gallahan v. Winter, Civ. Act. No. 08-0544 (RMC) filed on

July 21, 2008; mediation in Keller v. Embassy of the United States of America, et al., Civ. Act. No. 06-0816 (RMC) on July 21, 2008; oral argument in Moses v. Dodaro, Civ. Act. No. 06-1712 (EGS)(DAR) on July 22, 2008; conferring in Anderson v. Spellings, Civ. Act. No. 06-1565 (RMC), all precluded the filing of the brief any earlier.  Further, Counsel will be out of the office on leave from July 28, 2008 until August 4, 2008.  As a result, Counsel is requesting this additional time until Thursday, August 7th to finalize the Opposition in the instant action. Plaintiff's  Reply becomes due on September 3, 2008.

                                      Respectfully submitted,

                                      /s/
                                  _____
                                  JEFFREY A. TAYLOR, ESQ.
                                  D.C. Bar # 498610
                                  United States Attorney

                                      /s/

                                  _____
                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                  Assistant United States Attorney

                                      /s/
                                  _____
                                  HEATHER D. GRAHAM-OLIVER
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  555 4th Street, NW
                                  Washington, DC 20530
                                   Tel: (202) 305-1334