EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FELIX ESQUIBEL,** | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 06-1485 (PLF) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| **MARIA CINO,** | ) | |
| **Secretary, Dept. of Transportation,** | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JUANITA YOUNG**

I, Juanita Young, voluntarily and knowingly make the following statement:

1. I was employed by the Federal Aviation Administration (the "Agency") in the capacity of Manager of Quality Assurance Specialists in the Production Certification Branch, AIR-220. I was one of two Branch Managers in Aircraft Certification. I held that position for over 10 years and retired from the Agency on September 3, 2007.

2. In my capacity as Manager of Quality Assurance I, along with two other panel members, reviewed each of the applications of the individuals that the Office of Human Resources Management (HR) determined to be the "Best Qualified" for the position of Quality Management System & Standards Specialist, Vacancy Announcement Number - AWA-AIR-04-AT40010-72564. The panel reviewed the applications submitted to us by HR and then came to a consensus on who would be interviewed for the position.

3. Mr. Esquibel was not chosen for an interview for the Quality Management System & Standards Specialist position because we were looking for someone with hands-on experience in the Quality Management System and also a person who had detailed auditing experience and Mr. Lightbrown had previous experience setting up quality management systems and previous very

EXHIBIT A

detailed experience as an auditor. Although Mr. Esquibel listed his educational attainments as well as his certifications, upon review of his entire application package, the panel determined that he did not have the necessary hands-on experience in setting up a quality management system or the detailed experience in auditing that we were looking for. From the applications that we reviewed, it was evident that other applicants had this type of experience. Those applicants were offered an interview. At the time of reviewing the applications to decide on who would receive an interview, I did not know that Mr. Esquibel was of Hispanic origin.

4.      While it is true that subsequent to the selection of Mr. Lightbrown, the Agency hired an outside contractor to aid in the setting-up of the ISO 9000 Quality Management System, at the time of deciding who would be interviewed, I had no knowledge that a contractor would be hired. Subsequent to the hiring of Mr. Lightbrown he was transferred out of my Branch and reported directly to Mr. Frank Paskiewicz, who was my supervisor at the time. I did not make the decision to hire the contractor nor did I have any input in such a decision. Mr. Paskiewicz did not participate in either the review of the applications to determine who would be interviewed or the interview process. The interviews were conducted by me and two other panel members. However, Mr. Paskiewicz was the approving official for the hiring of the selectee.

      I declare under penalty of perjury that the foregoing is true and correct.

      /s/

_____
      Juanita Young

Executed on this 7th day of August 2008.