EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX ESQUIBEL, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 06-1485 (PLF) |
| ) | |
| v. ) | ECF |
| ) | |
| MARIA CINO, ) | |
| Secretary, Dept. of Transportation, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF NORMA C. BONEWITZ

I, Norma C. Bonewitz voluntarily and knowingly make the following statement:

1. My legal name is Norma Castillo Bonewitz.

2. I am employed by the Federal Aviation Administration (the "Agency") in the capacity of Human Resources (HR) Specialist in the Policy Management Division in the Office of Human Resources Management.

3. In my capacity with Agency I am familiar with and have personal knowledge of the Agency's personnel selection and hiring procedures.

4. HR reviews the applications for a particular position and determines whether the applicants have met the minimum qualification requirements. Generally, the next step in this process is for HR to review the Knowledge, Skills and Abilities (KSAs) of those applicants that have met the minimum qualification requirements. When reviewing the KSAs we determine the "Best Qualified" candidates for referral and rank them with a score of 1 through 5 for each KSA. The KSAs are just a guide to evaluate the applicant's experience. The applications of the applicants who are determined to be "best qualified" ("competitive selection list") are then forwarded to management. Management then picks those they wish to interview from the

1

EXHIBIT B

competitive selection list. However, management may choose not to interview anyone and simply select an applicant from the list without an interview.

5.   An employment interview is a discretionary part of the FAA selection process and selecting officials may choose to interview one or more candidates from the competitive selection list. They are not required to interview any of the available candidates and may choose to interview none. Regardless of the initial decision of HR in analyzing the KSAs and determining the best qualified candidates, selecting officials may decide that hands-on experience is an important criteria or factor for an interview. In addition, selecting officials may consider using an Interview Panel composed of members based on the specific contribution that they could make to the interview process.

I declare under penalty of perjury that the foregoing is true and correct.

Norma C. Bonewitz

*[signature]*

Human Resources Specialist
Policy Management Division
Office of Human Resources Management
Federal Aviation Administration

Executed on this 6th day of August 2008.