UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.06-1485 (PLF) |
| ) | |
| MARIA CINO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE HIS REPLY BRIEF IN SUPPORT
OF THE CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Felix J. Esquibel, by and through undersigned counsel, and with Defendant's consent, respectfully requests that this Court enlarge the time for Plaintiff to file and serve Plaintiff's Reply Brief in Support of the Cross-Motion for Summary Judgment up to and including September 15, 2008. In support of this Motion, Plaintiff states as follows:

1. Pursuant to the Court's Order dated July 24, 2008, Plaintiff's Reply Brief in Support of the Cross-Motion for Summary Judgment is currently due on September 3, 2008. Counsel for Defendant has graciously consented to this request for an extension of time up to and including September 15, 2008.

2. Plaintiff is represented by the firm of Gebhardt & Associates, LLP., which represents employees in a variety of

employee rights litigation.  In the past three months, the firm has lost two attorneys and was operating with only five active attorneys through the end of August 2008.

    3.    One of the attorneys who left was the primary attorney assigned to handle this matter, associate Clarissa H. Wu.  She was responsible for conducting the deposition discovery and was the primary author of Plaintiff's Cross-Motion.  The firm has not yet been able to recruit an associate to replace Ms. Wu.

    4.    These two departures has caused several additional litigation matters to be reassigned to Myrrel C. Hendricks, Jr., the other attorney handling this matter.  Undersigned counsel also continues to be responsible for a heavy caseload before this Court and other Courts and administrative agencies.

    5.    For these reasons and due to the press of other work, Plaintiff's counsel requests that the filing date be extended up to and including September 15, 2008.

    6.    Plaintiff's request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings.

    7.    Granting this motion will not prejudice the Court because no pretrial or trial dates have been set in this case.

For all the foregoing reasons, Plaintiff's Consent Motion for an Enlargement of Time should be granted. An appropriate proposed Order accompanies this Motion.

                                    Respectfully submitted,

                                    */s/ Myrrel C. Hendricks Jr.*
                                    MYRREL C. HENDRICKS, Jr.
                                    D.C. Bar No. 291781
                                    GEBHARDT & ASSOCIATES, LLP
                                    1101 17th Street, N.W.
                                    Suite 807
                                    Washington, DC 20036
                                    Tel: (202) 496-0400
                                    Fax: (202) 496-0404

September 2, 2008              Counsel for Plaintiff