UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX J. ESQUIBEL,          )<br>                             )<br>     Plaintiff,            )<br>                             )<br>  v.                         )<br>                             )<br> MARIA CINO,                 )<br>                             )<br>     Defendant.            )<br> _____) | Civil Action No.06-1485 (PLF) |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Consent Motion for An Enlargement of Time to file Plaintiff's Reply Brief in Support of the Cross-Motion for Summary Judgment , and the full record, it is hereby this _____ day of September, 2008, **ORDERED:**

1.   That Plaintiff's Consent Motion for an Enlargement of Time, is GRANTED; and

2.   That Plaintiff's Reply Brief in Support of the Cross-Motion for Summary Judgment shall be filed on or before September 15, 2008.


                                        _____
                                        PAUL L. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE